UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARJORIE FERRELL, et al., ) | |
| ) | Civil Action No. C-1-01-447 |
| Plaintiffs, ) | |
| ) | Judge Sandra S. Beckwith |
| v. ) | Magistrate Judge Timothy S. Hogan |
| ) | |
| WYETH-AYERST LABORATORIES, INC., ) et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ADMISSION PRO HAC VICE OF MARK R. MERLEY**

Now comes Grant S. Cowan, attorney for Defendants Wyeth and Wyeth Pharmaceuticals (collectively "Wyeth") and respectfully requests that this Court, pursuant to Local Rule 83.5(d), enter an Order in the form attached for the admission pro hac vice of Mark R. Merley, Arnold & Porter, Thurman Arnold Building, 555 12th Street, N.W., Washington, D.C. 20004-1202 as co-counsel for Wyeth.

In support of this Motion on behalf of Mr. Merley, Movant states as follows: Mark R. Merley is a member in good standing of the bar of the District of Columbia Court of Appeals (see attached Certificate of Good Standing of Mark R. Merley in support of his Motion for Pro Hac Vice admission). A Proposed Order is also attached.

Upon his admission pro hac vice, Mr. Merley will be working closely with the undersigned member of the bar of this Court and will comply with all state and court rules.

1358356_2.DOC

Respectfully submitted,


_____*s/Grant S. Cowan*_____
James R. Adams  (0008253)
Grant S. Cowan   (0029667)
**FROST BROWN TODD LLC**
2200 PNC Center
201 E. Fifth Street
Cincinnati, Ohio  45202-4182
(513) 651-6947 Phone
(513) 651-6981 Facsimile
gcowan@fbtlaw.com

William J. Baer
David S. Eggert
**ARNOLD & PORTER**
555 Twelfth Street, N.W.
Washington, D.C.  20004-1206
(202) 942-5000

Dan K. Webb
W. Gordon Dobie
**WINSTON & STRAWN**
35 West Wacker Drive
Chicago, Illinois  60601-9703
(312) 558-5600

Counsel for Defendants

Dated:  January 7, 2004

- 2 -

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the foregoing has been served by regular U.S. mail, postage prepaid this 7th day of January, 2004 upon the following:

Janet Abaray, Esq.
Lopez, Hodes, Restaino, Milman, Skikos & Polos
312 Walnut Street, Suite 2090
Cincinnati, Ohio 45202

Joseph E. Conley, Jr., Esq.
Buechel & Conley
25 Crestview Hills Mall Road
Crestview Hills, Kentucky 41027

Kenneth A. Wexler, Esq.
Kenneth A. Wexler and Associates
One North LaSalle, Suite 2000
Chicago, IL 60602

Daniel E. Gustafson, Esq.
Heins, Mills & Olson, P.C.
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

Marc H. Edelson, Esq.
Hoffman & Edelson
45 West Cart Street
Doylestown, PA 18901

Patrick E. Cafferty, Esq.
Miller Faucher and Cafferty LLP
101 N. Main Street, Suite 885
Ann Arbor, MI 48104

s/*Grant S. Cowan*
Grant S. Cowan, Esq.
Frost Brown Todd LLC