```
Wed Jan  7 15:44:53 2004

    UNITED STATES DISTRICT COURT
    CINCINNATI, OH

Receipt No.    100 421456
Cashier           scot

Tender Type  CHECK

Check Number: 10120

Transaction Type   C

Case No./Def No. 1:04-LB-ATTY  /  1

DO Code    Div No      Acct
 4661         1        6855XX

Amount              $    50.00

FROST, BROWN, TODD

PRO HAC VICE ON 1:01CV447



Wed Jan  7 15:44:53 2004

Check No. 10120
Amount$   50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```