# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

04 FEB 12 AM 10: 54

MARJORIE FERRELL, et al., )

                **Plaintiff** )      **CASE NO.:** C-01-447

                )

        **v.** )      **Appearing on behalf of:** Plaintiff

                )

WYETH-AYERST LABS, INC., et al. )   Marjorie Ferrell

           **Defendant** )         **(Plaintiff/Defendant)**

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner,* Jennifer Fountain Connolly , hereby requests permission to appear pro hac vice in the subject case filed in the Western Division of the United States District Court for the Southern District of Ohio. *Petitioner* states under penalty of perjury that (he/she) is a member in good standing of the Bar of the highest Court of the State of Illinois and that a current Certificate of Good Standing this Court is provided. *Petitioner* states further that (he/she) is not eligible for admission under Local Rule 83.4(b). *Petitioner* designates Janet G. Abaray as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

This 23rd day of January , 20 04 .

*(Signature of Petitioner)*

(312)346-2222      The Wexler Firm LLP

**Business Telephone**    **Law Firm**

One North LaSalle Street, Suite 2000

**Business Address**

Chicago, IL 60602

**City, State, Zip**

(312)346-0022

**Fax Number**

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, Janet G. Abaray , designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.

-2-

This **12** day of **February**, 20**04**.

**0002943**
**Ohio Bar Number**                                         **Signature of Local Counsel**

**(513) 852-5600**        Lopez, Hodes, Restaino, Milman & Skikos
**Business Telephone**            **(Law Firm)**

312 Walnut Street, Suite 2090
**(Business Address)**

Cincinnati, OH 45202
**(City, State, Zip)**

Same as above.
**(Mailing Address)**

### CERTIFICATE OF SERVICE

The above having been mailed to opposing counsel for plaintiff/defendant _____
this date  **02/12/04** .

**Signed by Local Counsel**