# CERTIFICATE OF GOOD STANDING

*United States of America*

} ss.    Jennifer Fountain Connolly

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That    **Jennifer Fountain Connolly** was duly admitted to practice in said Court on March 12, 2003 and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on January 22, 2004

Michael W. Dobbins, Clerk,

By: Marlan Cowan
Deputy Clerk

```
Thu Feb 12 10:36:39 2004

    UNITED STATES DISTRICT COURT
    CINCINNATI, OH

Receipt No.   100 421912
Cashier       kji

Tender Type   CHECK

Check Number: 5249

Transaction Type   C

Case No./Def No. 1:04-LB-ATTY  /  1

DQ Code    Div No     Acct
4661         1        6855XX

Amount              $    50.00

KENNETH A WEXLER PC


PRO HAC VICE C-1-01-447




Thu Feb 12 10:36:39 2004

Check No. 5249
Amount$    50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```