# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION


Marjorie Ferrell, et al.,,
     Plaintiffs

v.                             Case No.  1:01-cv-447

Wyeth-Ayerst Laboratories, Inc.,
et al.,
     Defendants

---

## ORDER

---

     This matter is before the Court on Plaintiffs' Motion for Admission of attorney Jennifer Fountain Connolly (Doc. 82).

     **IT IS HEREBY ORDERED THAT** the Motion is  **GRANTED** and attorney Jennifer Fountain Connolly is hereby admitted to practice pro hac vice as **co-counsel** on behalf of Plaintiffs.

     **All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at:  Ms. Lisa Wright at 614.719.3222, to register for Electronic Case Filing as soon as practicable.**


Date:  <u>February 20, 2004</u>          <u>s/Sandra S. Beckwith     </u>
                                       Sandra S. Beckwith
                                       United States District Judge