# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

|  |  |
|---|---|
| **MARJORIE FERRELL, et al.,** ) | ) |
| ) | **Civil Action No. C-1-01-447** |
| Plaintiffs, ) | |
| ) | **Judge Sandra S. Beckwith** |
| v. ) | **Magistrate Judge Timothy S. Hogan** |
| ) | |
| **WYETH-AYERST LABORATORIES, INC.,** ) | |
|    et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION PRO HAC VICE OF DAVID S. EGGERT

Now comes Grant S. Cowan, attorney for Defendants Wyeth and Wyeth Pharmaceuticals (collectively "Wyeth") and respectfully requests that this Court, pursuant to Local Rule 83.5(d), enter an Order in the form attached for the admission pro hac vice of David S. Eggert, Arnold & Porter, Thurman Arnold Building, 555 12th Street, N.W., Washington, D.C. 20004-1202 as co-counsel for Wyeth.

In support of this Motion on behalf of Mr. Eggert, Movant states as follows:  David S. Eggert is a member in good standing of the bar of the District of Columbia Court of Appeals (see attached Certificate of Good Standing of David S. Eggert in support of his Motion for Pro Hac Vice admission).  A Proposed Order is also attached.

Upon his admission pro hac vice, Mr. Eggert will be working closely with the undersigned member of the bar of this Court and will comply with all state and court rules.

1372079_2.DOC

        Respectfully submitted,


          s/*Grant S. Cowan*
        James R. Adams  (0008253)
        Grant S. Cowan   (0029667)
        **FROST BROWN TODD LLC**
        2200 PNC Center
        201 E. Fifth Street
        Cincinnati, Ohio  45202-4182
        (513) 651-6947 Phone
        (513) 651-6981 Facsimile
        gcowan@fbtlaw.com

        William J. Baer
        David S. Eggert
        **ARNOLD & PORTER**
        555 Twelfth Street, N.W.
        Washington, D.C.  20004-1206
        (202) 942-5000


        Dan K. Webb
        W. Gordon Dobie
        **WINSTON & STRAWN**
        35 West Wacker Drive
        Chicago, Illinois  60601-9703
        (312) 558-5600

        Counsel for Defendants

Dated:  February 19, 2004

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a copy of the foregoing has been served by regular U.S. mail, postage prepaid this 19th day of February, 2004 upon the following:

Janet Abaray, Esq.
Lopez, Hodes, Restaino, Milman, Skikos & Polos
312 Walnut Street, Suite 2090
Cincinnati, Ohio 45202

Joseph E. Conley, Jr., Esq.
Buechel & Conley
25 Crestview Hills Mall Road
Crestview Hills, Kentucky 41027

Kenneth A. Wexler, Esq.
Kenneth A. Wexler and Associates
One North LaSalle, Suite 2000
Chicago, IL 60602

Daniel E. Gustafson, Esq.
Heins, Mills & Olson, P.C.
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

Marc H. Edelson, Esq.
Hoffman & Edelson
45 West Cart Street
Doylestown, PA 18901

Patrick E. Cafferty, Esq.
Miller Faucher and Cafferty LLP
101 N. Main Street, Suite 885
Ann Arbor, MI 48104

                                                s/*Grant S. Cowan*
                                                Grant S. Cowan, Esq.
                                                Frost Brown Todd LLC