

# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MATTHEW D. MEISNER

was on the 3RD day of APRIL, 1998 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 3, 2004.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

```
Thu Feb 19 15:28:08 2004

    UNITED STATES DISTRICT COURT
    CINCINNATI, OH

Receipt No.    100 423005
Cashier        ahl

Tender Type  CHECK

Check Number: 10174

Transaction Type   C

Case No./Def No.  1:04-LB-ATTY  /  1

DO Code    Div No      Acct
 4661        1        6855XX

Amount         $    50.00

FROST BROWN


PRO HAC/EGGERT/01-447




Thu Feb 19 15:28:08 2004

Check No. 10174
Amounts   50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```