# CERTIFICATE OF GOOD STANDING

*United States of America*

} ss.    Anthony J Sievert

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That    **Anthony J Sievert** was duly admitted to practice in said Court on December 21, 2000 and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on February 4, 2004

Michael W. Dobbins, Clerk,

*Lakisha Williams*
By:   Lakisha Williams
Deputy Clerk

Mon Feb 23 15:44:22 2004

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 422045
Cashier       XJ1

Tender Type   CHECK

Check Number: 5262

Transaction Type   C

Case No./Def No.  1:04-L3-ATTY  /

DC Code    Qty No    Acct
4651        1        686500

Amount              $   50.00

KENNETH A WEXLER PC

PRO HAC VICE C-1-01-447

Mon Feb 23 15:44:22 2004

Check No. 5262
Amount $   50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4651