**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Marjorie Ferrell, et al.,
    Plaintiffs

v.                                                    Case No.  1:01-cv-447

Wyeth-Ayerst Labs, Inc., et al.,
    Defendants

**ORDER**

      This matter is before the Court on Plaintiffs' Motion for Admission of attorney Anthony J. Sievert (Doc. 85).

      **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorney Anthony J. Sievert is hereby admitted to practice pro hac vice as **co-counsel** on behalf of Plaintiffs.

      **All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at:  Ms. Lisa Wright at 614.719.3222**, **to register for Electronic Case Filing as soon as practicable.**

February 24, 2004                             s/Sandra S. Beckwith
Date                                                     Sandra S. Beckwith
                                                            United States District Judge