# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Marjorie Ferrell, et al.,
    Plaintiffs

v.                                      Case No.  1:01-cv-447

Wyeth-Ayerst Laboratories, Inc.,
et al.,
    Defendants

---

## ORDER

---

       This matter is before the Court on Defendants Wyeth and Wyeth Pharmaceuticals' ("Wyeth") Motion for Admission of attorney David S. Eggert (Doc. 84).

       **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorney David S. Eggert is hereby admitted to practice pro hac vice as **co-counsel** on behalf of Wyeth.

       **All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at:  Ms. Lisa Wright at 614.719.3222, to register for Electronic Case Filing as soon as practicable.**

February 26, 2004             s/Sandra S. Beckwith
Date                         Sandra S. Beckwith
                            United States District Judge