UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |
|---|---|
| MARJORIE FERRELL, et al., ) | Civil Action No. C-1-01-447 |
| Plaintiffs, ) | Judge Sandra S. Beckwith |
| ) | Magistrate Judge Timothy S. Hogan |
| v. ) |  |
| WYETH-AYERST LABORATORIES, ) INC., et al., ) |  |
| Defendants. ) |  |

**END PAYOR PLAINTIFFS' RESPONSE TO REQUEST TO SUBMIT SUPPLEMENTAL AUTHORITY IN CONNECTION WITH WYETH'S PARTIAL MOTION TO DISMISS**

In its Request to Submit Supplemental Authority, Wyeth-Ayerst Laboratories, Inc. ("Wyeth") draws the Court's attention to the Ohio intermediate appellate court's split decision concerning the application of *Illinois Brick* to claims under the state's Valentine Act and common law principles of restitution and unjust enrichment. *See Johnson v. Microsoft, Inc.*, -- N.E.2d --, No. C020564, 2003 WL 23022065 (Ohio App. 1 Dist. Dec. 30, 2003). However, this Court is not bound by the decision in *Johnson*, because the Ohio Supreme Court has not yet agreed with the controversial conclusion that claims by indirect purchasers are barred by *Illinois Brick* under state law. *See Erie Railroad Co. v. Tompkins*, 304 U.S. 64 (1938); *Stanek v. Greco*, 323 F.3d 476, 478 (6th Cir. 2003) (federal district court only bound on question of state law by decision of state's highest court). Indeed, another judge of this district has recently applied this standard in declining to follow an intermediate state appellate court's interpretations of state law. *See e.g., Sterry v. Safe Auto Ins. Co.*, -- F. Supp. 2d --, 2003 U.S. Dist. LEXIS 17363, *25 (S.D. Ohio Aug. 25, 2003) (Attached as Exhibit A). For this reason, this Court should decline to follow the *Johnson* majority's decision in considering Wyeth's Partial Motion to Dismiss.

Instead, Plaintiffs respectfully submit that Judge Painter's dissent in *Johnson* correctly interprets Ohio law when it concludes that indirect purchasers have standing to bring suit under

Ohio's Valentine Act. Judge Painter's decision parallels the arguments in Plaintiffs' briefs in opposition to Wyeth's Partial Motion to Dismiss. The broadly written, plain language of Ohio's Valentine Act grants standing to anyone "injured in the person's business or property" by unlawful anti-competitive activity. *See Johnson*, 2003 WL 23022065, at *8. In addition, Judge Painter notes that the language of Ohio's statute resembles that of other states' statutes that have permitted indirect purchaser antitrust claims even in the absence of an *Illinois Brick* repealer. *See id.* Judge Painter correctly concluded that "what was law prior to *Illinois Brick* should continue to be the law. Ohio should allow indirect-purchaser actions under the Valentine Act." *Id.* If faced with the same question, the Ohio Supreme Court would reach a similar conclusion. Accordingly, because indirect purchaser actions are permitted under the Valentine Act and Ohio common law principles, and for the other reasons set forth in Plaintiffs' opposition to Wyeth's Partial Motion to Dismiss, Wyeth's Partial Motion to Dismiss should be denied.

DATED: March 1, 2004

End Payor Plaintiffs

By:  /s/ Kenneth A. Wexler
     One of Their Attorneys

**Counsel for Plaintiffs:**

Janet G. Abaray
**LOPEZ, HODES, RESTAINO, MILMAN, SKIKOS & POLOS**
312 Walnut Street
Suite 2090
Cincinnati, Ohio 45202
*Co-Liaison Counsel*

Kenneth A. Wexler
Jennifer Fountain Connolly
**THE WEXLER FIRM**[LLP]
One North LaSalle
Suite 2000
Chicago, Illinois 60602
(312) 346-2222
*Co-Lead Counsel*

Joseph E. Conley, Jr.
**BUECHEL & CONLEY**
25 Crestview Hills Mall Road
Suite 104
Crestview Hills, Kentucky 41017
*Co-Liaison Counsel*

Marc H. Edelson
**HOFFMAN & EDELSON**
45 West Court Street
Doylestown, Pennsylvania 18901
(215) 230-8043
*Co-Lead Counsel*

Brian Williams
**HEINS MILLS & OLSON, P.C.**
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
*Co-Lead Counsel*

Patrick E. Cafferty
**MILLER FAUCHER and CAFFERTY LLP**
101 N. Main Street, Suite 885
Ann Arbor, MI 48104
(734) 769-2144
*Co-Lead Counsel*

Ira Neil Richards
**RODRIGUEZ & RICHARDS, LLC**
The Penthouse
226 West Ritten House Square
Philadelphia, PA 19103

Lee Squitieri
**SQUITIERI & FEARON**
421 Fifth Avenue
26th Floor
New York, NY 10175

Andrew B. Spark
**LAW OFFICE OF ANDREW BENNETT SPARK**
SouthTrust Bank Plaza-East Tower
1800 Second Street
Suite 818
Sarasota, Florida 34236

Robert C. Gilbert
**LAW OFFICES OF ROBERT C. GILBERT**
Commercebank Center
220 Alhambra Circle, Suite 400
Coral Gables, Florida 33134
(305) 529-9100

Anthony Bolognese
**BOLOGNESE & ASSOCIATES**
One Penn Center
1617 JFK Boulevard
Suite 650
Philadelphia, PA 19103
(215) 814-6750

Jonathan Shub
**SHELLER, LUDWIG & BADEY**
1528 Walnut St
3rd Floor
Philadelphia, PA 19102
(215) 790-7327

Marvin A. Miller
Jennifer W. Sprengel
**MILLER FAUCHER and CAFFERTY LLP**
30 N. LaSalle Street, Suite 3200
Chicago, IL 60602
(312) 782-4880

Susan LaCava
**SUSAN LaCAVA S.C.**
23 N. Pinckney, Suite 300
Madison, Wisconsin 53703
(608) 258-1335

Bernard Persky
Barbara Hart
**GOODKIND LABATON RUDOFF & SUCHAROW LLP**
100 Park Avenue
New York, New York 10017
(212) 907-0700

Nicholas E. Chimicles
James R. Malone, Jr.
**CHIMICLES & TIKELLIS, LLP**
361 West Lancaster Avenue
Haverford, PA 19041
(610) 642-8500

Douglas G. Thompson
William Butterfield
L. Kendall Satterfield
**FINKELSTEIN, THOMPSON & LOUGHRAN**
1055 Jefferson Street, NW, Suite 601
Washington D.C. 20007
(202) 337-8000

Steven Scholl
**Dixon, Scholl & Bailey, P.A.**
707 Broadway, N.E.
Suite 505
Albuquerque, NM 87125-6746
(505) 244-3890

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing pleading was served by First-Class U. S. Mail, postage prepaid and by facsimile, this  1st   day of March, 2004, on the following:

William J. Baer, Esq.
David S. Eggert, Esq.
ARNOLD & PORTER, LLP
555 Twelfth Street, NW
Washington, DC  20004-1206

Dan K. Webb, Esq.
W. Gordon Dobie, Esq.
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601-9703

Ruthanne Gordon
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Eliot Long, Esq.
BUCHANAN INGERSOL
1835 Market Street, 14th Floor
Philadelphia, PA 19103

James R. Adams, Esq.
Grant S. Cowan, Esq.
FROST BROWN TODD LLC
2200 PNC Center
201 E. Fifth Street
Cincinnati, OH  45202-4182

Steve D. Shadowen, Esq.
Gordon A. Einhorn, Esq.
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101-1810

Thomas L. Long, Esq.
BAKER & HOSTETLER LLP
Capitol Square, Suite 2100
65 East State Street
Columbus, OH 43215

*/s/Joseph E. Conley, Jr.*
Joseph E. Conley, Jr.