UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| MARJORIE FERRELL, et al., | ) | Civil Action No. C-1-01-447 |
| Plaintiffs, | ) ) ) | Judge Sandra S. Beckwith |
| v. | ) ) | Magistrate Judge Timothy S. Hogan |
| WYETH-AYERST LABORATORIES, INC., et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**END-PAYOR PLAINTIFFS' REQUEST TO SUBMIT SUPPLEMENTAL
AUTHORITY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION**

Pursuant to Southern District of Ohio Local Rule 7.2(a)(2), End-Payor Plaintiffs seek leave of Court to bring the Court's attention to five recent rulings that may assist the Court in resolving the pending motion for certification of an end-payor class. In support thereof, End-Payor Plaintiffs state as follows:

1. Plaintiffs filed their Motion for Class Certification, together with a supporting memorandum, on March 1, 2002 [Doc. No. 40]. Defendants filed their memorandum in opposition to Plaintiffs' motion on July 17, 2002 [Doc. No. 57]. On September 27, 2002, Plaintiffs filed their reply memorandum [Doc. No. 63].

2. With respect to Plaintiffs' argument concerning certification of a multistate or national class for unjust enrichment claims (Pl. Reply at 43-49), Plaintiffs respectfully direct the Court's attention to four recent decisions:

(a) In *Clark v. TAP Pharmaceutical Products, Inc.*, 343 Ill. App. 3d 538, 550,

798 N.E.2d 123,132 (2003), an appellate court upheld certification of unjust enrichment claims under the law of Illinois (defendants' principal place of business) for a nationwide class of pharmaceutical purchasers.  In so doing, the court rejected defendants' contention that unjust enrichment claims required "a physician-by-physician evaluation ... to determine why each physician decided to administer [the drug] Lupron." 798 N.E.2d at132.  The court concluded that "[w]e agree with the plaintiffs' reasoning and conclude that common issues, regarding both the plaintiffs' consumer fraud claim and the plaintiff's unjust enrichment claim, predominate over the issues that affect only individual members." *Id.*

      (b)     In *In re Relafen Antitrust Litig.*, No. 01-CV-12239 Order (D. Mass. Nov. 21, 2003) (attached as Exhibit A), the court certified a five-state exemplar (or model) class of end-payors of a prescription drug for unjust enrichment claims.  The exemplar states were Arizona, California, Tennessee, Vermont and Massachusetts.  Three consumers were certified as class representatives.

      (c)     In *Mantz v. St. Paul Fire and Marien Ins. Co.*, No. Civ. A. 02C-770, 2003 WL 23109763 (Cir. Ct. W. Va. Dec. 17, 2003) (attached as Exhibit B), the court certified a national class for unjust enrichment claims.  *See id.* at *7 ("Individual issues of state law pose no impediment to a finding of predominance in that this Court can apply substantially uniform law to claims with the same legal predicate.  Alternatively, this Court may create sub-classes of Plaintiffs to ensure proper application of law.  The key issue before this Court is the fact that Plaintiffs' claims are uniformly premised on the same factual predicate.").

      (d)     In *In re Cardizem CD Antitrust Litig.*, 218 F.R.D. 508, 517-520 (E.D. Mich. 2003), the court certified a nationwide class of end-payors of a prescription drug for

purposes of settlement.[1]

    3.    With respect to Plaintiffs' argument concerning certification of a multistate class for damage claims under state antitrust or consumer fraud statutes (Pl. Reply at 41-43), Plaintiffs respectfully direct the Court's attention to two recent decisions:

    (a)    In *Relafen* (Exhibit A), the court certified an exemplar (or model) class of end-payors for claims arising under state antitrust or consumer fraud statutes of Arizona, California, Vermont and Massachusetts. Three consumers were certified as class representatives.

    (b)    In *Cipro Cases I & II*, Nos. 4154, 4220, 2003-2 Trade Cas. (CCH) ¶74,230, 2003 WL 23005275, *4 (Sup. Ct. Cal. Nov. 25, 2003) (attached as Exhibit C), the court certified a state-wide class of branded drug purchasers, stating that "[w]here, as here, Plaintiffs allege a market-wide restraint of trade, fact of injury is assumed for class certification purposes."

---

[1] In *In re Cardizem CD Antitrust Litig.,* 200 F.R.D. 326 (E.D. Mich. 2001), *leave to appeal denied*, No. 01-0109 (6th Cir. June 18, 2001), previously relied upon by Plaintiffs, the court certified a Michigan exemplar class for state antitrust and unjust enrichment claims. A motion to certify unjust enrichment claims for a national class was pending when the court certified a national class for purposes of settlement. Courts considering certification for purposes of settlement must apply the same Rule 23 standards, except that they need not "inquire whether the case, if tried, would present intractable management problems." *Amchem Prods. v. Windsor*, 521 U.S. 591, 620 (1997) (noting that the inquiry is unnecessary because "the proposal is that there be no trial") (citing Fed. R. Civ. Pro. 23(b)(3)(D)).

Dated: March 4, 2004                                            Respectfully submitted,

                                                        By:    /s/ Patrick E. Cafferty
                                                               One of Plaintiffs' Counsel

| | |
|---|---|
| Janet G. Abaray | Joseph E. Conley, Jr. |
| LOPEZ, HODES, RESTAINO, | BUECHEL & CONLEY |
| MILMAN, SKIKOS & POLOS | 25 Crestview Hills Mall Road |
| 312 Walnut Street, Suite 2090 | Suite 104 |
| Cincinnati, Ohio 45202 | Crestview Hills, Kty. 41017 |
| Tel: (513) 852-5600 | Tel: (859) 578-6600 |

*Co-Liaison Counsel for End-Payor Plaintiffs*

| | |
|---|---|
| Kenneth A. Wexler | Marc H. Edelson |
| Elizabeth Fegan Hartweg | HOFFMAN & EDELSON |
| Jennifer F. Connolly | 45 West Court Street |
| Anthony J. Sievert | Doylestown, Pennsylvania 18901 |
| THE WEXLER FIRM | (215) 230-8043 |
| One North LaSalle, Suite 2000 | |
| Chicago, Illinois 60602 | |
| (312) 346-2222 | |
| | |
| Brian L. Williams | Patrick E. Cafferty |
| Susan E. MacMenamin | MILLER FAUCHER and CAFFERTY LLP |
| HEINS MILLS & OLSON, P.C. | 101 N. Main Street, Suite 450 |
| 3550 IDS Center, 80 South Eighth Street | Ann Arbor, MI 48104 |
| Minneapolis, MN 55402 | (734) 769-2144 |
| (612) 338-4605 | |

*Co-Lead Counsel for End-Payor Plaintiffs*

| | |
|---|---|
| Daniel Gustafson | Lee Squitieri |
| Gustafson Gluek PLLC | SQUITIERI & FEARON |
| 600 Northstar East | 421 Fifth Avenue |
| 608 Second Ave S. | 26th Floor |
| Minneapolis, MN 55402 | New York, NY 10175 |
| (612) 333-8844 | |
| | |
| Andrew B. Spark | Robert C. Gilbert |
| LAW OFFICE OF ANDREW | LAW OFFICES OF ROBERT C. GILBERT |
| BENNETT SPARK | Commercebank Center |
| SouthTrust Bank Plaza-East Tower | 220 Alhambra Circle, Suite 400 |
| 1800 Second Street, Suite 818 | Coral Gables, Florida 33134 |
| Sarasota, Florida 34236 | |

| | |
|---|---|
| Anthony Bolognese<br>BOLOGNESE & ASSOCIATES<br>One Penn Center<br>1617 JFK Boulevard, Suite 650<br>Philadelphia, PA 19103 | Jonathan Shub<br>SHELLER, LUDWIG & BADEY<br>1528 Walnut St., 3rd Floor<br>Philadelphia, PA 19102 |
| Michael A. Havard<br>PROVOST ★ UMPHREY LAW<br>FIRM, L.L.P.<br>390 Park Street<br>Beaumont, TX 77701 | Joe R. Whatley, Jr.<br>WHATLEY DRAKE, LLC<br>1100 Financial Center<br>505 20th Street North<br>Birmingham, AL 35203 |
| Susan LaCava<br>SUSAN LaCAVA S.C.<br>23 N. Pinckney, Suite 300<br>Madison, Wisconsin 53703 | Bernard Persky<br>Barbara Hart<br>GOODKIND LABATON RUDOFF<br>& SUCHAROW LLP<br>100 Park Avenue<br>New York, New York 10017 |
| Nicholas E. Chimicles<br>James R. Malone, Jr.<br>CHIMICLES & TIKELLIS, LLP<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br>(610) 642-8500 | Douglas G. Thompson<br>William Butterfield<br>L. Kendall Satterfield<br>FINKELSTEIN, THOMPSON &<br>LOUGHRAN<br>1055 Jefferson Street, NW, Suite 601<br>Washington D.C. 20007 |
| Steven Scholl<br>DIXON, SCHOLL & BAILEY, P.A.<br>707 Broadway, N.E., Suite 505<br>Albuquerque, NM 87125-6746 | Jon Karmel<br>KARMEL & GILDEN<br>221 N. LaSalle Street<br>Suite 1414<br>Chicago, Illinois 60601 |
| Jeffrey R. Fuller<br>REINHART, BOERNER, VAN DEUREN,<br>NORRIS & RIESELBACH, S.C.<br>1000 N. Water Street<br>Milwaukee, WI 53202-3400 | Ira Neil Richards<br>TRUJILLO RODRIGUEZ &<br>RICHARDS, LLC<br>The Penthouse<br>226 West Ritten House Square<br>Philadelphia, PA 19103 |

*Counsel for End-Payor Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading was served by First-Class U. S. Mail, postage prepaid, this 2nd day of March, 2004, on the following:

William J. Baer, Esq.
David S. Eggert, Esq.
ARNOLD & PORTER, LLP
555 Twelfth Street, NW
Washington, DC  20004-1206

Dan K. Webb, Esq.
W. Gordon Dobie, Esq.
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601-9703

Ruthanne Gordon
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Eliot Long, Esq.
BUCHANAN INGERSOL
1835 Market Street, 14th Floor
Philadelphia, PA 19103

James R. Adams, Esq.
Grant S. Cowan, Esq.
FROST BROWN TODD LLC
2200 PNC Center
201 E. Fifth Street
Cincinnati, OH  45202-4182

Steve D. Shadowen, Esq.
Gordon A. Einhorn, Esq.
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101-1810

Thomas L. Long, Esq.
BAKER & HOSTETLER LLP
Capitol Square, Suite 2100
65 East State Street
Columbus, OH 43215

/s/ Joseph E. Conley, Jr.
Joseph E. Conley, Jr.