UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARJORIE FERRELL, et al., | ) ) ) | Civil Action No. C-1-01-447 |
| Plaintiffs, | ) ) | Judge Sandra S. Beckwith |
| v. | ) ) ) | Magistrate Judge Timothy S. Hogan |
| WYETH-AYERST LABORATORIES, INC., et al., | ) ) ) | CLASS ACTION |
| Defendants. | ) ) | |

**END PAYOR PLAINTIFFS' NOTICE OF WITHDRAWAL
OF JOINDER IN DIRECT PURCHASER PLAINTIFFS' MOTION TO COMPEL
EXPRESS SCRIPTS, INC. TO PRODUCE DOCUMENTS,
TO ANSWER DEPOSITION QUESTIONS, AND FOR SANCTIONS**

TO:  *See Attached Service List*

PLEASE TAKE NOTICE that End Payor Plaintiffs hereby withdraw their Joinder in Direct Purchaser Plaintiffs' Motion to Compel Express Scripts, Inc. to Produce Documents, to Answer Deposition Questions, and For Sanctions, filed on March 15, 2004 ("Joinder").

In withdrawing their Joinder, End Payor Plaintiffs specifically reserve and do not waive any rights with regard to any and all positions set forth in that Joinder including, but not limited to, their right to subsequently seek discovery from Express Scripts, Inc. in this litigation. End Payor Plaintiffs and Express Scripts, Inc. have agreed to bear their own costs and fees incurred in connection with filing and responding to the withdrawn Joinder.

DATED: March 31, 2004                                End Payor Plaintiffs

                                        By:   /s/Kenneth A. Wexler
                                              One of Their Attorneys

**Counsel for Plaintiffs:**

| | |
|---|---|
| Janet G. Abaray<br>**LOPEZ, HODES, RESTAINO, MILMAN, SKIKOS & POLOS**<br>312 Walnut Street<br>Suite 2090<br>Cincinnati, Ohio 45202<br>*Co-Liaison Counsel* | Joseph E. Conley, Jr.<br>**BUECHEL & CONLEY**<br>25 Crestview Hills Mall Road<br>Suite 104<br>Crestview Hills, Kentucky 41017<br>*Co-Liaison Counsel* |
| Kenneth A. Wexler<br>Jennifer Fountain Connolly<br>**THE WEXLER FIRM**[LLP]<br>One North LaSalle<br>Suite 2000<br>Chicago, Illinois 60602<br>(312) 346-2222<br>*Co-Lead Counsel* | Marc H. Edelson<br>**HOFFMAN & EDELSON**<br>45 West Court Street<br>Doylestown, Pennsylvania 18901<br>(215) 230-8043<br>*Co-Lead Counsel* |
| Sam Heins<br>Brian Williams<br>**HEINS MILLS & OLSON, P.C.**<br>700 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402<br>*Co-Lead Counsel* | Patrick E. Cafferty<br>**MILLER FAUCHER and CAFFERTY LLP**<br>101 N. Main Street, Suite 885<br>Ann Arbor, MI 48104<br>(734) 769-2144<br>*Co-Lead Counsel* |
| Steve Berman<br>Craig Spiegel<br>**HAGENS BERMAN LLP**<br>1301 Fifth Avenue<br>Suite 2900<br>Seattle, WA 98101<br>(206) 623-7292<br>*Co-Lead Counsel* | Marvin A. Miller<br>Jennifer W. Sprengel<br>**MILLER FAUCHER and CAFFERTY LLP**<br>30 N. LaSalle Street, Suite 3200<br>Chicago, IL 60602<br>(312) 782-4880<br>*Co-Lead Counsel* |
| Ira Neil Richards<br>**RODRIGUEZ & RICHARDS, LLC** | Susan LaCava<br>**SUSAN LaCAVA S.C.**<br>23 N. Pinckney, Suite 300 |

The Penthouse
226 West Rittenhouse Square
Philadelphia, PA 19103

Lee Squitieri
**SQUITIERI & FEARON**
421 Fifth Avenue
26th Floor
New York, NY 10175

Andrew B. Spark
**LAW OFFICE OF ANDREW BENNETT SPARK**
SouthTrust Bank Plaza-East Tower
1800 Second Street
Suite 818
Sarasota, Florida 34236

Robert C. Gilbert
**LAW OFFICES OF ROBERT C. GILBERT**
Commercebank Center
220 Alhambra Circle, Suite 400
Coral Gables, Florida 33134
(305) 529-9100

Anthony Bolognese
**BOLOGNESE & ASSOCIATES**
One Penn Center
1617 JFK Boulevard
Suite 650
Philadelphia, PA 19103
(215) 814-6750

Jonathan Shub
**SHELLER, LUDWIG & BADEY**
1528 Walnut St
3rd Floor
Philadelphia, PA 19102
(215) 790-7327

Madison, Wisconsin 53703
(608) 258-1335

Bernard Persky
Barbara Hart
**GOODKIND LABATON RUDOFF & SUCHAROW LLP**
100 Park Avenue
New York, New York 10017
(212) 907-0700

Nicholas E. Chimicles
James R. Malone, Jr.
**CHIMICLES & TIKELLIS, LLP**
361 West Lancaster Avenue
Haverford, PA 19041
(610) 642-8500

Douglas G. Thompson
William Butterfield
L. Kendall Satterfield
**FINKELSTEIN, THOMPSON & LOUGHRAN**
1055 Jefferson Street, NW, Suite 601
Washington D.C. 20007
(202) 337-8000

Steven Scholl
**DIXON, SCHOLL & BAILEY, P.A.**
707 Broadway, N.E.
Suite 505
Albuquerque, NM 87125-6746
(505) 244-3890

Joe R. Whatley, Jr.
**WHATLEY DRAKE, LLC**
1100 Financial Center
505 20th Street North
Birmingham, AL 35203
(205) 328-9576


Joseph Arshawsky
**PROVOST, UMPHREY, YOUNGDAHL, SADIN, P.C.**

9621 Fourth Street NW
Albuquerque, New Mexico 87114
(505) 792-8500

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading was served by First-Class U. S. Mail, postage prepaid, this 31st day of March, 2004, on the following:

William J. Baer, Esq.
David S. Eggert, Esq.
ARNOLD & PORTER, LLP
555 Twelfth Street, NW
Washington, DC  20004-1206

Dan K. Webb, Esq.
W. Gordon Dobie, Esq.
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601-9703

Ruthanne Gordon
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Eliot Long, Esq.
BUCHANAN INGERSOL
1835 Market Street, 14th Floor
Philadelphia, PA 19103

James R. Adams, Esq.
Grant S. Cowan, Esq.
FROST BROWN TODD LLC
2200 PNC Center
201 E. Fifth Street
Cincinnati, OH 45202-4182

Steve D. Shadowen, Esq.
Gordon A. Einhorn, Esq.
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101-1810

Thomas L. Long, Esq.
BAKER & HOSTETLER LLP
Capitol Square, Suite 2100
65 East State Street
Columbus, OH 43215

Michael P. Nolan, Esq.
Husch & Eppenberger, LLC
Suite 600
190 Carondelet Plaza
St. Louis, MO 63105-3441

/s/ Joseph E. Conley, Jr.
One of the Attorneys for Plaintiffs