IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARJORIE FERRELL, *et al.*, ) | |
| ) | |
| Plaintiff, ) | No. C-1-01-447 |
| ) | Hon. Sandra S. Beckwith |
| v. ) | |
| ) | |
| WYETH-AYERST LABORATORIES, INC. ) | |
| and AMERICAN HOME PRODUCTS CORP., ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF STEVE W. BERMAN

I, Steve W. Berman, declare:

1. I am a partner with Hagens Berman LLP, 1301 Fifth Avenue, Suite 2900, Seattle, Washington 98101. I submit this declaration in support of my application to be admitted for purposes of this litigation.

2. I was admitted to the Illinois Bar on October 29, 1980, Bar No. 3126833. I was admitted to the Washington bar on July 20, 1982, Bar No. 12536. I am an active member in good standing in each of those States.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 26, 2004

_____
Steve W. Berman

# STATUS CERTIFICATE

This certifies that

## STEVE W. BERMAN

was admitted to the Bar of the State of Washington on July 20, 1982, has been an active member since admission, and has complied with all requirements of the Washington State Bar Association for payment of licensing fees and attendance at continuing legal education programs.

Dated as of April 13, 2004.

*M. Janice Michels*
M. Janice Michels
Executive Director

Washington State Bar Association
2101 Fourth Avenue, Suite 400
Seattle, WA 98121-2330
206-443-WSBA