## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**MARJORIE FERRELL et al.,**

    **Plaintiff,**　　　　　　　　　　　　　　**Civil Action No. 1:01cv447**
　　　　　　　　　　　　　　　　　　　　　　　　　**Hon. Sandra S. Beckwith**

    **v.**

**WYETH-AYERST LABORATORIES,
and AMERICAN HOME PRODUCTS
CORP.,**

    **Defendants.**

---

## ORDER GRANTING
## MOTION TO ADMIT COUNSEL PRO HAC VICE

---

    Upon Motion to Admit Counsel Pro Hac Vice submitted by Joseph E. Conley, Jr., a member in good standing of the Bar of this Court, and the Court being otherwise sufficiently advised, it is hereby

    **ORDERED** that Attorney Craig R. Spiegel and Attorney Steve W. Berman of the firm Hagens Berman LLP, 1301 Fifth Avenue, Suite 2900, Seattle, Washington 98101, be admitted to practice in this case *pro hac vice.*

**Dated:** _____　　　　_____
　　　　　　　　　　　　　　　　　　　**Judge, U.S.D.C., S.D. of Ohio, Western Div.**

**Copies To:**

Joseph E. Conley, Jr., Esq.
Craig R. Spiegel
Steve W. Berman