```
Tue May  4 16:24:42 2004

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.   100 422740
Cashier       kj1

Tender Type  CHECK

Check Number: 7072

Transaction Type  C

Case No./Def No. 1:04-LB-ATTY  /  1

DO Code    Div No     Acct
4661         1        6855XX

Amount              $    100.00

BUECHEL & CONLEY

PRO HAC ON 1:01CV447



Tue May  4 16:24:42 2004

Check No. 7072
Amount $   100.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```