UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Marjorie Ferrell, et al.,
    Plaintiffs

v.                                 Case No. 1:01-cv-447

Wyeth-Ayerst Laboratories,
et al.,
    Defendants

**ORDER**

      This matter is before the Court on Plaintiffs' Motion for Admission of attorneys Craig R. Spiegel and Steve W. Berman (Doc. 93).

      **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorneys Craig R. Spiegel and Steve W. Berman are hereby admitted to practice pro hac vice as **co-counsel** on behalf of Plaintiffs.

      **All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at: Ms. Lisa Wright at 614.719.3222**, **to register for Electronic Case Filing as soon as practicable.**

<u>May 3, 2004</u>                                      <u>s/Sandra S. Beckwith</u>
Date                                                 Sandra S. Beckwith
                                                      United States District Judge