UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 JUN 16 AM 9:50

**MARJORIE FERRELL et al.,**

    **Plaintiff,**

v.

**WYETH-AYERST LABORATORIES,
and AMERICAN HOME PRODUCTS
CORP.,**

    **Defendants.**

Civil Action No. 1:01cv447
Hon. Sandra S. Beckwith

---

### MOTION TO ADMIT COUNSEL PRO HAC VICE

---

The undersigned, a member in good standing of the Bar of this Court, hereby moves for the admission *pro hac vice* of **Andrew B. Spark**, 8236 Country Oaks Court, Sarasota, FL 34243, as co-counsel in the above case.

In support of this Motion, the undersigned states that Attorney Andrew B. Spark is admitted to practice in the States of Florida, New Jersey and New York. Attorney Sparks' Affidavit along with a Certificate of Good Standing from the Florida Bar Association are attached to this Motion. Attorney Sparks agrees to be subjected to the jurisdiction and rules of this Court.

The undersigned will continue to act as co-counsel in this case.

Dated: June ____, 2004

_____
JOSEPH E. CONLEY, JR. [012698]
One of the Attorneys for Plaintiffs
Buechel & Conley
25 Crestview Hills Mall Rd.
Suite 104
Crestview Hills, Ky.  41017
Telephone:  859-578-6604
Facsimile: 859-578-6609
E-Mail: jconley@abanet.org

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARJORIE FERRELL, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. C-1-01-447 |
| ) | Hon. Sandra S. Beckwith |
| WYETH-AYERST LABORATORIES, ) | |
| INC., and AMERICAN ) | |
| HOME PRODUCTS CORP., ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF ANDREW B. SPARK

I, Andrew B. Spark, declare:

1. I have been the principal of LawServ, Chartered, and have maintained my office at 8236 Country Oaks Court, Sarasota, Florida, 34243. I submit this declaration in support of my application to be admitted for purposes of this litigation.

2. I was admitted to the Florida Bar in October, 1991, Bar No.: 0899811. I was admitted to the New Jersey Bar in June, 1993, Bar No.: 2551993. I was admitted to the New York Bar in October, 1993, Bar No.: 2570091. I was admitted to the United States District Court for the Middle District of Florida in September, 1992, and the United States District Court for the Southern District of Florida in February, 1994. I was admitted to the United States District Court for the Southern District of New York in April, 1997, and the United States District Court for the District of New Jersey in April, 1997. I was admitted to the United States Court of Appeals for the Eleventh Circuit in October, 1995. I am an active member in good standing in each of those state and federal courts.

AFFIDAVIT OF ANDREW B. SPARK         -1-

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _28_ day of May, 2004

_____
Andrew B. Spark



# The Florida Bar

**JOHN F. HARKNESS, JR.**
**EXECUTIVE DIRECTOR**

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLABAR.ORG

State of Florida        )

County of Leon         )

                In Re:    899811
                         Andrew Bennett Spark
                         Office of the Attorney General
                         135 W. Central Blvd. Ste. 1000
                         Orlando, Florida

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 4, 1991.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 19th day of May, 2004.

*Willie Mae Shepherd* (signature)

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/alIT13:R10

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading was served by First-Class U. S. Mail, postage prepaid, this /14th day of June, 2004, on the following:

William J. Baer, Esq.
David S. Eggert, Esq.
ARNOLD & PORTER, LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Dan K. Webb, Esq.
W. Gordon Dobie, Esq.
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703

Ruthanne Gordon
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Eliot Long, Esq.
BUCHANAN INGERSOL
1835 Market Street, 14th Floor
Philadelphia, PA 19103

James R. Adams, Esq.
Grant S. Cowan, Esq.
FROST BROWN TODD LLC
2200 PNC Center
201 E. Fifth Street
Cincinnati, OH 45202-4182

Steve D. Shadowen, Esq.
Gordon A. Einhorn, Esq.
HANGLEY ARONCHICK SEGAL &
PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101-1810

Thomas L. Long, Esq.
BAKER & HOSTETLER LLP
Capitol Square, Suite 2100
65 East State Street
Columbus, OH 43215

Michael P. Nolan, Esq.
Husch & Eppenberger, LLC
Suite 600
190 Carondelet Plaza
St. Louis, MO 63105-3441

_____

```
Wed Jun 16 09:29:54 2004

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.    100 423200
Cashier        kj1

Tender Type  CHECK

Check Number: 1944

Transaction Type   C

Case No./Def No. 1:04-LB-ATTY  /  1

DO Code    Div No     Acct
 4661        1       6855XX

Amount              $    50.00

LAWSERV, CHARTERED


PRO HAC VICE C-1-01-447
```

```
Wed Jun 16 09:29:54 2004

Check No. 1944
Amount$    50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```