IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARJORIE FERRELL, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. C-1-01-447 |
| ) | Hon. Sandra S. Beckwith |
| WYETH-AYERST LABORATORIES, ) | |
| INC., and AMERICAN ) | |
| HOME PRODUCTS CORP., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF CHANGE OF ADDRESS**

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE THAT, that the new mailing address for Andrew B. Spark, Counsel for Plaintiffs is 8236 Country Oaks Court, Sarasota, FL 34243. The phone and facsimile numbers remain the same. Please direct all future communications to the new address.

DATED: May __, 2004.

Respectfully submitted,

Andrew B. Spark
**LawServ, Chartered**
8236 Country Oaks Court
Sarasota, FL 34243
Telephone: (941) 954-0744
Facsimile: (941) 953-6260

Liason Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading was served by First-Class U. S. Mail, postage prepaid, this 14th day of June, 2004, on the following:

William J. Baer, Esq.
David S. Eggert, Esq.
ARNOLD & PORTER, LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Dan K. Webb, Esq.
W. Gordon Dobie, Esq.
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703

Ruthanne Gordon
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Eliot Long, Esq.
BUCHANAN INGERSOL
1835 Market Street, 14th Floor
Philadelphia, PA 19103

James R. Adams, Esq.
Grant S. Cowan, Esq.
FROST BROWN TODD LLC
2200 PNC Center
201 E. Fifth Street
Cincinnati, OH 45202-4182

Steve D. Shadowen, Esq.
Gordon A. Einhorn, Esq.
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101-1810

Thomas L. Long, Esq.
BAKER & HOSTETLER LLP
Capitol Square, Suite 2100
65 East State Street
Columbus, OH 43215

Michael P. Nolan, Esq.
Husch & Eppenberger, LLC
Suite 600
190 Carondelet Plaza
St. Louis, MO 63105-3441

*[signature]*