# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION


Marjorie Ferrell, et al.,
    Plaintiffs

v.                                    Case No.  1:01-cv-447

Wyeth-Ayerst Laboratories,
et al.,
    Defendants

---

### ORDER

---

      This matter is before the Court on Plaintiffs' Motion for Admission of attorney Andrew B. Spark (Doc. 95).

      **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorney Andrew B. Spark is hereby admitted to practice pro hac vice as **co-counsel** on behalf of Plaintiffs.

      **All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at:  Ms. Lisa Wright at 614.719.3222, to register for Electronic Case Filing as soon as practicable.**


June 21, 2004                    s/Sandra S. Beckwith
Date                             Sandra S. Beckwith
                                 United States District Judge