IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 NOV -4 PM 3:03

| | | |
|---|---|---|
| MARJORIE FERRELL, *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. C-1-01-447 |
| | ) | Hon. Sandra S. Beckwith |
| WYETH-AYERST LABORATORIES, | ) | |
| INC., and AMERICAN | ) | |
| HOME PRODUCTS CORP., | ) | |
| | ) | |
| Defendants. | ) | |

MOTION TO ADMIT COUNSEL PRO HAC VICE

The undersigned, a member in good standing of the Bar of this Court, hereby moves for the admission **pro hac vice** of **Ralph L. Friedland**, 2033 Main St., Ste. 100, Sarasota, FL 34237, as co-counsel in the above case.

In support of this Motion, the undersigned states that Attorney Ralph L. Friedland is admitted to practice in the State of Florida. Attorney Friedland's Affidavit along with a Certificate of Good Standing from the Florida Bar Association are attached to this Motion. Attorney Friedland agrees to be subjected to the jurisdiction and rules of this Court.

The undersigned will continue to act as co-counsel in this case.

Dated: Nov. 3 ____, 2004

JOSEPH E. CONLEY, JR. [012698]
One of the Attorneys for Plaintiffs
Buechel & Conley
25 Crestview Hills Mall Rd.
Suite 104

-2-

Crestview Hills, KY 41017
Telephone: 859-578-6604
Facsimile: 859-578-6609
E-Mail: jconley@abanet.org

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading was served by First-Class U. S. Mail, postage prepaid, this 3rd day of November, 2004, on the following:

William J. Baer, Esq.
David S. Eggert, Esq.
ARNOLD & PORTER, LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Dan K. Webb, Esq.
W. Gordon Dobie, Esq.
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703

Ruthanne Gordon
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Eliot Long, Esq.
BUCHANAN INGERSOL
1835 Market Street, 14th Floor
Philadelphia, PA 19103

James R. Adams, Esq.
Grant S. Cowan, Esq.
FROST BROWN TODD LLC
2200 PNC Center
201 E. Fifth Street
Cincinnati, OH 45202-4182

Steve D. Shadowen, Esq.
Gordon A. Einhorn, Esq.
HANGLEY ARONCHICK SEGAL &
PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101-1810

Thomas L. Long, Esq.
BAKER & HOSTETLER LLP
Capitol Square, Suite 2100
65 East State Street
Columbus, OH 43215