IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARJORIE FERRELL, *et al.*, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WYETH-AYERST LABORATORIES, ) <br> INC., and AMERICAN ) <br> HOME PRODUCTS CORP., ) <br> ) <br> Defendants. ) | No. C-1-01-447 <br> Hon. Sandra S. Beckwith |

**AFFIDAVIT OF RALPH L. FRIEDLAND**

I, Ralph L. Friedland, declare:

1.  I am the principal of LawServ, Chartered, and have maintained my office at 2033 Main Street, Sarasota, Ste. 100, Florida, 34237. I submit this declaration in support of my application to be admitted for purposes of this litigation.

2.  I was admitted to the Florida Bar in April, 1983, Bar No.: 360813. I was admitted to the United States District Court for the Middle District of Florida in March, 1991. I am an active member in good standing in each of those state and federal courts.

AFFIDAVIT OF RALPH L. FRIEDLAND          -1-

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of Oct, 2004

*[signature]*
Ralph L. Friedland



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, Florida 32399-2300**

John F. Harkness, Jr.
Executive Director

850/561-5600
www.FLABAR.org

State of Florida        )

County of Leon        )

                          In Re:    360813
                                        Ralph Lee Friedland
                                        2033 Main St., Ste. 100
                                        Sarasota, Florida

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on April 22, 1983.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this ____ day of October, 2004.

*Willie Mae Shepherd*
Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/lpw21:R10

```
Thu Nov  4 14:57:38 2004

    UNITED STATES DISTRICT COURT
    CINCINNATI, OH

Receipt No.    100 424692
Cashier         mc1

Tender Type  CHECK

Check Number: 2061

Transaction Type   C

Case No./Def No. 1:04-LB-ATTY  /  1

DO Code    Div No      Acct
 4661        1         6855XX

Amount          $      50.00

LAWSERV, CHARTERED

PRO HAC VICE 1:01CV447




Thu Nov  4 14:57:38 2004

Check No. 2061
Amount$    50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```