IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARJORIE FERRELL, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. C-1-01-447 |
| ) | Hon. Sandra S. Beckwith |
| WYETH-AYERST LABORATORIES, ) | |
| INC., and AMERICAN ) | |
| HOME PRODUCTS CORP., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SUBSTITUTION

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

COME NOW Andrew Spark and Ralph L. Friedland who hereby provide notice that Friedland has acquired the law practice of Spark, who has obtained employment precluding continuing representation, and is substituting for Spark as one of the plaintiffs' counsel in this action. This substitution is made with the knowledge and consent of class representative Marjorie Ferrell.

DATED: October 31, 2004.          Respectfully submitted,

Andrew B. Spark
LawServ, Chartered
8236 Country Oaks Court
Sarasota, FL 34243
Telephone: (941) 954-0744
Facsimile: (941) 953-6260

Counsel for Plaintiffs

_[signature]_
Ralph L. Friedland
**LawServ, Chartered**
2033 Main Street, Ste. 100
Sarasota, FL 34237
Telephone: (941) 365-1980
Facsimile: (941) 366-6910

Liason Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading was served by First-Class U. S. Mail, postage prepaid, this 3rd day of November, 2004, on the following:

William J. Baer, Esq.
David S. Eggert, Esq.
ARNOLD & PORTER, LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Dan K. Webb, Esq.
W. Gordon Dobie, Esq.
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703

Ruthanne Gordon
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Eliot Long, Esq.
BUCHANAN INGERSOL
1835 Market Street, 14th Floor
Philadelphia, PA 19103

James R. Adams, Esq.
Grant S. Cowan, Esq.
FROST BROWN TODD LLC
2200 PNC Center
201 E. Fifth Street
Cincinnati, OH 45202-4182

Steve D. Shadowen, Esq.
Gordon A. Einhorn, Esq.
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101-1810

Thomas L. Long, Esq.
BAKER & HOSTETLER LLP
Capitol Square, Suite 2100
65 East State Street
Columbus, OH 43215

_____
[signature]