

Joseph J. Tabacco, Jr. (75484)
Sharon T. Maier (144910)
Elizabeth Guarnieri (208733)
**BERMAN DeVALERIO PEASE**
**TABACCO BURT & PUCILLO**
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

ENDORSED
F I L E D
San Francisco County Superior Court

JUL 1 9 2004

GORDON PARK-LI, Clerk
BY: ANDREA CARNEY
Deputy Clerk

**Attorneys for Plaintiff Elizabeth Blevins**

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| ELIZABETH BLEVINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v<br><br>WYETH-AYERST LABORATORIES, INC. AND AMERICAN HOME PRODUCTS CORPORATION,<br><br>Defendants. | Case No. 324380<br><br>[~~PROPOSED~~] ORDER GRANTING CERTIFYING CLASS<br><br>Date:  May 14, 2004<br>Time:  9:30 a.m.<br>Dep't:  304<br><br>Complaint Filed:  September 7, 2001<br>Trial Date:  None set |

Plaintiff's motion for class certification was heard on May 14, 2004, and on July 8, 2004, in Department 304 of the above-entitled Court. The matter having been argued and submitted, the Court certifies the following class with respect to Plaintiff's claims for violation of the Cartwright Act, Cal. Bus. & Prof. Code § 16720 *et seq.*, for violation of the Unfair Trace Practices Act, Cal Bus. & Prof. Code § 17045, for violation of the Unfair Competition Law, Cal. Bus. & Prof. Code § 7200 *et seq.*, and for unjust enrichment:

> All persons or entities who, during the period from March 24, 1999 to the present (the "Class Period"), purchased, paid for, or reimbursed for Premarin® purchased in the State of California for consumption by themselves, family members or covered individuals (including members, beneficiaries, employees and insureds) and who suffered economic loss thereby as a result of allegedly anticompetitive conduct by Defendants. Excluded from the Class are Defendants and their respective subsidiaries and affiliates, all governmental entities, and all persons or entities that purchased Premarin®: (i) for purposes of resale, or (ii) directly from any of the Defendants.

01265

1759.10 0006 MTN.DOC

- 1 -

[~~PROPOSED~~] ORDER GRANTING CERTIFYING CLASS

1   IT IS SO ORDERED.

2   Dated: 7/19, 2004         **RICHARD A. KRAMER**
3   
4   _____
    Honorable Richard A. Kramer
5   Judge of the Superior Court of California for the
    County of San Francisco

6

7   Submitted by:

8   BERMAN DE VALERIO PEASE TABACCO BURT & PUCILLO

9

10  By: /s/ Elizabeth C. Guarnieri
    Elizabeth C. Guarnieri (208733)
11  425 California Street, Suite 202
    San Francisco, CA 94104
12  Telephone: (415) 433-3200
    Facsimile: (415) 433-6382

13

14  Approved as to form only:

15  ARNOLD & PORTER

16

17  By: Ronald Redcay /w/ his permission   EG
    Ronald C. Redcay (State Bar No. 67236)
18  777 South Figueroa Street, 44th Floor
    Los Angeles, CA 90017
19  Telephone: (213) 243-4000
    Facsimile: (213) 243-4199

20

21

22

23

24

25

26

27

28

01266

1759.10 0006 MTN.DOC                    - 2 -

[PROPOSED] ORDER GRANTING CERTIFYING CLASS