**EXHIBIT 1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARJORIE FERRELL, et al., | ) | Civil Action No. C-1-01-447 |
| | ) | |
| Plaintiffs, | ) | Judge Sandra S. Beckwith |
| | ) | Magistrate Judge Timothy S. Hogan |
| v. | ) | |
| | ) | |
| WYETH-AYERST LABORATORIES, | ) | |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER GRANTING THE VERMONT PLAINTIFF'S MOTION TO INTERVENE UNDER RULE 24(a)(2)

The Motion of Vermont Plaintiff Marilyn Deyo to Intervene Under Rule 24 is hereby granted pursuant to Rule 24(a)(2) of the Federal Rules of Civil Procedure, to allow the Vermont Plaintiff to move to stay the above-captioned action as to the Vermont State Consumer Subclass (the "Vermont Subclass"), identified in the Court's June 30, 2004 [Class Certification] Order at p.3, during the pendency of the litigation in Vermont state court, docket number 735-12-04 Wncv in the Vermont Superior Court, Washington County or, alternatively, for appointment as the class representative of the Vermont Subclass and her counsel, Johnson & Perkinson, as counsel to the Vermont Subclass in the above-captioned action.

DATED: January ___, 2005

_____
Sandra S. Beckwith
United States District Judge