# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARJORIE FERRELL, et al., | ) | Civil Action No. C-1-01-447 |
| Plaintiffs, | ) | Judge Sandra S. Beckwith |
| | ) | Magistrate Judge Timothy S. Hogan |
| v. | ) | |
| WYETH-AYERST LABORATORIES, INC., et al., | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER STAYING THE INSTANT LITIGATION AS TO VERMONT END-PAYORS

The Motion of Vermont Plaintiff Marilyn Deyo to Stay the Litigation as to the Vermont State Consumer Subclass during the pendency of the action captioned *Deyo v. Wyeth*, docket number 735-12-04 Wncv in the Vermont Superior Court, Washington County, Vermont, is hereby GRANTED.

DATED: January ___, 2005

_____
Sandra S. Beckwith
United States District Judge