# EXHIBIT 2

# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARJORIE FERRELL, *et al.*, | ) ) ) | Civil Action No. C-1-01-447 |
| Plaintiffs, | ) ) ) | Judge Sandra S. Beckwith<br>Magistrate Judge Timothy S. Hogan |
| v. | ) ) | |
| WYETH-AYERST LABORATORIES, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## [PROPOSED] ORDER APPOINTING VERMONT PLAINTIFF MARILYN DEYO AS CLASS REPRESENTATIVE AND HER COUNSEL AS CLASS COUNSEL OF THE VERMONT STATE CONSUMER SUBCLASS

The Motion of Vermont Plaintiff Marilyn Deyo for Appointment as Class Representative and Her Counsel as Class Counsel to the Vermont State Consumer Subclass is hereby GRANTED.

DATED: January ___, 2005

_____
Sandra S. Beckwith
United States District Judge

451166.1