UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARJORIE FERRELL, *et al.*, | ) | Civil Action No. C-1-01-447 |
| Plaintiffs, | ) ) ) | Judge Sandra S. Beckwith<br>Magistrate Judge Timothy S. Hogan |
| v. | ) | |
| WYETH-AYERST LABORATORIES, INC., *et al.*, | ) ) ) | |
| Defendants. | ) | |

### AFFIDAVIT OF JAMES F. CONWAY, III

| | |
|---|---|
| STATE OF VERMONT | ) |
| | ) |
| COUNTY OF CHITTENDEN | ) |

Now comes James F. Conway, III, and after being duly sworn and cautioned, hereby states as follows:

1.  My name is James F. Conway, III and I am an attorney in the law firm of Johnson & Perkinson, 1690 Williston Road, P.O. Box 2305, South Burlington, Vermont 05403, (802) 862.0030.

2.  I was admitted to the Bar of the State of Vermont in June, 2003, and as of the present date, have remained in continuous good standing with the bar of the State of Vermont, as indicated on the attached Certificate of Good Standing.

3.  I am requesting admission, *pro hac vice*, in order to represent Plaintiff Marilyn Deyo in this action.

4. I will be assisted by Richard S. Wayne and William K. Flynn, attorneys licensed in the State of Ohio, and the law firm of Strauss & Troy.

FURTHER, your Affiant sayeth naught.

_____
James F. Conway, III

Sworn to and subscribed before me,
a Notary Public in and for said County
and State, this 7th day of January, 2005.

_____
Notary Public
My Commission Expires: 2/10/07

451146.1





## CERTIFICATE OF ADMISSION AND GOOD STANDING

This is to **CERTIFY** that **James F. Conway, III, #3980** was upon examination and motion of the Board of Bar Examiners, duly admitted by the Vermont Supreme Court and sworn as an Attorney and Counselor of Law, and as such was enrolled on the 16th day of June, 2003.

This is to **FURTHER CERTIFY** that the said **James F. Conway, III, Esq.** is on active status and currently practices law in the courts of the State of Vermont.

Dated at Montpelier, County of Washington, State of Vermont, this 3rd day of January, 2005.

Edward McSweeney
Deputy Clerk



```
Wed Jan 12 14:44:17 2005

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.    100 425340
Cashier        sj1

Tender Type  CHECK

Check Number: 7270

Transaction Type   C

Case No./Def No. 1:04-LB-ATTY  /   1

DO Code   Div No      Acct
 4661       1        6855XX

Amount               $    150.00

STRAUSS & TROY

JAMES F CONWAY III/JACOB B PERKINSON/DEN
NIS J JOHNSON/PRO HAC VICE




Wed Jan 12 14:44:17 2005

Check No. 7270
Amount $   150.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```