UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |
|---|---|
| MARJORIE FERRELL, *et al.*, ) | Civil Action No. C-1-01-447 |
| ) | |
| Plaintiffs, ) | Judge Sandra S. Beckwith |
| ) | Magistrate Judge Timothy S. Hogan |
| v. ) | |
| ) | |
| WYETH-AYERST LABORATORIES, ) | |
| INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Trial Attorney for Plaintiff Marilyn Deyo, Richard S. Wayne, hereby moves the Court pursuant to Rule 1.3(c) of the Local Rule of the United States District Court for the Southern District of Ohio allowing the admission of Dennis J. Johnson, a member of the law firm of Johnson & Perkinson, 1690 Williston Road, P.O. Box 2305, South Burlington, Vermont 05403, and a member in good standing of the bar of the State of Vermont, as attorney *pro hac vice*. There are not pending disciplinary proceedings against Applicant in any state or federal court. This Motion is supported by the Affidavit of Dennis J. Johnson, which is submitted herewith.

Dated: January 12, 2005

Richard S. Wayne
Richard S. Wayne Attorney Bar Number 0022390
s/William K. Flynn
William K. Flynn Attorney Bar Number 0029536
STRAUSS & TROY
150 East Fourth Street
Cincinnati, OH 45202-4018
Telephone: (513) 621-2120
Facsimile: (513) 629-9426
email: *rswayne@strausstroy.com*
email: *wkflynn@strausstroy.com*
Trial Attorneys for Plaintiff Marilyn Deyo

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Motion to Admit *Pro Hac Vice* was served by ordinary U.S. mail, first class postage prepaid, upon the following counsel this 12th day of January, 2004:

***Attorneys for Plaintiffs***

Janet G. Abaray, Esq.
LOPEZ HODES RESTAINO MILMAN
  & SKIKOS
312 Walnut St., Suite 2090
Cincinnati, OH  45202

Craig R. Spiegel, Esq.
Steve W. Berman, Esq.
HAGENS BERMAN LLP
1301 5th Ave., Suite 2900
Seattle, WA  98101

Elizabeth F. Hartweg, Esq.
Jennifer F. Connolly, Esq.
Kenneth A. Wexler, Esq.
THE WEXLER FIRM
One North LaSalle St., Suite 2000
Chicago, IL  60602

Samuel D. Heins, Esq.
HEINS MILLS & OLSON PLC
3550 IDS Center
80 South Eighth Street
Minneapolis, MN  55402

Dianne M. Nast, Esq.
RODA & NAST, PC
801 Estelle Drive
Lancaster, PA  17601

Dennis J. Johnson, Esq.
Jacob B. Perkinson, Esq.
James F. Conway, III, Esq.
JOHNSON & PERKINSON
1690 Williston Road
P.O. Box 2305
South Burlington, VT  05403

Anthony J. Sievert, Esq.
One North LaSalle St., Suite 2000
Chicago, IL  60602

Daniel E. Gustafson, Esq.
GUSTAFSON GLUECK PLLC
608 2nd Ave. South, Suite 725
Minneapolis, MN  55402

Ralph L. Friedland, Esq.
2033 Main St., Suite 100
Sarasota, FL  34237

Joseph E. Conley, Jr., Esq.
BUECHEL & CONLEY
Suite 104
25 Crestview Hills Mall Rd.
Crestview Hills, KY  41017

Patrick E. Cafferty, Esq.
MILLER FAUCHER & CAFFERTY, LLP
101 N. Main St., Suite 885
Ann Arbor, MI  48104

***Attorneys for Defendants***

| | |
|---|---|
| Grant S. Cowan, Esq.<br>James R. Adams, Esq.<br>FROST BROWN TODD LLC<br>2200 PNC Center<br>201 E. Fifth Street<br>Cincinnati, OH 45202-4182 | Mark R. Merley, Esq.<br>Asim Varma, Esq.<br>David S. Eggert, Esq.<br>Douglas L. Ward, Esq.<br>Matthew D. Meisner, Esq.<br>Son B. Nguyen, Esq.<br>William J. Baer, Esq.<br>ARNOLD & PORTER<br>Thurman Arnold Building<br>555 12th Street, NW<br>Washington, DC 20004-1202 |
| Brian D. Werner, Esq.<br>Brooke B. Ward, Esq.<br>Petty M. Balesteri, Esq.<br>WINSTON STRAWN<br>35 West Wacker Drive<br>Chicago, IL 60601-9703 | |

_____
Richard S. Wayne (0022390)

452301.1