## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| MARJORIE FERRELL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. C-1-01-447 |
| | ) | |
| v. | ) | Judge Sandra S. Beckwith |
| | ) | |
| WYETH-AYERST LABORATORIES, INC., *et al.*, | ) | Magistrate Judge Timothy S. Hogan |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' MOTION
## TO EXTEND THE DEADLINE FOR IDENTIFICATION OF
## A REPRESENTATIVE FOR SUBCLASS 5 --
## CONSUMERS IN THE STATE OF NEVADA

Upon the record, files, proceedings, and memorandum filed herewith, Plaintiffs move this Court for an Order extending the deadline for identification of a representative for Subclass 5 – consumers in the State of Nevada – to April 4, 2005.

Dated: March 4, 2005                                 Respectfully submitted,


                                                     /s/  Joseph E. Conley, Jr.
                                                    One of Plaintiffs' attorneys


| | |
|---|---|
| Janet G. Abaray | Joseph E. Conley, Jr. |
| LOPEZ, HODES, RESTAINO | BUECHEL & CONLEY |
| MILMAN, SKIKOS & POLOS | 25 Crestview Hills Mall Road |
| 312 Walnut Street, Suite 2090 | Suite 104 |
| Cincinnati, OH  45202 | Crestview Hills, KY  41017 |
| (513) 852-5600 | (859) 578-6600 |

*Co-Liaison Counsel for End-Payor Plaintiffs*

| | |
|---|---|
| Kenneth A. Wexler | Marc H. Edelson |
| Jennifer Fountain Connolly | HOFFMAN & EDELSON |
| THE WEXLER FIRM LLP | 45 West Court Street |
| One North LaSalle, Suite 2000 | Doylestown, PA  18901 |
| Chicago, IL  60602 | (215) 230-8043 |
| (312) 346-2222 | |
| | |
| Alan I. Gilbert | Patrick E. Cafferty |
| Susan E. MacMenamin | MILLER FAUCHER and CAFFERTY LLP |
| Barbara J. Felt | 101 N. Main Street, Suite 450 |
| HEINS MILLS & OLSON, P.C. | Ann Arbor, MI  48104 |
| 3550 IDS Center, 80 South Eighth Street | (734) 769-2144 |
| Minneapolis, MN  55401 | |
| (612) 338-4605 | |

Steve W. Berman
Craig R. Spiegel
HAGENS BERMAN SOBOL
SHAPIRO LLP
1301 5TH Avenue, Suite 2900
Seattle, WA 98101

*Co-Lead Counsel for End-Payor Plaintiffs*

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing pleading was served by First-Class U. S. Mail, postage prepaid, this  4th   day of March, 2005, on the following:

| | |
|---|---|
| William J. Baer, Esq.<br>David S. Eggert, Esq.<br>ARNOLD & PORTER, LLP<br>555 Twelfth Street, NW<br>Washington, DC  20004-1206 | James R. Adams, Esq.<br>Grant S. Cowan, Esq.<br>FROST BROWN TODD LLC<br>2200 PNC Center<br>201 E. Fifth Street<br>Cincinnati, OH  45202-4182 |
| Dan K. Webb, Esq.<br>W. Gordon Dobie, Esq.<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL  60601-9703 | Steve D. Shadowen, Esq.<br>Gordon A. Einhorn, Esq.<br>HANGLEY ARONCHICK SEGAL &<br>PUDLIN<br>30 North Third Street, Suite 700<br>Harrisburg, PA 17101-1810 |
| Ruthanne Gordon<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 | Thomas L. Long, Esq.<br>BAKER & HOSTETLER LLP<br>Capitol Square, Suite 2100<br>65 East State Street<br>Columbus, OH 43215 |
| Eliot Long, Esq.<br>BUCHANAN INGERSOL<br>1835 Market Street, 14th Floor<br>Philadelphia, PA 19103 | Michael P. Nolan, Esq.<br>Husch & Eppenberger, LLC<br>Suite 600<br>190 Carondelet Plaza<br>St. Louis, MO 63105-3441 |

/s/  Joseph E. Conley, Jr.