UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |
|---|---|
| MARJORIE FERRELL, et al., ) | Civil Action No. C-1-01-447 |
| Plaintiffs, ) | Judge Sandra S. Beckwith |
| ) | Magistrate Judge Timothy S. Hogan |
| v. ) |  |
| WYETH-AYERST LABORATORIES, INC., et al., ) |  |
| Defendants. ) |  |

**NOTICE OF ADDITIONAL SUBCLASS REPRESENTATIVES
IN ACCORDANCE WITH ORDER OF FEBRUARY 2, 2005**

Plaintiffs, by their counsel, hereby identify additional subclass representatives in accordance with the Court's order of February 2, 2005 [Doc. No. 118].

1. For Subclass 1 (*i.e.*, individual consumers in the states of Arizona, Iowa, Lansas, Maine, Michigan, Minnesota, Mississippi, New Mexico, North Carolina, North Dakota, South Dakota, Tennessee, West Virginia and Wisconsin):

    a. Mary D. Duda, a resident of the State of New Mexico; and

    b. Mary Seaworth, a resident of the State of North Dakota.

2. For Subclass 5 (*i.e.,* consumers in the state of Nevada):

    As of this date, no consumer representative from the state of Nevada has been identified.

3. For Subclass 6 (*i.e.*, third-party payors in the state of Nevada):

Plaintiff United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund ("UFCW"), located in Cook County, Illinois, is an "employee welfare benefit plan" and "employee benefit plan" maintained pursuant to Section 302(c)(5) of the Labor Management Relations Act, 29 U.S. C. § 186(c)(5), and as defined by section

1002(1) and (3) of the Employee Retirement Income Security Act, 29 U.S. C. § 1001, *et. seq.*  UFCW paid for Premarin used by its members in the state of Nevada.

Dated: March 4, 2005                                                            Respectfully submitted,

                                                                By:   /s/ Joseph E. Conley, Jr.
                                                                               One of Plaintiffs' Counsel

| | |
|---|---|
| Janet G. Abaray | Joseph E. Conley, Jr. |
| LOPEZ, HODES, RESTAINO, | BUECHEL & CONLEY |
| MILMAN,  SKIKOS & POLOS | 25 Crestview Hills Mall Road |
| 312 Walnut Street, Suite 2090 | Suite 104 |
| Cincinnati, Ohio 45202 | Crestview Hills, Kty.  41017 |
| Tel: (513) 852-5600 | Tel: (859) 578-6600 |

*Co-Liaison Counsel for End-Payor Plaintiffs*

| | |
|---|---|
| Kenneth A. Wexler | Marc H. Edelson |
| Jennifer Fountain Connolly | HOFFMAN & EDELSON |
| THE WEXLER FIRM LPP | 45 West Court Street |
| One North LaSalle, Suite 2000 | Doylestown, Pennsylvania 18901 |
| Chicago, Illinois 60602 | (215) 230-8043 |
| (312) 346-2222 | |
| | |
| Alan I. Gilbert | Patrick E. Cafferty |
| Barbara J. Felt | MILLER FAUCHER and CAFFERTY LLP |
| Susan E. MacMenamin | 101 N. Main Street, Suite 450 |
| HEINS MILLS & OLSON, P.C. | Ann Arbor, MI 48104 |
| 3550 IDS Center, 80 South Eighth Street | (734) 769-2144 |
| Minneapolis, MN 55402 | |
| (612) 338-4605 | |

*Co-Lead Counsel for End-Payor Plaintiffs*

Daniel Gustafson  
GUSTAFSON GLUEK PLLC  
600 Northstar East  
608 Second Ave S.  
Minneapolis, MN 55402  
(612) 333-8844  

Ralph L. Friedland  
LAWSERV, CHARTERED  
2033 Main Street, Ste. 100  
Sarasota, FL 34237  

Anthony Bolognese  
BOLOGNESE & ASSOCIATES  
One Penn Center  
1617 JFK Boulevard, Suite 650  
Philadelphia, PA 19103  

Michael A. Havard  
PROVOST ❖ UMPHREY LAW  
FIRM, L.L.P.  
390 Park Street  
Beaumont, TX 77701  

Susan LaCava  
SUSAN LaCAVA S.C.  
23 N. Pinckney, Suite 300  
Madison, Wisconsin 53703  

Nicholas E. Chimicles  
James R. Malone, Jr.  
CHIMICLES & TIKELLIS, LLP  
361 West Lancaster Avenue  
Haverford, PA 19041  
(610) 642-8500  

Lee Squitieri  
SQUITIERI & FEARON  
421 Fifth Avenue  
26th Floor  
New York, NY 10175  

Robert C. Gilbert  
LAW OFFICES OF ROBERT C. GILBERT  
Commercebank Center  
220 Alhambra Circle, Suite 400  
Coral Gables, Florida 33134  

Jonathan Shub  
SHELLER, LUDWIG & BADEY  
1528 Walnut St., 3rd Floor  
Philadelphia, PA 19102  

Joe R. Whatley, Jr.  
WHATLEY DRAKE, LLC  
1100 Financial Center  
505 20th Street North  
Birmingham, AL 35203  

Bernard Persky  
Barbara Hart  
GOODKIND LABATON RUDOFF  
& SUCHAROW LLP  
100 Park Avenue  
New York, New York 10017  

Douglas G. Thompson  
William Butterfield  
L. Kendall Satterfield  
FINKELSTEIN, THOMPSON &  
LOUGHRAN  
1055 Jefferson Street, NW, Suite 601  
Washington D.C. 20007

| | |
|---|---|
| Steven Scholl<br>DIXON, SCHOLL & BAILEY, P.A.<br>707 Broadway, N.E., Suite 505<br>Albuquerque, NM 87125-6746 | Jon Karmel<br>KARMEL & GILDEN<br>221 N. LaSalle Street<br>Suite 1414<br>Chicago, Illinois 60601 |
| Jeffrey R. Fuller<br>REINHART, BOERNER, VAN DEUREN,<br>NORRIS & RIESELBACH, S.C.<br>1000 N. Water Street<br>Milwaukee, WI 53202-3400 | Ira Neil Richards<br>TRUJILLO RODRIGUEZ &<br>RICHARDS, LLC<br>The Penthouse<br>226 West Ritten House Square<br>Philadelphia, PA 19103 |

*Counsel for End-Payor Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading was served by First-Class U. S. Mail, postage prepaid, this  4th  day of March, 2005, on the following:

William J. Baer, Esq.
David S. Eggert, Esq.
ARNOLD & PORTER, LLP
555 Twelfth Street, NW
Washington, DC  20004-1206

Dan K. Webb, Esq.
W. Gordon Dobie, Esq.
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601-9703

Ruthanne Gordon
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Eliot Long, Esq.
BUCHANAN INGERSOL
1835 Market Street, 14th Floor
Philadelphia, PA 19103

James R. Adams, Esq.
Grant S. Cowan, Esq.
FROST BROWN TODD LLC
2200 PNC Center
201 E. Fifth Street
Cincinnati, OH  45202-4182

Steve D. Shadowen, Esq.
Gordon A. Einhorn, Esq.
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101-1810

Thomas L. Long, Esq.
BAKER & HOSTETLER LLP
Capitol Square, Suite 2100
65 East State Street
Columbus, OH 43215

Michael P. Nolan, Esq.
Husch & Eppenberger, LLC
Suite 600
190 Carondelet Plaza
St. Louis, MO 63105-3441

                    s/ Joseph E. Conley, Jr.