**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MARJORIE FERRELL, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | No. C-1-01-447 |
| | ) | |
| v. | ) | Judge Sandra S. Beckwith |
| | ) | |
| WYETH-AYERST LABORATORIES, | ) | Magistrate Judge Timothy S. Hogan |
| INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO ADD**
**ADDITIONAL SUBCLASS 1 REPRESENTATIVE**

Plaintiffs, by their attorneys, respectfully request leave to add another representative for Subclass 1. As grounds for the foregoing, Plaintiffs state as follows:

1.      On February 2, 2005, this Court entered an order creating six subclasses and giving Plaintiffs until March 4, 2005 to submit representatives for the subclasses this Court created. *See* Doc. No. 118.

2.      On March 4, 2005, Plaintiffs filed a Notice setting forth the subclass representatives for each of the subclasses designated by this Court except for Subclass 6, individual consumers in the state of Nevada. On March 8, 2005, this Court denied Plaintiffs' motion for extension of time to locate a representative for that subclass. *See* Doc. No. 121.

3.      Plaintiffs respectfully request leave to add Dorothy Berg, a resident of the State of Minnesota, as an additional representative for Subclass 1 (*i.e.*, individual consumers in the states of Arizona, Iowa, Kansas, Maine, Michigan, Minnesota, Mississippi, New Mexico, North Carolina, North Dakota, South Dakota, Tennessee, West Virginia and Wisconsin). The sole

reason for Plaintiffs' delay in adding Ms. Berg was the additional time required to execute a retainer agreement.

4.    Since Plaintiffs have already submitted notice of two subclass representatives for Subclass 1 – and since Defendants have not yet commenced discovery related to those additional representatives -- Defendants will not be prejudiced by the addition of another Subclass 1 representative.

5.    Moreover, especially because of the lack of prejudice to Defendants, it is in the interests of justice to allow a class member interested in proceeding to join this action as a class representative.

WHEREFORE Plaintiffs respectfully request leave to add Dorothy Berg as an additional representative for Subclass 1, and all other relief that this Court deems just and proper.  A supplemental notice is attached as Exhibit A.

Dated: March 11, 2005                         Respectfully submitted,


                                              /s/  Joseph E. Conley, Jr.
                                              One of Plaintiffs' attorneys

Janet G. Abaray                       Joseph E. Conley, Jr.
LOPEZ, HODES, RESTAINO                BUECHEL & CONLEY
MILMAN, SKIKOS & POLOS                25 Crestview Hills Mall Road
312 Walnut Street, Suite 2090         Suite 104
Cincinnati, OH  45202                 Crestview Hills, KY  41017
(513) 852-5600                        (859) 578-6600

*Co-Liaison Counsel for End-Payor Plaintiffs*

Kenneth A. Wexler
Jennifer Fountain Connolly
THE WEXLER FIRM LLP
One North LaSalle, Suite 2000
Chicago, IL  60602
(312) 346-2222

Marc H. Edelson
HOFFMAN & EDELSON
45 West Court Street
Doylestown, PA  18901
(215) 230-8043

Alan I. Gilbert
Susan E. MacMenamin
Barbara J. Felt
HEINS MILLS & OLSON, P.C.
3550 IDS Center, 80 South Eighth Street
Minneapolis, MN  55401
(612) 338-4605

Patrick E. Cafferty
MILLER FAUCHER and CAFFERTY LLP
101 N. Main Street, Suite 450
Ann Arbor, MI  48104
(734) 769-2144

Steve W. Berman
Craig R. Spiegel
HAGENS BERMAN SOBOL
SHAPIRO LLP
1301 5TH Avenue, Suite 2900
Seattle, WA 98101

***Co-Lead Counsel for End-Payor Plaintiffs***

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that a copy of the foregoing pleading was served by First-Class U. S. Mail, postage prepaid,  this  11th day of March, 2005 on the following:

William J. Baer, Esq.
David S. Eggert, Esq.
ARNOLD & PORTER, LLP
555 Twelfth Street, NW
Washington, DC  20004-1206

Dan K. Webb, Esq.
W. Gordon Dobie, Esq.
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601-9703

Ruthanne Gordon
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Eliot Long, Esq.
BUCHANAN INGERSOL
1835 Market Street, 14th Floor
Philadelphia, PA 19103

James R. Adams, Esq.
Grant S. Cowan, Esq.
FROST BROWN TODD LLC
2200 PNC Center
201 E. Fifth Street
Cincinnati, OH  45202-4182

Steve D. Shadowen, Esq.
Gordon A. Einhorn, Esq.
HANGLEY ARONCHICK SEGAL &
PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101-1810

Thomas L. Long, Esq.
BAKER & HOSTETLER LLP
Capitol Square, Suite 2100
65 East State Street
Columbus, OH 43215

 /s/  Joseph E. Conley, Jr