UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARJORIE FERRELL, et al., | ) ) ) | Civil Action No. C-1-01-447 |
| Plaintiffs, | ) ) ) | Judge Sandra S. Beckwith<br>Magistrate Judge Timothy S. Hogan |
| v. | ) ) | |
| WYETH-AYERST LABORATORIES, INC., et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**SUPPLEMENTAL NOTICE OF ADDITIONAL SUBCLASS REPRESENTATIVE
IN ACCORDANCE WITH ORDER OF FEBRUARY 2, 2005**

Plaintiffs, by their counsel, hereby identify one additional subclass representative in accordance with the Court's order of February 2, 2005 [Doc. No. 118].

1. For Subclass 1 (*i.e.*, individual consumers in the states of Arizona, Iowa, Kansas, Maine, Michigan, Minnesota, Mississippi, New Mexico, North Carolina, North Dakota, South Dakota, Tennessee, West Virginia and Wisconsin):

   a. Dorothy Berg, a resident of the state of Minnesota.

Dated: March 11, 2005                                    Respectfully submitted,

                                                By:   /s/ Joseph E. Conley, Jr.
                                                      One of Plaintiffs' Counsel

| | |
|---|---|
| Janet G. Abaray<br>LOPEZ, HODES, RESTAINO,<br>MILMAN,  SKIKOS & POLOS<br>312 Walnut Street, Suite 2090<br>Cincinnati, Ohio 45202<br>Tel: (513) 852-5600 | Joseph E. Conley, Jr.<br>BUECHEL & CONLEY<br>25 Crestview Hills Mall Road<br>Suite 104<br>Crestview Hills, Kty.  41017<br>Tel: (859) 578-6600 |

*Co-Liaison Counsel for End-Payor Plaintiffs*

| | |
|---|---|
| Kenneth A. Wexler<br>Jennifer Fountain Connolly<br>THE WEXLER FIRM LLP<br>One North LaSalle, Suite 2000<br>Chicago, Illinois 60602<br>(312) 346-2222 | Marc H. Edelson<br>HOFFMAN & EDELSON<br>45 West Court Street<br>Doylestown, Pennsylvania 18901<br>(215) 230-8043 |
| Alan I. Gilbert<br>Barbara J. Felt<br>Susan E. MacMenamin<br>HEINS MILLS & OLSON, P.C.<br>3550 IDS Center, 80 South Eighth Street<br>Minneapolis, MN 55402<br>(612) 338-4605 | Patrick E. Cafferty<br>MILLER FAUCHER and CAFFERTY LLP<br>101 N. Main Street, Suite 450<br>Ann Arbor, MI 48104<br>(734) 769-2144 |

*Co-Lead Counsel for End-Payor Plaintiffs*

| | |
|---|---|
| Daniel Gustafson<br>GUSTAFSON GLUEK PLLC<br>600 Northstar East<br>608 Second Ave S.<br>Minneapolis, MN 55402<br>(612) 333-8844 | Lee Squitieri<br>SQUITIERI & FEARON<br>421 Fifth Avenue<br>26th Floor<br>New York, NY 10175 |
| Ralph L. Friedland<br>LAWSERV, CHARTERED<br>2033 Main Street, Ste. 100<br>Sarasota, FL 34237 | Dianne M. Nast<br>RODA & NAST, P.C.<br>801 Estelle Drive<br>Lancaster, PA 17601 |
| Anthony Bolognese<br>BOLOGNESE & ASSOCIATES<br>One Penn Center<br>1617 JFK Boulevard, Suite 650<br>Philadelphia, PA 19103 | Jonathan Shub<br>SHELLER, LUDWIG & BADEY<br>1528 Walnut St., 3rd Floor<br>Philadelphia, PA 19102 |
| Michael A. Havard<br>PROVOST ★ UMPHREY LAW<br>FIRM, L.L.P.<br>390 Park Street<br>Beaumont, TX 77701 | Joe R. Whatley, Jr.<br>WHATLEY DRAKE, LLC<br>1100 Financial Center<br>505 20th Street North<br>Birmingham, AL 35203 |

| | |
|---|---|
| Susan LaDava<br>SUSAN LaCAVA S.C.<br>23 N. Pinckney, Suite 300<br>Madison, Wisconsin 53703 | Bernard Persky<br>Barbara Hart<br>GOODKIND LABATON RUDOFF<br>& SUCHAROW LLP<br>100 Park Avenue<br>New York, New York 10017 |
| Nicholas E. Chimicles<br>James R. Malone, Jr.<br>CHIMICLES & TIKELLIS, LLP<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br>(610) 642-8500 | Douglas G. Thompson<br>William Butterfield<br>L. Kendall Satterfield<br>FINKELSTEIN, THOMPSON &<br>LOUGHRAN<br>1055 Jefferson Street, NW, Suite 601<br>Washington D.C. 20007 |
| Steven Scholl<br>DIXON, SCHOLL & BAILEY, P.A.<br>707 Broadway, N.E., Suite 505<br>Albuquerque, NM 87125-6746 | Jon Karmel<br>KARMEL & GILDEN<br>221 N. LaSalle Street<br>Suite 1414<br>Chicago, Illinois 60601 |
| Jeffrey R. Fuller<br>REINHART, BOERNER, VAN DEUREN,<br>NORRIS & RIESELBACH, S.C.<br>1000 N. Water Street<br>Milwaukee, WI 53202-3400 | Ira Neil Richards<br>TRUJILLO RODRIGUEZ &<br>RICHARDS, LLC<br>The Penthouse<br>226 West Ritten House Square<br>Philadelphia, PA 19103 |

*Counsel for End-Payor Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading was served by First-Class U. S. Mail, postage prepaid, this 11th day of March, 2005 on the following:

William J. Baer, Esq.
David S. Eggert, Esq.
ARNOLD & PORTER, LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Dan K. Webb, Esq.
W. Gordon Dobie, Esq.
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703

Ruthanne Gordon
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Eliot Long, Esq.
BUCHANAN INGERSOL
1835 Market Street, 14th Floor
Philadelphia, PA 19103

James R. Adams, Esq.
Grant S. Cowan, Esq.
FROST BROWN TODD LLC
2200 PNC Center
201 E. Fifth Street
Cincinnati, OH 45202-4182

Steve D. Shadowen, Esq.
Gordon A. Einhorn, Esq.
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101-1810

Thomas L. Long, Esq.
BAKER & HOSTETLER LLP
Capitol Square, Suite 2100
65 East State Street
Columbus, OH 43215

/s/ Joseph E. Conley, Jr.
Joseph E. Conley, Jr.

4