**In reply to: THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| MARJORIE FERRELL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. C-1-01-447 |
| | ) | |
| v. | ) | Judge Sandra S. Beckwith |
| | ) | |
| WYETH-AYERST LABORATORIES, | ) | Magistrate Judge Timothy S. Hogan |
| INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR LEAVE
TO ADD ADDITIONAL SUBCLASS 1 REPRESENTATIVE**

Wyeth opposes Plaintiffs' Motion for Leave on two grounds. First, Wyeth claims it will be prejudiced by having to take additional discovery from Ms. Berg. This argument has little merit because discovery has not yet commenced with regard to the remaining two representatives for Subclass 1 and because the amount of discovery required is not significant. For example, defendants previously only took a half-day deposition of plaintiffs' other consumer class representative, Marjorie Ferrell. This "burden" does not justify denying Ms. Berg the opportunity to participate in this case.

Second, Wyeth claims that Ms. Berg should not be permitted to participate because there are already two other representatives for Subclass 1 that have been designated by plaintiffs. While Wyeth is correct that plaintiffs have satisfied this Court's order with regard to designating a representative for Subclass 1, Wyeth has taken every opportunity to challenge the propriety of this Court's 9-month old class certification order. Indeed, Wyeth has previously challenged other class representatives proffered by

plaintiffs earlier in this litigation. Based on Wyeth's anticipated vigorous opposition to the subclass representatives plaintiffs proffered on March 4, 2005, it is in the best interest of the Class – and consistent with Class Counsel's duty to the Class – to allow Ms. Berg to participate in this case.

WHEREFORE Plaintiffs respectfully request leave to add Dorothy Berg as an additional representative for Subclass 1, and all other relief that this Court deems just and proper.

Dated: March 16, 2005                                            Respectfully submitted,


\ Joseph E. Conley, Jr.
One of Plaintiffs' attorneys

Janet G. Abaray
LOPEZ, HODES, RESTAINO
MILMAN, SKIKOS & POLOS
312 Walnut Street, Suite 2090
Cincinnati, OH 45202
(513) 852-5600

Joseph E. Conley, Jr.
BUECHEL & CONLEY
25 Crestview Hills Mall Road
Suite 104
Crestview Hills, KY 41017
(859) 578-6600

*Co-Liaison Counsel for End-Payor Plaintiffs*

Kenneth A. Wexler
Jennifer Fountain Connolly
THE WEXLER FIRM LLP
One North LaSalle, Suite 2000
Chicago, IL 60602
(312) 346-2222

Marc H. Edelson
HOFFMAN & EDELSON
45 West Court Street
Doylestown, PA 18901
(215) 230-8043

Alan I. Gilbert
Susan E. MacMenamin
Barbara J. Felt
HEINS MILLS & OLSON, P.C.
3550 IDS Center, 80 South Eighth Street
Minneapolis, MN 55401
(612) 338-4605

Patrick E. Cafferty
MILLER FAUCHER and CAFFERTY LLP
101 N. Main Street, Suite 450
Ann Arbor, MI 48104
(734) 769-2144

2

Steve W. Berman
Craig R. Spiegel
HAGENS BERMAN SOBOL
SHAPIRO LLP
1301 5TH Avenue, Suite 2900
Seattle, WA 98101

*Co-Lead Counsel for End-Payor Plaintiffs*

CERTIFICATE OF SERVICE

       The undersigned, an attorney, hereby certifies that a copy of the foregoing has been served electronically this 16th day of March 2005 on all Counsel of Record with the CM/ECF Registration and by facsimile and overnight delivery on the following:

Dan K. Webb, Esq.  
W. Gordon Dobie, Esq.  
WINSTON & STRAWN LLP  
35 West Wacker Drive  
Chicago, IL 60601-9703  

Steve D. Shadowen, Esq.  
Gordon A. Einhorn, Esq.  
HANGLEY ARONCHICK SEAGAL & PUDLIN  
30 North Third St., Suite 700  
Harrisburg, PA 17101-1810  

Ruthanne Gordon  
BERGER & MONTAGUE, P.C.  
1622 Locust Street  
Philadelphia, PA 19103  

Eliot Long, Esq.  
BUCHANAN INGERSOL  
1835 Market Street, 14th Floor  
Philadelphia, PA 19103  

Thomas L. Long, Esq.  
BAKER & HOSTETLER LLP  
Capitol Square, Suite 2100  
65 East State Street  
Columbus, OH 43215  

\ Joseph E. Conley, Jr.