# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

|  |  |
|---|---|
| **MARJORIE FERRELL, et al.,** ) | |
| ) | **Civil Action No. C-1-01-447** |
| Plaintiffs, ) | |
| ) | **Judge Sandra S. Beckwith** |
| v. ) | **Magistrate Judge Timothy S. Hogan** |
| ) | |
| **WYETH-AYERST LABORATORIES, INC.,** ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION PRO HAC VICE OF
## DAN K. WEBB AND W. GORDON DOBIE

Now comes Grant S. Cowan, attorney for Defendants Wyeth and Wyeth Pharmaceuticals (collectively "Wyeth") and respectfully requests that this Court, pursuant to Local Rule 83.5(d), enter an Order in the form attached for the admission pro hac vice of Dan K. Webb and W. Gordon Dobie, Winston & Strawn LLP, 35 West Wacker Drive, Chicago, Illinois 60601-9703 as co-counsel for Wyeth.

In support of this Motion on behalf of Mr. Webb and Mr. Dobie, Movant states as follows: Dan K. Webb and W. Gordon Dobie are members in good standing of the bar of the United States District Court for the Northern District of Illinois (see attached Certificates of Good Standing of Dan K. Webb and W. Gordon Dobie in support of their Motion for Pro Hac Vice admission). A Proposed Order is also attached.

Upon their admission pro hac vice, Mr. Webb and Mr. Dobie will be working closely with the undersigned member of the bar of this Court and will comply with all state and court rules.

- 2 -

        Respectfully submitted,

        s/*Grant S. Cowan* _____
        Grant S. Cowan   (0029667)
        **FROST BROWN TODD LLC**
        2200 PNC Center
        201 E. Fifth Street
        Cincinnati, Ohio  45202-4182
        (513) 651-6745 Phone
        (513) 651-6981 Facsimile
        gcowan@fbtlaw.com

        William J. Baer
        David S. Eggert
        **ARNOLD & PORTER LLP**
        555 Twelfth Street, N.W.
        Washington, D.C.  20004-1206
        (202) 942-5000

        Dan K. Webb
        W. Gordon Dobie
        **WINSTON & STRAWN LLP**
        35 West Wacker Drive
        Chicago, Illinois  60601-9703
        (312) 558-5600

        Counsel for Defendants

Dated:  March 18, 2005

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a copy of the foregoing Defendant's Motion for Admission Pro Hac Vice of Dan K. Webb and W. Gordon Dobie has been served this 18th day of March, 2005 upon the following:

***BY HAND DELIVERY:***

Janet G. Abaray, Esq.
**LOPES, HODES, RESTAINO, MILMAN & SKIKOS**
312 Walnut Street, Suite 2090
Cincinnati, OH 45202

***VIA REGULAR U.S. MAIL:***

Joseph E. Conley, Jr., Esq.
**BUECHEL & CONLEY**
25 Crestview Hills Mall Road, Suite 104
Crestview Hills, KY 41017

Daniel E. Gustafson, Esq.
**GUSTAFSON GLUEK PLLC**
725 Northstar E.
608 2nd Avenue South
Minneapolis, MN 55402

Alan Gilbert, Esq.
**HEINS MILLS & OLSEN P.C.**
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Patrick E. Cafferty, Esq.
**MILLER FAUCHER & CAFFERTY LLP**
101 N. Main Street – Suite 885
Ann Arbor, MI 48104

Marc H. Edelson, Esq.
**HOFFMAN & EDELSON**
45 West Court Street
Doylestown, PA 18901

Kenneth A. Wexler, Esq.
Jennifer Fountain Connolly, Esq.
**THE WEXLER FIRM LLP**
One North LaSalle Street – Suite 2000
Chicago, IL 60602

Steve W. Berman, Esq.
Craig R. Spiegel, Esq.
**HAGENS BERMAN LLP**
1301 Fifth Avenue – Suite 2900
Seattle, WA 98101

s/*Grant S. Cowan*
Grant S. Cowan, Esq.
Frost Brown Todd LLC



# Certificate of Good Standing

## United States District Court for the Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify that

Dan K. Webb

was duly admitted to practice in this Court on     December 01, 1970

and is currently in good standing as a member of the bar of this Court.

Dated at Chicago on          Michael W. Dobbins, Clerk of Court

March 15, 2005

                                          *Anya Ellis*
                            by     Anya Ellis

                                        Deputy Clerk



# Certificate of Good Standing

## United States District Court for the Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify that

W. Gordon Dobie

was duly admitted to practice in this Court on    December 17, 1986

and is currently in good standing as a member of the bar of this Court.

Dated at Chicago on        Michael W. Dobbins, Clerk of Court
March 15, 2005
                 by   *Anya Ellis*
                        Anya Ellis
                        Deputy Clerk