```
Fri Mar 18 11:02:39 2005

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.   100 426123
Cashier       mc1

Tender Type  CHECK

Check Number: 10495

Transaction Type   C

Case No./Def No. 1:05-LB-ATTY / 1

DD Code    Div No      Acct
4661         1        6855XX

Amount           $    100.00

FROST BROWN TODD

PRO HAC VICE 1:01CV447 (2 ATTYS)


Fri Mar 18 11:02:39 2005

Check No. 10495
Amount $   100.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```