UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Marjorie Ferrell, et al.,
    Plaintiffs

v.                      Case No. 1:01-cv-447

Wyeth-Ayerst Laboratories, Inc.,
et al.,
    Defendants

**ORDER**

This matter is before the Court on Defendant Wyeth and Wyeth Pharmaceuticals' ("Wyeth") Motion for Admission of attorneys Dan K. Webb and W. Gordon Dobie (Doc. 129).

**IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorneys Dan K. Webb and W. Gordon Dobie are hereby admitted to practice pro hac vice as **co-counsel** on behalf of Defendant Wyeth.

**All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at: Ms. Lisa Wright at 614.719.3222**, **to register for Electronic Case Filing as soon as practicable.**

March 22, 2005                    s/Sandra S. Beckwith
Date                            Sandra S. Beckwith, Chief Judge
                                  United States District Court