UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| MARJORIE FERRELL, *et al.*, | ) ) ) | Civil Action No. 1:01-cv-447 |
| Plaintiffs, | ) ) | Judge Sandra S. Beckwith |
| v. | ) ) ) | Magistrate Judge Timothy S. Hogan |
| WYETH-AYERST LABORATORIES, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER GRANTING REFUND OF FEE

This matter is before the Court on the Motion To Have The Court Refund Fee Paid By Out of State Counsel To Be Admitted Pro Hac Vice. IT IS HEREBY ORDERED THAT the Motion is **GRANTED**. The clerk of courts is ORDERED to return the filing fees, totaling $150, paid for the filing of the three Motions for Pro Hac Admission (Docs. 112, 113 & 114) to attorneys Richard S. Wayne and William K. Flynn, Strauss & Troy, 150 East Fourth Street, Cincinnati, Ohio 45202-4018.

Date: May 2, 2005

Sandra S. Beckwith, Chief Judge
United States District Court