FILED
JAMES BONINI
CLERK

05 JUL 20 PM 1: 24

COURT
DIST OHIO
WEST DIV CINCINNATI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

MARJORIE FERRELL et al.,

      Plaintiff,

      v.

WYETH-AYERST LABORATORIES,
and AMERICAN HOME PRODUCTS
CORP.,

      Defendants.

Civil Action No.  C-1-01-447
Hon. Sandra S. Beckwith

---

### MOTION TO ADMIT COUNSEL PRO HAC VICE

---

The undersigned, a member in good standing of the Bar of this Court, hereby moves for

the admission *pro hac vice* of **Amber M. Nesbitt**, of The Wexler Firm LLP, One N. LaSalle

Street, Suite 2000, Chicago, IL 60602,  as co-counsel in the above case.

In support of this Motion, the undersigned states that Attorney Amber M. Nesbitt is

admitted to practice in the State of Illinois.  Attorney Nesbitt's Affidavit along with her

Certificate of Admission to the Bar of Illinois is attached to this Motion.  Attorney Nesbitt agrees

to be subjected to the jurisdiction and rules of this Court.

The undersigned will continue to act as co-counsel in this case.

Dated: July 18, 2005

JOSEPH E. CONLEY, JR. [012698]
One of the Attorneys for Plaintiffs
Buechel & Conley
25 Crestview Hills Mall Rd.
Suite 104
Crestview Hills, Ky. 41017
Telephone: 859-578-6604
Facsimile: 859-578-6609
E-Mail: jconley@abanet.org

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading was served by First-Class U. S. Mail, postage prepaid, this 18th day of July, 2005, on the following:

William J. Baer, Esq.
David S. Eggert, Esq.
ARNOLD & PORTER, LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Dan K. Webb, Esq.
W. Gordon Dobie, Esq.
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703

Ruthanne Gordon
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Eliot Long, Esq.
BUCHANAN INGERSOL
1835 Market Street, 14th Floor
Philadelphia, PA 19103

James R. Adams, Esq.
Grant S. Cowan, Esq.
FROST BROWN TODD LLC
2200 PNC Center
201 E. Fifth Street
Cincinnati, OH 45202-4182

Steve D. Shadowen, Esq.
Gordon A. Einhorn, Esq.
HANGLEY ARONCHICK SEGAL &
PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101-1810

Thomas L. Long, Esq.
BAKER & HOSTETLER LLP
Capitol Square, Suite 2100
65 East State Street
Columbus, OH 43215

Joseph E. Conley, Jr.

FILED
JAMES BONINI
CLERK

05 JUL 20 PM 1: 24

COURT
DIST OHIO
WEST DIV CINCINNATI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

MARJORIE FERRELL et al.,

      Plaintiff,

      v.

WYETH-AYERST LABORATORIES,
and AMERICAN HOME PRODUCTS
CORP.,

      Defendants.

Civil Action No.  C-1-01-447
Hon. Sandra S. Beckwith

---

### MOTION TO ADMIT COUNSEL PRO HAC VICE

---

The undersigned, a member in good standing of the Bar of this Court, hereby moves for

the admission *pro hac vice* of **Amber M. Nesbitt**, of The Wexler Firm LLP, One N. LaSalle

Street, Suite 2000, Chicago, IL 60602,  as co-counsel in the above case.

In support of this Motion, the undersigned states that Attorney Amber M. Nesbitt is

admitted to practice in the State of Illinois.  Attorney Nesbitt's Affidavit along with her

Certificate of Admission to the Bar of Illinois is attached to this Motion.  Attorney Nesbitt agrees

to be subjected to the jurisdiction and rules of this Court.

The undersigned will continue to act as co-counsel in this case.

Dated: July 18, 2005

JOSEPH E. CONLEY, JR. [012698]
One of the Attorneys for Plaintiffs
Buechel & Conley
25 Crestview Hills Mall Rd.
Suite 104
Crestview Hills, Ky.  41017
Telephone:  859-578-6604
Facsimile: 859-578-6609
E-Mail: jconley@abanet.org

2