UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| MARJORIE FERRELL, et al., | ) | Civil Action No. C-1-01-447 |
|  | ) |  |
| Plaintiffs, | ) | Judge Sandra S. Beckwith |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| WYETH-AYERST LABORATORIES, INC., et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**AFFIDAVIT OF AMBER M. NESBITT**

I, Amber M. Nesbitt, declare:

1.      I am an associate with The Wexler Firm LLP, One N. LaSalle Street, Suite 2000, Chicago, IL 60602. I submit this declaration in support of my application to be admitted for purposes of this litigation.

2.      I was admitted to the Illinois Bar on November 4, 2004, Bar No. 6283620. I am an active member in good standing in this state.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11 day of July, 2005.

_____
Amber M. Nesbitt

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Amber Margaret Nesbitt

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 4, 2004 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Wednesday, June 08, 2005.

*Juleann Hornyak*

Clerk

Wed Jul 20 12:50:48 2005

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.    100 427577
Cashier        tt1

Tender Type  CHECK

Check Number: 1393

Transaction Type   C

Case No./Def No. 1:05-LB-ATTY  /   1

DO Code      Div No        Acct
  4661          1          6855XX

Amount              $    50.00

THE WEXLER FIRM LLP

PRO HAC 1:01-CV-447

Wed Jul 20 12:50:48 2005

Check No. 1393
Amount$    50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661