UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Marjorie Ferrell, et al.,
    Plaintiffs

v.                            Case No.  1:01-cv-447

Wyeth-Ayerst Laboratories,
et al.,
    Defendants

# ORDER

This matter is before the Court on Plaintiffs' Motion for Admission of attorney Amber M. Nesbitt (Doc. 134).

**IT IS ORDERED** that the Motion is **GRANTED** and attorney Amber M. Nesbitt is hereby admitted to practice pro hac vice as **co-counsel** on behalf of Plaintiffs.

**All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at: Mrs. Darlene Maury, 513.564.7523 or at darlene_maury@ohsd.uscourts.gov, to register for Electronic Case Filing as soon as practicable.**

Date: July 21, 2005                        s/Sandra S. Beckwith
                                                    Sandra S. Beckwith, Chief Judge
                                                    United States District Court