1  Joseph J. Tabacco, Jr. (# 75484)
   Jennifer S. Abrams (# 178203)
2  **BERMAN DEVALERIO PEASE**
   **TABACCO BURT & PUCILLO**
3  425 California Street, Suite 2025
   San Francisco, CA 94104
4  Telephone: (415) 433-3200
   Facsimile: (415) 433-6382
5

6  Attorneys for Plaintiff ELIZABETH BLEVINS,
   individually and on behalf of all others similarly
7  situated.

   **FILED**
   San Francisco County Superior Court
   APR 1 9 2002
   GORDON PARK-LI, Clerk
   BY: _____ Deputy Clerk

8

9              IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                      FOR THE COUNTY OF SAN FRANCISCO

11 

| ELIZABETH BLEVINS, individually and on behalf of all others similarly situated, | ) ) ) ) | No. CV 324380 |
|---|---|---|
| Plaintiff, | ) ) | CLASS ACTION |
| v. | ) ) | [~~PROPOSED~~] CASE MANAGEMENT ORDER |
| WYETH-AYERST LABORATORIES, INC., a Delaware corporation, and AMERICAN HOME PRODUCTS CORPORATION, a Delaware corporation, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

        WHEREAS, two cases captioned *Duramed Pharmaceuticals, Inc. v. Wyeth-Ayerst Laboratories, Inc.*, No. C-1-00-735 ("the *Duramed* action") and *Marjorie Ferrell et al. v. Wyeth-Ayerst Laboratories, Inc. et al.*, No. C-1-01-447 ("End Payor action") are currently pending in the United States District Court for the Southern District of Ohio;

        WHEREAS, the *Duramed* action and End Payor action are based on substantially the same alleged facts as plaintiff has alleged here;

        WHEREAS, the parties desire to promote judicial economy and efficiency in the conduct of this

                                        1
[PROPOSED] CASE MANAGEMENT ORDER

litigation and the *Duramed* and End Payor actions;

WHEREAS, the parties have agreed on a case management schedule that will allow for the coordination of this litigation with the *Duramed* and End Payor actions;

Now, therefore, it is hereby ordered:

## I. MOTION FOR CLASS CERTIFICATION

1. The parties have agreed to a reasonable schedule, subject to this Court's convenience and availability, for briefing and a hearing on class certification as follows:

    a. Plaintiffs shall file and serve their Class Certification Motion and supporting papers on or before July 1, 2002;

    b. Defendants shall depose plaintiffs' class experts on or before August 15, 2002;

    c. Defendants shall file and serve their Opposition to Class Certification and supporting papers on or before October 1, 2002;

    d. Plaintiffs shall depose defendants' class experts on or before November 15, 2002;

    e. Plaintiffs shall file and serve their Reply in support of their Class Certification Motion and any supporting papers on or before November 30, 2002;

    f. If Plaintiffs file a reply expert affidavit, defendants shall depose plaintiffs' expert, on only those issues raised in the reply affidavit, on or before December 15, 2002;

    g. The Court shall hold a hearing on class certification as soon as possible after December 15, 2002.

## II. RECOMMENDED DISCOVERY PLAN

2. The parties have agreed that discovery should first be conducted on the appropriateness of a class action for this lawsuit. Class discovery has commenced and will continue during the briefing of plaintiff's

2

[PROPOSED] CASE MANAGEMENT ORDER

class certification motion. Merits discovery will proceed after a ruling on class certification. Subject to the entry of an appropriate protective order, the parties agree that discovery in the *Duramed* and End Payor actions, including written discovery and depositions, will be treated as discovery in this case. The parties agree that any party may conduct further discovery in this action related to issues raised in this litigation that are not otherwise the subject of specific discovery in the *Duramed* or the End Payor actions. The parties further agree that any party may take the deposition in this litigation of a deponent in the *Duramed* or End Payor actions only to the extent that the inquiry is limited to such issues.

### III.  ORGANIZATION OF PLAINTIFFS' COUNSEL

3.  The Court hereby designates the following law firms to act as Co-Lead Counsel for plaintiffs, with the responsibilities hereinafter described: Kenneth A. Wexler and Associates, Heins, Mills & Olson, P.C., Hoffman & Edelson, and Miller Faucher and Cafferty LLP.

4.  Co-Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through designated counsel:

   a.  To initiate, brief and argue motions and prepare, serve and file opposing briefs in proceedings initiated by other parties;

   b.  To coordinate plaintiffs' pretrial activities and plan for trial;

   c.  To initiate and conduct discovery proceedings;

   d.  To act as spokespersons at pretrial conferences;

   e.  To negotiate with defense counsel with respect to settlement and other matters;

   f.  To call meetings of plaintiffs' counsel when appropriate;

   g.  To conduct all pre-trial, trial and post-trial proceedings;

   h.  To consult with and employ experts;

   i.  To require counsel to keep a daily record of time spent and expenses incurred in connection with this litigation and to serve at least bi-monthly on Co-Lead Counsel reports setting forth time and expenses, billing rates and

3

[PROPOSED] CASE MANAGEMENT ORDER

such other pertinent data as may be required by Co-Lead Counsel;

j. To perform such other duties and undertake such other responsibilities as they deem necessary or desirable in connection with the prosecution of this action; and

k. To coordinate and communicate with plaintiffs' and defendants' counsel and the Court, with respect to matters addressed in this paragraph.

5. The Court hereby designates the following law firm to act as Liaison Counsel for plaintiffs, with the responsibilities hereinafter described: Berman DeValerio Pease Tabacco Burt & Pucillo.

6. Plaintiffs' Liaison Counsel shall be available and responsible for communications to and from this Court, including distribution to counsel of orders and other directions from the Court. Plaintiffs' Liaison Counsel shall be responsible for the creation and maintenance of a master service list of all parties and their respective counsel. Plaintiffs' Liaison Counsel shall have authority to sign all papers and pleadings on behalf of Plaintiffs.

7. No motion, request for discovery or pretrial proceeding shall be initiated or responded to on behalf of any plaintiff except by Co-Lead Counsel through Liaison Counsel.

8. Co-Lead Counsel shall be the contact between plaintiffs' counsel and defendants' counsel as well as the spokespersons for plaintiffs' counsel. Co-Lead Counsel shall have the authority to speak for plaintiffs in all matters regarding pretrial procedure and settlement negotiations.

9. Defendants' counsel may rely upon all agreements made with the Co-Lead Counsel and such agreements shall be binding on the plaintiffs in those actions.

## IV. SERVICE OF PLEADINGS AND OTHER PAPERS

10. Defendants shall effect service of all moving and responding papers on plaintiffs by serving a copy of same on Co-Lead Counsel and Liaison Counsel by: overnight delivery service; hand delivery; or facsimile followed by regular United States Mail, unless otherwise agreed. Plaintiffs shall effect service of all moving and responding papers on defendants' counsel by: overnight delivery service; hand delivery; or facsimile followed by regular United States Mail, unless otherwise agreed.

4

[PROPOSED] CASE MANAGEMENT ORDER

11. Where a single pleading, motion or other paper directed to all plaintiffs is filed by defendants, the response likewise shall be made in a single pleading, response, or other paper filed on behalf of all plaintiffs by the Co-Lead Counsel through Plaintiffs' Liaison Counsel, and all plaintiffs shall be bound thereby.

**IT IS SO ORDERED:**

Dated: 4/19/02

*[signature]*
Richard Kramer
Judge of the Superior Court

*[signature]*
Joseph J. Tabacco, Jr.
Jennifer S. Abrams
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Liaison Counsel for the Plaintiff*

*[signature]* Ronald Redcay (with permission by KR)
Ronald C. Redcay
**ARNOLD & PORTER**
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Counsel for the Defendants*

5

[PROPOSED] CASE MANAGEMENT ORDER

## CERTIFICATE OF SERVICE

I, Tyler Kelly, declare that I am over the age of 18 years and not a party to this action. My business address is 425 California Street, Suite 2025, San Francisco, CA 94104. On April 12, 2002, I served **[PROPOSED] CASE MANAGEMENT ORDER** on the following, by placing same in sealed envelopes, addressed as shown below, affixing proper first class postage, and depositing them in the United States Mail at San Francisco, California.

Ronald C. Redcay
ARNOLD & PORTER
777 South Figueroa Street, 44TH Floor
Los Angeles, CA 90017-5844
(213) 243-4000

Dan K. Webb
W. Gordon Dobie
WINSTON & STRAWN
35 West Wacker Drive
Chicago, IL 60601

William J. Baer
ARNOLD & PORTER
555 Twelfth Street, N.W.
Washington, D.C. 20004

Kenneth A. Wexler
Elizabeth Fegan Hartweg
KENNETH A. WEXLER AND ASSOCIATES
One North LaSalle, Suite 2000
Chicago, IL 60602
(312) 346-2222

Daniel E. Gustafson
HEINS MILLS & OLSON. P.C.
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
(612) 338-4605

Marc H. Edelson
HOFFMAN & EDELSON
45 West Court Street
Doylestown, PA 18901
(215) 230-8043

[PROPOSED] CASE MANAGEMENT ORDER

1  Ira Neil Richards
   RODRIGUEZ & RICHARDS, LLC
2  The Penthouse
   226 West Ritten House Square
3  Philadelphia, PA 19103
   (215) 731-9004
4
   Lee Squitieri
5  SQUITIERI & FEARON
   421 Fifth Avenue, 26th Floor
6  New York. NY 10175
   (646) 487-3049
7
   Andrew B. Spark
8  LAW OFFICE OF ANDREW BENNETT SPARK
   South Trust Bank Plaza - East Tower
9  1800 Second Street, Suite 818
   Sarasota, FL 34236
10 (941) 954-0744

   Robert C. Gilbert
11 LAW OFFICES OF ROBERT C. GILBERT
   Commercebank Center
12 220 Alhambra Circle, Suite 400 I
   Coral Gables, FL 33134
13 (305) 529-9100

   Anthony Bolognese
14 BOLOGNESE & ASSOCIATES
   One Penn Center
15 1617 JFK Blvd., Suite 650
   Philadelphia, PA 19103
16 (215) 814-6750

17      I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true
18 and correct.

19      Executed at San Francisco, California, on April 12, 2002.

20
                            *signature*
21                          Tyler Kelly

22

23

24

25

26

27                          7
28 [PROPOSED] CASE MANAGEMENT ORDER