FILED
JAMES BONINI
CLERK

05 DEC -5 AM 11:57

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. CINCINNATI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **MARJORIE FERRELL, et al.** | § § | |
| Plaintiff, | § § | Case No. C-1-01-447 |
| | § | Hon. Sandra S. Beckwith |
| v. | § § | Magistrate Judge Timothy S. Hogan |
| **WYETH-AYERST LABORATORIES, INC., et al.,** | § § § | CLASS ACTION |
| | § § | |
| Defendants. | § | |

## NOTICE OF SUBSTITUTION OF COUNSEL

TO THE COURT AND ALL PARTIES OF RECORD:

COME NOW the undersigned and show that Joseph Arshawsky, one of the attorneys of record for plaintiffs, withdrew from Provost∗Umphrey Law Firm, L.L.P. Youngdahl∗Sadin, P.C. effective December 31, 2002 to form Arshawsky Law Firm, P.C.

Please remove Joseph Arshawsky from your service list and substitute

> Michael A. Havard
> Provost∗Umphrey Law Firm, L.L.P.
> P. O. Box 4905
> Beaumont, TX 77704
> Texas State Bar No. 09238080
> Phone: (409) 835-6000
> Facsimile: (409) 838-8803

Respectfully submitted,

| ARSHAWSKY LAW FIRM, P.C. | PROVOST✻UMPHREY LAW FIRM, L.L.P. |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Joseph Arshawsky | Michael A. Havard |
| NM State Bar No. 8679 | TX State Bar No. 09238080 |
| 4054 NDCBU | 490 Park Street |
| Taos, NM 87571 | Beaumont, TX 77701 |
| Phone: (505) 362-3046 | Phone: (409) 835-6000 |
| FAX: (505) 751-7444 | FAX: (409) 838-8803 |

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2005, a true and correct copy of the foregoing instrument was sent via U. S. Mail to:

Janet G. Abaray
LOPEZ, HODES, RESTAINO, MILMAN, SKIKOS & POLOS
312 Walnut Street, Suite 2090
Cincinnati, OH 45202
Co-Liaison Counsel

Kenneth A. Wexler
Jennifer Fountain Connolly
THE WEXLER FIRM, LLP
One North LaSalle Street
Suite 2000
Chicago, IL 60602
Co-Lead Counsel

Patrick E. Cafferty
MILLER FAUCHER & CAFFERTY LLP
101 N Main Street, Suite 885
Ann Arbor, MI 48104
Co-Lead Counsel

Joseph E. Conley, Jr.
BUECHEL & CONLEY
25 Crestview Hills Mall Road
Suite 104
Crestview Hills, KY 41017
Co-Liaison Counsel

Marc H. Edelson
HOFFMAN & EDELSON
45 West Court Street
Doylestown, PA 18901
Co-Lead Counsel

Brian Williams
HEINS MILLS & OLSON, P.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Co-Lead Counsel

Ira Neil Richards
TRUJILLO RODRIGUEZ & RICHARDS, LLC
The Penthouse
226 West Rittenhouse Square
Philadelphia, PA 19103

Lee Squitieri
SQUITIERI & FEARON
421 Fifth Avenue, 26th Floor
New York, NY 10175

Andrew B. Spark
LAW OFFICE OF ANDREW BENNETT SPARK
SouthTrust Bank Plaza – East Tower
1800 Second Street, Suite 818
Sarasota, FL 34236

Robert C. Gilbert
LAW OFFICES OF ROBERT C. GILBERT
Commerce Bank Center
220 Alhambra Circle, Suite 400
Coral Gables, FL 33134

Anthony Bolognese
BOLOGNESE & ASSOCIATES
One Penn Center
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103

Jonathan Shub
SHELLER, LUDWIG & BADEY
1528 Walnut St.
3rd Floor
Philadelphia, PA 19102

Joe R. Whatley, Jr.
WHATLEY DRAKE LLC
1100 Financial Center
505 20th Street North
Birmingham, AL 35203

Marvin A. Miller
Jennifer W. Sprengel
MILLER FAUCHER & CAFFERTY LLP
30 N. LaSalle Street, Suite 3200
Chicago, IL 60602

Susan LaCava
SUSAN LaCAVA, P.C.
23 N. Pinckney, Suite 300
Madison, WI 53703

Bernard Persky
Barbara Hart
GOODKIND LABATON RUDOFF & SUCHAROW, LLP
100 Park Avenue
New York, NY 10017

Nicholas E. Chimicles
James R. Malone, Jr.
CHIMICLES & TIKELLIS, LLP
361 West Lancaster Avenue
Haverford, PA 19041

Douglas G. Thompson
William Butterfield
L. Kendall Satterifeld
FINKELSTEIN, THOMPSON & LOUGHRAN
1055 Jefferson St., NW, Suite 601
Washington, D.C. 20007

Steven Scholl
DIXON, SCHOLL & BAILEY, P.A.
707 Broadway, N.E.
Suite 505
Albuquerque, NM 87125-6746

David S. Eggert
Asim Varna
ARNOLD & PORTER
Thurman Arnold Building
555 Twelfth Street, N.W.
Washington, D.C. 20004

Grant S. Cowan
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202

W. Gordon Dobie
Peggy M. Balesteri
WINSTON & STRAWN
35 West Wacker Drive
Chicago, IL 60601

Jay S. Cohen
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Burton H. Finklestein
FINKELSTEIN, THOMPSON & LOUGHRAN
1050 30th Street, N.W.
Washington, D.C. 20007

Ruthanne Gordon
Eric L. Cramer
Michael Dell Angelo
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Samuel D. Heins
Brian Williams
HEINS MILLS & OLSON, P.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Daniel E. Gustafson
GUSTAFSON GLUEK PLLC
725 Northstar East
608 Second Avenue South
Minneapolis, MN 55402


_____
Michael A. Havard