UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2006 JAN -5 PM 12:01

In re: Premarin Litigation,
Marjorie Ferrell, et al.,
    Plaintiff(s)

v.

Case Number 1:01cv0447
(J. Beckwith ; Hogan, MJ)

Wyeth-Ayerst Laboratories, et al.,

    Defendant(s).

## CIVIL MINUTES
### Scheduling Conference

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** none present
**COURT REPORTER:** none present
**DATE:** January 5, 2006     **TIME:** 10:00 am - 10:30 am

Attorney for Plaintiff(s): _____
Barbara Felt
Patrick Cafferty
Jennifer Connolly

Attorney for Defendant(s): _____
David Eggert
Gordon Dobie
Grant Cowan

## PROCEDURES

_X_ Counsel Present. (via telephone)

____ Schedule set as follows:

_X_ Order to issue.

J:\CRUMBA\FORMS\Minutes\MINUTES-scheduling.wpd