UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re: Premarin Litigation,
Marjorie Ferrell, et al.,
    Plaintiff(s),

v.

Case Number 1:01cv0447
(Beckwith, J.; Hogan, MJ)

Wyeth-Ayerst Laboratories, et al.,
    Defendant(s).

## CALENDAR ORDER

This calendar order shall proceed as follows:

1. Deadline for disclosure of expert witnesses and submission of expert reports:
    Plaintiff produce primary reports: **April 3, 2006**
    Defendant rebuttal for producing primary reports: **May 3, 2006**

2. Notice to Class representative deadline: **June 1, 2006**

3. Discovery deadline: **Fact discovery deadline March 31, 2006**
    **Expert discovery deadline June 30, 2006**

4. Dispositive motions deadline: **August 31, 2006**

5. Final pretrial conference: **December, 2006\***

6. Trial: **January, 2007\***

_1/5/06_
Date

_[signature]_
Timothy S. Hogan
United States Magistrate Judge

awh/ January 5, 2006
*The specific dates will be assigned by the District Court.