# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| MARJORIE FERRELL, *et al.*, | ) )  No. C-1-01-447 |
| Plaintiffs, | ) ) |
| v. | ) )  Judge Sandra S. Beckwith ) |
| WYETH-AYERST LABORATORIES, INC., *et al.*, | )  Magistrate Judge Timothy S. Hogan ) ) |
| Defendants. | ) ) ) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF**
**PREVIOUSLY-WITHDRAWN PROPOSED CLASS REPRESENTATIVES**

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs and defendants, by their undersigned attorneys, hereby stipulate to the dismissal, with prejudice, of all claims against defendants asserted in this proceeding by the following previously-withdrawn proposed class representatives: Tina Lorraine Allen, Barbara Forgue, Anita McDermott, Laurine Miller, Mary Savaglio, Jacqueline Scarrett, Patricia S. Spratt, and Elizabeth Zolnoski.

All parties have agreed to bear their own fees and costs.

All other allegations against defendants alleged by every other plaintiff in this action remain unaffected by this stipulation of dismissal.

DATED:  January 6, 2006                                           DATED:  January 6, 2006


By: /s/ David S. Eggert                                           By: /s/ Jennifer Fountain Connolly

Grant S. Cowan                                                    Joseph E. Conley, Jr.
FROST BROWN TODD LLC                                              BUECHEL & CONLEY
2200 PNC Center                                                   25 Crestview Hills Mall Road
201 East Fifth St.                                                Suite 104
Cincinnati, OH  45202                                             Crestview Hills, KY  41017
Telephone:  (513)  651-6800                                       Telephone:  (859) 578-6600
Facsimile:  (513) 651-6981                                        Facsimile:  (859) 578-6609

*Liaison Counsel*

David Eggert                                                      Janet G. Abaray
ARNOLD & PORTER                                                   LOPEZ, HODES, RESTAINO, MILMAN,
555 Twelfth Street, NW                                            SKIKOS & POLOS
Washington, DC  20004                                             312 Walnut Street, Suite 2090
                                                                  Cincinnati, OH  45202
                                                                  Telephone: (513) 852-5600
                                                                  Facsimile: (513) 852-5611

                                                                  *Liaison Counsel*

W. Gordon Dobie                                                   Kenneth A. Wexler
WINSTON & STRAWN                                                  Jennifer Fountain Connolly
35 W. Wacker Drive                                                Amber M. Nesbitt
Chicago, IL  60601                                                THE WEXLER FIRM $^{LLP}$
                                                                  One North LaSalle Street, Suite 2000
*Counsel for Defendants*                                          Chicago, IL  60602
                                                                  Telephone:  (312) 346-2222
                                                                  Facsimile:  (312) 346-0022

                                                                  Patrick E. Cafferty
                                                                  MILLER FAUCHER AND CAFFERTY LLP
                                                                  101 N. Main Street, Suite 450
                                                                  Ann Arbor, MI  48104
                                                                  Telephone:  (734) 769-2144
                                                                  Facsimile:  (734) 769-1207

Steve W. Berman
Craig R. Spiegel
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Marc H. Edelson
EDELSON & ASSOCIATES, LLC
45 W. Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Samuel D. Heins
Susan Macmenamin
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

*Co-Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I, Jennifer Fountain Connolly, hereby certify that I caused to be electronically filed the foregoing ***STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PREVIOUSLY-WITHDRAWN PROPOSED CLASS REPRESENTATIVES*** with the Clerk of the Court using the CM/EFC system which will send notification of such filing to the following:

*Counsel for Defendants:*

W. Gordon Dobie
**Winston & Strawn**
35 W. Wacker Drive
Chicago, IL  60601

David Eggert
**Arnold & Porter**
555 Twelfth Street, NW
Washington, DC  20004

*Co-Lead Counsel for Plaintiffs:*

Patrick E. Cafferty
**Miller Faucher & Cafferty LLP**
101 N. Main Street, Suite 450
Ann Arbor, MI  48104

Marc H. Edelson
**Edelson & Associates LLC**
45 W. Court Street
Doylestown, PA  18901

Jennifer Winter Sprengel
**Miller Faucher & Cafferty LLP**
30 N. LaSalle Street
Suite 3200
Chicago, IL  60602

Steve W. Berman
Craig Spiegel
**Hagens Berman Sobol Shapiro LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101

Alan Gilbert
Barbara Felt
Susan Macmenamin
**Heins Mills & Olson, P.L.C.**
3550 IDS Center
80 S. Eighth Street
Minneapolis, MN  55402

Dated this 6th day of January, 2006.

                                                  /s/ Jennifer Fountain Connolly
                                                  Jennifer Fountain Connolly