IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARJORIE FERRELL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. C-1-01-447 |
| | ) | |
| v. | ) | Judge Sandra S. Beckwith |
| | ) | |
| WYETH-AYERST LABORATORIES, | ) | Magistrate Judge Timothy S. Hogan |
| INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION
TO SUSPEND THE NOTICE DEADLINE PENDING THE COURT'S RULING
ON PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL
WITH PREJUDICE**

Plaintiffs, though the undersigned counsel, hereby move this Court for an Order to suspend the June 1, 2006 notice deadline set forth in Magistrate Judge Hogan's Calendar Order dated January 5, 2006, pending the Court's ruling on Plaintiff's Motion for Voluntary Dismissal With Prejudice. Plaintiffs' motion is based on all files and records in this case, including the memorandum filed herewith, and any arguments of counsel requested by the Court.

Dated: May 4, 2006                                                    Respectfully submitted,


                                                                      /s/  Patrick E. Cafferty_____
                                                                      One of Plaintiffs' attorneys

Janet G. Abaray                                 Joseph E. Conley, Jr.
LOPEZ, HODES, RESTAINO                          BUECHEL & CONLEY
MILMAN, SKIKOS & POLOS                          25 Crestview Hills Mall Road
312 Walnut Street, Suite 2090                   Suite 104
Cincinnati, OH  45202                           Crestview Hills, KY  41017
(513) 852-5600                                  (859) 578-6600

56151.1

*Co-Liaison Counsel for End-Payor Plaintiffs*

Kenneth A. Wexler
Jennifer Fountain Connolly
WEXLER TORISEVA WALLACE
One North LaSalle, Suite 2000
Chicago, IL  60602
(312) 346-2222

Marc H. Edelson
HOFFMAN & EDELSON
45 West Court Street
Doylestown, PA  18901
(215) 230-8043

Samuel D. Heins
Stacey L. Mills
HEINS MILLS & OLSON, P.C.
3550 IDS Center, 80 South Eighth Street
Minneapolis, MN  55402
 (612) 338-4605

Patrick E. Cafferty
MILLER FAUCHER and CAFFERTY LLP
101 N. Main Street, Suite 450
Ann Arbor, MI  48104
(734) 769-2144

Steve W. Berman
Craig R. Spiegel
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 5TH Avenue, Suite 2900
Seattle, WA 98101

*Co-Lead Counsel for End-Payor Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARJORIE FERRELL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. C-1-01-447 |
| | ) | |
| v. | ) | Judge Sandra S. Beckwith |
| | ) | |
| WYETH-AYERST LABORATORIES, | ) | Magistrate Judge Timothy S. Hogan |
| INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION
TO SUSPEND THE NOTICE DEADLINE PENDING THE COURT'S RULING
ON PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL
WITH PREJUDICE**

**INTRODUCTION**

On January 5, 2006, Magistrate Judge Hogan issued a Calendar Order setting forth certain case management deadlines, including a June 1, 2006 deadline for notice. For the reasons set forth in Plaintiffs' contemporaneously-filed Motion for Voluntary Dismissal with Prejudice, Plaintiffs United Food & Commercial Workers Midwest Health Benefits Fund, and Twin Cities Bakery Workers Health & Welfare Fund, Marjorie Ferrell, Mary D. Duda and Mary Seaworth move to dismiss their claims with prejudice and without costs to either party, and the resulting decertification the subclasses ("Motion for Voluntary Dismissal"). Since the briefing applicable to the Motion for Voluntary Dismissal will likely not be completed until after the June 1, 2006 notice deadline[1], and

---

[1] See S.D. Ohio Civ. R. 7.2(a)(2) which provides twenty-one (21) days to file a response brief and another eleven (11) days for filing the reply.

56151.1

since the Court's Order on that motion may render the notice deadline moot, Plaintiffs seek a suspension of that deadline pending the Court's determination on the Motion for Voluntary Dismissal.[2]

## ARGUMENT

Federal Rule of Civil Procedure 23(d) states, in part, that the Court may make appropriate orders in the conduct of actions, including issuing orders which determine the course of proceedings or deal with similar procedural matters. <u>See</u> Fed. R. Civ. P. 23(d)(1) and (5). In this case, an order suspending the June 1, 2006 notice deadline is wholly appropriate, as the notice deadline may well be rendered moot by the voluntary dismissal of this action.

Moreover, disseminating notice at this stage would be confusing to the Class, especially in light of Plaintiffs' pending Motion for Voluntary Dismissal. Finally, because trial is currently scheduled for January 2007, there remains plenty of time to accomplish notice, if necessary.

## CONCLUSION

For the reasons set forth above, Plaintiffs respectfully request that the Court suspend the June 1, 2006 notice deadline pending the Court's determination on Plaintiffs' separate Motion for Voluntary Dismissal.

Dated: May 4, 2006                                      Respectfully submitted,


   /s/ Patrick E. Cafferty_____
One of Plaintiffs' attorneys

---

[2] As directed by Local Civil Rule 7.3(a), Plaintiffs contacted counsel for Defendants and solicited their consent to suspend this deadline pending the Court's decision on voluntary dismissal. Defendants do not consent to an extension.

56151.1

| | |
|---|---|
| Janet G. Abaray | Joseph E. Conley, Jr. |
| LOPEZ, HODES, RESTAINO | BUECHEL & CONLEY |
| MILMAN, SKIKOS & POLOS | 25 Crestview Hills Mall Road |
| 312 Walnut Street, Suite 2090 | Suite 104 |
| Cincinnati, OH 45202 | Crestview Hills, KY 41017 |
| (513) 852-5600 | (859) 578-6600 |

*Co-Liaison Counsel for End-Payor Plaintiffs*

| | |
|---|---|
| Kenneth A. Wexler | Marc H. Edelson |
| Jennifer Fountain Connolly | HOFFMAN & EDELSON |
| WEXLER TORISEVA WALLACE | 45 West Court Street |
| One North LaSalle, Suite 2000 | Doylestown, PA 18901 |
| Chicago, IL 60602 | (215) 230-8043 |
| (312) 346-2222 | |
| | |
| Samuel D. Heins | Patrick E. Cafferty |
| Stacey L. Mills | MILLER FAUCHER and CAFFERTY LLP |
| HEINS MILLS & OLSON, P.C. | 101 N. Main Street, Suite 450 |
| 3550 IDS Center, 80 South Eighth Street | Ann Arbor, MI 48104 |
| Minneapolis, MN 55402 | (734) 769-2144 |
| (612) 338-4605 | |
| | |
| Steve W. Berman | |
| Craig R. Spiegel | |
| HAGENS BERMAN SOBOL | |
| SHAPIRO LLP | |
| 1301 5TH Avenue, Suite 2900 | |
| Seattle, WA 98101 | |

*Co-Lead Counsel for End-Payor Plaintiffs*

56151.1

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be electronically filed the foregoing pleading with the Clerk of the Court using the CM/EFC system which will send notification of such filing to the following:

*Counsel for Defendants:*

W. Gordon Dobie
**Winston & Strawn**
35 W. Wacker Drive
Chicago, IL 60601

David Eggert
**Arnold & Porter**
555 Twelfth Street, NW
Washington, DC 20004

*Co-Lead Counsel for Plaintiffs:*

Patrick E. Cafferty
**Miller Faucher & Cafferty LLP**
101 N. Main Street, Suite 450
Ann Arbor, MI 48104

Marc H. Edelson
**Edelson & Associates LLC**
45 W. Court Street
Doylestown, PA 18901

Jennifer Winter Sprengel
**Miller Faucher & Cafferty LLP**
30 N. LaSalle Street
Suite 3200
Chicago, IL 60602

Steve W. Berman
Craig Spiegel
**Hagens Berman Sobol Shapiro LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Alan Gilbert
Barbara Felt
Susan Macmenamin
**Heins Mills & Olson, P.L.C.**
3550 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402

Dated: May 4, 2006

/s/ Patrick E. Cafferty

56151.1