IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARJORIE FERRELL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. C-1-01-447 |
| | ) | |
| v. | ) | Judge Sandra S. Beckwith |
| | ) | |
| WYETH-AYERST LABORATORIES, INC., *et al.*, | ) | Magistrate Judge Timothy S. Hogan |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' EXPEDITED MOTION
REQUESTING IN-PERSON STATUS CONFERENCE**

Plaintiffs, by their undersigned attorneys, respectfully request an in-person status conference before the Court prior to June 1, 2006, the date by which Plaintiffs must submit their proposed plan to distribute notice to the subclasses.

Under the Calendaring Order entered by Magistrate Judge Hogan on January 5, 2006 [Docket No. 144], Plaintiffs must submit their proposed plan for distributing notice to the subclasses by June 1. The parties have been engaged in discussions concerning potential means to resolve this action for an extended period of time. On May 4, 2006, with the deadline for notice to the subclasses approaching, Plaintiffs filed a motion to voluntarily dismiss the claims of the class representatives with prejudice and asked the Court to suspend the June 1 notice plan date pending decision on that motion. Defendants have opposed both motions. Plaintiffs will submit their reply in support of both those motions tomorrow.

Plaintiffs submit that an in-person conference with the Court would allow the parties to discuss the content of plaintiffs' proposed notice in the context of Plaintiffs' pending motions, as well as to explore potential alternative means of resolving of this action. Under Fed. R. Civ. P. 16(a)(1), the Court may direct attorneys for the parties to appear before it for a conference to, *inter alia*, expedite the disposition of the action. Fed. R. Civ. P. 1 likewise requires that the federal rules "be construed and administered to secure the just, speedy, and inexpensive determination of every action." Pursuant to both the letter and spirit of those Rules, Plaintiffs respectfully request that this Court permit the parties to participate in a status conference prior to the notice deadline of June 1, 2006.

Dated: May 15, 2006                                    Respectfully submitted,


   s/ Janet G. Abaray
One of Plaintiffs' attorneys


| | |
|---|---|
| Janet G. Abaray | Joseph E. Conley, Jr. |
| LOPEZ, HODES, RESTAINO, | BUECHEL & CONLEY |
| MILMAN & SKIKOS | 25 Crestview Hills Mall Road |
| 312 Walnut Street, Suite 2090 | Suite 104 |
| Cincinnati, OH 45202 | Crestview Hills, KY 41017 |
| (513) 852-5600 | (859) 578-6600 |

*Co-Liaison Counsel for End-Payor Plaintiffs*

| | |
|---|---|
| Kenneth A. Wexler | Marc H. Edelson |
| Jennifer Fountain Connolly | HOFFMAN & EDELSON |
| WEXLER TORISEVA WALLACE LLP | 45 West Court Street |
| One North LaSalle, Suite 2000 | Doylestown, PA 18901 |
| Chicago, IL 60602 | (215) 230-8043 |
| (312) 346-2222 | |

| | |
|---|---|
| Samuel D. Heins<br>Stacey L. Mills<br>HEINS MILLS & OLSON, P.C.<br>3550 IDS Center, 80 South Eighth Street<br>Minneapolis, MN  55402<br>(612) 338-4605 | Patrick E. Cafferty<br>MILLER FAUCHER and CAFFERTY LLP<br>101 N. Main Street, Suite 450<br>Ann Arbor, MI  48104<br>(734) 769-2144 |
| Steve W. Berman<br>Craig R. Spiegel<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 5TH Avenue, Suite 2900<br>Seattle, WA 98101 | |