UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Marjorie Ferrell, et al.,
    Plaintiff(s),

        v.        Case Nos. 1:01cv447
                (J. Beckwith ; Hogan, M.J)

Wyeth-Ayerst Laboratories, Inc., et al.,
    Defendant(s).

### NOTICE

    Please take notice that the above-captioned case has been set for a Status Conference before the Honorable Timothy S. Hogan on:

**Wednesday, May 24, 2006 at 1:30 pm**

**in chambers Room 706, U.S. Courthouse Building, 100 East Fifth Street, Cincinnati, Ohio.  (513) 564-7650.**

                Timothy S. Hogan
                United States Magistrate Judge


                s/Arthur W. Hill
                Courtroom Deputy

cc:    All Counsel
        awh        May 18, 2006