IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARJORIE FERRELL, *et al.*, | ) |
| | ) No. C-1-01-447 |
| Plaintiffs, | ) |
| | ) Judge Sandra S. Beckwith |
| v. | ) |
| | ) Magistrate Judge Timothy S. Hogan |
| WYETH-AYERST LABORATORIES, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please take notice that Matthew M. Meisner of Arnold & Porter LLP has withdrawn as co-counsel for defendants Wyeth (formerly American Home Products Corporation) and Wyeth Pharmaceuticals (formerly Wyeth-Ayerst Laboratories, Inc.) (collectively, "Wyeth") in this action. Wyeth will continue to be represented by its other co-counsel who have filed appearances in this Court.

Respectfully submitted,

/s/ Grant S. Cowan
Grant S. Cowan   (0029667)
**FROST BROWN TODD LLC**
2200 PNC Center
201 E. Fifth Street
Cincinnati, Ohio  45202-4182
(513) 651-6947
Trial Attorneys for Defendants

OF COUNSEL:

Dan K. Webb
W. Gordon Dobie
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois  60601-9703
(312) 558-5600

- 2 -

Douglas L. Wald
David S. Eggert
**ARNOLD & PORTER LLP**
555 Twelfth Street, N.W.
Washington, D.C. 20004-1202
(202) 942-5000

Dated: May 22, 2006

**CERTIFICATE OF SERVICE**

This is to certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Janet Gilligan Abaray | Mark R. Merley |
| James Ralph Adams | Dianne M. Nast |
| William J. Baer | Amber M. Nesbitt |
| Peggy M. Balesteri | Son B. Nguyen |
| Steve W. Berman | Andrew Bennett Spark |
| Patrick E. Cafferty | Craig R. Spiegel |
| Joseph Edward Conley, Jr. | Asim Varma |
| Jennifer Fountain Connolly | Douglas L. Wald |
| Grant Spencer Cowan | Brooke B. Ward |
| W. Gordon Dobie | Dan K. Webb |
| David S. Eggert | Brian D. Werner |
| Elizabeth Fegan Hartweg | Kenneth A. Wexler |
| Ralph L. Friedland | |

and I hereby certify that I have mailed by first-class U.S. Mail, postage prepaid, the document to the following non-CM/ECF participants:

Samuel D. Heins
Alan Gilbert
Babara Felt
Heins Mills & Olson PLC-1
3550 IDS Center
80 South Eighth Street
Minneapolis, MN  55402

Anthony J. Sievert
One North LaSalle Street
Suite 2000
Chicago, IL  60602

Dated:  May 22, 2006

/s/ Grant S. Cowan

Grant S. Cowan