**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

2006 MAY 24  PM 2:51

Marjorie Ferrell, et al.,
    Plaintiff(s),

v.

Case No. 1:01cv0447
(J. Beckwith ; Hogan M.J)

Wyeth-Ayerst Laboratories Inc., et al.,
    Defendant(s).

## CIVIL MINUTES
### STATUS CONFERENCE

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** none present
**COURT REPORTER:** none present
**DATE:** May 24, 2006    **TIME:** 1:30 pm

Attorney for Plaintiff(s): _____
Kenneth Wexler
Calvin Triggs
Douglas Wald

Attorney for Defendant(s): _____
Adam Hall
Gordon Dobie

### PROCEDURES

__✓__ Counsel Present.

_____ Order to issue.

Remarks: