IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **MARJORIE FERRELL, et al.,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**WYETH-AYERST LABORATORIES, INC., et al.,** )<br>)<br>Defendants. )<br>) | **Civil Action No. C-1-01-447**<br><br>**Judge Sandra S. Beckwith**<br>**Magistrate Judge Timothy S. Hogan**<br><br>**NOTICE OF MANUAL FILING** |

Please take notice that defendant, Wyeth, has manually filed the following documents:

**Defendants' Motion For Summary Judgment And Memorandum In Support**

Defendants' Motion for Summary Judgment and Memorandum In Support have not been filed electronically because:

> The Motion and Memorandum contain information designated as "Confidential" and are being filed under seal pursuant to the Protective Order.

These documents have been filed with the Court and this Notice has been electronically served

on all parties with CM/ECF Registration and by regular U.S. mail upon all parties not registered.

Respectfully submitted,

s/*Grant S. Cowan*
Grant S. Cowan   (0029667)
**FROST BROWN TODD LLC**
2200 PNC Center
201 E. Fifth Street
Cincinnati, Ohio  45202-4182

Douglas L. Wald
David S. Eggert
**ARNOLD & PORTER LLP**
555 Twelfth Street, N.W.
Washington, D.C.  20004-1206
(202) 942-5000

Dan K. Webb
W. Gordon Dobie
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois  60601-9703
(312) 558-5600


Counsel for Defendants Wyeth and Wyeth Pharmaceuticals


Dated:  August 1, 2006

## CERTIFICATION

I hereby certify that a copy of the Notice of Manual Filing has been served electronically on all counsel of record with CM/ECF Registration on this 1st day of August, 2006.

                                                s/*Grant S. Cowan*
                                                Grant S. Cowan, Esq.
                                                Frost Brown Todd LLC

CINLibrary 1655369v.1