IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARJORIE FERRELL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. C-1-01-447 |
| | ) | |
| v. | ) | Judge Sandra S. Beckwith |
| | ) | |
| WYETH-AYERST LABORATORIES, | ) | Magistrate Judge Timothy S. Hogan |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FIRM NAME CHANGE

TO: *All Counsel of Record*

PLEASE TAKE NOTICE that the law firm of The Wexler Firm LLP has changed its name to:

WEXLER TORISEVA WALLACE LLP

The firm web mail address has changed to:

www.wtwlaw.us

The mailing address, telephone and facsimile numbers remain the same and are as follows:

WEXLER TORISEVA WALLACE LLP
One N. LaSalle Street
Suite 2000
Chicago, IL 60602
312-346-2222
312-346-0022
www.wtwlaw.us

Dated: August 16, 2006    By:    s/Kenneth A. Wexler
Kenneth A. Wexler
Jennifer Fountain Connolly
Amber M. Nesbitt
WEXLER TORISEVA WALLACE LLP
One N. LaSalle Street, Suite 2000
Chicago, IL 60602
312.346.2222
312.346.0022

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARJORIE FERRELL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. C-1-01-447 |
| | ) | |
| v. | ) | Judge Sandra S. Beckwith |
| | ) | |
| WYETH-AYERST LABORATORIES, INC., et al., | ) | Magistrate Judge Timothy S. Hogan |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Jennifer Fountain Connolly, hereby certify that a copy of the foregoing Notice of Firm Name Change was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

Dated: August 16, 2006

/s/ Kenneth A. Wexler
Kenneth A. Wexler
Jennifer Fountain Connolly
Amber M. Nesbitt
WEXLER TORISEVA WALLACE LLP
One N. LaSalle Street, Suite 2000
Chicago, IL 60602
312.346.2222
312.346.0022
jfc@wtwlaw.com