UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| _____ ) | | |
| MARJORIE FERRELL, et al., | ) | Civil Action No. C-1-01-447 |
| | ) | |
| Plaintiffs, | ) | Judge Sandra S. Beckwith |
| | ) | Magistrate Judge Timothy S. Hogan |
| v. | ) | |
| | ) | |
| WYETH-AYERST LABORATORIES, | ) | |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ ) | | |

**PLAINTIFFS' MOTION TO EXTEND THE TIME FOR SETTING A
BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, by their attorneys, respectfully move this Court for an order extending the time

in which it will set briefing schedule on Defendants' motion of summary judgment [Doc. No.

164], filed August 1, 2006.  In support hereof, Plaintiffs state as follows:

1.      At the telephonic hearing conducted on August 4, 2006, the Court stated as

follows:

> I'm going to hold this motion [*i.e.,* Plaintiffs' Rule 41(a)(2) motion] in abeyance
> for two weeks, till August the 18th.  If you all haven't worked something out by
> then, the motion for summary judgment schedule is going to kick in and the
> plaintiffs will have to respond to the motion, if they have a response, in due course
> pursuant to local rules, then the defense will file a reply, and we;ll consider the
> merits of the motion; and depending on what the result of that is, we'll decide what
> to do with the class certification and notice.
>
> * * *
>
> ... So, I'm extending the briefing schedule for the motion for summary judgment by
> two weeks.  But if you all can sort something out that meets your respective needs
> within the next two weeks, I'm certainly open to your innovation.

Aug. 4, 2006 Tr. at 25.

2.      The parties may have "sort[ed] something out that meets [their] respective needs," but the result will not be known by the end of the two weeks afforded by the Court.  Plaintiffs therefore request the Court to delay the briefing schedule until the parties can report on the results of their efforts to "work[] something out."

3.      As the Court is aware, a parallel action styled *Elizabeth Blevins v. Wyeth-Ayerst Laboratories, Inc. and American Home Products Corp.*, Case No. 324380, is pending in the Superior Court of California for the County of San Francisco on behalf of a certified class of end-payors for Premarin in the State of California.

4.      As the Court is further aware, an action styled *Deyo v. Wyeth*, No. 735-12-04 Wncv,  is pending in Vermont Superior Court, Washington County. That case alleges claims on behalf of a putative Vermont class concerning the Wyeth products Premarin, Premphase and Prempro.

5.      With the encouragement of Judge Richard Kramer, the judge presiding over the *Blevins* action, the parties to that action have agreed to submit their dispute to non-binding mediation.  An eight-hour mediation session before the Hon. Edward A. Infante (Ret.) has been scheduled for August 30, 2006.  The parties are required to submit memoranda and other documents to Judge Infante by August 23, 2006.

6.      On August 14, 2006, a teleconference was held by counsel for Wyeth and counsel for plaintiff in *Blevins*.  In that teleconference, counsel for Wyeth suggested that the mediation should seek to reach a global resolution and thus, should include, the *Ferrell* action and the *Deyo* action.  Counsel for *Blevins* (who also represent plaintiffs in *Ferrell*) and Judge Infante agreed

that such an approach was appropriate.

7.    Accordingly, counsel for Plaintiffs respectfully request that the briefing schedule on Defendants' motion for summary judgment be deferred until the conclusion of the mediation with Judge Infante.  The parties' efforts are best spent preparing mediation materials in an effort to resolve this and the other actions through mediation.

8.    Deferring briefing on Defendants' motion for summary judgment will not affect the schedule otherwise in place, as the deadline for filing dispositive motions is August 31, 2006.  Jan. 5, 2006 Calender Order ¶ 4 [Doc. No. 144].

WHEREFORE, for the reasons stated, Plaintiffs respectfully request that the briefing schedule on Defendants' motion for summary judgment be deferred until the parties report to the Court on the conclusion of mediation before Judge Infante.

Dated: August 16, 2006                Respectfully submitted,

                          By:        /s/ Kenneth A. Wexler
                                    One of Plaintiffs' Counsel

Janet G. Abaray                   Joseph E. Conley, Jr.
LOPEZ, HODES, RESTAINO,           BUECHEL & CONLEY
MILMAN,  SKIKOS & POLOS           25 Crestview Hills Mall Road
312 Walnut Street, Suite 2090     Suite 104
Cincinnati, Ohio 45202            Crestview Hills, Kty.  41017
Tel: (513) 852-5600               Tel: (859) 578-6600

*Co-Liaison Counsel for End-Payor Plaintiffs*

Kenneth A. Wexler                 Marc H. Edelson
Jennifer F. Connolly             HOFFMAN & EDELSON
Amber M. Nesbitt                  45 West Court Street
WEXLER TORISEVA WALLACE LLP       Doylestown, Pennsylvania 18901
One North LaSalle, Suite 2000     (215) 230-8043
Chicago, Illinois 60602
(312) 346-2222

-3-

Samuel D. Heins                         Patrick E. Cafferty
Barbara Feld                            MILLER FAUCHER and CAFFERTY LLP
HEINS MILLS & OLSON, P.C.               101 N. Main Street, Suite 450
3550 IDS Center, 80 South Eighth Street Ann Arbor, MI 48104
Minneapolis, MN 55402                   (734) 769-2144
(612) 338-4605

*Co-Lead Counsel for End-Payor Plaintiffs*

-4-

### *CERTIFICATE OF SERVICE*

*This is to certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:*

| | |
|---|---|
| *Janet G. Abaray* | *Mark R. Merley* |
| *James Ralph Adams* | *Dianne M. Nast* |
| *William J. Baer* | *Son B. Nguyen* |
| *Peggy M. Balesteri* | *Andrew Bennett Spark* |
| *Steve W. Berman* | *Craig R. Spiegel* |
| *Patrick E. Cafferty* | *Asim Varma* |
| *Jennifer F. Connolly* | *Douglas L. Wald* |
| *Grant Spencer Cowan* | *Brooke B. Ward* |
| *David S. Eggert* | *Brian D. Werner* |
| *Elizabeth Fegan Hartweg* | *Kenneth A. Wexler* |
| *Matthew D. Meisner* | |

*and I hereby certify that I have mailed by first-class U.S. Mail, postage prepaid, the document to the following non-CM/ECF participants:*

*Dan K. Webb, Esq.*
*W. Gordon Dobie, Esq.*
*WINSTON & STRAWN LLP*
*35 West Wacker Drive*
*Chicago, IL  60601-9703*

*Ruthanne Gordon*
*BERGER & MONTAGUE, P.C.*
*1622 Locust Street*
*Philadelphia, PA 19103*

*Eliot Long, Esq.*
*BUCHANAN INGERSOL*
*1835 Market Street, 14th Floor*
*Philadelphia, PA 19103*

*Steve D. Shadowen, Esq.*

*Gordon A. Einhorn, Esq.*
*HANGLEY ARONCHICK SEGAL &*
*PUDLIN*
*30 North Third Street, Suite 700*
*Harrisburg, PA 17101-1810*

*Thomas L. Long, Esq.*
*BAKER & HOSTETLER LLP*
*Capitol Square, Suite 2100*
*65 East State Street*
*Columbus, OH 43215*

*Michael P. Nolan, Esq.*
*Husch & Eppenberger, LLC*
*Suite 600*
*190 Carondelet Plaza*
*St. Louis, MO 63105-3441*

*Ralph L. Friedland*
*2033 Main Street, Suite 100*
*Sarasota, FL 34237*

*Daniel E. Gustafson*
*Gustafson Gluek PLLC*
*608 2nd Avenue South*
*Suite 725*
*Minneapolis, MN 55402*

*Samuel D. Heins*
*Heins Mills & Olson PLC-1*
*3550 IDS Center*
*80 South Eighth Street*
*Minneapolis, MN 55402*

*Anthony J. Sievert*
*One North LaSalle Street*
*Suite 2000*
*Chicago, IL 60602*

*Dated:    August 16, 2006*

*/s/ Joseph E. Conley, Jr.*

6