# Jennifer F. Connolly

**From:** Son_Nguyen@aporter.com
**Sent:** Monday, May 23, 2005 1:09 PM
**To:** Jennifer F. Connolly
**Subject:** Depositions of Mary Duda and Mary Seaworth

Hi Jennifer, we would like to take the depositions of Ms. Duda and Ms. Seaworth in early June. We'd appreciate it very much if you could get back with me with some potential dates for these depositions. I understand that you're still awaiting the documents from Ms. Seaworth's insurer and will forward them to us as soon as they're available.

Thanks very much.

Son Nguyen

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

---

Son Nguyen             Son_Nguyen@aporter.com
Arnold & Porter LLP    Telephone: 202-942-6156
555 Twelfth Street, NW    Fax:    202-942-5999
Washington, DC 20004-1202

For more information about Arnold & Porter LLP, click here:
   http://www.arnoldporter.com

# Jennifer F. Connolly

| | |
|---|---|
| From: | Son_Nguyen@aporter.com |
| Sent: | Tuesday, May 24, 2005 9:23 AM |
| To: | Jennifer F. Connolly |
| Subject: | RE: Depositions of Mary Duda and Mary Seaworth |

Jennifer, let's do the Duda depo on Monday, June 13.  Son

"Jennifer F. Connolly" <JFConnolly@wexlerfirm.com>   To: Son Nguyen/Atty/DC/ArnoldAndPorter@APORTER
cc:
Subject: RE: Depositions of Mary Duda and Mary Seaworth

05/23/2005 06:08 PM

Son -

I've gotten Mary Duda's dates.  She lives in Albuquerque.  She is available on June 13, 20, or 27.  I'm still working on Mary Seaworth.

Let me know what works for you.

Thanks -
Jennifer

-----Original Message-----
From: Son_Nguyen@aporter.com [mailto:Son_Nguyen@aporter.com]
Sent: Monday, May 23, 2005 2:19 PM
To: Jennifer F. Connolly
Subject: RE: Depositions of Mary Duda and Mary Seaworth

Jennifer -- one more thing, for purposes of finding depo sites, it'd be great if you could tell me the most convenient locations for everyone (I assume they in the cities/towns where Ms. Duda and Ms. Seaworth reside, but just thought I'd ask).  Thanks

"Jennifer F. Connolly"   To: Son Nguyen/Atty/DC/ArnoldAndPorter@APORTER
<JFConnolly@wexlerfirm.com>   cc:
Subject: RE: Depositions of Mary Duda and Mary Seaworth

1

05/23/2005 02:29 PM

Son - I assume that defendants intend to travel to where Ms. Duda and Ms. Seaworth reside?

-----Original Message-----
From: Son_Nguyen@aporter.com [mailto:Son_Nguyen@aporter.com]
Sent: Monday, May 23, 2005 1:09 PM
To: Jennifer F. Connolly
Subject: Depositions of Mary Duda and Mary Seaworth

Hi Jennifer, we would like to take the depositions of Ms. Duda and Ms.
Seaworth in early June. We'd appreciate it very much if you could get back with me with some potential dates for these depositions. I understand that you're still awaiting the documents from Ms.
Seaworth's insurer and will forward them to us as soon as they're available.

Thanks very much.

Son Nguyen

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

---

Son Nguyen          Son_Nguyen@aporter.com
Arnold & Porter LLP     Telephone: 202-942-6156
555 Twelfth Street, NW     Fax:    202-942-5999
Washington, DC  20004-1202

For more information about Arnold & Porter LLP, click here:
    http://www.arnoldporter.com

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

---

Son Nguyen          Son_Nguyen@aporter.com
Arnold & Porter LLP     Telephone: 202-942-6156
555 Twelfth Street, NW     Fax:    202-942-5999
Washington, DC  20004-1202

For more information about Arnold & Porter LLP, click here:
    http://www.arnoldporter.com

---
This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
---

| | |
|---|---|
| Son Nguyen | Son_Nguyen@aporter.com |
| Arnold & Porter LLP | Telephone: 202-942-6156 |
| 555 Twelfth Street, NW | Fax:  202-942-5999 |
| Washington, DC 20004-1202 | |

For more information about Arnold & Porter LLP, click here:
   http://www.arnoldporter.com