# Jennifer F. Connolly

**From:** Son_Nguyen@aporter.com
**Sent:** Tuesday, May 24, 2005 1:20 PM
**To:** Jennifer F. Connolly
**Subject:** Postponing Depositions of Mary Duda and Mary Seaworth

Jennifer, I'm sorry, something else has come up, and we'll need to postpone the depositions of both Ms. Duda and Ms. Seaworth. I'll contact you at a later date to schedule them. I apologize for any inconvenience this might have caused. Thanks, Son

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

---

Son Nguyen            Son_Nguyen@aporter.com
Arnold & Porter LLP     Telephone:  202-942-6156
555 Twelfth Street, NW    Fax:     202-942-5999
Washington, DC  20004-1202

For more information about Arnold & Porter LLP, click here:
    http://www.arnoldporter.com

1