**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Marjorie Ferrell, <u>et al.</u>,    )
                                  )
            Plaintiffs,   ) Case No. 1:01-CV-447
                                  )
    vs.                )
                                  )
Wyeth-Ayerst               )
Laboratories, Inc., <u>et al.</u>,  )
                                  )
            Defendants.   )

O R D E R

      Plaintiffs' motion to extend the time for setting a briefing schedule on Defendants' motion for summary judgment (Doc. No. 168) is well-taken and is **GRANTED.** Plaintiffs' memorandum in opposition to Defendants' motion for summary judgment shall be filed in accordance with S.D. Ohio Civ. R. 7.2(a)(2), with the filing period beginning one day following the conclusion of the mediation in <u>Blevins v. Wyeth-Ayerst Laboratories, Inc.</u>, Case No. 324380 (Cal. Super. Ct.), which is currently scheduled for August 30, 2006. The parties shall notify the Court of the results of the mediation within twenty-four (24) hours of its conclusion. No further extensions of the briefing schedule will be granted.

      **IT IS SO ORDERED**

Date August 24, 2006             s/Sandra S. Beckwith
                          Sandra S. Beckwith, Chief Judge
                          United States District Court