UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Marjorie Ferrell, et al.,
    Plaintiffs

v.                          Case No. 1:01-cv-447

Wyeth-Ayerst Laboratories,
Inc., et al.,
    Defendants

## ORDER

Due to this Court's current criminal calendar, the Final Pretrial/Settlement Conference and Trial dates are hereby **VACATED.**

In this Court's Order of August 25, 2006, (Doc. 174), the parties were ordered to notify the Court of the results of mediation within twenty-four (24) hours of its conclusion. To date, no such notification has been received.

Therefore, the parties are **ORDERED** to file a Joint Status Report concerning the current status of this action no later than January 5, 2007.


Date: December 13, 2006                   s/Sandra S. Beckwith
                                                    Sandra S. Beckwith, Chief Judge
                                                    United States District Court