UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARJORIE FERRELL, *et al.*, | ) |
| | ) No. C-1-01-447 |
| Plaintiffs, | ) |
| | ) Judge Sandra S. Beckwith |
| v. | ) |
| | ) Magistrate Judge Timothy S. Hogan |
| WYETH-AYERST LABORATORIES, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's December 13, 2006 Order (Doc. 175), Defendants Wyeth Pharmaceuticals (formerly Wyeth-Ayerst Laboratories, Inc.) and Wyeth (formerly American Home Products Corporation) (collectively, "Wyeth"), and Plaintiffs Marjorie Ferrell, Mary D. Duda, Mary Seaworth, United Food & Commercial Workers Midwest Health Benefits Fund, and Twin Cities Bakery Workers Health & Welfare Fund ("Plaintiffs"), hereby submit this Joint Status Report.

## STATUS OF SETTLEMENT

The parties agreed to settle this class action at the August 30, 2006 mediation session held before Hon. Edward A. Infante (Ret.).[1]  After several months of discussions following that mediation session, the parties have now successfully negotiated all the terms of the settlement. Accordingly, concurrent with this Joint Status Report, Plaintiffs are filing with the Court a

---

[1] The parties notified the Court by telephone on August 31, 2006 that the mediation had resulted in a settlement in principle of this case and a related case, *Blevins v. Wyeth-Ayerst Labs., Inc.*, Case No. 324380 (San Francisco, Cal. Sup. Ct.) ("*Blevins*").

Motion for Preliminary Approval of Proposed Settlement and Approval of Notice Program, in which the parties present the settlement in this case for the Court's approval.

Dated:  January 5, 2007

By: /s/ Grant S. Cowan

Grant S. Cowan
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth St.
Cincinnati, OH  45202
Telephone:  (513) 651-6800
Facsimile:  (513) 651-6981

Douglas L. Wald
David S. Eggert
Asim Varma
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC  20004
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999

Dan K. Webb
W. Gordon Dobie
Peggy M. Balesteri
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL  60601
Telephone:  (312) 558-5600
Facsimile:  (312) 558-5700

*Counsel for Defendants*

By:  /s/ Janet G. Abaray

Janet G. Abaray
BURG SIMPSON ELDREDGE HERSH & JARDINE
312 Walnut Street, Suite 2090
Cincinnati, OH  45202
Telephone:  (513) 852-5600
Facsimile:  (513) 852-5611

Joseph E. Conley, Jr.
BUECHEL & CONLEY
25 Crestview Hills Mall Road
Suite 104
Crestview Hills, KY  41017
Telephone:  (859) 578-6600
Facsimile:  (859) 578-6609

Kenneth A. Wexler
Jennifer Fountain Connolly
Amber M. Nesbitt
WEXLER TORISEVA WALLACE LLP
One North LaSalle St., Suite 2000
Chicago, IL  60602
Tel: 312 346 2222
Fax: 312 346 0022

Patrick E. Cafferty
MILLER FAUCHER AND CAFFERTY LLP
101 N. Main Street, Suite 450
Ann Arbor, MI  48104
Telephone:  (734) 769-2144
Facsimile:  (734) 769-1207

Steve W. Berman
Craig R. Spiegel
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594

Marc H. Edelson
HOFFMAN & EDELSON, LLC
45 W. Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Samuel D. Heins
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 S. Eighth Street
Minneapolis, MN  55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

***Counsel for Plaintiffs***

## **CERTIFICATE OF SERVICE**

This is to certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Janet Gilligan Abaray | Mark R. Merley |
| James Ralph Adams | Dianne M. Nast |
| William J. Baer | Amber M. Nesbitt |
| Peggy M. Balesteri | Son B. Nguyen |
| Steve W. Berman | Andrew Bennett Spark |
| Patrick E. Cafferty | Craig R. Spiegel |
| Joseph Edward Conley, Jr. | Asim Varma |
| Jennifer Fountain Connolly | Douglas L. Wald |
| Grant Spencer Cowan | Brooke B. Ward |
| W. Gordon Dobie | Dan K. Webb |
| David S. Eggert | Brian D. Werner |
| Elizabeth Fegan Hartweg | Kenneth A. Wexler |
| Ralph L. Friedland | |

and I hereby certify that I have mailed by first-class U.S. Mail, postage prepaid, the document to the following non-CM/ECF participants:

Samuel D. Heins
Alan Gilbert
Babara Felt
Heins Mills & Olson PLC-1
3550 IDS Center
80 South Eighth Street
Minneapolis, MN  55402

Anthony J. Sievert
One North LaSalle Street
Suite 2000
Chicago, IL  60602

Dated:   January 5, 2007

/s/ Grant S. Cowan_____

Grant S. Cowan