**Newspapers in Parade and USA Weekend Networks**
**Exhibit A**

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| AZ | Bullhead City | Mohave Valley Daily News | 10,423 | USA Weekend |
| AZ | Casa Grande | Dispatch | 11,332 | USA Weekend |
| AZ | Douglas | Dispatch | 2,065 | USA Weekend |
| AZ | Flagstaff | Arizona Daily Sun | 12,100 | Parade Magazine |
| AZ | Kingman | Miner | 8,968 | USA Weekend |
| AZ | Lake Havasu City | News-Herald | 11,428 | USA Weekend |
| AZ | Mesa | Tribune | 86,507 | Parade Magazine |
| AZ | Phoenix | Arizona Republic | 556,465 | USA Weekend |
| AZ | Prescott | Courier | 19,992 | USA Weekend |
| AZ | Sierra Vista | Herald | 10,329 | USA Weekend |
| AZ | Sun City | News-Sun | 15,819 | USA Weekend |
| AZ | Tucson | Star | 173,064 | USA Weekend |
| AZ | Tucson | Arizona Daily Star | 173,064 | Parade Magazine |
| AZ | Yuma | Daily Sun | 25,966 | Parade Magazine |
| FL | Boca Raton | News | 17,391 | USA Weekend |
| FL | Bradenton | Herald | 57,320 | USA Weekend |
| FL | Brooksville | Hernando Today | 4,964 | USA Weekend |
| FL | Charlotte Harbor/Venice Beach | Sun/Gondalier Sun | 55,644 | USA Weekend |
| FL | Crystal River | Citrus County Chronicle | 31,851 | USA Weekend |
| FL | Daytona Beach | News-Journal | 125,754 | USA Weekend |
| FL | Fort Lauderdale | South Florida Sun-Sentinel | 339,728 | USA Weekend |
| FL | Fort Myers | News-Press | 120,342 | USA Weekend |
| FL | Fort Walton Beach | Northwest Florida News | 45,177 | Parade Magazine |
| FL | Gainesville | Sun | 54,205 | Parade Magazine |
| FL | Jacksonville | Times-Union | 222,392 | USA Weekend |
| FL | Lake City | Reporter | 8,657 | Parade Magazine |
| FL | Lakeland | Ledger | 91,288 | Parade Magazine |
| FL | Leesburg | Commercial | 25,019 | USA Weekend |
| FL | Marianna | Jackson County Floridan | 6,738 | USA Weekend |
| FL | Melbourne | Today | 102,891 | USA Weekend |
| FL | Miami | El Nuevo Herald | 98,261 | Parade Magazine |
| FL | Miami | Herald | 390,171 | Parade Magazine |
| FL | Naples | News | 79,061 | Parade Magazine |
| FL | Ocala | Star-Banner | 54,160 | Parade Magazine |
| FL | Orlando | Sentinel | 341,025 | Parade Magazine |
| FL | Panama City | News-Herald | 34,152 | USA Weekend |
| FL | Pensacola | News Jounal | 75,526 | USA Weekend |
| FL | Sarasota | Herald-Tribune | 138,675 | Parade Magazine |
| FL | Sebring | Highlands Today | 20,445 | USA Weekend |
| FL | St. Augustine | Record | 18,837 | USA Weekend |
| FL | St. Petersburg | Times | 422,410 | Parade Magazine |
| FL | Tallahassee | Democrat | 63,761 | USA Weekend |
| FL | Tampa | Tribune | 309,916 | Parade Magazine |
| FL | The Villages | The Villages Daily Sun | 30,268 | USA Weekend |
| FL | Treasure Coast | News-Press-Tribune | 120,358 | Parade Magazine |
| FL | West Palm Beach | Post | 211,697 | Parade Magazine |
| FL | Winter Haven | News-Chief | 9,387 | USA Weekend |
| IA | Ames | Tribune | 12,426 | Parade Magazine |
| IA | Burlington | Hawk Eye | 20,589 | Parade Magazine |
| IA | Cedar Rapids | Gazette | 75,616 | Parade Magazine |
| IA | Clinton | Herald | 11,866 | USA Weekend |
| IA | Council Bluffs | Nonpareil | 20,762 | USA Weekend |
| IA | Davenport-Bettendorf | Quad City Times | 67,931 | Parade Magazine |
| IA | Des Moines | Register | 240,912 | USA Weekend |
| IA | Dubuque-East Dubuque | Telegraph-Herald | 33,684 | USA Weekend |
| IA | Fort Dodge | Messenger | 18,856 | Parade Magazine |
| IA | Iowa City | Press-Citizen | 16,228 | USA Weekend |

**Newspapers in Parade and USA Weekend Networks**
**Exhibit A**

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| IA | Marshalltown | Times-Republican | 10,782 | Parade Magazine |
| IA | Mason City | Globe-Gazette | 22,915 | Parade Magazine |
| IA | Muscatine | Journal | 7,554 | USA Weekend |
| IA | Sioux City | Journal | 42,313 | USA Weekend |
| IA | Waterloo | Courier | 51,420 | Parade Magazine |
| KS | Arkansas City | Traveler | 4,500 | USA Weekend |
| KS | Dodge City | Globe | 7,504 | USA Weekend |
| KS | Emporia | Gazette | 7,924 | USA Weekend |
| KS | Garden City | Telegram | 8,985 | USA Weekend |
| KS | Great Bend | Tribune | 6,249 | Parade Magazine |
| KS | Hays | Daily News | 13,879 | USA Weekend |
| KS | Hutchinson | News | 35,272 | USA Weekend |
| KS | Kansas City | Kansan | 3,744 | USA Weekend |
| KS | Lawrence | Jounal-World | 19,128 | USA Weekend |
| KS | Leavenworth | Times | 5,278 | USA Weekend |
| KS | Manhattan | The Manhattan Mecury | 12,121 | Parade Magazine |
| KS | Newton | Kansan | 7,472 | USA Weekend |
| KS | Pittsburg | Sun | 8,104 | USA Weekend |
| KS | Salina | Journal | 28,958 | USA Weekend |
| KS | Topeka | Capital-Journal | 54,498 | USA Weekend |
| KS | Wichita | Eagle | 143,948 | Parade Magazine |
| KS | Winfield | Courier | 4,365 | USA Weekend |
| MA | Attleboro-North Attleboro | Sun-Chronicle | 18,911 | USA Weekend |
| MA | Boston | Globe | 604,068 | Parade Magazine |
| MA | Boston | Herald | 122,712 | USA Weekend |
| MA | Brockton | Enterprise | 38,535 | USA Weekend |
| MA | Cape Cod | Sunday Cape Cod Times | 49,574 | Parade Magazine |
| MA | Fall River | Herald News | 21,127 | USA Weekend |
| MA | Fitchburg-Leominster | Sentinel-Enterprise | 17,781 | USA Weekend |
| MA | Framingham | Metro-West Daily | 29,885 | USA Weekend |
| MA | Gloucester-Newburyport-Salem | Essex County Newspapers | 54,050 | USA Weekend |
| MA | Greenfield | Recorder | 13,746 | USA Weekend |
| MA | Lowell | Sun | 50,096 | USA Weekend |
| MA | New Bedford | Standard-Times | 34,217 | Parade Magazine |
| MA | North Adams | Transcript | 7,255 | USA Weekend |
| MA | North Andover | Eagle-Tribune | 50,567 | USA Weekend |
| MA | Northampton | Daily Hampshire Gazette | 19,422 | USA Weekend |
| MA | Pittsfield | Eagle | 30,170 | USA Weekend |
| MA | Quincy | Patriot Ledger | 66,256 | USA Weekend |
| MA | Springfield | Sunday Republican | 125,864 | Parade Magazine |
| MA | Taunton | Gazette | 8,791 | USA Weekend |
| MA | Worcester | Sunday Telegram | 109,419 | Parade Magazine |
| ME | Augusta-Waterville | Kennebec Journal-Morning Sentinel | 31,290 | USA Weekend |
| ME | Bangor | News | 64,983 | USA Weekend |
| ME | Biddeford | Journal Tribune | 7,002 | USA Weekend |
| ME | Lewiston-Auburn | Sun-Journal | 33,679 | USA Weekend |
| ME | Portland | Telegram | 106,746 | Parade Magazine |
| MI | Adrian | Telegram | 15,986 | USA Weekend |
| MI | Alpena | News | 10,898 | USA Weekend |
| MI | Ann Arbor | News | 62,412 | Parade Magazine |
| MI | Battle Creek | Enquirer | 23,522 | USA Weekend |
| MI | Bay City | Times | 41,996 | Parade Magazine |
| MI | Benton Harbor-St. Joseph | Herald-Palladium | 24,083 | USA Weekend |
| MI | Big Rapids-Manistee | Pioneer-News Advocate | 8,985 | USA Weekend |
| MI | Cadillac | News | 11,850 | USA Weekend |
| MI | Dearborn | Press & Guide | 16,502 | Parade Magazine |
| MI | Detroit | News & Free Press | 669,315 | USA Weekend |

**Newspapers in Parade and USA Weekend Networks**
**Exhibit A**

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| MI | Escanaba | Press | 9,690 | USA Weekend |
| MI | Flint | Jounal | 101,277 | Parade Magazine |
| MI | Grand Haven | Tribune | 9,388 | USA Weekend |
| MI | Grand Rapids | Press | 182,810 | Parade Magazine |
| MI | Greenville | News | 8,835 | USA Weekend |
| MI | Hillsdale | News | 6,680 | USA Weekend |
| MI | Holland | Sentinel | 18,471 | USA Weekend |
| MI | Houghton | Mining Gazette | 9,322 | USA Weekend |
| MI | Howell | Livingston County Daily Press and Argus | 16,306 | USA Weekend |
| MI | Huron | Daily Tribune | 7,335 | Parade Magazine |
| MI | Iron Mountain-Kingsford | News | 9,376 | USA Weekend |
| MI | Jackson | Citizen Patriot | 37,541 | Parade Magazine |
| MI | Kalamazoo | Gazette | 70,694 | Parade Magazine |
| MI | Lansing | State Journal | 87,293 | USA Weekend |
| MI | Marquette | Mining Journal | 16,682 | Parade Magazine |
| MI | Midland | Daily News | 17,564 | Parade Magazine |
| MI | Monroe | News | 24,059 | Parade Magazine |
| MI | Mount Clemens | Macomb Daily | 64,061 | Parade Magazine |
| MI | Mount Pleasant | Morning Sun | 12,428 | Parade Magazine |
| MI | Muskegon | Chronicle | 47,709 | Parade Magazine |
| MI | Owosso | Argus Press | 9,929 | USA Weekend |
| MI | Pontiac | The Oakland Press | 76,202 | Parade Magazine |
| MI | Port Huron | Times-Herald | 29,309 | USA Weekend |
| MI | Royal Oak | Tribune | 12,602 | Parade Magazine |
| MI | Saginaw | News | 54,095 | Parade Magazine |
| MI | Southgate | News Herald | 50,637 | Parade Magazine |
| MI | Traverse City | Record-Eagle | 34,967 | Parade Magazine |
| MI |  | The County Press | 12,611 | Parade Magazine |
| MN | Albert Lea | Tribune | 7,071 | Parade Magazine |
| MN | Austin | Herald | 5,625 | Parade Magazine |
| MN | Bemidji | Pioneer | 10,470 | Parade Magazine |
| MN | Brainerd | Dispatch | 17,076 | USA Weekend |
| MN | Duluth | News-Tribune | 64,398 | Parade Magazine |
| MN | Fairmont | Sentinel | 6,901 | USA Weekend |
| MN | Faribault | News | 6,158 | Parade Magazine |
| MN | Fergus Falls | Journal | 7,464 | USA Weekend |
| MN | Mankato - N. Mankato | Free Press | 21,922 | Parade Magazine |
| MN | Marshall | Independent | 7,499 | USA Weekend |
| MN | Minneapolis-St. Paul | Star Tribune | 606,698 | USA Weekend |
| MN | New Ulm | Journal | 8,984 | Parade Magazine |
| MN | Northfield | News | 5,086 | Parade Magazine |
| MN | Owatonna | People's Press | 7,522 | Parade Magazine |
| MN | Rochester | Post-Bulletin | 47,165 | USA Weekend |
| MN | St. Cloud | Times | 37,035 | USA Weekend |
| MN | St. Paul | Pioneer Press | 251,565 | Parade Magazine |
| MN | Stillwater | Gazette | 2,181 | USA Weekend |
| MN | Virginia | Mesabi News | 11,313 | USA Weekend |
| MN | Willmar | West Central Tribune | 16,194 | USA Weekend |
| MN | Winona | News | 12,430 | Parade Magazine |
| MS | Biloxi | Sun Herald | 49,177 | Parade Magazine |
| MS | Brookhaven | Leader | 6,823 | Parade Magazine |
| MS | Clarksdale | Press-Register | 4,875 | USA Weekend |
| MS | Columbus | Commercial Dispatch | 14,512 | Parade Magazine |
| MS | Corinth | Corinthian | 6,629 | USA Weekend |
| MS | Greenville | Delta Democrat-Times | 10,167 | USA Weekend |
| MS | Greenwood | Commonwealth | 7,659 | Parade Magazine |
| MS | Hattiesburg | American | 23,949 | USA Weekend |

**Newspapers in Parade and USA Weekend Networks**
**Exhibit A**

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| MS | Jackson | Clarion-Ledger | 105,532 | USA Weekend |
| MS | Laurel | Leader-Call | 7,657 | Parade Magazine |
| MS | McComb | Enterprise-Journal | 12,620 | Parade Magazine |
| MS | Meridian | Star | 16,268 | Parade Magazine |
| MS | Natchez | Democrat | 8,280 | USA Weekend |
| MS | Pascagoula | Mississippi Press | 15,913 | Parade Magazine |
| MS | Picayune | Picayune Item | 6,500 | Parade Magazine |
| MS | Tupelo | Northeast Mississippi Journal | 36,499 | Parade Magazine |
| MS | Vicksburg | Post | 14,788 | Parade Magazine |
| NC | Asheboro | Courier-Tribune | 15,082 | USA Weekend |
| NC | Asheville | Citizen Times | 60,101 | USA Weekend |
| NC | Burlington | Times-News | 27,345 | USA Weekend |
| NC | Charlotte | Observer | 274,125 | Parade Magazine |
| NC | Concord-Kannapolis | Independent Tribune | 19,742 | USA Weekend |
| NC | Durham | Herald-Sun | 45,114 | USA Weekend |
| NC | Eden | News | 3,388 | USA Weekend |
| NC | Elizabeth City | Daily Advance | 10,248 | Parade Magazine |
| NC | Fayetteville | Observer-Times | 73,314 | Parade Magazine |
| NC | Forest City | Courier | 8,041 | USA Weekend |
| NC | Gastonia | Gaston Gazette | 32,894 | USA Weekend |
| NC | Goldsboro | News-Argus | 22,963 | USA Weekend |
| NC | Greensboro | News & Record | 108,848 | Parade Magazine |
| NC | Greenville | Reflector | 22,822 | Parade Magazine |
| NC | Henderson | Daily Dispatch | 7,477 | USA Weekend |
| NC | Hendersonville | Times-News | 18,884 | Parade Magazine |
| NC | Hickory | Record | 24,125 | USA Weekend |
| NC | High Point | Enterprise | 24,743 | USA Weekend |
| NC | Jacksonville | News | 20,890 | USA Weekend |
| NC | Kinston | Free Press | 12,094 | USA Weekend |
| NC | Lenoir | News-Topic | 8,352 | USA Weekend |
| NC | Lexington | Dispatch | 11,448 | USA Weekend |
| NC | Lumberton | The Robesonian | 14,935 | Parade Magazine |
| NC | Monroe | Enquirer-Journal | 8,765 | USA Weekend |
| NC | Morganton | News-Herald | 11,806 | USA Weekend |
| NC | Mount Airy | News | 11,017 | USA Weekend |
| NC | New Bern | Sun-Journal | 16,315 | USA Weekend |
| NC | Raleigh | News and Observer | 213,878 | Parade Magazine |
| NC | Reidsville | Review | 5,054 | USA Weekend |
| NC | Roanoke Rapids | Herald | 11,638 | USA Weekend |
| NC | Rocky Mount | Telegram | 16,697 | Parade Magazine |
| NC | Salisbury | Post | 22,585 | USA Weekend |
| NC | Sampson | Independent | 8,662 | Parade Magazine |
| NC | Sanford | Herald | 9,454 | USA Weekend |
| NC | Shelby | Star | 13,866 | USA Weekend |
| NC | Statesville | Record & Landmark | 17,812 | USA Weekend |
| NC | Washington | News | 9,027 | USA Weekend |
| NC | Wilmington | Star, Star-News | 58,807 | Parade Magazine |
| NC | Wilson | Times | 16,290 | USA Weekend |
| NC | Winston-Salem | Journal | 94,178 | Parade Magazine |
| ND | Bismarck | Tribune | 30,948 | USA Weekend |
| ND | Dickinson | Press | 6,322 | Parade Magazine |
| ND | Fargo | Forum | 60,203 | Parade Magazine |
| ND | Grand Forks | Herald | 30,992 | USA Weekend |
| ND | Minot | News | 20,580 | Parade Magazine |
| NM | Alamagordo | News | 7,794 | USA Weekend |
| NM | Albuquerque | Journal | 107,555 | USA Weekend |
| NM | Albuquerque | Sunday Journal | 148,781 | Parade Magazine |

**Newspapers in Parade and USA Weekend Networks**
**Exhibit A**

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| NM | Carlsbad | Current-Argus | 7,570 | USA Weekend |
| NM | Clovis | News Journal | 8,186 | USA Weekend |
| NM | Farmington | Times | 19,465 | USA Weekend |
| NM | Gallup | Independent | 17,625 | USA Weekend |
| NM | Hobbs | News-Sun | 10,073 | Parade Magazine |
| NM | Las Cruces | Sun-News | 25,031 | USA Weekend |
| NM | Portales | News-Tribune | 2,955 | USA Weekend |
| NM | Roswell | Record | 11,134 | USA Weekend |
| NM | Santa Fe | New Mexican | 26,739 | Parade Magazine |
| SD | Aberdeen | American News | 16,140 | USA Weekend |
| SD | Huron | Plainsman | 6,922 | Parade Magazine |
| SD | Rapid City | Journal | 33,782 | Parade Magazine |
| SD | Sioux Falls | Argus Leader | 75,286 | USA Weekend |
| SD | Watertown | Public Opinion | 12,827 | USA Weekend |
| SD | Yankton | Press & Dakotan | 7,751 | USA Weekend |
| TN | Athens | Post-Athenian | 11,985 | USA Weekend |
| TN | Chattanooga | Free Press Times | 97,907 | Parade Magazine |
| TN | Clarksville | Leaf-Chronicle | 26,486 | USA Weekend |
| TN | Cleveland | Banner | 15,368 | USA Weekend |
| TN | Columbia | Herald | 12,337 | USA Weekend |
| TN | Cookeville | Herald-Citizen | 13,715 | Parade Magazine |
| TN | Dyersburg | Gazette | 5,677 | Parade Magazine |
| TN | Jackson | Sun | 40,106 | USA Weekend |
| TN | Johnson City | Johnson City Press | 33,608 | Parade Magazine |
| TN | Kingsport | Times-News | 42,867 | USA Weekend |
| TN | Knoxville | News-Sentinel | 152,945 | Parade Magazine |
| TN | Lebanon | Democrat | 9,200 | USA Weekend |
| TN | Maryville-Alcoa | Times | 21,451 | USA Weekend |
| TN | Memphis | Commercial Appeal | 216,705 | Parade Magazine |
| TN | Morristown | Citizen Tribune | 24,028 | Parade Magazine |
| TN | Murfreesboro | News Journal | 19,059 | USA Weekend |
| TN | Nashville | Tennessean | 236,563 | USA Weekend |
| TN | Newport | Plain Talk | 7,350 | Parade Magazine |
| TN | Oak Ridge | Oak Ridger | 7,469 | USA Weekend |
| TN | Sevierville | Mountain Press | 8,456 | USA Weekend |
| TN | Shelbyville | Times-Gazette | 6,725 | Parade Magazine |
| TN | Tullahoma | Sunday News | 10,400 | Parade Magazine |
| VT | Bennington | Banner | 7,774 | USA Weekend |
| VT | Brattleboro | Reformer | 10,597 | USA Weekend |
| VT | Burlington | Free Press | 53,081 | USA Weekend |
| VT | Rutland | Herald | 29,387 | Parade Magazine |
| WI | Appleton-Neenah | Post-Crescent | 67,897 | USA Weekend |
| WI | Beloit | Daily News | 13,582 | USA Weekend |
| WI | Chippewa | Valley Newspapers | 12,217 | Parade Magazine |
| WI | Eau Claire | Leader-Telegram | 30,040 | USA Weekend |
| WI | Fond du Lac | Reporter | 18,053 | USA Weekend |
| WI | Green Bay | Press-Gazette | 80,307 | USA Weekend |
| WI | Janesville | Gazette | 24,961 | USA Weekend |
| WI | Kenosha | News | 27,667 | Parade Magazine |
| WI | La Crosse | Tribune | 41,059 | Parade Magazine |
| WI | Madison | Wisconsin State Journal | 148,489 | Parade Magazine |
| WI | Manitowic-Two Rivers | Herald Times Reporter | 15,301 | USA Weekend |
| WI | Marshfield-Stevens Point-Wisconsin Rapids | Central WI Sunday | 20,208 | USA Weekend |
| WI | Milwaukee | Journal Sentinel | 405,355 | USA Weekend |
| WI | Monroe | Times | 4,697 | USA Weekend |
| WI | Oshkosh | Northwestern | 24,924 | USA Weekend |
| WI | Racine | Journal Times | 30,700 | Parade Magazine |

**Newspapers in Parade and USA Weekend Networks**
**Exhibit A**

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| WI | Rhineland | Daily News | 4,156 | Parade Magazine |
| WI | Sheboygan | Press | 24,057 | USA Weekend |
| WI | Superior | Telegram | 6,752 | USA Weekend |
| WI | Watertown | Times | 9,059 | USA Weekend |
| WI | Waukesha | Freeman | 12,947 | USA Weekend |
| WI | Wausau-Stevens Point | Herald | 28,840 | USA Weekend |
| WI | West Bend | News | 9,668 | USA Weekend |
| WV | Beckley | Register | 28,602 | Parade Magazine |
| WV | Bluefield | Daily Telegraph | 19,099 | Parade Magazine |
| WV | Charleston | Gazette | 65,752 | USA Weekend |
| WV | Charleston | Gazette Mail | 79,617 | Parade Magazine |
| WV | Clarksburg | Exponent Telegram | 20,128 | Parade Magazine |
| WV | Elkins | Inter-Mountain | 11,226 | USA Weekend |
| WV | Fairmont | Times West Virginian | 12,134 | Parade Magazine |
| WV | Huntington | Herald-Dispatch | 33,941 | USA Weekend |
| WV | Logan | Banner | 8,922 | Parade Magazine |
| WV | Martinsburg | Journal | 20,316 | Parade Magazine |
| WV | Morgantown | The Dominion Post | 25,368 | Parade Magazine |
| WV | Parkersburg | News, Sentinel | 30,870 | Parade Magazine |
| WV | Wheeling | Intelligencer/News Register | 37,198 | Parade Magazine |