### Kinsella/Novak Communications
### *Premarin*
### Based Upon Approval to Place Ads by January 8, 2007

| PUBLICATION | ISSUE DATE | ON-SALE DATE | SPACE CLOSE | MATERIAL CLOSE |
|---|---|---|---|---|
| *Woman's Day* | April 17, 2007 | March 27, 2007 | January 17, 2007 | January 17, 2007 |
| *Better Homes & Gardens* | April 2007 | March 20, 2007 | January 15, 2007 | January 15, 2007 |
| *USA Weekend* | March 25, 2007 | March 25, 2007 | January 22, 2007 | January 22, 2007 |
| *Parade* | March 25, 2007 | March 25, 2007 | February 20, 2007 | February 20, 2007 |