PREMARIN Ohio Class
Estimate of Fees Expenses
12/21/06

| FEES | Estimated Volume | Unit Price | Cost Estimate |
|---|---|---|---|
| Set-up and Training | | | |
| Coordinate call center (toll-free number); author FAQs & phone script; procedure development, Notice Packet design & layout; coordinate web-based content & admin support. | | | 7,500.00 |
| Information Technology | | | |
| Design and set up database for receipt of claims, phone and mail inquiries, etc. (database & app design, procedures), design, develop & test reports and data exports. | | | 3,000.00 |
| Website (Modification, Hosting and Maintenance of www.PREMARINCLASSACTION.com) | | | 3,500.00 |
| Dissemination of Notice Packets | | | |
|   On-Demand Requests, Process Undeliverables | 5000 | 1 | 5,000.00 |
| Live Operator Support (75-100 hours) | | | 4,500.00 |
| Quality Assurance | | | |
|   Verify data loads, test application, reports, data exports, program review and testing. | | | 1,500.00 |
| Project Management and Admin Support | | | |
|   Conference calls with Counsel & Defendant, oversight of project, prepare affidavits | | | 10,000.00 |
| **TOTAL ESTIMATED FEES** | | | **35,000.00** |
| **EXPENSES** | | | |
| Dissemination - Printing and Postage | | | |
|   8 page Notice (incl addressing & mailing) | 50,000 | 0.18 | 9,000.00 |
|   Postage | | | |
|     Initial Mailing | 45,000 | 0.34 | 15,300.00 |
|     On-Demand Requests | 5,000 | 0.39 | 1,950.00 |
|     Total Dissemination - Printing and Postage | | | 26,250.00 |
| Call Center | | | |
|   Initial Set-up | | | 2,500.00 |
|   Per minute line charge for IVR (5,000 calls @ 1.5 min p/call) | 7,500 | 0.12 | 900.00 |
|   Live Agent Connection (1,000 calls; @ 4 min p/call) | 4,000 | 0.145 | 580.00 |
|   Targus System - Automated Address Verification System | 3,000 | 0.25 | 750.00 |
|   Total Call Center | | | 4,730.00 |
| Publications - See Attachment | | | 462,532.75 |
| Other Expenses | | | |
|   PO Box (per Year) | 1 | 868 | 868.00 |
|   Tax Returns (per/year), if required | 2 | 1,500 | 3,000.00 |
|   Fax, Copies, FedEx, Misc | | | 500.00 |
| **TOTAL ESTIMATED EXPENSES** | | | **$497,880.75** |
| **TOTAL ESTIMATED FEES AND EXPENSES** | | | **$532,880.75** |

**KINSELLA/NOVAK COMMUNICATIONS**
**PREMARIN**
**PROPOSED PUBLICATION NOTICE**
**December 18, 2006**

### Plan Summary

Notice placement in Consumer Magazines and Newspaper Supplements in the 17 identified states*.

### Target Audience

The published notice program will be measured against the following MRI targets:

- Women living in the 17 identified states* that have used a branded prescription to treat menopause/hormone replacement in the last 12 months. ("Women using branded prescription.")

- Women age 45-64. (Women 45-64).

### Media Components

#### Vehicle - Consumer Magazines (State Editions)

Consumer magazines reach a high percentage of the target audience and provide appropriate editorial environments.

| Name | Uses | Unit Type |
|---|---|---|
| *Better Homes & Gardens* | 1 | Full Page |
| *Woman's Day* | 1 | Full Page |

#### Vehicle - Newspaper Supplements (State Editions)

The newspaper supplements *Parade* and *USA Weekend* have broad geographic and demographic reach capabilities. They are among the highest reaching publications for the target audience.

| Name | Uses | Unit Type |
|---|---|---|
| *Parade Carrier Newspapers* | 1 | M-Page |
| *USA Weekend Carrier Newspapers* | 1 | M-Page |

#### Vehicle - Trade Publication*

Trade publications were selected to reach the business segment of the target audience.

| Name | Uses | Unit Type |
|---|---|---|
| *HR Magazine* | 1 | Full Page |
| *National Underwriter Life & Health* | 1 | Full Page |

### Plan Delivery

| Target Audience | Reach/Frequency |
|---|---|
| Women using branded prescription | 82.6%/1.7 |
| Women 45-64 | 77.7%/1.7 |

### Estimated Budget***

| | |
|---|---|
| Paid Media | $443,068.45 |
| Trade Publication Media | $18,714.30 |
| Production & Misc. Expenses | $750.00 |
| **Overall Estimated Budget:** | **$462,532.75** |

* 18 Identified States: Arizona, Florida, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, New Mexico, North Carolina, North Dakota, South Dakota, Tennessee, Vermont, West Virginia, Wisconsin.

** Trade publications do are not measured by MRI, therefore are not included in the final reach numbers.

*** Based on 2006 pricing with a 6% estimated cost increase for 2007.