UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |
|---|---|
| MARJORIE FERRELL, et al., | Civil Action No. C-1-01-447 |
| Plaintiffs, | Judge Sandra S. Beckwith |
|  | Magistrate Judge Timothy S. Hogan |
| v. |  |
| WYETH-AYERST LABORATORIES, INC., et al., |  |
| Defendants. |  |

## NOTICE OF FIRM NAME CHANGE

TO: All Counsel of Record

PLEASE TAKE NOTICE that effective January 1, 2007, the name of Miller Faucher and Cafferty LLP, counsel Plaintiffs, has changed to:

Cafferty Faucher LLP

The domain for the firm's email addresses has changed to caffertyfaucher.com. The firm's mailing addresses, telephone and facsimile numbers remain the same.

Dated: January 15, 2007

By:    s/Patrick E. Cafferty
CAFFERTY FAUCHER LLP
Patrick E. Cafferty
101 N. Main Street Suite 450
Ann Arbor, Michigan 48104
Tel: 734-769-2144
Fax: 734-769-2144
pcafferty@caffertyfaucher.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARJORIE FERRELL, et al., | ) | Civil Action No. C-1-01-447 |
| | ) | |
| Plaintiffs, | ) | Judge Sandra S. Beckwith |
| | ) | Magistrate Judge Timothy S. Hogan |
| v. | ) | |
| | ) | |
| WYETH-AYERST LABORATORIES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I, Patrick E. Cafferty, hereby certify that a copy of the foregoing Notice of Firm Name change was electronically filed.  Those attorneys who are registered with the Electronic Filing System my access these filings through the Court's System, and notice of these filings will be sent to these parties by the operation of the Court's Electronic Filing System.

Dated January 15, 2007

                               By:    s/Patrick E. Cafferty
                                       CAFFERTY FAUCHER LLP
                                       Patrick E. Cafferty
                                       101 N. Main Street Suite 450
                                       Ann Arbor, Michigan 48104
                                       Tel: 734-769-2144
                                       Fax: 734-769-2144
                                       pcafferty@caffertyfaucher.com