Exhibit 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARJORIE FERRELL, et al.,<br>      Plaintiffs,<br>v.<br><br>WYETH – AYERST LABORATORIES, INC.,<br>      et al.,<br>      Defendants | Civil Action No. C-1-01-447<br><br>Judge Sandra S. Beckwith<br><br>Magistrate Judge Timothy S. Hogan |

### AFFIDAVIT OF ELIZABETH BATTAGLINO CAHILL

STATE OF OHIO)
                        ) ss.:
COUNTY OF HAMILTON)

Elizabeth Battaglino Cahill, being first duly sworn, deposes and says:

1. I am the Executive Vice President of the National Women's Health Resource Center (NWHRC), 501 © 3 non profit organization incorporated in the District of Columbia. I submit this affidavit in support of NWHRC's request for an award of a cy pres distribution resulting from the settlement of this litigation.

2. The National Women's Health Resource Center (NWHRC) is the nation's leading independent, nonprofit health information source for women. By providing access to reliable, unbiased information, the NWHRC empowers women to be informed health consumers and to lead healthy lifestyles

3. NWHRC's outreach efforts help ensure that all women have access to quality health information. In collaboration with top healthcare experts and organizations, the NWHRC develops original health materials and content specifically for women. Since its

inception in 1988, the NWHRC has grown to become a widely recognized and trusted clearinghouse for health and wellness information. From its *National Women's Health Report*, its inventory of other health information products and its comprehensive Web site (www.healthywomen.org), the NWHRC provides women with access to comprehensive and reliable health information so they can make informed decisions on the topics most important to them. The information NWHRC provides is based on reliable and contemporary medical research and practice, supported by an advisory council comprised of the nation's leading medical and health experts

4. NWRHC makes a difference in women's health by conducting national public education initiatives currently. **Funds received from a cy pres distribution would be used to fund campaigns similar to r**ecent ones which have included an extensive multi-level program on metabolic syndrome that delved into components such as blood sugar awareness, diabetes and obesity. Other campaigns have included vision health, depression, substance abuse, flu facts, and autoimmune disease. Each campaign reaches millions of women through the development of publications and online content, and the dissemination of information through intense media outreach, partnerships and aggressive Web marketing of healthywomen.org.

                                                                             *Elizabeth Battaglino Cahill*

Sworn to before me this
___th day of May, 2007.

BRIAN NICHOLAS MANEFF
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES JANUARY 30, 2012

_____
Notary Public