

FILED
JAMES BOHN
CLERK

2007 JUN 18  AM 10: 06

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

MARJORIE FERRELL, *et al.,*          )
                                      )
Plaintiffs,                           )    Case No. 1:01-CV-447
                                      )
v.                                    )    Chief Judge Sandra S. Beckwith
                                      )
WYETH-AYERST LABORATORIES,            )    Magistrate Judge Timothy S. Hogan
INC., *et al.,*                       )
                                      )
Defendants.                           )

## ORDER GRANTING CO-LEAD COUNSEL'S
## MOTION FOR AWARD OF PARTIAL REIMBURSEMENT OF EXPENSES

Co-Lead Counsel's Motion for Award of Partial Reimbursement of Expenses ("Motion")

having come before this Court, notice having been given, and the Court being fully advised in

the premises, this Court hereby **FINDS** that:

1. Plaintiffs' expenses were reasonable and necessary to their prosecution of this
   litigation.

2. Defendants have agreed to pay expenses not exceeding $325,000 and Plaintiffs
   have foregone $125,419.48 in incurred expenses.

It is therefore **ORDERED** that:

Co-Lead Counsel's Motion is **GRANTED**;

The Court awards Class Counsel $325,000.00 as reimbursement of their reasonable

disbursements and expenses.

All of the foregoing amounts are to be paid exclusively out of the Settlement Fund to Co-Lead

Counsel without additional contribution or payment by Defendants.

Any appeal from this Order shall not affect the finality of the remainder of this Final Order and

Judgment, including but not limited to the date on which the Settlement will be deemed final

under the terms of the Settlement Agreement.

**SO ORDERED** this 15th day of June, 2007.

___s/Sandra S. Beckwith___
Sandra S. Beckwith, Chief Judge
United States District Court