# CIVIL MINUTE SHEET

**CASE NUMBER:** 1:01-CV-447   **DATE:** Friday, June 15, 2007
**TITLE:** Ferrell v. Wyeth-Ayerst Labs.
**RE:** Fairness Hearing
(1:44 - 1:49)

Honorable Sandra S. Beckwith
**Courtroom Deputy:** Mary Brown
**Law Clerk:** Patrick Smith
**Court Reporter:** Mary Ann Ranz (Official)

**Attorney for Plaintiff(s)**
Janet Abaray

**Attorney for Defendant(s)**
Grant Cowan
Douglas Wald

## WITNESSES

## PROCEEDINGS

π summarizes history of litigation & requests final approval of the settlement. Settlement is fair & reasonable - the settlement is approved. No objections. Motion for expenses is granted. Order to be filed sometime next week.