Timely TPP Exclusions                                                                                         08/04/2007  03:59 PM
PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh                                               Page 1 of 3
Report Criteria:  Includes XTPP Excludes XLAT                                                                 Report ID : EXCL14032

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---:|---:|---|---|---|
| 208 | 790 | 1199SEIU GREATER NEW YORK BENEFIT FUND | NEW YORK | NY |
| 207 | 294 | 1199SEIU NATIONAL BENEFIT FUND FOR HOME | NEW YORK | NY |
| 206 | 40,057 | 1199SEIU NATIONAL BENEFITS FUND FOR | NEW YORK | NY |
| 10 | | ALBANY INT CORP HEALTH CARE PLAN | ALBANY | NY |
| 194 | | ARKANSAS BLUE CROSS AND BLUE SHIELD A | LITTLE ROCK | AR |
| 234 | 495,407 | AVMED | LOUISVILLE | KY |
| 89 | 395,315 | BCBS OF VERMONT | MONTPELIER | VT |
| 232 | | BLUE CROSS AND BLUE SHIELD OF ARIZONA | LOUISVILLE | KY |
| 230 | | BLUE CROSS AND BLUE SHIELD OF FLORIDA | LOUISVILLE | KY |
| 228 | 235,648 | BLUE CROSS AND BLUE SHIELD OF KANSAS CIT | KANSAS CITY | MO |
| 229 | | BLUE CROSS AND BLUE SHIELD OF MISSISSIPP | LOUISVILLE | KY |
| 180 | | BLUE CROSS AND BLUE SHIELD OF N CAROLINA | DURHAM | NC |
| 210 | 174,653 | BLUE CROSS AND BLUE SHIELD OF NEBRASKA | LOUISVILLE | KY |
| 227 | 4,570,218 | BLUE CROSS AND BLUE SHIELD OF TENNESSEE | LOUISVILLE | KY |
| 233 | | BLUE CROSS BLUE SHIELD ASSOCIATION | LOUISVILLE | KY |
| 231 | 31,055 | BLUE CROSS BLUE SHIELD OF DELWARE INC | LOUISVILLE | KY |
| 225 | | BLUE SHIELD OF CALIFORNIA | LOUISVILLE | KY |
| 193 | | BRAZEWAY INC | ADRIAN | MI |
| 9 | | CALHOUN APPAREL INC | CALHOUN CITY | MS |
| 226 | 788,036 | CAREFIRST BLUE CROSS BLUE SHIELD | | |
| 60 | | CENTRAL COUNTIES CENTER FOR MHMR SERVICE | TEMPLE | TX |
| 186 | | CENTRAL STATES SOUTHEAST AND SOUTHWEST | DES PLAINES | IL |
| 1 | | CMS MECHANICAL SERVICES | MELBOURNE | FL |
| 200 | | CONSUMERS LIFE INSURANCE COMPANY | CLEVELAND | OH |
| 237 | | COSTCO WHOLESALE | ISSAQUAH | WA |
| 198 | | CVS MERIDIAN INC | WOONSOCKET | RI |
| 49 | | E J BROOKS COMPANY | LIVINGSTON | NJ |
| 183 | 29,821 | EDISON INTERNATIONAL | ROSEMEAD | CA |
| 240 | | EMPLOYEEES RETIRMENT SYSTEM OF TEXAS | AUSTIN | TX |
| 7 | | GABLEGOTWALS | TULSA | OK |
| 4 | | GATEWAY AREA MEDICAL ASSOC INC | DU BOIS | PA |
| 224 | | GOLDEN RULE INSURANCE COMPANY | LOUISVILLE | KY |
| 56 | | GOODWILL INDUSTRIES OF MICHIGAN INC | SOUTH BEND | IN |
| 57 | | GOSHEN STAMPING CO INC | GOSHEN | IN |
| 223 | 988,287 | GREAT WEST LIFE AND ANNUITY INS COMPANY | LOUISVILLE | KY |
| 222 | | GROUP HEALTH COOPERATIVE | LOUISVILLE | KY |
| 221 | 219 | GROUP HEALTH INCORPORATED | LOUISVILLE | KY |
| 71 | 64,547 | HALLMARK CARDS INC | KANSAS CITY | MO |
| 187 | | HARVARD PILGRIM HEALTH CARE, INC | WELLESLEY HILLS | MA |
| 182 | | HEALTH CARE SERVICE CORPORATION | RICHARDSON | TX |
| 211 | 199,828 | HEALTH INSURANCE RISK SHARING PLAN AUTHO | LOUISVILLE | KY |
| 219 | 2,673,701 | HEALTH NET INC | LOUISVILLE | KY |
| 53 | 95,972 | HEALTH TRADITION HEALTH PLAN | ONALASKA | WI |
| 184 | 983,341 | HEALTHEPARTNERS, INC | MINNEAPOLIS | MN |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely TPP Exclusions
PROJECT: Premarin Ohio Proposed Settlement  -  Database: proh

08/04/2007 03:59 PM
Page 2 of 3

Report Criteria:  Includes XTPP Excludes XLAT

Report ID: EXCL14032

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 218 | | HIP HEALTH PLAN OF NEW YORK | LOUISVILLE | KY |
| 195 | | HMO PARTNERS INC D B A HEALTH ADVANTAGE | LITTLE ROCK | AR |
| 8 | | HYCLONE LABORATORIES INC | LOGAN | UT |
| 191 | | INTERNATIONAL ASSOCIATION OF MACHINISTS | PORTLAND | OR |
| 217 | | KPA HEALTH PLANS | LOUISVILLE | KY |
| 61 | | LEONARD'S DRAPERIES INC | BELTSVILLE | MD |
| 3 | | MASTER BENEFIT GROUP INC. | SAINT LOUIS | MO |
| 202 | 39,858 | MEDICAL HEALTH INSURING CORPORATION OF | CLEVELAND | OH |
| 203 | 1,233,088 | MEDICAL MUTUAL OF OHIO | CLEVELAND | OH |
| 201 | 19,060 | MEDICAL MUTUAL SERVICES, LLC | CLEVELAND | OH |
| 11 | 99 | MTS SYSTEMS CORPORATION | EDEN PRAIRIE | MN |
| 189 | 102,749 | MUTUAL OF OMAHA INSURANCE COMPANY | OMAHA | NE |
| 32 | 67,222 | MVP HEALTH PLAN | SCHENECTADY | NY |
| 62 | | NORDYNE INC | O FALLON | MO |
| 216 | 2,906,896 | NORIDIAN MUTUAL INSURANCE CO | LOUISVILLE | KY |
| 5 | | OHIO ASOC OF COUNY BOARDS OF MRPD | WORTHINGTON | OH |
| 215 | 662 | OXFORD HEALTH PLAN LLC | LOUISVILLE | KY |
| 6 | | PISTL UMBRELA BENEFIT TRUST 502P | SAINT LOUIS | MO |
| 205 | | PRINCIPAL LIFE INSURANCE COMPANY | DES MOINES | IA |
| 204 | | PRINCIPAL LIFE INSURANCE COMPANY | DES MOINES | IA |
| 214 | 1,602,970 | PRIORITY HEALTH | LOUISVILLE | KY |
| 59 | | REF CHEM CORPORATION | ODESSA | TX |
| 190 | | RHEEM MANUFACTURING COMPANY | ATLANTA | GA |
| 199 | | RITE AID CORPORATION | CAMP HILL | PA |
| 30 | | RLI CORP | PEORIA | IL |
| 188 | 1,224 | RSA SECURITY INC | BEDFORD | MA |
| 58 | | SAINT GOBAIN CONTAINERS INC | MUNCIE | IN |
| 55 | | SCHAFFER GROUP USA INC | FORT MILL | SC |
| 2 | | SCOTT MOTOR COMPANY | RENO | NV |
| 93 | | SIMON PROPERTY GROUP | INDIANAPOLIS | IN |
| 92 | | SIMON PROPERTY GROUP LP & ADOPTING ENTR | INDIANAPOLIS | IN |
| 185 | | SPECIALTY RISK SERVICES, LLC | HARTFORD | CT |
| 238 | | STATE OF ILLINOIS | CHICAGO | IL |
| 33 | | TANANA VALLEY CLINIC | FAIRBANKS | AK |
| 220 | 162,856 | THE GUARDIAN LIFE INSURANCE CO OF AMERIC | LOUISVILLE | KY |
| 90 | 65,516 | THE VERMONT HEALTH PLAN | MONTPELIER | VT |
| 235 | 315,049 | TIME INS CO F/K/A FORTIS INS CO, JOHN | LOUISVILLE | KY |
| 192 | | TRAILBLAZER HEALTH ENTERPRISES,LLC | DALLAS | TX |
| 213 | | TUFTS HEALTH PLAN | WATERTOWN | MA |
| 28 | 158,598 | USABLE LIFE | LITTLE ROCK | AR |
| 67 | 142,004 | VISTA HEALTHPLAN OF SOUTH FLORIDA | HOLLYWOOD | FL |
| 66 | 558,777 | VISTA HEALTPLAN INC | HOLLYWOOD | FL |
| 197 | | VWR CORPORATION | WEST CHESTER | PA |
| 196 | | VWR INTERNATIONAL INC | WEST CHESTER | PA |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

Timely TPP Exclusions
Case 1:01-cv-00447-SSB-TSH    Document 187-2    Filed 06/19/2007    Page 3 of 3
08/04/2007 03:59 PM
PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh
Page 3 of 3
Report Criteria:   Includes XTPP Excludes XLAT
Report ID :EXCL14032

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 63 |  | WASHINGTON BAKERS TRUST | SEATTLE | WA |
| 209 | 4,097,109 | WELLPOINT INC | LOUISVILLE | KY |
| 212 | 476,867 | WISCONSIN PHYSICIANS SERVICE INS. CORP | LOUISVILLE | KY |

TOTAL PILLS:  23,717,793

TOTAL NUMBER OF EXCLUSIONS: 91

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.