# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement - Database: proh
Report Criteria: Includes Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 1 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 12 | | | PORT ORANGE | FL |
| 13 | 720 | | SAINT PETERSBURG | FL |
| 14 | | | HOLLYWOOD | FL |
| 15 | | | WEST ALLIS | WI |
| 16 | | | CHARLOTTE | NC |
| 17 | | | PARKERSBURG | WV |
| 18 | | | LITCHFIELD | MN |
| 19 | | | MINOT | ND |
| 20 | | | SPRINGFIELD | MA |
| 21 | | | SOUTH MILWAUKEE | WI |
| 22 | | | RACINE | WI |
| 23 | | | LAKELAND | FL |
| 24 | | | JACKSONVILLE | FL |
| 25 | | | CHARLOTTE | NC |
| 26 | | | WEST PALM BEACH | FL |
| 27 | | | GRAND BLANC | MI |
| 29 | | | SARASOTA | FL |
| 31 | | | OCKLAWAHA | FL |
| 34 | 365 | | CEDAR FALLS | IA |
| 35 | | | TAMPA | FL |
| 36 | | | DAVENPORT | FL |
| 37 | | | MOLINO | FL |
| 38 | | | GOLDSBORO | NC |
| 39 | | | PEORIA | AZ |
| 40 | | | BELINGTON | WV |
| 41 | | | LIVE OAK | FL |
| 42 | | | GALLUP | NM |
| 43 | 365 | | WICHITA | KS |
| 44 | | | LEWISTON | MN |
| 45 | | | AGAWAM | MA |
| 46 | | | PANAMA CITY | FL |
| 47 | | | DEARBORN | MI |
| 48 | | | BEVERLY | MA |
| 50 | 365 | | DESTIN | FL |
| 51 | 366 | | OCALA | FL |
| 52 | | | TOPEKA | KS |
| 54 | 365 | | RUTLAND | VT |
| 64 | | | HUDSON | FL |
| 65 | | | NEW PORT RICHEY | FL |
| 68 | 350 | | COSBY | TN |
| 69 | | | CASTLE HAYNE | NC |
| 70 | | | ARDMORE | TN |
| 72 | | | RUTHERFORD | TN |
| 73 | | | KALAMAZOO | MI |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

06/07/2007 03:41 PM

PROJECT: Premarin Ohio Proposed Settlement  -  Database: proh

Page 2 of 79

Report Criteria:   Includes  Excludes XTPP OR XLAT

Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 74 | | | HANSKA | MN |
| 75 | | | MINOT | ND |
| 76 | | | ELKTON | FL |
| 77 | | | SCOTTSDALE | AZ |
| 78 | | | TAMPA | FL |
| 79 | | | RACINE | WI |
| 80 | | | OOSTBURG | WI |
| 81 | 450 | | SHANNON | MS |
| 82 | | | ELKTON | FL |
| 83 | | | ELLENTON | FL |
| 84 | | | MILWAUKEE | WI |
| 85 | | | FRAZEE | MN |
| 86 | | | MERIDIAN | MS |
| 87 | | | BATTLE CREEK | MI |
| 88 | | | PLEASANT HILL | IA |
| 91 | | | NORTH GRAFTON | MA |
| 94 | | | LEWISTON | MN |
| 95 | | | FOREST HILL | WV |
| 96 | 1,440 | | MUSKEGON | MI |
| 97 | | | MARTINSBURG | WV |
| 98 | | | PONCE INLET | FL |
| 99 | 365 | | JACKSON | MI |
| 100 | | | PENSACOLA | FL |
| 101 | | | NASHVILLE | TN |
| 102 | | | ROGERS | MN |
| 103 | | | MESA | AZ |
| 104 | | | BOYNTON BEACH | FL |
| 105 | | | SAINT PAUL | MN |
| 106 | | | SAINT PAUL | MN |
| 107 | 90 | | SPRINGFIELD | MA |
| 108 | | | QUINCY | MA |
| 109 | | | MILWAUKEE | WI |
| 110 | | | MILWAUKEE | WI |
| 111 | | | PORTAGE | WI |
| 112 | | | STOCKTON | KS |
| 113 | | | ESTERO | FL |
| 114 | | | YARMOUTH PORT | MA |
| 115 | | | WARE | MA |
| 116 | | | MACON | MS |
| 117 | | | ALBUQUERQUE | NM |
| 118 | | | PORT CHARLOTTE | FL |
| 119 | | | OCEAN ISLE BEACH | NC |
| 120 | | | GRAND RAPIDS | MI |
| 121 | | | ALBUQUERQUE | NM |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

06/07/2007 03:41 PM

PROJECT: Premarin Ohio Proposed Settlement - Database: proh

Page 3 of 79

Report Criteria: Includes Excludes XTPP OR XLAT

Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 122 | | | ALBUQUERQUE | NM |
| 123 | | | GASTONIA | NC |
| 124 | 365 | | ALBANY | MN |
| 125 | | | DUNEDIN | FL |
| 126 | | | DUNEDIN | FL |
| 127 | | | WATERVILLE | VT |
| 128 | | | MANNINGTON | WV |
| 129 | | | FRASER | MI |
| 130 | | | GLENWOOD | MN |
| 131 | 660 | | SMITHFIELD | NC |
| 132 | 2,520 | | MINNEAPOLIS | MN |
| 133 | | | LUCAMA | NC |
| 134 | | | FORT MYERS | FL |
| 135 | | | LUTZ | FL |
| 136 | | | WATERVILLE | ME |
| 137 | | | VENICE | FL |
| 138 | 360 | | HERMITAGE | TN |
| 139 | | | BAY CITY | MI |
| 140 | | | VERO BEACH | FL |
| 141 | 90 | | ACCOVILLE | WV |
| 142 | | | ANITA | IA |
| 143 | 360 | | SAFFORD | AZ |
| 144 | 364 | | FLAGSTAFF | AZ |
| 145 | | | MADISON | WI |
| 146 | | | SPRING HILL | FL |
| 147 | | | CAMBRIDGE | MN |
| 148 | 265 | | CENTER RUTLAND | VT |
| 149 | | | SPRING HILL | FL |
| 150 | | | SUSSEX | WI |
| 151 | | | EAGLE LAKE | MN |
| 152 | 360 | | BRISTOL | SD |
| 153 | | | TOMAHAWK | WI |
| 154 | | | ELMWOOD | TN |
| 155 | | | HERMITAGE | TN |
| 156 | | | ANDERSONVILLE | TN |
| 157 | 365 | | SUN CITY WEST | AZ |
| 158 | | | GREEN BAY | WI |
| 159 | 360 | | DICKINSON | ND |
| 160 | | | STUART | FL |
| 161 | | | TUCSON | AZ |
| 162 | | | DELRAY BEACH | FL |
| 163 | | | MOUNT AUBURN | IA |
| 164 | | | BENSON | AZ |
| 165 | 360 | | WASHINGTON | VT |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

06/07/2007 03:41 PM

PROJECT: Premarin Ohio Proposed Settlement - Database: proh

Page 4 of 79

Report Criteria: Includes Excludes XTPP OR XLAT

Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 166 | | | KNOXVILLE | TN |
| 167 | | | SUN LAKES | AZ |
| 169 | | | WICHITA | KS |
| 170 | | | BOSTON | MA |
| 171 | | | HARTLEY | IA |
| 172 | | | AUTRYVILLE | NC |
| 177 | | | MESA | AZ |
| 178 | | | ORLANDO | FL |
| 179 | | | KERNERSVILLE | NC |
| 239 | | | SAINT ALBANS | WV |
| 251 | | | WILLIAMSON | WV |
| 252 | | | KERMIT | WV |
| 253 | | | CHARLESTON | WV |
| 254 | | | CRAIGSVILLE | WV |
| 255 | | | MONTCALM | WV |
| 256 | | | SCOTT DEPOT | WV |
| 257 | | | HOMETOWN | WV |
| 258 | | | SUMMERSVILLE | WV |
| 259 | | | MARMET | WV |
| 260 | | | WEIRTON | WV |
| 261 | | | WEST HAMLIN | WV |
| 262 | | | ST ALBANS | WV |
| 263 | | | JANE LEW | WV |
| 264 | | | ONA | WV |
| 265 | | | LAVALETTE | WV |
| 266 | | | MATHENY | WV |
| 267 | | | MAN | WV |
| 268 | | | VICTOR | WV |
| 269 | | | CHAPMANVILLE | WV |
| 270 | | | SETH | WV |
| 271 | | | DINGESS | WV |
| 272 | | | CHARLESTON | WV |
| 273 | | | ST ALBANS | WV |
| 274 | | | ST ALBANS | WV |
| 275 | | | KIMBALL | WV |
| 276 | | | NETTIE | WV |
| 277 | | | NITRO | WV |
| 278 | | | CLENDENIN | WV |
| 279 | | | BUD | WV |
| 280 | | | ELKVIEW | WV |
| 281 | | | HURRICANE | WV |
| 282 | | | HURRICANE | WV |
| 283 | | | CROSS LANES | WV |
| 284 | | | KIMBERLY | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement - Database: proh

Report Criteria:   Includes  Excludes XTPP OR XLAT

06/07/2007 03:41 PM

Page 5 of 79

Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 285 | | | CRAIGSVILLE | WV |
| 286 | | | PARKERSBURG | WV |
| 287 | | | COAL MOUNTAIN | WV |
| 288 | | | FAYETTEVILLE | WV |
| 289 | | | CHARLESTON | WV |
| 290 | | | HARTS | WV |
| 291 | | | CEDAR GROVE | WV |
| 292 | | | HUNTINGTON | WV |
| 293 | | | WEBSTER SPRINGS | WV |
| 294 | | | HUNTINGTON | WV |
| 295 | | | CULLODEN | WV |
| 296 | | | CHARLESTON | WV |
| 297 | | | HUGHESTON | WV |
| 298 | | | WEST HAMLIN | WV |
| 299 | | | BECKLEY | WV |
| 300 | | | HUNTINGTON | WV |
| 301 | | | OAK HILL | WV |
| 302 | | | BRUNO | WV |
| 303 | | | MASON | WV |
| 304 | | | MEADOR | WV |
| 305 | | | CHARLESTON | WV |
| 306 | | | SALEM | WV |
| 307 | | | NORTH MATEWAN | WV |
| 308 | | | WILLIAMSON | WV |
| 309 | | | MATOAKA | WV |
| 310 | | | FAYETTEVILLE | WV |
| 311 | | | KENOVA | WV |
| 312 | | | CRAIGSVILLE | WV |
| 313 | | | CHAPMANVILLE | WV |
| 314 | | | SOUTH CHARLESTON | WV |
| 315 | . | | VIENNA | WV |
| 316 | | | HUNTINGTON | WV |
| 317 | | | GRAFTON | WV |
| 318 | | | CRUM | WV |
| 319 | | | OCEANA | WV |
| 320 | | | GLEN MORGAN | WV |
| 321 | | | BARBOURSVILLE | WV |
| 322 | | | CHARLESTON | WV |
| 323 | | | POINT PLEASANT | WV |
| 324 | | | HUNTINGTON | WV |
| 325 | | | BRANCHLAND | WV |
| 326 | | | HUNTINGTON | WV |
| 327 | | | FAYETTEVILLE | WV |
| 328 | | | MAPLEWOOD | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement - Database: proh
Report Criteria: Includes Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 6 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 329 | | | WALTON | WV |
| 330 | | | BARBOURSVILLE | WV |
| 331 | | | FOSTER | WV |
| 332 | | | BIRCH RIVER | WV |
| 333 | | | EVANS | WV |
| 334 | | | CEDAR GROVE | WV |
| 335 | | | NITRO | WV |
| 336 | | | SOUTH CHARLESTON | WV |
| 337 | | | GAULEY BRIDGE | WV |
| 338 | | | HINTON | WV |
| 339 | | | LOGAN | WV |
| 340 | | | KINGWOOD | WV |
| 341 | | | MADISON | WV |
| 342 | | | BRANCHLAND | WV |
| 343 | | | ARNETT | WV |
| 344 | | | HUNTINGTON | WV |
| 345 | | | POINT PLEASANT | WV |
| 346 | | | WILLIAMSON | WV |
| 347 | | | CHARLESTON | WV |
| 348 | | | ST ALBANS | WV |
| 349 | | | KERMIT | WV |
| 350 | | | IAEGER | WV |
| 351 | | | LITTLE BIRCH | WV |
| 352 | | | BLUEFIELD | WV |
| 353 | | | MORGANTOWN | WV |
| 354 | | | WEST LOGAN | WV |
| 355 | | | HUNTINGTON | WV |
| 356 | | | WILLIAMSON | WV |
| 357 | | | HURRICANE | WV |
| 358 | | | COLCORD | WV |
| 359 | | | BRANCHLAND | WV |
| 360 | | | CHARLESTON | WV |
| 361 | | | BELLE | WV |
| 362 | | | MATOAKA | WV |
| 363 | | | BECKLEY | WV |
| 364 | | | CRAIGSVILLE | WV |
| 365 | | | BECKLEY | WV |
| 366 | | | MATHENY | WV |
| 367 | | | YOLYN | WV |
| 368 | | | CANNELTON | WV |
| 369 | | | ELKINS | WV |
| 370 | | | BELLE | WV |
| 371 | | | HUNTINGTON | WV |
| 372 | | | POINT PLEASANT | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

06/07/2007 03:41 PM

PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh

Page 7 of 79

Report Criteria:   Includes  Excludes XTPP OR XLAT

Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 373 | | | LANARK | WV |
| 374 | | | BARBOURSVILLE | WV |
| 375 | | | CROSS LANES | WV |
| 376 | | | WHITE SULPHUR SPRINGS | WV |
| 377 | | | BRADLEY | WV |
| 378 | | | POINT PLEASANT | WV |
| 379 | | | SUTTON | WV |
| 380 | | | ROCK | WV |
| 381 | | | RICHWOOD | WV |
| 382 | | | MOUNDSVILLE | WV |
| 383 | | | MACARTHUR | WV |
| 384 | | | VIENNA | WV |
| 385 | | | POCA | WV |
| 386 | | | MINERAL WELLS | WV |
| 387 | | | SOUTH CHARLESTON | WV |
| 388 | | | BARBOURSVILLE | WV |
| 389 | | | AMHERSTDALE | WV |
| 390 | | | CHAPMANVILLE | WV |
| 391 | | | HUNTINGTON | WV |
| 392 | | | INDORE | WV |
| 393 | | | BRADLEY | WV |
| 394 | | | ELKVIEW | WV |
| 395 | | | HURRICANE | WV |
| 396 | | | ST ALBANS | WV |
| 397 | | | CHARLESTON | WV |
| 398 | | | CHARLESTON | WV |
| 399 | | | BRANCHLAND | WV |
| 400 | | | PARSONS | WV |
| 401 | | | SISSONVILLE | WV |
| 402 | | | KENOVA | WV |
| 403 | | | BICKMORE | WV |
| 404 | | | WINFIELD | WV |
| 405 | | | MADISON | WV |
| 406 | | | EAST LYNN | WV |
| 407 | | | FAIRMONT | WV |
| 408 | | | DUNLOW | WV |
| 409 | | | CHARLESTON | WV |
| 410 | | | PRINCETON | WV |
| 411 | | | HACKER VALLEY | WV |
| 412 | | | KERMIT | WV |
| 413 | | | CHAPMANVILLE | WV |
| 414 | | | CHARLESTON | WV |
| 415 | | | BARBOURSVILLE | WV |
| 416 | | | ST PETE BEACH | FL |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement - Database: proh
Report Criteria: Includes Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 8 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 417 | | | BENWOOD | WV |
| 418 | | | KERENS | WV |
| 419 | | | COWEN | WV |
| 420 | | | MAN | WV |
| 421 | | | NETTIE | WV |
| 422 | | | HUNTINGTON | WV |
| 423 | | | CHARLESTON | WV |
| 424 | | | PARKERSBURG | WV |
| 425 | | | COWEN | WV |
| 426 | | | CHARLESTON | WV |
| 427 | | | WHARTON | WV |
| 428 | | | PARKERSBURG | WV |
| 429 | | | HOOVER | AL |
| 430 | | | OCEANA | WV |
| 431 | | | COTTAGEVILLE | WV |
| 432 | | | MINERAL WELLS | WV |
| 433 | | | MAYSEL | WV |
| 434 | | | BAISDEN | WV |
| 435 | | | FAIRMONT | WV |
| 436 | | | POCA | WV |
| 437 | | | HUGHESTON | WV |
| 438 | | | PHILIPPI | WV |
| 439 | | | MOUNT CLAIRE | WV |
| 440 | | | CHARLESTON | WV |
| 441 | | | CHARLESTON | WV |
| 442 | | | OAK HILL | WV |
| 443 | | | TEHACHAPI | CA |
| 444 | | | BECKLEY | WV |
| 445 | | | FAYETTEVILLE | WV |
| 446 | | | DELBARTON | WV |
| 447 | | | JANE LEW | WV |
| 448 | | | LIZEMORES | WV |
| 449 | | | BECKLEY | WV |
| 450 | | | BARBOURSVILLE | WV |
| 451 | | | BECKLEY | WV |
| 452 | | | MALLORY | WV |
| 453 | | | CROSS LANES | WV |
| 454 | | | FAIRMONT | WV |
| 455 | | | BARTLEY | WV |
| 456 | | | CHARLESTON | WV |
| 457 | | | BECKLEY | WV |
| 458 | | | JANE LEW | WV |
| 459 | | | ELKVIEW | WV |
| 460 | | | COTTAGEVILLE | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT:  Premarin Ohio Proposed Settlement  -  Database: proh
Report Criteria:  Includes  Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 9 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 461 | | | DUNBAR | WV |
| 462 | | | POINT PLEASANT | WV |
| 463 | | | ROCKPORT | WV |
| 464 | | | CHARLESTON | WV |
| 465 | | | RAINELLE | WV |
| 466 | | | SOUTH CHARLESTON | WV |
| 467 | | | THORNTON | WV |
| 468 | | | CHAUNCEY | WV |
| 469 | | | IKES FORK | WV |
| 470 | | | DELBARTON | WV |
| 471 | | | ST ALBANS | WV |
| 472 | | | SHREWSBURY | WV |
| 473 | | | CLOTHIER | WV |
| 474 | | | GANDEEVILLE | WV |
| 475 | | | LAVALETTE | WV |
| 476 | | | ESKDALE | WV |
| 477 | | | MEADOR | WV |
| 478 | | | SALT ROCK | WV |
| 479 | | | HOLDEN | WV |
| 480 | | | PRINCETON | WV |
| 481 | | | BECKLEY | WV |
| 482 | | | GILBOA | WV |
| 483 | | | CHARLESTON | WV |
| 484 | | | BLUEFIELD | WV |
| 485 | | | BLUEFIELD | WV |
| 486 | | | WEIRTON | WV |
| 487 | | | WILLIAMSON | WV |
| 488 | | | CHARLESTON | WV |
| 489 | | | LORADO | WV |
| 490 | | | LOST CREEK | WV |
| 491 | | | SOD | WV |
| 492 | | | WALLBACK | WV |
| 493 | | | SPENCER | WV |
| 494 | | | PARKERSBURG | WV |
| 495 | | | CHARLESTON | WV |
| 496 | | | MOUNT CARBON | WV |
| 497 | | | WILCOE | WV |
| 498 | | | RED HOUSE | WV |
| 499 | | | CHARLESTON | WV |
| 500 | | | CROSS LANES | WV |
| 501 | | | RIPLEY | WV |
| 502 | | | KERMIT | WV |
| 503 | | | ELEANOR | WV |
| 504 | | | CHARLESTON | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement  -  Database:  proh

Report Criteria:  Includes  Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 10 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 505 | | | CHARLESTON | WV |
| 506 | | | DANVILLE | WV |
| 507 | | | PRINCETON | WV |
| 508 | | | VERDUNVILLE | WV |
| 509 | | | SALEM | WV |
| 510 | | | POINT PLEASANT | WV |
| 511 | | | FAIRMONT | WV |
| 512 | | | RICHWOOD | WV |
| 513 | | | WESTON | WV |
| 514 | | | BEAVER | WV |
| 515 | | | BECKLEY | WV |
| 516 | | | CHARLESTON | WV |
| 517 | | | RICHWOOD | WV |
| 518 | | | MIDWAY | WV |
| 519 | | | HINTON | WV |
| 520 | | | MAIDSVILLE | WV |
| 521 | | | ESKDALE | WV |
| 522 | | | ROCK CAVE | WV |
| 523 | | | HICO | WV |
| 524 | | | BLUEFIELD | WV |
| 525 | | | CLENDENIN | WV |
| 526 | | | SOUTH CHARLESTON | WV |
| 527 | | | OAK HILL | WV |
| 528 | | | MILTON | WV |
| 529 | | | OAK HILL | WV |
| 530 | | | OAK HILL | WV |
| 531 | | | RAVENSWOOD | WV |
| 532 | | | HARTS | WV |
| 533 | | | PADEN CITY | WV |
| 534 | | | GRAFTON | WV |
| 535 | | | CROSS LANES | WV |
| 536 | | | CHARLESTON | WV |
| 537 | | | BECKLEY | WV |
| 538 | | | FAIRMONT | WV |
| 539 | | | BRANCHLAND | WV |
| 540 | | | EAST LYNN | WV |
| 541 | | | RED HOUSE | WV |
| 542 | | | CULLODEN | WV |
| 543 | | | LORADO | WV |
| 544 | | | WEBSTER SPRINGS | WV |
| 545 | | | SISTERSVILLE | WV |
| 546 | | | PETROLEUM | WV |
| 547 | | | CHAPMANVILLE | WV |
| 548 | | | CHARLESTON | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

06/07/2007 03:41 PM

PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh

Page 11 of 79

Report Criteria:  Includes  Excludes XTPP OR XLAT

Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 549 | | | HUNTINGTON | WV |
| 550 | | | BEAVER | WV |
| 551 | | | COLLIERS | WV |
| 552 | | | RAVENSWOOD | WV |
| 553 | | | WESTON | WV |
| 554 | | | HAYS | VA |
| 555 | | | ROCK CREEK | WV |
| 556 | | | NAUGATUCK | WV |
| 557 | | | PARKERSBURG | WV |
| 558 | | | CLAY | WV |
| 559 | | | DELBARTON | WV |
| 560 | | | SUTTON | WV |
| 561 | | | BARBOURSVILLE | WV |
| 562 | | | KENNA | WV |
| 563 | | | FORT GAY | WV |
| 564 | | | HOMETOWN | WV |
| 565 | | | WELCH | WV |
| 566 | | | APPLE GROVE | WV |
| 567 | | | ELKVIEW | WV |
| 568 | | | ST ALBANS | WV |
| 569 | | | CHARLESTON | WV |
| 570 | | | CHARLESTON | WV |
| 571 | | | PARKERSBURG | WV |
| 572 | | | WEST COLUMBIA | WV |
| 573 | | | RICHWOOD | WV |
| 574 | | | LIZEMORES | WV |
| 575 | | | PARKERSBURG | WV |
| 576 | | | BECKLEY | WV |
| 577 | | | JANE LEW | WV |
| 578 | | | CHARLESTON | WV |
| 579 | | | BRIDGEPORT | WV |
| 580 | | | CHARLESTON | WV |
| 581 | | | CHARLESTON | WV |
| 582 | | | MABSCOTT | WV |
| 583 | | | WAVERLY | WV |
| 584 | | | WAYNE | WV |
| 585 | | | BECKLEY | WV |
| 586 | | | WELCH | WV |
| 587 | | | LOGAN | WV |
| 588 | | | HUNTINGTON | WV |
| 589 | | | STOLLINGS | WV |
| 590 | | | STOLLINGS | WV |
| 591 | | | CHARLESTON | WV |
| 592 | | | AMHERSTDALE | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement  -  Database:  proh
Report Criteria:   Includes  Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 12 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 593 | | | SCOTT DEPOT | WV |
| 594 | | | BECKLEY | WV |
| 595 | | | SOUTH CHARLESTON | WV |
| 596 | | | ST ALBANS | WV |
| 597 | | | MILTON | WV |
| 598 | | | CHAPMANVILLE | WV |
| 599 | | | WINIFREDE | WV |
| 600 | | | OAK HILL | WV |
| 601 | | | MOUNT CARBON | WV |
| 602 | | | ST ALBANS | WV |
| 603 | | | LEON | WV |
| 604 | | | DUNBAR | WV |
| 605 | | | HURRICANE | WV |
| 606 | | | IAEGER | WV |
| 607 | | | ALKOL | WV |
| 608 | | | TUNNELTON | WV |
| 609 | | | ST ALBANS | WV |
| 610 | | | PRINCETON | WV |
| 611 | | | PHILIPPI | WV |
| 612 | | | CHARLESTON | WV |
| 613 | | | JOLO | WV |
| 614 | | | WAYNE | WV |
| 615 | | | BARRACKVILLE | WV |
| 616 | | | FRAMETOWN | WV |
| 617 | | | BLUEFIELD | WV |
| 618 | | | MOUNT GAY | WV |
| 619 | | | BRANCHLAND | WV |
| 620 | | | RAVENCLIFF | WV |
| 621 | | | MAN | WV |
| 622 | | | ST ALBANS | WV |
| 623 | | | NEW MARTINSVILLE | WV |
| 624 | | | DANIELS | WV |
| 625 | | | ARNETT | WV |
| 626 | | | WEIRTON | WV |
| 627 | | | DIXIE | WV |
| 628 | | | WELLSBURG | WV |
| 629 | | | CORINNE | WV |
| 630 | | | POINT PLEASANT | WV |
| 631 | | | MASON TOWN | WV |
| 632 | | | HELVETIA | WV |
| 633 | | | NAOMA | WV |
| 634 | | | FOLLANSBEE | WV |
| 635 | | | COMFORT | WV |
| 636 | | | BALLARD | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement  -  Database: proh

Report Criteria: Includes  Excludes XTPP OR XLAT

06/07/2007 03:41 PM

Page 13 of 79

Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 637 | | | BECKLEY | WV |
| 638 | | | RAWL | WV |
| 639 | | | CROSS LANES | WV |
| 640 | | | SETH | WV |
| 641 | | | SPENCER | WV |
| 642 | | | PRICHARD | WV |
| 643 | | | MOUNT HOPE | WV |
| 644 | | | PARKERSBURG | WV |
| 645 | | | PRINCETON | WV |
| 646 | | | ACCOVILLE | WV |
| 647 | | | CHARLESTON | WV |
| 648 | | | CHARLESTON | WV |
| 649 | | | ELKVIEW | WV |
| 650 | | | CHARLESTON | WV |
| 651 | | | GILBERT | WV |
| 652 | | | MARMET | WV |
| 653 | | | FRAZIERS BOTTOM | WV |
| 654 | | | BLUEFIELD | WV |
| 655 | | | CRUM | WV |
| 656 | | | NITRO | WV |
| 657 | | | DUNBAR | WV |
| 658 | | | WORTHINGTON | WV |
| 659 | | | LOGAN | WV |
| 660 | | | MOUNT HOPE | WV |
| 661 | | | SURVEYOR | WV |
| 662 | | | BLUEFIELD | WV |
| 663 | | | KENNA | WV |
| 664 | | | CLEAR FORK | WV |
| 665 | | | HINTON | WV |
| 666 | | | ACCOVILLE | WV |
| 667 | | | BLUEFIELD | WV |
| 668 | | | CHARLESTON | WV |
| 669 | | | PREMIER | WV |
| 670 | | | SOUTH CHARLESTON | WV |
| 671 | | | SISSONVILLE | WV |
| 672 | | | RIPLEY | WV |
| 673 | | | WAYNE | WV |
| 674 | | | HUNTINGTON | WV |
| 675 | | | DAVIS | WV |
| 676 | | | MOUNT CLAIRE | WV |
| 677 | | | KERMIT | WV |
| 678 | | | CHARLESTON | WV |
| 679 | | | HUNTINGTON | WV |
| 680 | | | PECKS MILL | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

| | | | | |
|---|---|---|---|---|
| **Timely Consumer Exclusions** | | | | 06/07/2007 03:41 PM |
| PROJECT: Premarin Ohio Proposed Settlement - Database: proh | | | | Page 14 of 79 |
| Report Criteria: Includes Excludes XTPP OR XLAT | | | | Report ID :PRJ14A003 |

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 681 | | | COWEN | WV |
| 682 | | | NUTTERFORT | WV |
| 683 | | | ASHFORD | WV |
| 684 | | | BLUEFIELD | WV |
| 685 | | | NITRO | WV |
| 686 | | | GLENWOOD | WV |
| 687 | | | BUFFALO | WV |
| 688 | | | CLENDENIN | WV |
| 689 | | | MADISON | WV |
| 690 | | | LORADO | WV |
| 691 | | | HUNTINGTON | WV |
| 692 | | | LYBURN | WV |
| 693 | | | PARKERSBURG | WV |
| 694 | | | HARTS | WV |
| 695 | | | SOPHIA | WV |
| 696 | | | MARMET | WV |
| 697 | | | MATEWAN | WV |
| 698 | | | RANGER | WV |
| 699 | | | ONA | WV |
| 700 | | | FAIRMONT | WV |
| 701 | | | ST ALBANS | WV |
| 702 | | | SIMON | WV |
| 703 | | | HUNTINGTON | WV |
| 704 | | | FAYETTEVILLE | WV |
| 705 | | | HURRICANE | WV |
| 706 | | | FORT GAY | WV |
| 707 | | | ALKOL | WV |
| 708 | | | POINT PLEASANT | WV |
| 709 | | | KENOVA | WV |
| 710 | | | GLEN JEAN | WV |
| 711 | | | SOUTH CHARLESTON | WV |
| 712 | | | HARRISVILLE | WV |
| 713 | | | SMITHERS | WV |
| 714 | | | POCA | WV |
| 715 | | | BENWOOD | WV |
| 716 | | | SPENCER | WV |
| 717 | | | VERDUNVILLE | WV |
| 718 | | | PRINCETON | WV |
| 719 | | | BRIDGEPORT | WV |
| 720 | | | BANCROFT | WV |
| 721 | | | ESKDALE | WV |
| 722 | | | ASHTON | WV |
| 723 | | | HURRICANE | WV |
| 724 | | | BLUEFIELD | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement - Database: proh
Report Criteria: Includes Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 15 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 725 | | | POCA | WV |
| 726 | | | MONONGAH | WV |
| 727 | | | AMHERSTDALE | WV |
| 728 | | | CHARLESTON | WV |
| 729 | | | POCA | WV |
| 730 | | | CROSS LANES | WV |
| 731 | | | POWELLTON | WV |
| 732 | | | HUNTINGTON | WV |
| 733 | | | BUFFALO | WV |
| 734 | | | CRAB ORCHARD | WV |
| 735 | | | ROCKVIEW | WV |
| 736 | | | MARMET | WV |
| 737 | | | POINT PLEASANT | WV |
| 738 | | | WALTON | WV |
| 739 | | | HUNTINGTON | WV |
| 740 | | | RICHWOOD | WV |
| 741 | | | DAVIS | WV |
| 742 | | | TORNADO | WV |
| 743 | | | HUNTINGTON | WV |
| 744 | | | WILLIAMSTOWN | WV |
| 745 | | | BEAVER | WV |
| 746 | | | MULLENS | WV |
| 747 | | | CLARKSBURG | WV |
| 748 | | | RIPLEY | WV |
| 749 | | | RIVESVILLE | WV |
| 750 | | | MASON | WV |
| 751 | | | WEIRTON | WV |
| 752 | | | ELKINS | WV |
| 753 | | | HUNTINGTON | WV |
| 754 | | | HUNTINGTON | WV |
| 755 | | | RIPLEY | WV |
| 756 | | | RIPLEY | WV |
| 757 | | | CHARLESTON | WV |
| 758 | | | NEW CUMBERLAND | WV |
| 759 | | | MILTON | WV |
| 760 | | | JANE LEW | WV |
| 761 | | | ARNOLDSBURG | WV |
| 762 | | | WINFIELD | WV |
| 763 | | | MILL CREEK | WV |
| 764 | | | PEYTONA | WV |
| 765 | | | LONDON | WV |
| 766 | | | SISSONVILLE | WV |
| 767 | | | WEST HAMLIN | WV |
| 768 | | | CHARLESTON | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement - Database: proh
Report Criteria: Includes Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 16 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 769 | | | RIPLEY | WV |
| 770 | | | IKES FORK | WV |
| 771 | | | COTTAGEVILLE | WV |
| 772 | | | LEIVASY | WV |
| 773 | | | FAIRMONT | WV |
| 774 | | | ORMA | WV |
| 775 | | | SANDYVILLE | WV |
| 776 | | | ALUM CREEK | WV |
| 777 | | | ALUM CREEK | WV |
| 778 | | | WINFIELD | WV |
| 779 | | | LOST CREEK | WV |
| 780 | | | SMITHFIELD | WV |
| 781 | | | RIPLEY | WV |
| 782 | | | BRADLEY | WV |
| 783 | | | POINT PLEASANT | WV |
| 784 | | | LEROY | WV |
| 785 | | | MULLENS | WV |
| 786 | | | POCA | WV |
| 787 | | | MOUNT GAY | WV |
| 788 | | | SALEM | WV |
| 789 | | | OAK HILL | WV |
| 790 | | | JODIE | WV |
| 791 | | | ELIZABETH | WV |
| 792 | | | GLENVILLE | WV |
| 793 | | | THORNTON | WV |
| 794 | | | RAVENSWOOD | WV |
| 795 | | | LITTLE BIRCH | WV |
| 796 | | | SARAH ANN | WV |
| 797 | | | PHILLIPPI | WV |
| 798 | | | CULLODEN | WV |
| 799 | | | ELKVIEW | WV |
| 800 | | | HURRICANE | WV |
| 801 | | | WELLSBURG | WV |
| 802 | | | WEIRTON | WV |
| 803 | | | SANDYVILLE | WV |
| 804 | | | HUNTINGTON | WV |
| 805 | | | SOUTH CHARLESTON | WV |
| 806 | | | GENOA | WV |
| 807 | | | GRAFTON | WV |
| 808 | | | HERNSHAW | WV |
| 809 | | | RUPERT | WV |
| 810 | | | CHARLESTON | WV |
| 811 | | | NORTH MATEWAN | WV |
| 812 | | | PROSPERITY | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

06/07/2007 03:41 PM
PROJECT: Premarin Ohio Proposed Settlement - Database: proh
Page 17 of 79
Report Criteria: Includes Excludes XTPP OR XLAT
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 813 | | | DAVY | WV |
| 814 | | | SETH | WV |
| 815 | | | WAVERLY | WV |
| 816 | | | CHARLESTON | WV |
| 817 | | | CRAB ORCHARD | WV |
| 818 | | | MADISON | WV |
| 819 | | | WINFIELD | WV |
| 820 | | | CHARLESTON | WV |
| 821 | | | RIPLEY | WV |
| 822 | | | RIPLEY | WV |
| 823 | | | WORTHINGTON | WV |
| 824 | | | DUNBAR | WV |
| 825 | | | KERMIT | WV |
| 826 | | | CHARLESTON | WV |
| 827 | | | ELKVIEW | WV |
| 828 | | | HUNTINGTON | WV |
| 829 | | | PARKERSBURG | WV |
| 830 | | | SAND FORK | WV |
| 831 | | | POCA | WV |
| 832 | | | BELLE | WV |
| 833 | | | VIENNA | WV |
| 834 | | | HARTS | WV |
| 835 | | | FAIRDALE | WV |
| 836 | | | MEADOR | WV |
| 837 | | | WALLACE | WV |
| 838 | | | CHARLESTON | WV |
| 839 | | | COLUMBUS | OH |
| 840 | | | PARKERSBURG | WV |
| 841 | | | BUCKHANNON | WV |
| 842 | | | POINT PLEASANT | WV |
| 843 | | | REEDY | WV |
| 844 | | | RONCEVERTE | WV |
| 845 | | | RIPLEY | WV |
| 846 | | | HAMLIN | WV |
| 847 | | | CHARLESTON | WV |
| 848 | | | CHARLESTON | WV |
| 849 | | | HARTFORD | WV |
| 850 | | | GILBERT | WV |
| 851 | | | MORGANTOWN | WV |
| 852 | | | LINDSIDE | WV |
| 853 | | | OAK HILL | WV |
| 854 | | | CHARLESTON | WV |
| 855 | | | BECKLEY | WV |
| 856 | | | CLENDENIN | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh

Report Criteria:  Includes  Excludes XTPP OR XLAT

06/07/2007 03:41 PM

Page 18 of 79

Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 857 | | | VERDUNVILLE | WV |
| 858 | | | BECKLEY | WV |
| 859 | | | CHARLESTON | WV |
| 860 | | | GALLIPOLIS FERRY | WV |
| 861 | | | APPLE GROVE | WV |
| 862 | | | SWITZER | WV |
| 863 | | | FAYETTEVILLE | WV |
| 864 | | | HUNTINGTON | WV |
| 865 | | | HUNTINGTON | WV |
| 866 | | | ELKINS | WV |
| 867 | | | MILTON | WV |
| 868 | | | SOUTH CHARLESTON | WV |
| 869 | | | VERDUNVILLE | WV |
| 870 | | | WEIRTON | WV |
| 871 | | | PRINCETON | WV |
| 872 | | | CLENDENIN | WV |
| 873 | | | CLARKSBURG | WV |
| 874 | | | HENDERSON | WV |
| 875 | | | DELBARTON | WV |
| 876 | | | PARKERSBURG | WV |
| 877 | | | GASSAWAY | WV |
| 878 | | | HURRICANE | WV |
| 879 | | | SISSONVILLE | WV |
| 880 | | | HUNTINGTON | WV |
| 881 | | | BLUEFIELD | WV |
| 882 | | | HARTFORD | WV |
| 883 | | | CHARLESTON | WV |
| 884 | | | CHESAPEAKE | WV |
| 885 | | | SISSONVILLE | WV |
| 886 | | | RAINELLE | WV |
| 887 | | | NEWBURG | WV |
| 888 | | | KERMIT | WV |
| 889 | | | RHODELL | WV |
| 890 | | | RAGLAND | WV |
| 891 | | | MALLORY | WV |
| 892 | | | FAIRMONT | WV |
| 893 | | | CRAIGSVILLE | WV |
| 894 | | | DIANA | WV |
| 895 | | | HUNTINGTON | WV |
| 896 | | | SOUTH CHARLESTON | WV |
| 897 | | | HINTON | WV |
| 898 | | | ST ALBANS | WV |
| 899 | | | KENNA | WV |
| 900 | | | HUNTINGTON | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh

Report Criteria:  Includes  Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 19 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 901 | | | RIPLEY | WV |
| 902 | | | RAVENSWOOD | WV |
| 903 | | | MOUNT HOPE | WV |
| 904 | | | CHARLESTON | WV |
| 905 | | | CROSS LANES | WV |
| 906 | | | FAIRMONT | WV |
| 907 | | | ELIZABETH | WV |
| 908 | | | MORGANTOWN | WV |
| 909 | | | WHARNCLIFFE | WV |
| 910 | | | PRINCETON | WV |
| 911 | | | FREEPORT | PA |
| 912 | | | HUNTINGTON | WV |
| 913 | | | GLASGOW | WV |
| 914 | | | IKES FORK | WV |
| 915 | | | BIG SANDY | WV |
| 916 | | | OCEANA | WV |
| 917 | | | HELVETIA | WV |
| 918 | | | BECKLEY | WV |
| 919 | | | CULLODEN | WV |
| 920 | | | HURRICANE | WV |
| 921 | | | MOHAWK | WV |
| 922 | | | CRAIGSVILLE | WV |
| 923 | | | WEIRTON | WV |
| 924 | | | NETTIE | WV |
| 925 | | | DANVILLE | WV |
| 926 | | | MONGO | IN |
| 927 | | | NITRO | WV |
| 928 | | | FAIRDALE | WV |
| 929 | | | WAYNE | WV |
| 930 | | | BAISDEN | WV |
| 931 | | | PRINCETON | WV |
| 932 | | | TIOGA | WV |
| 933 | | | BECKLEY | WV |
| 934 | | | LITTLE BIRCH | WV |
| 935 | | | ALDERSON | WV |
| 936 | | | BELLE | WV |
| 937 | | | CHARLESTON | WV |
| 938 | | | PRINCETON | WV |
| 939 | | | PRINCETON | WV |
| 940 | | | AURORA | WV |
| 941 | | | BARBOURSVILLE | WV |
| 942 | | | CHARLESTON | WV |
| 943 | | | CHARLESTON | WV |
| 944 | | | PRINCETON | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

## Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement - Database: proh  
Report Criteria: Includes Excludes XTPP OR XLAT

06/07/2007 03:41 PM  
Page 20 of 79  
Report ID : PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 945 | | | HARTS | WV |
| 946 | | | BEVERLY | WV |
| 947 | | | RIPLEY | WV |
| 948 | | | LESAGE | WV |
| 949 | | | HUNTINGTON | WV |
| 950 | | | PRINCETON | WV |
| 951 | | | COAL MOUNTAIN | WV |
| 952 | | | FAIRDALE | WV |
| 953 | | | SISSONVILLE | WV |
| 954 | | | CHARLESTON | WV |
| 955 | | | NITRO | WV |
| 956 | | | BUFFALO | WV |
| 957 | | | CLENDENIN | WV |
| 958 | | | SALT ROCK | WV |
| 959 | | | ELKVIEW | WV |
| 960 | | | HUNTINGTON | WV |
| 961 | | | ELEANOR | WV |
| 962 | | | KYLE | WV |
| 963 | | | SETH | WV |
| 964 | | | FRIENDLY | WV |
| 965 | | | HUNTINGTON | WV |
| 966 | | | SHINNSTON | WV |
| 967 | | | SISSONVILLE | WV |
| 968 | | | CHARLESTON | WV |
| 969 | | | WALLBACK | WV |
| 970 | | | PRINCETON | WV |
| 971 | | | HUNTINGTON | WV |
| 972 | | | ITMANN | WV |
| 973 | | | DANVILLE | WV |
| 974 | | | DINGESS | WV |
| 975 | | | NORTHFORK | WV |
| 976 | | | PRINCETON | WV |
| 977 | | | CHAPMANVILLE | WV |
| 978 | | | GRAFTON | WV |
| 979 | | | SETH | WV |
| 980 | | | COWEN | WV |
| 981 | | | KIMBALL | WV |
| 982 | | | GHENT | WV |
| 983 | | | GRIFFITHSVILLE | WV |
| 984 | | | FAIRMONT | WV |
| 985 | | | HURRICANE | WV |
| 986 | | | BUCKHANNON | WV |
| 987 | | | MAYSEL | WV |
| 988 | | | LINN | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.