# Timely Consumer Exclusions

PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh

Report Criteria:  Includes  Excludes XTPP OR XLAT

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 989 | | | COWEN | WV |
| 990 | | | HUNTINGTON | WV |
| 991 | | | WILKINSON | WV |
| 992 | | | BUCKHANNON | WV |
| 993 | | | CHARLESTON | WV |
| 994 | | | SALT ROCK | WV |
| 995 | | | SUMERCO | WV |
| 996 | | | BOOMER | WV |
| 997 | | | HUNTINGTON | WV |
| 998 | | | ELLENBORO | WV |
| 999 | | | HUNTINGTON | WV |
| 1000 | | | HUNTINGTON | WV |
| 1001 | | | HUNTINGTON | WV |
| 1002 | | | WEST HAMLIN | WV |
| 1003 | | | COAL MOUNTAIN | WV |
| 1004 | | | PRINCETON | WV |
| 1005 | | | HUNTINGTON | WV |
| 1006 | | | RAVENSWOOD | WV |
| 1007 | | | LIBERTY | WV |
| 1008 | | | CHARLESTON | WV |
| 1009 | | | RAVENSWOOD | WV |
| 1010 | | | FORT GAY | WV |
| 1011 | | | LIBERTY | WV |
| 1012 | | | MONTGOMERY | WV |
| 1013 | | | KERMIT | WV |
| 1014 | | | GAULEY BRIDGE | WV |
| 1015 | | | CHARLESTON | WV |
| 1016 | | | ST ALBANS | WV |
| 1017 | | | HUNTINGTON | WV |
| 1018 | | | SOUTH CHARLESTON | WV |
| 1019 | | | HURRICANE | WV |
| 1020 | | | CHARLESTON | WV |
| 1021 | | | HEATERS | WV |
| 1022 | | | SANDYVILLE | WV |
| 1023 | | | CEDAR GROVE | WV |
| 1024 | | | PARKERSBURG | WV |
| 1025 | | | CEDAR GROVE | WV |
| 1026 | | | PARKERSBURG | WV |
| 1027 | | | CUCUMBER | WV |
| 1028 | | | WILLIAMSON | WV |
| 1029 | | | ELKVIEW | WV |
| 1030 | | | RIPLEY | WV |
| 1031 | | | KENNA | WV |
| 1032 | | | LENORE | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh

Report Criteria:   Includes  Excludes XTPP OR XLAT

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 1033 | | | SOUTH CHARLESTON | WV |
| 1034 | | | CHARLESTON | WV |
| 1035 | | | CHARLESTON | WV |
| 1036 | | | BEAVER | WV |
| 1037 | | | CHARLESTON | WV |
| 1038 | | | DELBARTON | WV |
| 1039 | | | SUMMERSVILLE | WV |
| 1040 | | | MOUNT LOOKOUT | WV |
| 1041 | | | RANGER | WV |
| 1042 | | | CHARLESTON | WV |
| 1043 | | | PRINCETON | WV |
| 1044 | | | MOUNT NEBO | WV |
| 1045 | | | WASHINGTON | WV |
| 1046 | | | CULLODEN | WV |
| 1047 | | | DELBARTON | WV |
| 1048 | | | CHATTAROY | WV |
| 1049 | | | HUNTINGTON | WV |
| 1050 | | | GLEN ROGERS | WV |
| 1051 | | | SOUTH CHARLESTON | WV |
| 1052 | | | SALEM | WV |
| 1053 | | | FORT GAY | WV |
| 1054 | | | CHARLESTON | WV |
| 1055 | | | CLAY | WV |
| 1056 | | | HARTS | WV |
| 1057 | | | CLENDENIN | WV |
| 1058 | | | CHARLESTON | WV |
| 1059 | | | CHARLESTON | WV |
| 1060 | | | MONAVILLE | WV |
| 1061 | | | HUNTINGTON | WV |
| 1062 | | | LASHMEET | WV |
| 1063 | | | DANVILLE | WV |
| 1064 | | | WAYNE | WV |
| 1065 | | | PEYTONA | WV |
| 1066 | | | ACCOVILLE | WV |
| 1067 | | | DUNBAR | WV |
| 1068 | | | GILBERT | WV |
| 1069 | | | SISTERSVILLE | WV |
| 1070 | | | ST ALBANS | WV |
| 1071 | | | HARTS | WV |
| 1072 | | | ST ALBANS | WV |
| 1073 | | | WILLIAMSON | WV |
| 1074 | | | BLUEFIELD | WV |
| 1075 | | | ST ALBANS | WV |
| 1076 | | | WEST HAMLIN | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

06/07/2007 03:41 PM

PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh

Report Criteria:  Includes  Excludes XTPP OR XLAT

Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 1077 | | | BORDERLAND | WV |
| 1078 | | | LAUREL | DE |
| 1079 | | | ROCK | WV |
| 1080 | | | RANGER | WV |
| 1081 | | | WEIRTON | WV |
| 1082 | | | LESAGE | WV |
| 1083 | | | DAVIN | WV |
| 1084 | | | PRICHARD | WV |
| 1085 | | | MANNINGTON | WV |
| 1086 | | | WEIRTON | WV |
| 1087 | | | DANIELS | WV |
| 1088 | | | WHARTON | WV |
| 1089 | | | ELKVIEW | WV |
| 1090 | | | RIPLEY | WV |
| 1091 | | | ODD | WV |
| 1092 | | | WORTHINGTON | WV |
| 1093 | | | RIPLEY | WV |
| 1094 | | | FAIRMONT | WV |
| 1095 | | | CHARLESTON | WV |
| 1096 | | | HARMAN | WV |
| 1097 | | | BUCKHANNON | WV |
| 1098 | | | VIENNA | WV |
| 1099 | | | VIENNA | WV |
| 1100 | | | FAIRMONT | WV |
| 1101 | | | KYLE | WV |
| 1102 | | | DANIELS | WV |
| 1103 | | | LAKE | WV |
| 1104 | | | ALKOL | WV |
| 1105 | | | BELLE | WV |
| 1106 | | | FAIRMONT | WV |
| 1107 | | | GYPSY | WV |
| 1108 | | | HUNTINGTON | WV |
| 1109 | | | RODERFIELD | WV |
| 1110 | | | MILTON | WV |
| 1111 | | | KISTLER | WV |
| 1112 | | | LOGAN | WV |
| 1113 | | | MOUNT HOPE | WV |
| 1114 | | | LYNCO | WV |
| 1115 | | | MILTON | WV |
| 1116 | | | GLEN DANIEL | WV |
| 1117 | | | RIVESVILLE | WV |
| 1118 | | | OAK HILL | WV |
| 1119 | | | SHOALS | WV |
| 1120 | | | ST ALBANS | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh

Report Criteria:  Includes  Excludes XTPP OR XLAT

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 1121 | | | MILTON | WV |
| 1122 | | | CHAPMANVILLE | WV |
| 1123 | | | LEWISBURG | WV |
| 1124 | | | RAINELLE | WV |
| 1125 | | | RAINELLE | WV |
| 1126 | | | EVANS | WV |
| 1127 | | | WELLSBURG | WV |
| 1128 | | | MADISON | WV |
| 1129 | | | RED JACKET | WV |
| 1130 | | | CHARLESTON | WV |
| 1131 | | | HURRICANE | WV |
| 1132 | | | HUNTINGTON | WV |
| 1133 | | | RONCEVERTE | WV |
| 1134 | | | COLLIERS | WV |
| 1135 | | | PRICHARD | WV |
| 1136 | | | HURRICANE | WV |
| 1137 | | | WEIRTON | WV |
| 1138 | | | HUGHESTON | WV |
| 1139 | | | HUNTINGTON | WV |
| 1140 | | | TERRA ALTA | WV |
| 1141 | | | SCOTT DEPOT | WV |
| 1142 | | | CHARLESTON | WV |
| 1143 | | | HUNTINGTON | WV |
| 1144 | | | CRAIGSVILLE | WV |
| 1145 | | | BELINGTON | WV |
| 1146 | | | CHARLESTON | WV |
| 1147 | | | GRIFFITHSVILLE | WV |
| 1148 | | | COWEN | WV |
| 1149 | | | MEADOR | WV |
| 1150 | | | SISSONVILLE | WV |
| 1151 | | | ST ALBANS | WV |
| 1152 | | | NUTTER FORT | WV |
| 1153 | | | RAVENSWOOD | WV |
| 1154 | | | COMFORT | WV |
| 1155 | | | CHARLESTON | WV |
| 1156 | | | SUMMERSVILLE | WV |
| 1157 | | | WILLIAMSON | WV |
| 1158 | | | WINFIELD | WV |
| 1159 | | | KENOVA | WV |
| 1160 | | | HUNTINGTON | WV |
| 1161 | | | LAVALETTE | WV |
| 1162 | | | CHARLESTON | WV |
| 1163 | | | RICHWOOD | WV |
| 1164 | | | VIENNA | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions
06/07/2007 03:41 PM
PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh
Report Criteria:  Includes  Excludes XTPP OR XLAT
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 1165 | | | SARAH ANN | WV |
| 1166 | | | PENNSBORO | WV |
| 1167 | | | WEIRTON | WV |
| 1168 | | | MOUNDSVILLE | WV |
| 1169 | | | DUNBAR | WV |
| 1170 | | | SOD | WV |
| 1171 | | | HUNTINGTON | WV |
| 1172 | | | JANE LEW | WV |
| 1173 | | | CLARKSBURG | WV |
| 1174 | | | GLENVILLE | WV |
| 1175 | | | BELINGTON | WV |
| 1176 | | | HUNTINGTON | WV |
| 1177 | | | BECKLEY | WV |
| 1178 | | | SOD | WV |
| 1179 | | | NALLEN | WV |
| 1180 | | | OAK HILL | WV |
| 1181 | | | BLUEFIELD | WV |
| 1182 | | | CLARKSBURG | WV |
| 1183 | | | KERMIT | WV |
| 1184 | | | CHARLESTON | WV |
| 1185 | | | ST ALBANS | WV |
| 1186 | | | EAST LYNN | WV |
| 1187 | | | POINT PLEASANT | WV |
| 1188 | | | RIPLEY | WV |
| 1189 | | | NITRO | WV |
| 1190 | | | SUMMERSVILLE | WV |
| 1191 | | | GLEN DANIEL | WV |
| 1192 | | | RAINELLE | WV |
| 1193 | | | CRAB ORCHARD | WV |
| 1194 | | | BRANCHLAND | WV |
| 1195 | | | MILTON | WV |
| 1196 | | | ROBSON | WV |
| 1197 | | | HUNTINGTON | WV |
| 1198 | | | LENORE | WV |
| 1199 | | | EDMOND | WV |
| 1200 | | | LYBURN | WV |
| 1201 | | | SMITHERS | WV |
| 1202 | | | SUTTON | WV |
| 1203 | | | CLARKSBURG | WV |
| 1204 | | | DANVILLE | WV |
| 1205 | | | NAPLES | FL |
| 1206 | | | GLENWOOD | WV |
| 1207 | | | POINT PLEASANT | WV |
| 1208 | | | DUCK | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement - Database: proh

Report Criteria: Includes Excludes XTPP OR XLAT

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 1209 | | | HUNTINGTON | WV |
| 1210 | | | BRENTON | WV |
| 1211 | | | BOOMER | WV |
| 1212 | | | WILKINSON | WV |
| 1213 | | | RAND | WV |
| 1214 | | | HARTFORD | WV |
| 1215 | | | ALKOL | WV |
| 1216 | | | FAIRMONT | WV |
| 1217 | | | HUNTINGTON | WV |
| 1218 | | | BRADLEY | WV |
| 1219 | | | HENDERSON | WV |
| 1220 | | | POCA | WV |
| 1221 | | | HINTON | WV |
| 1222 | | | CHARLESTON | WV |
| 1223 | | | MILTON | WV |
| 1224 | | | RAVENSWOOD | WV |
| 1225 | | | HUNTINGTON | WV |
| 1226 | | | LESAGE | WV |
| 1227 | | | CLARKSBURG | WV |
| 1228 | | | PARKERSBURG | WV |
| 1229 | | | BARBOURSVILLE | WV |
| 1230 | | | LESAGE | WV |
| 1231 | | | RIDGEVIEW | WV |
| 1232 | | | WEBSTER SPRINGS | WV |
| 1233 | | | WINFIELD | WV |
| 1234 | | | BECKLEY | WV |
| 1235 | | | CLARKSBURG | WV |
| 1236 | | | FAIRMONT | WV |
| 1237 | | | NITRO | WV |
| 1238 | | | FOLLANSBEE | WV |
| 1239 | | | BETHLEHEM | WV |
| 1240 | | | PRICHARD | WV |
| 1241 | | | OCEANA | WV |
| 1242 | | | WEST HAMLIN | WV |
| 1243 | | | GORDON | WV |
| 1244 | | | PINEVILLE | WV |
| 1245 | | | PARKERSBURG | WV |
| 1246 | | | DRY CREEK | WV |
| 1247 | | | DELBARTON | WV |
| 1248 | | | BLUEFIELD | WV |
| 1249 | | | SUMMERSVILLE | WV |
| 1250 | | | KANAWHA FALLS | WV |
| 1251 | | | OAK HILL | WV |
| 1252 | | | FAYETTEVILLE | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh

Report Criteria:  Includes  Excludes XTPP OR XLAT

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 1253 | | | LESAGE | WV |
| 1254 | | | SUMMERSVILLE | WV |
| 1255 | | | MARMET | WV |
| 1256 | | | FOLLANSBEE | WV |
| 1257 | | | JONBEN | WV |
| 1258 | | | NIMITZ | WV |
| 1259 | | | WAYNE | WV |
| 1260 | | | EAST VIEW | WV |
| 1261 | | | GALLIPOLIS FERRY | WV |
| 1262 | | | CHARLTON HEIGHTS | WV |
| 1263 | | | RAVENSWOOD | WV |
| 1264 | | | MILTON | WV |
| 1265 | | | BAISDEN | WV |
| 1266 | | | SO CHARLESTON | WV |
| 1267 | | | RAVENSWOOD | WV |
| 1268 | | | FOSTER | WV |
| 1269 | | | PARKERSBURG | WV |
| 1270 | | | WAYNE | WV |
| 1271 | | | HUNTINGTON | WV |
| 1272 | | | GILBERT | WV |
| 1273 | | | CHARLESTON | WV |
| 1274 | | | CHARLTON HEIGHTS | WV |
| 1275 | | | MILLWOOD | WV |
| 1276 | | | WAYNE | WV |
| 1277 | | | PRICHARD | WV |
| 1278 | | | CYCLONE | WV |
| 1279 | | | SANDYVILLE | WV |
| 1280 | | | DUNBAR | WV |
| 1281 | | | COWEN | WV |
| 1282 | | | RED HOUSE | WV |
| 1283 | | | PREMIER | WV |
| 1284 | | | SCOTT DEPOT | WV |
| 1285 | | | CHARLESTON | WV |
| 1286 | | | LITTLE BIRCH | WV |
| 1287 | | | ONA | WV |
| 1288 | | | NELLIS | WV |
| 1289 | | | ONA | WV |
| 1290 | | | POCA | WV |
| 1291 | | | CHARLESTON | WV |
| 1292 | | | WEST HAMLIN | WV |
| 1293 | | | PRINCETON | WV |
| 1294 | | | BARRACKVILLE | WV |
| 1295 | | | CHAPMANVILLE | WV |
| 1296 | | | PRINCETON | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh

Report Criteria:  Includes  Excludes XTPP OR XLAT

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 1297 | | | ORMA | WV |
| 1298 | | | LEROY | WV |
| 1299 | | | CHARLESTON | WV |
| 1300 | | | MASON | WV |
| 1301 | | | HENDERSON | WV |
| 1302 | | | SCOTT DEPOT | WV |
| 1303 | | | CLARKSBURG | WV |
| 1304 | | | HUNTINGTON | WV |
| 1305 | | | LERONA | WV |
| 1306 | | | HILL TOP | WV |
| 1307 | | | SHREWSBURY | WV |
| 1308 | | | CHARLESTON | WV |
| 1309 | | | LESAGE | WV |
| 1310 | | | RAVENSWOOD | WV |
| 1311 | | | CHARLESTON | WV |
| 1312 | | | CHAPMANVILLE | WV |
| 1313 | | | GILBERT | WV |
| 1314 | | | RIPLEY | WV |
| 1315 | | | TIOGA | WV |
| 1316 | | | FAIRMONT | WV |
| 1317 | | | TAD | WV |
| 1318 | | | SCOTT DEPOT | WV |
| 1319 | | | MOUNT GAY | WV |
| 1320 | | | WINIFREDE | WV |
| 1321 | | | EAST LYNN | WV |
| 1322 | | | WINIFREDE | WV |
| 1323 | | | LOOKOUT | WV |
| 1324 | | | CROSS LANES | WV |
| 1325 | | | POINT PLEASANT | WV |
| 1326 | | | CHARLESTON | WV |
| 1327 | | | OAK HILL | WV |
| 1328 | | | FRAZIERS BOTTOM | WV |
| 1329 | | | COMFORT | WV |
| 1330 | | | WILLIAMSON | WV |
| 1331 | | | WILKINSON | WV |
| 1332 | | | HUNTINGTON | WV |
| 1333 | | | BLUEFIELD | VA |
| 1334 | | | BAISDEN | WV |
| 1335 | | | CLOTHIER | WV |
| 1336 | | | PRICHARD | WV |
| 1337 | | | CLENDENIN | WV |
| 1338 | | | BRADLEY | WV |
| 1339 | | | HAMLIN | WV |
| 1340 | | | CLARKSBURG | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh

Report Criteria:  Includes  Excludes XTPP OR XLAT

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 1341 | | | ACCOVILLE | WV |
| 1342 | | | KENNA | WV |
| 1343 | | | PARKERSBURG | WV |
| 1344 | | | SUMERCO | WV |
| 1345 | | | CROSS LANES | WV |
| 1346 | | | CHARLESTON | WV |
| 1347 | | | CEDAR GROVE | WV |
| 1348 | | | SUTTON | WV |
| 1349 | | | ONA | WV |
| 1350 | | | LORADO | WV |
| 1351 | | | SALEM | WV |
| 1352 | | | HUNTINGTON | WV |
| 1353 | | | DUNBAR | WV |
| 1354 | | | VIENNA | WV |
| 1355 | | | SALT ROCK | WV |
| 1356 | | | COLLIERS | WV |
| 1357 | | | GALLIPOLIS FERRY | WV |
| 1358 | | | WHEELING | WV |
| 1359 | | | CHARLESTON | WV |
| 1360 | | | SALEM | WV |
| 1361 | | | FOLLANSBEE | WV |
| 1362 | | | PROCIOUS | WV |
| 1363 | | | WAYNE | WV |
| 1364 | | | MATEWAN | WV |
| 1365 | | | CHARLESTON | WV |
| 1366 | | | HUNTINGTON | WV |
| 1367 | | | BRADSHAW | WV |
| 1368 | | | DUNBAR | WV |
| 1369 | | | SCOTT DEPOT | WV |
| 1370 | | | MADISON | WV |
| 1371 | | | DELBARTON | WV |
| 1372 | | | FAIRMONT | WV |
| 1373 | | | CHESAPEAKE | WV |
| 1374 | | | SUMERCO | WV |
| 1375 | | | HEWETT | WV |
| 1376 | | | GLENVILLE | WV |
| 1377 | | | PARSONS | WV |
| 1378 | | | HUNTINGTON | WV |
| 1379 | | | NORTH FORK | WV |
| 1380 | | | JANE LEW | WV |
| 1381 | | | CRAB ORCHARD | WV |
| 1382 | | | PECKS MILL | WV |
| 1383 | | | CHARLESTON | WV |
| 1384 | | | WAYNE | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh

Report Criteria:  Includes  Excludes XTPP OR XLAT

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 1385 | | | MILTON | WV |
| 1386 | | | CHARLESTON | WV |
| 1387 | | | WEST COLUMBIA | WV |
| 1388 | | | SYLVESTER | WV |
| 1389 | | | ST ALBANS | WV |
| 1390 | | | DANVILLE | WV |
| 1391 | | | KENOVA | WV |
| 1392 | | | BLUEFIELD | WV |
| 1393 | | | CALVIN | WV |
| 1394 | | | HUNTINGTON | WV |
| 1395 | | | SOUTH CHARLESTON | WV |
| 1396 | | | WINFIELD | WV |
| 1397 | | | SWITZER | WV |
| 1398 | | | ELKINS | WV |
| 1399 | | | ELKVIEW | WV |
| 1400 | | | GILBERT | WV |
| 1401 | | | PROCIOUS | WV |
| 1402 | | | DINGESS | WV |
| 1403 | | | SUTTON | WV |
| 1404 | | | MONTANA MINES | WV |
| 1405 | | | MADISON | WV |
| 1406 | | | BARBOURSVILLE | WV |
| 1407 | | | DAVIS | WV |
| 1408 | | | WAYNE | WV |
| 1409 | | | PECKS MILL | WV |
| 1410 | | | KERMIT | WV |
| 1411 | | | JANE LEW | WV |
| 1412 | | | LEFT HAND | WV |
| 1413 | | | BUCKHANNON | WV |
| 1414 | | | GLEN MORGAN | WV |
| 1415 | | | ACCOVILLE | WV |
| 1416 | | | WHARTON | WV |
| 1417 | | | BRENTON | WV |
| 1418 | | | CULLODEN | WV |
| 1419 | | | SCOTT DEPOT | WV |
| 1420 | | | CHARLESTON | WV |
| 1421 | | | SOPHIA | WV |
| 1422 | | | WESTON | WV |
| 1423 | | | MOUNT HOPE | WV |
| 1424 | | | ALUM CREEK | WV |
| 1425 | | | OMAR | WV |
| 1426 | | | WILLIAMSON | WV |
| 1427 | | | FRIENDLY | WV |
| 1428 | | | MONTGOMERY | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

06/07/2007 03:41 PM

PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh

Page 31 of 79

Report Criteria:  Includes  Excludes XTPP OR XLAT

Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 1429 | | | COAL MOUNTAIN | WV |
| 1430 | | | ALKOL | WV |
| 1431 | | | WEIRTON | WV |
| 1432 | | | BLUEFIELD | WV |
| 1433 | | | FAIRMONT | WV |
| 1434 | | | CHARLESTON | WV |
| 1435 | | | LYNCO | WV |
| 1436 | | | HUNTINGTON | WV |
| 1437 | | | CHAPMANVILLE | WV |
| 1438 | | | GLEN JEAN | WV |
| 1439 | | | MALLORY | WV |
| 1440 | | | GAULEY BRIDGE | WV |
| 1441 | | | BUCKHANNON | WV |
| 1442 | | | CHARLESTON | WV |
| 1443 | | | SOUTH CHARLESTON | WV |
| 1444 | | | BECKLEY | WV |
| 1445 | | | RAVENSWOOD | WV |
| 1446 | | | CHARLESTON | WV |
| 1447 | | | WILLIAMSTOWN | WV |
| 1448 | | | OVAPA | WV |
| 1449 | | | EVANS | WV |
| 1450 | | | WHITESVILLE | WV |
| 1451 | | | STEUBENVILLE | OH |
| 1452 | | | HURRICANE | WV |
| 1453 | | | RAVENSWOOD | WV |
| 1454 | | | LEFT HAND | WV |
| 1455 | | | BOLT | WV |
| 1456 | | | MOHAWK | WV |
| 1457 | | | DAVY | WV |
| 1458 | | | SISSONVILLE | WV |
| 1459 | | | HINES | WV |
| 1460 | | | CHARLESTON | WV |
| 1461 | | | PRINCETON | WV |
| 1462 | | | ST ALBANS | WV |
| 1463 | | | HUNTINGTON | WV |
| 1464 | | | ST ALBANS | WV |
| 1465 | | | SIMON | WV |
| 1466 | | | BIG CREEK | WV |
| 1467 | | | OAK HILL | WV |
| 1468 | | | RIPLEY | WV |
| 1469 | | | CRUM | WV |
| 1470 | | | LORADO | WV |
| 1471 | | | HAMLIN | WV |
| 1472 | | | SPENCER | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh

Report Criteria:  Includes Excludes XTPP OR XLAT

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---------|-------|-----------|------|-----|
| 1473 | | | YAWKEY | WV |
| 1474 | | | STOLLINGS | WV |
| 1475 | | | POCA | WV |
| 1476 | | | WAYNE | WV |
| 1477 | | | HUNTINGTON | WV |
| 1478 | | | STOLLINGS | WV |
| 1479 | | | ELKVIEW | WV |
| 1480 | | | WELCH | WV |
| 1481 | | | FAIRMONT | WV |
| 1482 | | | COSTA | WV |
| 1483 | | | SALT ROCK | WV |
| 1484 | | | CHARLESTON | WV |
| 1485 | | | EDMOND | WV |
| 1486 | | | NORTH SPRING | WV |
| 1487 | | | NEWBURG | WV |
| 1488 | | | NEMOURS | WV |
| 1489 | | | SOUTH CHARLESTON | WV |
| 1490 | | | SOUTH CHARLESTON | WV |
| 1491 | | | SUMMERSVILLE | WV |
| 1492 | | | EVANS | WV |
| 1493 | | | MATHENY | WV |
| 1494 | | | HURRICANE | WV |
| 1495 | | | CULLODEN | WV |
| 1496 | | | HURRICANE | WV |
| 1497 | | | SISSONVILLE | WV |
| 1498 | | | CEREDO | WV |
| 1499 | | | CHARLESTON | WV |
| 1500 | | | BECKLEY | WV |
| 1501 | | | CYCLONE | WV |
| 1502 | | | BLUEFIELD | WV |
| 1503 | | | HARTS | WV |
| 1504 | | | POINT PLEASANT | WV |
| 1505 | | | MOUNDSVILLE | WV |
| 1506 | | | ST ALBANS | WV |
| 1507 | | | CHATTAROY | WV |
| 1508 | | | BIRCH RIVER | WV |
| 1509 | | | BEAVER | WV |
| 1510 | | | CHAPMANVILLE | WV |
| 1511 | | | DUNBAR | WV |
| 1512 | | | BELLE | WV |
| 1513 | | | GLEN FERRIS | WV |
| 1514 | | | MONTGOMERY | WV |
| 1515 | | | WEST HAMLIN | WV |
| 1516 | | | TURTLE CREEK | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh

Report Criteria:  Includes  Excludes XTPP OR XLAT

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---------|-------|-----------|------|----|
| 1517 | | | HUNTINGTON | WV |
| 1518 | | | MORGANTOWN | WV |
| 1519 | | | ELKVIEW | WV |
| 1520 | | | PANTHER | WV |
| 1521 | | | BUFFALO | WV |
| 1522 | | | SCARBRO | WV |
| 1523 | | | PARKERSBURG | WV |
| 1524 | | | WELLSBURG | WV |
| 1525 | | | FOLLANSBEE | WV |
| 1526 | | | MULLENS | WV |
| 1527 | | | BECKLEY | WV |
| 1528 | | | FOLLANSBEE | WV |
| 1529 | | | HARPER | WV |
| 1530 | | | WEBSTER SPRINGS | WV |
| 1531 | | | HURRICANE | WV |
| 1532 | | | LAKE WALES | FL |
| 1533 | | | ST ALBANS | WV |
| 1534 | | | HUNTINGTON | WV |
| 1535 | | | RACINE | WV |
| 1536 | | | CHAPMANVILLE | WV |
| 1537 | | | RAINELLE | WV |
| 1538 | | | STONEWOOD | WV |
| 1539 | | | ST ALBANS | WV |
| 1540 | | | FORT GAY | WV |
| 1541 | | | MIAMI | WV |
| 1542 | | | S CHARLESTON | WV |
| 1543 | | | HUNTINGTON | WV |
| 1544 | | | WELLSBURG | WV |
| 1545 | | | CHARLESTON | WV |
| 1546 | | | CHARLESTON | WV |
| 1547 | | | ST ALBANS | WV |
| 1548 | | | YAWKEY | WV |
| 1549 | | | CHARLESTON | WV |
| 1550 | | | LAYLAND | WV |
| 1551 | | | BELVA | WV |
| 1552 | | | WELLSBURG | WV |
| 1553 | | | SWITZER | WV |
| 1554 | | | MOUNT GAY | WV |
| 1555 | | | FAIRMONT | WV |
| 1556 | | | DUNBAR | WV |
| 1557 | | | WINFIELD | WV |
| 1558 | | | CHARLESTON | WV |
| 1559 | | | WALTON | WV |
| 1560 | | | BECKLEY | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

06/07/2007 03:41 PM

PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh

Page 34 of 79

Report Criteria:  Includes  Excludes XTPP OR XLAT

Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 1561 | | | EVANS | WV |
| 1562 | | | SPENCER | WV |
| 1563 | | | COWEN | WV |
| 1564 | | | OCEANA | WV |
| 1565 | | | DUNLOW | WV |
| 1566 | | | CHAPMANVILLE | WV |
| 1567 | | | MARLINGTON | WV |
| 1568 | | | LAKE | WV |
| 1569 | | | NITRO | WV |
| 1570 | | | CROSS LANES | WV |
| 1571 | | | JANE LEW | WV |
| 1572 | | | HURRICANE | WV |
| 1573 | | | BRANCHLAND | WV |
| 1574 | | | LORADO | WV |
| 1575 | | | BECKLEY | WV |
| 1576 | | | LORADO | WV |
| 1577 | | | HUNTINGTON | WV |
| 1578 | | | HICO | WV |
| 1579 | | | HARMAN | WV |
| 1580 | | | LYBURN | WV |
| 1581 | | | HURRICANE | WV |
| 1582 | | | PRINCETON | WV |
| 1583 | | | HANDLEY | WV |
| 1584 | | | BIG CREEK | WV |
| 1585 | | | FAYETTEVILLE | WV |
| 1586 | | | WILLIAMSON | WV |
| 1587 | | | CHAPMANVILLE | WV |
| 1588 | | | SHINNSTON | WV |
| 1589 | | | VERNER | WV |
| 1590 | | | HUNTINGTON | WV |
| 1591 | | | DUCK | WV |
| 1592 | | | CHARLESTON | WV |
| 1593 | | | ELKVIEW | WV |
| 1594 | | | KERMIT | WV |
| 1595 | | | CLENDENIN | WV |
| 1596 | | | SHOALS | WV |
| 1597 | | | ELKVIEW | WV |
| 1598 | | | RAVENSWOOD | WV |
| 1599 | | | NEW CUMBERLAND | WV |
| 1600 | | | MOUNT CARBON | WV |
| 1601 | | | HUNTINGTON | WV |
| 1602 | | | BUCKHANNON | WV |
| 1603 | | | SPURLOCKVILLE | WV |
| 1604 | | | BECKLEY | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh

Report Criteria:   Includes  Excludes XTPP OR XLAT

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---------|-------|-----------|------|-----|
| 1605 | | | HAMLIN | WV |
| 1606 | | | NORTH FORK | WV |
| 1607 | | | DINGESS | WV |
| 1608 | | | BERWIND | WV |
| 1609 | | | MATEWAN | WV |
| 1610 | | | THORNTON | WV |
| 1611 | | | COALTON | WV |
| 1612 | | | HUNTINGTON | WV |
| 1613 | | | CROSS LANES | WV |
| 1614 | | | DELBARTON | WV |
| 1615 | | | CYCLONE | WV |
| 1616 | | | POINT PLEASANT | WV |
| 1617 | | | CLENDENIN | WV |
| 1618 | | | GILBERT | WV |
| 1619 | | | LESAGE | WV |
| 1620 | | | SCOTT DEPOT | WV |
| 1621 | | | HANSFORD | WV |
| 1622 | | | MATTEWAN | WV |
| 1623 | | | FAIRMONT | WV |
| 1624 | | | PRICHARD | WV |
| 1625 | | | WHITE SULPHUR SPRINGS | WV |
| 1626 | | | BRIDGEPORT | WV |
| 1627 | | | SPENCER | WV |
| 1628 | | | CHAPMANVILLE | WV |
| 1629 | | | OAK HILL | WV |
| 1630 | | | HARTS | WV |
| 1631 | | | LOGAN | WV |
| 1632 | | | CHARLESTON | WV |
| 1633 | | | HURRICANE | WV |
| 1634 | | | HENLAWSON | WV |
| 1635 | | | MILTON | WV |
| 1636 | | | EVANS | WV |
| 1637 | | | LIBERTY | WV |
| 1638 | | | BECKLEY | WV |
| 1639 | | | ST ALBANS | WV |
| 1640 | | | OAK HILL | WV |
| 1641 | | | WEIRTON | WV |
| 1642 | | | SOPHIA | WV |
| 1643 | | | DRY BRANCH | WV |
| 1644 | | | KENOVA | WV |
| 1645 | | | MIDDLEPORT | OH |
| 1646 | | | HUNTINGTON | WV |
| 1647 | | | CHESAPEAKE | WV |
| 1648 | | | KENNA | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement  -  Database: proh

Report Criteria:  Includes  Excludes XTPP OR XLAT

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---------|-------|-----------|------|-----|
| 1649 | | | HUNTINGTON | WV |
| 1650 | | | POCA | WV |
| 1651 | | | CLARKSBURG | WV |
| 1652 | | | SCARBRO | WV |
| 1653 | | | SUMMERSVILLE | WV |
| 1654 | | | GRAFTON | WV |
| 1655 | | | WHEELING | WV |
| 1656 | | | BARBOURSVILLE | WV |
| 1657 | | | CHARLESTON | WV |
| 1658 | | | NORTH SPRING | WV |
| 1659 | | | OAK HILL | WV |
| 1660 | | | GALLIPOLIS FERRY | WV |
| 1661 | | | CRAIGSVILLE | WV |
| 1662 | | | ST ALBANS | WV |
| 1663 | | | LUMBERPORT | WV |
| 1664 | | | CHARLESTON | WV |
| 1665 | | | FOSTER | WV |
| 1666 | | | RED HOUSE | WV |
| 1667 | | | GILBERT | WV |
| 1668 | | | SOUTH CHARLESTON | WV |
| 1669 | | | CHARLESTON | WV |
| 1670 | | | RURAL RETREAT | VA |
| 1671 | | | ST ALBANS | WV |
| 1672 | | | FAIRMONT | WV |
| 1673 | | | NITRO | WV |
| 1674 | | | GENOA | WV |
| 1675 | | | GLEN ROGERS | WV |
| 1676 | | | RANGER | WV |
| 1677 | | | KERMIT | WV |
| 1678 | | | RIPLEY | WV |
| 1679 | | | RAINELLE | WV |
| 1680 | | | HURRICANE | WV |
| 1681 | | | MURRAYSVILLE | WV |
| 1682 | | | KENOVA | WV |
| 1683 | | | DAVIN | WV |
| 1684 | | | BALLARD | WV |
| 1685 | | | DANIELS | WV |
| 1686 | | | FAYETTEVILLE | WV |
| 1687 | | | TUNNELTON | WV |
| 1688 | | | CHARLESTON | WV |
| 1689 | | | BARBOURSVILLE | WV |
| 1690 | | | LOUISA | KY |
| 1691 | | | RIPLEY | WV |
| 1692 | | | CHARLESTON | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

Timely Consumer Exclusions

PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh

Report Criteria:  Includes  Excludes XTPP OR XLAT

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---------|-------|-----------|------|-----|
| 1693 | | | MATHENY | WV |
| 1694 | | | SMITHFIELD | WV |
| 1695 | | | GRAFTON | WV |
| 1696 | | | HURRICANE | WV |
| 1697 | | | PHILIPPI | WV |
| 1698 | | | NORTH FORK | WV |
| 1699 | | | BECKLEY | WV |
| 1700 | | | LAVALETTE | WV |
| 1701 | | | NEW MARTINSVILLE | WV |
| 1702 | | | CHARLESTON | WV |
| 1703 | | | CHARLESTON | WV |
| 1704 | | | GILBERT | WV |
| 1705 | | | PHILIPPI | WV |
| 1706 | | | HUNTINGTON | WV |
| 1707 | | | ELKINS | WV |
| 1708 | | | KERMIT | WV |
| 1709 | | | MARMET | WV |
| 1710 | | | CLARKSBURG | WV |
| 1711 | | | HUNTINGTON | WV |
| 1712 | | | ASHLAND | KY |
| 1713 | | | MORGANTOWN | WV |
| 1714 | | | BLUEFIELD | WV |
| 1715 | | | HANOVER | WV |
| 1716 | | | SUTTON | WV |
| 1717 | | | FOSTER | WV |
| 1718 | | | ORMA | WV |
| 1719 | | | HUNTINGTON | WV |
| 1720 | | | POINT PLEASANT | WV |
| 1721 | | | RAGLAND | WV |
| 1722 | | | HARTS | WV |
| 1723 | | | BRANCHLAND | WV |
| 1724 | | | RIVESVILLE | WV |
| 1725 | | | YAWKEY | WV |
| 1726 | | | YAWKEY | WV |
| 1727 | | | NEWELL | WV |
| 1728 | | | SOUTH CHARLESTON | WV |
| 1729 | | | SOUTH POINT | OH |
| 1730 | | | CEDAR GROVE | WV |
| 1731 | | | LESTER | WV |
| 1732 | | | GILBERT | WV |
| 1733 | | | SOUTH CHARLESTON | WV |
| 1734 | | | CLARKSBURG | WV |
| 1735 | | | RUPERT | WV |
| 1736 | | | ONA | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement - Database: proh

Report Criteria: Includes Excludes XTPP OR XLAT

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---------|-------|-----------|------|-----|
| 1737 | | | CHAPMANVILLE | WV |
| 1738 | | | OCEANA | WV |
| 1739 | | | OMAR | WV |
| 1740 | | | MIAMI | WV |
| 1741 | | | CHARLESTON | WV |
| 1742 | | | ST ALBANS | WV |
| 1743 | | | IDAMAY | WV |
| 1744 | | | CHARLESTON | WV |
| 1745 | | | CHARLESTON | WV |
| 1746 | | | MARMET | WV |
| 1747 | | | MAMMOTH | WV |
| 1748 | | | CAIRO | WV |
| 1749 | | | CHESTER | WV |
| 1750 | | | VARNEY | WV |
| 1751 | | | CHARLESTON | WV |
| 1752 | | | ROCK | WV |
| 1753 | | | SANDSTONE | WV |
| 1754 | | | DUCK | WV |
| 1755 | | | EAST BANK | WV |
| 1756 | | | LEON | WV |
| 1757 | | | EVANS | WV |
| 1758 | | | COAL MOUNTAIN | WV |
| 1759 | | | BELLE | WV |
| 1760 | | | MAYSEL | WV |
| 1761 | | | SCOTT DEPOT | WV |
| 1762 | | | ST ALBANS | WV |
| 1763 | | | BAISDEN | WV |
| 1764 | | | MILTON | WV |
| 1765 | | | CHARLESTON | WV |
| 1766 | | | PECKS MILL | WV |
| 1767 | | | AVONDALE | WV |
| 1768 | | | DUNBAR | WV |
| 1769 | | | BANCROFT | WV |
| 1770 | | | FRENCH CREEK | WV |
| 1771 | | | WELLSBURG | WV |
| 1772 | | | MASON | WV |
| 1773 | | | CHARLESTON | WV |
| 1774 | | | WALTON | WV |
| 1775 | | | CHAPMANVILLE | WV |
| 1776 | | | HUNTINGTON | WV |
| 1777 | | | CHAPMANVILLE | WV |
| 1778 | | | BECKLEY | WV |
| 1779 | | | HINTON | WV |
| 1780 | | | LOGAN | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh

Report Criteria:  Includes  Excludes XTPP OR XLAT

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 1781 | | | PRINCETON | WV |
| 1782 | | | CHARLESTON | WV |
| 1783 | | | BLUEFIELD | WV |
| 1784 | | | CHARLESTON | WV |
| 1785 | | | WEBSTER SPRINGS | WV |
| 1786 | | | PAGE | WV |
| 1787 | | | HAMLIN | WV |
| 1788 | | | LASHMEET | WV |
| 1789 | | | CHARLESTON | WV |
| 1790 | | | MULLENS | WV |
| 1791 | | | WEST HAMLIN | WV |
| 1792 | | | DANVILLE | WV |
| 1793 | | | POCA | WV |
| 1794 | | | FORT GAY | WV |
| 1795 | | | HEWETT | WV |
| 1796 | | | CHAPMANVILLE | WV |
| 1797 | | | PARKERSBURG | WV |
| 1798 | | | CHARLESTON | WV |
| 1799 | | | CHARLESTON | WV |
| 1800 | | | CROSS LANES | WV |
| 1801 | | | CHARLESTON | WV |
| 1802 | | | FAIRDALE | WV |
| 1803 | | | CANNELTON | WV |
| 1804 | | | CHARLESTON | WV |
| 1805 | | | ST ALBANS | WV |
| 1806 | | | BRIDGEPORT | WV |
| 1807 | | | ELKVIEW | WV |
| 1808 | | | OCEANA | WV |
| 1809 | | | CLENDENIN | WV |
| 1810 | | | BUCKHANNON | WV |
| 1811 | | | MINERAL WELLS | WV |
| 1812 | | | SETH | WV |
| 1813 | | | CHARLESTON | WV |
| 1814 | | | RAVENSWOOD | WV |
| 1815 | | | HURRICANE | WV |
| 1816 | | | SOUTH CHARLESTON | WV |
| 1817 | | | MOHAWK | WV |
| 1818 | | | MORGANTOWN | WV |
| 1819 | | | BARBOURSVILLE | WV |
| 1820 | | | NEW TOWN | WV |
| 1821 | | | WHARNCLIFFE | WV |
| 1822 | | | NELLIS | WV |
| 1823 | | | ANSTEAD | WV |
| 1824 | | | CHAPMANVILLE | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh

Report Criteria:   Includes  Excludes XTPP OR XLAT

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---------|-------|-----------|------|-----|
| 1825 | | | PRICHARD | WV |
| 1826 | | | BLUEFIELD | WV |
| 1827 | | | MADISON | WV |
| 1828 | | | BRANCHLAND | WV |
| 1829 | | | GLENVILLE | WV |
| 1830 | | | SETH | WV |
| 1831 | | | HURRICANE | WV |
| 1832 | | | WHEELING | WV |
| 1833 | | | SALEM | WV |
| 1834 | | | DUNBAR | WV |
| 1835 | | | RED HOUSE | WV |
| 1836 | | | MONAVILLE | WV |
| 1837 | | | PLINY | WV |
| 1838 | | | KIMBERLY | WV |
| 1839 | | | LAVALETTE | WV |
| 1840 | | | TAD | WV |
| 1841 | | | GRAFTON | WV |
| 1842 | | | WELCH | WV |
| 1843 | | | MORGANTOWN | WV |
| 1844 | | | PADEN CITY | WV |
| 1845 | | | MIDKIFF | WV |
| 1846 | | | WILLIAMSON | WV |
| 1847 | | | DANVILLE | WV |
| 1848 | | | FERRELLSBURG | WV |
| 1849 | | | BRIDGEPORT | WV |
| 1850 | | | CHESAPEAKE | WV |
| 1851 | | | CHARLESTON | WV |
| 1852 | | | CROSS LANES | WV |
| 1853 | | | DIXIE | WV |
| 1854 | | | CHARLESTON | WV |
| 1855 | | | FORT GAY | WV |
| 1856 | | | LOGAN | WV |
| 1857 | | | WESTON | WV |
| 1858 | | | PRINCETON | WV |
| 1859 | | | HUNTINGTON | WV |
| 1860 | | | SOUTH CHARLESTON | WV |
| 1861 | | | LAKE | WV |
| 1862 | | | PRINCETON | WV |
| 1863 | | | BELLE | WV |
| 1864 | | | KISTLER | WV |
| 1865 | | | SALT ROCK | WV |
| 1866 | | | WEBSTER SPRINGS | WV |
| 1867 | | | CHAPMANVILLE | WV |
| 1868 | | | CRAIGSVILLE | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.