# Timely Consumer Exclusions

06/07/2007 03:41 PM

PROJECT: Premarin Ohio Proposed Settlement - Database: proh

Page 41 of 79

Report Criteria:  Includes  Excludes XTPP OR XLAT

Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 1869 | | | HURRICANE | WV |
| 1870 | | | BICKMORE | WV |
| 1871 | | | FAYETTEVILLE | WV |
| 1872 | | | GASSAWAY | WV |
| 1873 | | | SOUTH CHARLESTON | WV |
| 1874 | | | GILBERT | WV |
| 1875 | | | ELKVIEW | WV |
| 1876 | | | WHITE SULPHUR SPRINGS | WV |
| 1877 | | | HUNTINGTON | WV |
| 1878 | | | ELEANOR | WV |
| 1879 | | | GALLIPOLIS FERRY | WV |
| 1880 | | | CRAB ORCHARD | WV |
| 1881 | | | SOUTH CHARLESTON | WV |
| 1882 | | | JODIE | WV |
| 1883 | | | KERMIT | WV |
| 1884 | | | JANE LEW | WV |
| 1885 | | | ALUM CREEK | WV |
| 1886 | | | LYNCO | WV |
| 1887 | | | ST ALBANS | WV |
| 1888 | | | DELBARTON | WV |
| 1889 | | | MOUNT HOPE | WV |
| 1890 | | | HUNTINGTON | WV |
| 1891 | | | WILSONDALE | WV |
| 1892 | | | CHARLESTON | WV |
| 1893 | | | HUNTINGTON | WV |
| 1894 | | | PARKERSBURG | WV |
| 1895 | | | SOUTH CHARLESTON | WV |
| 1896 | | | HINTON | WV |
| 1897 | | | SOUTH CHARLESTON | WV |
| 1898 | | | BARBOURSVILLE | WV |
| 1899 | | | DELBARTON | WV |
| 1900 | | | WIDEN | WV |
| 1901 | | | CLEAR CREEK | WV |
| 1902 | | | WEIRTON | WV |
| 1903 | | | SHALLOTTE | NC |
| 1904 | | | MOUNT HOPE | WV |
| 1905 | | | MONTROSE | WV |
| 1906 | | | SOUTH CHARLESTON | WV |
| 1907 | | | CHARLESTON | WV |
| 1908 | | | WEIRTON | WV |
| 1909 | | | SOUTH CHARLESTON | WV |
| 1910 | | | MALLORY | WV |
| 1911 | | | POINT PLEASANT | WV |
| 1912 | | | WHEELING | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement  -  Database: proh

Report Criteria:  Includes  Excludes XTPP OR XLAT

06/07/2007 03:41 PM

Page 42 of 79

Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 1913 | | | OAK HILL | WV |
| 1914 | | | AURORA | WV |
| 1915 | | | WEBSTER SPRINGS | WV |
| 1916 | | | FORT GAY | WV |
| 1917 | | | LETART | WV |
| 1918 | | | ST ALBANS | WV |
| 1919 | | | SOUTH CHARLESTON | WV |
| 1920 | | | RED JACKET | WV |
| 1921 | | | WALLBACK | WV |
| 1922 | | | NETTIE | WV |
| 1923 | | | HURRICANE | WV |
| 1924 | | | GHENT | WV |
| 1925 | | | OAK HILL | WV |
| 1926 | | | NITRO | WV |
| 1927 | | | THOMASVILLE | NC |
| 1928 | | | DUNBAR | WV |
| 1929 | | | HINTON | WV |
| 1930 | | | RAVENSWOOD | WV |
| 1931 | | | ELKINS | WV |
| 1932 | | | DILLE | WV |
| 1933 | | | HUNTINGTON | WV |
| 1934 | | | VALLEY HEAD | WV |
| 1935 | | | HURRICANE | WV |
| 1936 | | | HURRICANE | WV |
| 1937 | | | BUCKHANNON | WV |
| 1938 | | | BELLE | WV |
| 1939 | | | CEDAR PARK | TX |
| 1940 | | | RIPLEY | WV |
| 1941 | | | HURRICANE | WV |
| 1942 | | | DRY BRANCH | WV |
| 1943 | | | WELLSBURG | WV |
| 1944 | | | SISSONVILLE | WV |
| 1945 | | | PETERSTOWN | WV |
| 1946 | | | CHARLESTON | WV |
| 1947 | | | CRUM | WV |
| 1948 | | | NITRO | WV |
| 1949 | | | CHARLTON HEIGHTS | WV |
| 1950 | | | BRENTON | WV |
| 1951 | | | LEON | WV |
| 1952 | | | BRANCHLAND | WV |
| 1953 | | | HOLDEN | WV |
| 1954 | | | SALEM | WV |
| 1955 | | | GLASGOW | WV |
| 1956 | | | WINFIELD | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement  -  Database:  proh
Report Criteria:  Includes  Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 43 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 1957 | | | BUCKHANNON | WV |
| 1958 | | | ELEANOR | WV |
| 1959 | | | RIDGEVIEW | WV |
| 1960 | | | CHARLESTON | WV |
| 1961 | | | GLEN DANIEL | WV |
| 1962 | | | TURTLE CREEK | WV |
| 1963 | | | COWEN | WV |
| 1964 | | | HOLDEN | WV |
| 1965 | | | BUCKHANNON | WV |
| 1966 | | | CLENDENIN | WV |
| 1967 | | | CHAPMANVILLE | WV |
| 1968 | | | PRINCETON | WV |
| 1969 | | | POCA | WV |
| 1970 | | | CHARLESTON | WV |
| 1971 | | | BEAUMONT | WV |
| 1972 | | | AMMA | WV |
| 1973 | | | DELBARTON | WV |
| 1974 | | | WILLIAMSON | WV |
| 1975 | | | POINT PLEASANT | WV |
| 1976 | | | ARNOLDSBURG | WV |
| 1977 | | | MORRISVALE | WV |
| 1978 | | | WHITESVILLE | WV |
| 1979 | | | PINEVILLE | WV |
| 1980 | | | CROSS LANES | WV |
| 1981 | | | WHARTON | WV |
| 1982 | | | CHARLESTON | WV |
| 1983 | | | CHARLESTON | WV |
| 1984 | | | MILLWOOD | WV |
| 1985 | | | TAD | WV |
| 1986 | | | BIG SANDY | WV |
| 1987 | | | WHITESVILLE | WV |
| 1988 | | | POINT PLEASANT | WV |
| 1989 | | | LEON | WV |
| 1990 | | | LETART | WV |
| 1991 | | | CLENDENIN | WV |
| 1992 | | | GLASGOW | WV |
| 1993 | | | CLARKSBURG | WV |
| 1994 | | | CHARLESTON | WV |
| 1995 | | | BRANCHLAND | WV |
| 1996 | | | SUTTON | WV |
| 1997 | | | SISSONVILLE | WV |
| 1998 | | | FORT GAY | WV |
| 1999 | | | GASSAWAY | WV |
| 2000 | | | RAWL | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement  -  Database: proh

Report Criteria: Includes Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 44 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 2001 | | | MAXWELTON | WV |
| 2002 | | | RENOLDSVILLE | WV |
| 2003 | | | KENOVA | WV |
| 2004 | | | WILLIAMSON | WV |
| 2005 | | | DIAMOND | WV |
| 2006 | | | WHEELING | WV |
| 2007 | | | LESAGE | WV |
| 2008 | | | SUMMERSVILLE | WV |
| 2009 | | | HURRICANE | WV |
| 2010 | | | CRAB ORCHARD | WV |
| 2011 | | | LEWISBURG | WV |
| 2012 | | | LYBURN | WV |
| 2013 | | | LYNCO | WV |
| 2014 | | | COAL CITY | WV |
| 2015 | | | WEIRTON | WV |
| 2016 | | | BUFFALO | WV |
| 2017 | | | INDORE | WV |
| 2018 | | | CHARLTON HEIGHTS | WV |
| 2019 | | | HURRICANE | WV |
| 2020 | | | RAVENSWOOD | WV |
| 2021 | | | LASHMEET | WV |
| 2022 | | | BECKLEY | WV |
| 2023 | | | LIZEMORES | WV |
| 2024 | | | MOATSVILLE | WV |
| 2025 | | | PARKERSBURG | WV |
| 2026 | | | LAKE | WV |
| 2027 | | | LEFT HAND | WV |
| 2028 | | | BUFFALO | WV |
| 2029 | | | RIPLEY | WV |
| 2030 | | | ST ALBANS | WV |
| 2031 | | | PARKERSBURG | WV |
| 2032 | | | KENNA | WV |
| 2033 | | | POINT PLEASANT | WV |
| 2034 | | | POINT PLEASANT | WV |
| 2035 | | | GLADE HILL | VA |
| 2036 | | | BEVERLY | WV |
| 2037 | | | GASSAWAY | WV |
| 2038 | | | SCOTTOWN | OH |
| 2039 | | | RAVENSWOOD | WV |
| 2040 | | | SHINNSTON | WV |
| 2041 | | | SHINNSTON | WV |
| 2042 | | | HURRICANE | WV |
| 2043 | | | ELEANOR | WV |
| 2044 | | | YAWKEY | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement  -  Database: proh
Report Criteria:   Includes  Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 45 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 2045 | | | POWELLTON | WV |
| 2046 | | | SISSONVILLE | WV |
| 2047 | | | WILLIAMSON | WV |
| 2048 | | | LAVALETTE | WV |
| 2049 | | | HUNTINGTON | WV |
| 2050 | | | CHATTAROY | WV |
| 2051 | | | CLAY | WV |
| 2052 | | | BEAVER | WV |
| 2053 | | | NITRO | WV |
| 2054 | | | VERDUNVILLE | WV |
| 2055 | | | CHARLESTON | WV |
| 2056 | | | HURRICANE | WV |
| 2057 | | | MONTGOMERY | WV |
| 2058 | | | ELIZABETH | WV |
| 2059 | | | BEAVER | WV |
| 2060 | | | CHARLESTON | WV |
| 2061 | | | BARBOURSVILLE | WV |
| 2062 | | | CLEMMONS | NC |
| 2063 | | | GRANTSVILLE | WV |
| 2064 | | | MINERAL WELLS | WV |
| 2065 | | | MARLINGTON | WV |
| 2066 | | | CHAPMANVILLE | WV |
| 2067 | | | CHESAPEAKE | WV |
| 2068 | | | HUNTINGTON | WV |
| 2069 | | | ST ALBANS | WV |
| 2070 | | | WILKINSON | WV |
| 2071 | | | HUNTINGTON | WV |
| 2072 | | | CRUMPLER | WV |
| 2073 | | | GALLIPOLIS FERRY | WV |
| 2074 | | | PARKERSBURG | WV |
| 2075 | | | SOUTH CHARLESTON | WV |
| 2076 | | | HUNTINGTON | WV |
| 2077 | | | CHARLESTON | WV |
| 2078 | | | SETH | WV |
| 2079 | | | GALLIPOLIS FERRY | WV |
| 2080 | | | OAK HILL | WV |
| 2081 | | | MILTON | WV |
| 2082 | | | CLAY | WV |
| 2083 | | | ALUM CREEK | WV |
| 2084 | | | BARBOURSVILLE | WV |
| 2085 | | | POINT PLEASANT | WV |
| 2086 | | | CHARLESTON | WV |
| 2087 | | | FAIRMONT | WV |
| 2088 | | | PARKERSBURG | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

Timely Consumer Exclusions  06/07/2007 03:41 PM
PROJECT: Premarin Ohio Proposed Settlement - Database: proh   Page 46 of 79
Report Criteria: Includes Excludes XTPP OR XLAT   Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 2089 | | | SCOTT DEPOT | WV |
| 2090 | | | HANDLEY | WV |
| 2091 | | | ST MARYS | WV |
| 2092 | | | CHARLESTON | WV |
| 2093 | | | SINKS GROVE | WV |
| 2094 | | | WEIRTON | WV |
| 2095 | | | ELKVIEW | WV |
| 2096 | | | PRINCETON | WV |
| 2097 | | | COVEL | WV |
| 2098 | | | EAST LYNN | WV |
| 2099 | | | BARBOURSVILLE | WV |
| 2100 | | | FAYETTEVILLE | WV |
| 2101 | | | COTTAGEVILLE | WV |
| 2102 | | | PRINCETON | WV |
| 2103 | | | COOL RIDGE | WV |
| 2104 | | | CRAB ORCHARD | WV |
| 2105 | | | HURRICANE | WV |
| 2106 | | | REEDSVILLE | WV |
| 2107 | | | GORDON | WV |
| 2108 | | | ELKVIEW | WV |
| 2109 | | | HURRICANE | WV |
| 2110 | | | RODERFIELD | WV |
| 2111 | | | ST ALBANS | WV |
| 2112 | | | CHARLESTON | WV |
| 2113 | | | WEIRTON | WV |
| 2114 | | | GASSAWAY | WV |
| 2115 | | | WILEYVILLE | WV |
| 2116 | | | BLOOMINGROSE | WV |
| 2117 | | | OMAR | WV |
| 2118 | | | NEWELL | WV |
| 2119 | | | BECKLEY | WV |
| 2120 | | | OAK HILL | WV |
| 2121 | | | KENNA | WV |
| 2122 | | | HURRICANE | WV |
| 2123 | | | GRANTSVILLE | WV |
| 2124 | | | WALLACE | WV |
| 2125 | | | FARMINGTON | WV |
| 2126 | | | WALTON | WV |
| 2127 | | | BLOOMINGROSE | WV |
| 2128 | | | ARNETT | WV |
| 2129 | | | ASHFORD | WV |
| 2130 | | | EAST LYNN | WV |
| 2131 | | | HENDERSON | WV |
| 2132 | | | CLAY | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

06/07/2007 03:41 PM

PROJECT: Premarin Ohio Proposed Settlement - Database: proh

Page 47 of 79

Report Criteria: Includes Excludes XTPP OR XLAT

Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 2133 | | | CHAPMANVILLE | WV |
| 2134 | | | CHARLESTON | WV |
| 2135 | | | WEST HAMLIN | WV |
| 2136 | | | CHAPMANVILLE | WV |
| 2137 | | | BELLE | WV |
| 2138 | | | BIG CREEK | WV |
| 2139 | | | CROSS LANES | WV |
| 2140 | | | RIPLEY | WV |
| 2141 | | | CRAIGSVILLE | WV |
| 2142 | | | CLARKSBURG | WV |
| 2143 | | | WELLSBURG | WV |
| 2144 | | | DAVIN | WV |
| 2145 | | | RANGER | WV |
| 2146 | | | HUNTINGTON | WV |
| 2147 | | | RAYSAL | WV |
| 2148 | | | SIMON | WV |
| 2149 | | | CHARLESTON | WV |
| 2150 | | | POCA | WV |
| 2151 | | | LENORE | WV |
| 2152 | | | CHARLESTON | WV |
| 2153 | | | SOD | WV |
| 2154 | | | MARLINGTON | WV |
| 2155 | | | SHINNSTON | WV |
| 2156 | | | CHARLESTON | WV |
| 2157 | | | CHAPMANVILLE | WV |
| 2158 | | | BIRCH RIVER | WV |
| 2159 | | | SISSONVILLE | WV |
| 2160 | | | CROSS LANES | WV |
| 2161 | | | BALD KNOB | WV |
| 2162 | | | STOLLINGS | WV |
| 2163 | | | FAYETTEVILLE | WV |
| 2164 | | | RICHWOOD | WV |
| 2165 | | | CRUM | WV |
| 2166 | | | FOREST HILL | WV |
| 2167 | | | MONAVILLE | WV |
| 2168 | | | ST ALBANS | WV |
| 2169 | | | FAIRMONT | WV |
| 2170 | | | RAVENSWOOD | WV |
| 2171 | | | WEST HAMLIN | WV |
| 2172 | | | LYBURN | WV |
| 2173 | | | NEW CUMBERLAND | WV |
| 2174 | | | LEWISBURG | WV |
| 2175 | | | KIMBALL | WV |
| 2176 | | | BUCKHANNON | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

06/07/2007 03:41 PM

PROJECT: Premarin Ohio Proposed Settlement - Database: proh

Page 48 of 79

Report Criteria: Includes Excludes XTPP OR XLAT

Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 2177 | | | ACCOVILLE | WV |
| 2178 | | | MILTON | WV |
| 2179 | | | MILTON | WV |
| 2180 | | | MORGANTOWN | WV |
| 2181 | | | PANTHER | WV |
| 2182 | | | LIBERTY | WV |
| 2183 | | | PRINCETON | WV |
| 2184 | | | COMFORT | WV |
| 2185 | | | WHITESVILLE | WV |
| 2186 | | | APPLE GROVE | WV |
| 2187 | | | RAYSAL | WV |
| 2188 | | | MONTGOMERY | WV |
| 2189 | | | STEPHENSON | WV |
| 2190 | | | LYBURN | WV |
| 2191 | | | HUNTINGTON | WV |
| 2192 | | | BLOUNT | WV |
| 2193 | | | WEBSTER SPRINGS | WV |
| 2194 | | | MINERAL WELLS | WV |
| 2195 | | | ANMOORE | WV |
| 2196 | | | CHARLESTON | WV |
| 2197 | | | HUNTINGTON | WV |
| 2198 | | | HUNTINGTON | WV |
| 2199 | | | CHARLESTON | WV |
| 2200 | | | CLARKSBURG | WV |
| 2201 | | | WILLIAMSON | WV |
| 2202 | | | DANVILLE | WV |
| 2203 | | | STANAFORD | WV |
| 2204 | | | CLAY | WV |
| 2205 | | | CROSS LANES | WV |
| 2206 | | | CAMDEN ON GAULEY | WV |
| 2207 | | | MADISON | WV |
| 2208 | | | VERDUNVILLE | WV |
| 2209 | | | LOGAN | WV |
| 2210 | | | FAIRMONT | WV |
| 2211 | | | POINT PLEASANT | WV |
| 2212 | | | LYBURN | WV |
| 2213 | | | WAYNE | WV |
| 2214 | | | HURRICANE | WV |
| 2215 | | | LOGAN | WV |
| 2216 | | | WEST HAMLIN | WV |
| 2217 | | | EAST LYNN | WV |
| 2218 | | | COAL CITY | WV |
| 2219 | | | GASSAWAY | WV |
| 2220 | | | RACINE | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement  -  Database: proh
Report Criteria:  Includes  Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 49 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 2221 | | | POCA | WV |
| 2222 | | | ST ALBANS | WV |
| 2223 | | | RIPLEY | WV |
| 2224 | | | POINT PLEASANT | WV |
| 2225 | | | DELBARTON | WV |
| 2226 | | | GENOA | WV |
| 2227 | | | DUNLOW | WV |
| 2228 | | | DUNLOW | WV |
| 2229 | | | ELEANOR | WV |
| 2230 | | | WELLSBURG | WV |
| 2231 | | | CHAPMANVILLE | WV |
| 2232 | | | OCEANA | WV |
| 2233 | | | PRINCETON | WV |
| 2234 | | | MARMET | WV |
| 2235 | | | WEBSTER SPRINGS | WV |
| 2236 | | | WILLIAMSTOWN | WV |
| 2237 | | | GARY | WV |
| 2238 | | | EDGEWATER | FL |
| 2239 | | | CLARKSBURG | WV |
| 2240 | | | CHARLESTON | WV |
| 2241 | | | HUNTINGTON | WV |
| 2242 | | | BEAVER | WV |
| 2243 | | | PARKERSBURG | WV |
| 2244 | | | CHARLESTON | WV |
| 2245 | | | TALLMANSVILLE | WV |
| 2246 | | | MULLENS | WV |
| 2247 | | | SOUTH CHARLESTON | WV |
| 2248 | | | HARTS | WV |
| 2249 | | | CORA | WV |
| 2250 | | | ST MARY | WV |
| 2251 | | | BIM | WV |
| 2252 | | | CHARLESTON | WV |
| 2253 | | | PORTSMOUTH | OH |
| 2254 | | | CHESAPEAKE | WV |
| 2255 | | | BECKLEY | WV |
| 2256 | | | VIENNA | WV |
| 2257 | | | APPLE GROVE | WV |
| 2258 | | | JODIE | WV |
| 2259 | | | KIMBALL | WV |
| 2260 | | | HICO | WV |
| 2261 | | | LEET | WV |
| 2262 | | | SUTTON | WV |
| 2263 | | | HUNTINGTON | WV |
| 2264 | | | WILLIAMSON | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement  -  Database:  proh

Report Criteria:   Includes  Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 50 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 2265 | | | CHAPMANVILLE | WV |
| 2266 | | | WESTON | WV |
| 2267 | | | NEWNAN | GA |
| 2268 | | | WEBSTER SPRINGS | WV |
| 2269 | | | IVYDALE | WV |
| 2270 | | | DANESE | WV |
| 2271 | | | SISSONVILLE | WV |
| 2272 | | | IAEGER | WV |
| 2273 | | | ELKVIEW | WV |
| 2274 | | | SPENCER | WV |
| 2275 | | | WORTHINGTON | WV |
| 2276 | | | MINERAL WELLS | WV |
| 2277 | | | EAST LYNN | WV |
| 2278 | | | FORT GAY | WV |
| 2279 | | | BUCKHANNON | WV |
| 2280 | | | MOUNT HOPE | WV |
| 2281 | | | WELLSBURG | WV |
| 2282 | | | BARBOURSVILLE | WV |
| 2283 | | | DELBARTON | WV |
| 2284 | | | KENOVA | WV |
| 2285 | | | OMAR | WV |
| 2286 | | | CHARLESTON | WV |
| 2287 | | | CHARLESTON | WV |
| 2288 | | | WHEELING | WV |
| 2289 | | | CRAIGSVILLE | WV |
| 2290 | | | CHARLESTON | WV |
| 2291 | | | ELKVIEW | WV |
| 2292 | | | GOBELS | MI |
| 2293 | | | BRENTON | WV |
| 2294 | | | DUNBAR | WV |
| 2295 | | | SETH | WV |
| 2296 | | | DROOP | WV |
| 2297 | | | FORT GAY | WV |
| 2298 | | | ST ALBANS | WV |
| 2299 | | | BELINGTON | WV |
| 2300 | | | PRINCETON | WV |
| 2301 | | | VERDUNVILLE | WV |
| 2302 | | | CIRCLEVILLE | OH |
| 2303 | | | CHARLESTON | WV |
| 2304 | | | HUNTINGTON | WV |
| 2305 | | | REEDY | WV |
| 2306 | | | CHARLESTON | WV |
| 2307 | | | MILTON | WV |
| 2308 | | | HOLDEN | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

06/07/2007 03:41 PM

PROJECT: Premarin Ohio Proposed Settlement - Database: proh

Page 51 of 79

Report Criteria: Includes Excludes XTPP OR XLAT

Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 2309 | | | ST ALBANS | WV |
| 2310 | | | CHARLESTON | WV |
| 2311 | | | HEPZIBAH | WV |
| 2312 | | | SOUTH CHARLESTON | WV |
| 2313 | | | HENDERSON | WV |
| 2314 | | | NITRO | WV |
| 2315 | | | HUNTINGTON | WV |
| 2316 | | | WHITE SULPHUR SPRINGS | WV |
| 2317 | | | CHARLESTON | WV |
| 2318 | | | SOUTH CHARLESTON | WV |
| 2319 | | | GAULEY BRIDGE | WV |
| 2320 | | | HERNDON | WV |
| 2321 | | | GIVEN | WV |
| 2322 | | | SOUTH CHARLESTON | WV |
| 2323 | | | CHARLESTON | WV |
| 2324 | | | ELKVIEW | WV |
| 2325 | | | SUMMERSVILLE | WV |
| 2326 | | | ST ALBANS | WV |
| 2327 | | | CLENDENIN | WV |
| 2328 | | | ST ALBANS | WV |
| 2329 | | | HUNTINGTON | WV |
| 2330 | | | HUNTINGTON | WV |
| 2331 | | | MORGANTOWN | WV |
| 2332 | | | CROSS LANES | WV |
| 2333 | | | RANGER | WV |
| 2334 | | | CHARLESTON | WV |
| 2335 | | | ONA | WV |
| 2336 | | | BELLE | WV |
| 2337 | | | CRAIGSVILLE | WV |
| 2338 | | | SOUTH CHARLESTON | WV |
| 2339 | | | HUNTINGTON | WV |
| 2340 | | | FRAZIERS BOTTOM | WV |
| 2341 | | | SALT ROCK | WV |
| 2342 | | | ELKINS | WV |
| 2343 | | | WEST HAMLIN | WV |
| 2344 | | | CHARLESTON | WV |
| 2345 | | | RACINE | VA |
| 2346 | | | CORINNE | WV |
| 2347 | | | DAVIN | WV |
| 2348 | | | OCEANA | WV |
| 2349 | | | NITRO | WV |
| 2350 | | | CHARLESTON | WV |
| 2351 | | | STOLLINGS | WV |
| 2352 | | | FAYETTEVILLE | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions
PROJECT: Premarin Ohio Proposed Settlement  -  Database:  proh
Report Criteria:  Includes  Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 52 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 2353 | | | WILLIAMSON | WV |
| 2354 | | | NEW HAVEN | WV |
| 2355 | | | KENOVA | WV |
| 2356 | | | ELKINS | WV |
| 2357 | | | FAIRMONT | WV |
| 2358 | | | PAX | WV |
| 2359 | | | SISSONVILLE | WV |
| 2360 | | | HUNTINGTON | WV |
| 2361 | | | WASHINGTON | WV |
| 2362 | | | WEST HAMLIN | WV |
| 2363 | | | NITRO | WV |
| 2364 | | | BOB WHITE | WV |
| 2365 | | | THACKER | WV |
| 2366 | | | GIVEN | WV |
| 2367 | | | CLENDENIN | WV |
| 2368 | | | ST ALBANS | WV |
| 2369 | | | LESTER | WV |
| 2370 | | | WEIRTON | WV |
| 2371 | | | SHREWSBURY | WV |
| 2372 | | | WELCH | WV |
| 2373 | | | ELKVIEW | WV |
| 2374 | | | KIMBERLY | WV |
| 2375 | | | MOUNT HOPE | WV |
| 2376 | | | ST ALBANS | WV |
| 2377 | | | SCOTT DEPOT | WV |
| 2378 | | | WELLSBURG | WV |
| 2379 | | | KERMIT | WV |
| 2380 | | | PRINCETON | WV |
| 2381 | | | SUMMERSVILLE | WV |
| 2382 | | | JUMPING BRANCH | WV |
| 2383 | | | DUNBAR | WV |
| 2384 | | | CHARLESTON | WV |
| 2385 | | | MONAVILLE | WV |
| 2386 | | | GLEN JEAN | WV |
| 2387 | | | HURRICANE | WV |
| 2388 | | | POCA | WV |
| 2389 | | | HUNTINGTON | WV |
| 2390 | | | MORGANTOWN | WV |
| 2391 | | | RED HOUSE | WV |
| 2392 | | | HUNTINGTON | WV |
| 2393 | | | HUNTINGTON | WV |
| 2394 | | | GLASGOW | WV |
| 2395 | | | CEREDO | WV |
| 2396 | | | MONTGOMERY | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh

Report Criteria:  Includes  Excludes XTPP OR XLAT

06/07/2007 03:41 PM

Page 53 of 79

Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 2397 | | | SUMERCO | WV |
| 2398 | | | NITRO | WV |
| 2399 | | | VIENNA | WV |
| 2400 | | | SCARBRO | WV |
| 2401 | | | BRENTON | WV |
| 2402 | | | LYBURN | WV |
| 2403 | | | ASHFORD | WV |
| 2404 | | | AVONDALE | WV |
| 2405 | | | HARTS | WV |
| 2406 | | | SCARBRO | WV |
| 2407 | | | ELEANOR | WV |
| 2408 | | | POINT PLEASANT | WV |
| 2409 | | | SUMMERSVILLE | WV |
| 2410 | | | WHEELING | WV |
| 2411 | | | NITRO | WV |
| 2412 | | | HUNTINGTON | WV |
| 2413 | | | GLENWOOD | WV |
| 2414 | | | ANAWALT | WV |
| 2415 | | | SOUTH CHARLESTON | WV |
| 2416 | | | BUCKHANNON | WV |
| 2417 | | | FLEMINGTON | WV |
| 2418 | | | BRANCHLAND | WV |
| 2419 | | | SCOTT DEPOT | WV |
| 2420 | | | HILL TOP | WV |
| 2421 | | | ST ALBANS | WV |
| 2422 | | | WHARNCLIFFE | WV |
| 2423 | | | DUNBAR | WV |
| 2424 | | | SUTTON | WV |
| 2425 | | | MOUNT LOOKOUT | WV |
| 2426 | | | BLUEFIELD | WV |
| 2427 | | | OCEANA | WV |
| 2428 | | | CHAPMANVILLE | WV |
| 2429 | | | GLEN | WV |
| 2430 | | | SCARBRO | WV |
| 2431 | | | RAVENSWOOD | WV |
| 2432 | | | THOMAS | WV |
| 2433 | | | LENORE | WV |
| 2434 | | | BANCROFT | WV |
| 2435 | | | WINFIELD | WV |
| 2436 | | | LAVALETTE | WV |
| 2437 | | | NITRO | WV |
| 2438 | | | GYPSY | WV |
| 2439 | | | MADISON | WV |
| 2440 | | | CRAB ORCHARD | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

06/07/2007 03:41 PM

PROJECT: Premarin Ohio Proposed Settlement - Database: proh

Page 54 of 79

Report Criteria: Includes Excludes XTPP OR XLAT

Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 2441 | | | LOGAN | WV |
| 2442 | | | MORGANTOWN | WV |
| 2443 | | | MAXWELTON | WV |
| 2444 | | | SALEM | WV |
| 2445 | | | LIZEMORES | WV |
| 2446 | | | STRANGE CREEK | WV |
| 2447 | | | MINNORA | WV |
| 2448 | | | FOLLANSBEE | WV |
| 2449 | | | TELFORD | TN |
| 2450 | | | WHITESVILLE | WV |
| 2451 | | | RAVENSWOOD | WV |
| 2452 | | | LETART | WV |
| 2453 | | | ELIZABETH | WV |
| 2454 | | | RONCEVERTE | WV |
| 2455 | | | FAIRMONT | WV |
| 2456 | | | ELKINS | WV |
| 2457 | | | PARKERSBURG | WV |
| 2458 | | | FRENCH CREEK | WV |
| 2459 | | | LETART | WV |
| 2460 | | | COLLIERS | WV |
| 2461 | | | NAOMA | WV |
| 2462 | | | DUNBAR | WV |
| 2463 | | | GALLIPOLIS FERRY | WV |
| 2464 | | | LIZEMORES | WV |
| 2465 | | | BECKLEY | WV |
| 2466 | | | MARMET | WV |
| 2467 | | | WELCH | WV |
| 2468 | | | TAD | WV |
| 2469 | | | DUNBAR | WV |
| 2470 | | | SHOALS | WV |
| 2471 | | | JOLO | WV |
| 2472 | | | CULLODEN | WV |
| 2473 | | | CHARLESTON | WV |
| 2474 | | | HILLSBORO | WV |
| 2475 | | | WHARNCLIFFE | WV |
| 2476 | | | PARKERSBURG | WV |
| 2477 | | | WHEELING | WV |
| 2478 | | | MOUNT HOPE | WV |
| 2479 | | | SCOTT DEPOT | WV |
| 2480 | | | LAVALETTE | WV |
| 2481 | | | MOUNT CLAIRE | WV |
| 2482 | | | MARLINGTON | WV |
| 2483 | | | MOUNT GAY | WV |
| 2484 | | | WAYNE | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement - Database: proh
Report Criteria: Includes Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 55 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 2485 | | | ELKVIEW | WV |
| 2486 | | | WEIRTON | WV |
| 2487 | | | ERBACON | WV |
| 2488 | | | RAINELLE | WV |
| 2489 | | | MILTON | WV |
| 2490 | | | MARLINGTON | WV |
| 2491 | | | HANOVER | WV |
| 2492 | | | ELKVIEW | WV |
| 2493 | | | FENWICK | WV |
| 2494 | | | WHEELING | WV |
| 2495 | | | MADISON | WV |
| 2496 | | | FAIRMONT | WV |
| 2497 | | | POINT PLEASANT | WV |
| 2498 | | | CANVAS | WV |
| 2499 | | | DUNBAR | WV |
| 2500 | | | NITRO | WV |
| 2501 | | | MILTON | WV |
| 2502 | | | WELCH | WV |
| 2503 | | | CHARLESTON | WV |
| 2504 | | | BLUEFIELD | WV |
| 2505 | | | SETH | WV |
| 2506 | | | DUNLOW | WV |
| 2507 | | | CHAPMANVILLE | WV |
| 2508 | | | WHARTON | WV |
| 2509 | | | ROCK CAVE | WV |
| 2510 | | | ASHFORD | WV |
| 2511 | | | WEST HAMLIN | WV |
| 2512 | | | MEADOR | WV |
| 2513 | | | HUNTINGTON | WV |
| 2514 | | | TIOGA | WV |
| 2515 | | | FOLLANSBEE | WV |
| 2516 | | | SALT ROCK | WV |
| 2517 | | | HURRICANE | WV |
| 2518 | | | NALLEN | WV |
| 2519 | | | FLATWOODS | WV |
| 2520 | | | FAYETTEVILLE | WV |
| 2521 | | | MADISON | WV |
| 2522 | | | BLUEFIELD | WV |
| 2523 | | | LEON | WV |
| 2524 | | | CABIN CREEK | WV |
| 2525 | | | HUNTINGTON | WV |
| 2526 | | | CULLODEN | WV |
| 2527 | | | BRISTOL | VA |
| 2528 | | | CHARLESTON | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh
Report Criteria:  Includes  Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 56 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 2529 | | | PRINCETON | WV |
| 2530 | | | NEW MARTINSVILLE | WV |
| 2531 | | | CHARLESTON | WV |
| 2532 | | | PRICHARD | WV |
| 2533 | | | DELBARTON | WV |
| 2534 | | | OAK HILL | WV |
| 2535 | | | BECKLEY | WV |
| 2536 | | | CRAB ORCHARD | WV |
| 2537 | | | POCA | WV |
| 2538 | | | APPLE GROVE | WV |
| 2539 | | | ELKINS | WV |
| 2540 | | | CHARLESTON | WV |
| 2541 | | | NORTH SPRINGS | VA |
| 2542 | | | CRAIGSVILLE | WV |
| 2543 | | | FAIRVIEW | WV |
| 2544 | | | CHARLESTON | WV |
| 2545 | | | GILBERT | WV |
| 2546 | | | CHARLESTON | WV |
| 2547 | | | GAINSVILLE | VA |
| 2548 | | | WILKINSON | WV |
| 2549 | | | SCOTT DEPOT | WV |
| 2550 | | | CHARLESTON | WV |
| 2551 | | | KERMIT | WV |
| 2552 | | | MASON | WV |
| 2553 | | | FRAZIERS BOTTOM | WV |
| 2554 | | | WALTON | WV |
| 2555 | | | KENOVA | WV |
| 2556 | | | CHARLESTON | WV |
| 2557 | | | MILLWOOD | WV |
| 2558 | | | LONG BEACH | CA |
| 2559 | | | HANOVER | WV |
| 2560 | | | CLARKSBURG | WV |
| 2561 | | | PRINCETON | WV |
| 2562 | | | JANE LEW | WV |
| 2563 | | | SISSONVILLE | WV |
| 2564 | | | HUNTINGTON | WV |
| 2565 | | | GRIFFITHSVILLE | WV |
| 2566 | | | VERDUNVILLE | WV |
| 2567 | | | WEBSTER SPRINGS | WV |
| 2568 | | | LYBURN | WV |
| 2569 | | | MATEWAN | WV |
| 2570 | | | SUTTON | WV |
| 2571 | | | ST ALBANS | WV |
| 2572 | | | DELBARTON | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement - Database: proh
Report Criteria: Includes Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 57 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 2573 | | | ELBERT | WV |
| 2574 | | | MILTON | WV |
| 2575 | | | RUPERT | WV |
| 2576 | | | WESTON | WV |
| 2577 | | | NEW CUMBERLAND | WV |
| 2578 | | | WEIRTON | WV |
| 2579 | | | CHAPMANVILLE | WV |
| 2580 | | | MILTON | WV |
| 2581 | | | BUFFALO | WV |
| 2582 | | | MT CLARE | WV |
| 2583 | | | CHARLESTON | WV |
| 2584 | | | CRUM | WV |
| 2585 | | | ST ALBANS | WV |
| 2586 | | | PRINCETON | WV |
| 2587 | | | BECKLEY | WV |
| 2588 | | | PRINCETON | WV |
| 2589 | | | ROCK CREEK | WV |
| 2590 | | | VIENNA | WV |
| 2591 | | | HANSFORD | WV |
| 2592 | | | WEST HAMLIN | WV |
| 2593 | | | PRINCETON | WV |
| 2594 | | | RONCEVERTE | WV |
| 2595 | | | HUNTINGTON | WV |
| 2596 | | | MATOAKA | WV |
| 2597 | | | LASHMEET | WV |
| 2598 | | | BECKLEY | WV |
| 2599 | | | MOUNT CLAIRE | WV |
| 2600 | | | CHARLESTON | WV |
| 2601 | | | BECKLEY | WV |
| 2602 | | | HURRICANE | WV |
| 2603 | | | SCOTT DEPOT | WV |
| 2604 | | | HUNTINGTON | WV |
| 2605 | | | SOUTH CHARLESTON | WV |
| 2606 | | | CHARLESTON | WV |
| 2607 | | | GLEN ROGERS | WV |
| 2608 | | | JEFFREY | WV |
| 2609 | | | PARKERSBURG | WV |
| 2610 | | | MILLWOOD | WV |
| 2611 | | | ELKVIEW | WV |
| 2612 | | | CHARLESTON | WV |
| 2613 | | | GILBERT | WV |
| 2614 | | | CHARLESTON | WV |
| 2615 | | | HUNTINGTON | WV |
| 2616 | | | JUMPING BRANCH | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions
PROJECT: Premarin Ohio Proposed Settlement  -  Database:  proh
Report Criteria:  Includes  Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 58 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 2617 | | | CHARLESTON | WV |
| 2618 | | | SANDYVILLE | WV |
| 2619 | | | SISSONVILLE | WV |
| 2620 | | | WELLSBURG | WV |
| 2621 | | | RIPLEY | WV |
| 2622 | | | RAVENSWOOD | WV |
| 2623 | | | BUCKHANNON | WV |
| 2624 | | | LEWISBURG | WV |
| 2625 | | | RIDGEVIEW | WV |
| 2626 | | | VIENNA | WV |
| 2627 | | | MARMET | WV |
| 2628 | | | BARBOURSVILLE | WV |
| 2629 | | | DANVILLE | WV |
| 2630 | | | RED HOUSE | WV |
| 2631 | | | MONTGOMERY | WV |
| 2632 | | | WEIRTON | WV |
| 2633 | | | CHAPMANVILLE | WV |
| 2634 | | | CHARLESTON | WV |
| 2635 | | | FRAZIERS BOTTOM | WV |
| 2636 | | | MOUNDSVILLE | WV |
| 2637 | | | CHARLESTON | WV |
| 2638 | | | CHARLESTON | WV |
| 2639 | | | SISSONVILLE | WV |
| 2640 | | | FOLLANSBEE | WV |
| 2641 | | | RONCEVERTE | WV |
| 2642 | | | LOGAN | WV |
| 2643 | | | HUNTINGTON | WV |
| 2644 | | | OAK HILL | WV |
| 2645 | | | BELLE | WV |
| 2646 | | | HINTON | WV |
| 2647 | | | PRINCETON | WV |
| 2648 | | | BEVERLY | WV |
| 2649 | | | CHARLESTON | WV |
| 2650 | | | BARRETT | WV |
| 2651 | | | BRANCHLAND | WV |
| 2652 | | | VIENNA | WV |
| 2653 | | | RIPLEY | WV |
| 2654 | | | MOHAWK | WV |
| 2655 | | | PARKERSBURG | WV |
| 2656 | | | CRAIGSVILLE | WV |
| 2657 | | | SCARBRO | WV |
| 2658 | | | WHITMER | WV |
| 2659 | | | HUNTINGTON | WV |
| 2660 | | | GRANTSVILLE | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions
PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh
Report Criteria:  Includes  Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 59 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 2661 | | | ELKVIEW | WV |
| 2662 | | | LIBERTY | WV |
| 2663 | | | ST ALBANS | WV |
| 2664 | | | CHARLESTON | WV |
| 2665 | | | CRAIGSVILLE | WV |
| 2666 | | | ELKVIEW | WV |
| 2667 | | | MILTON | WV |
| 2668 | | | BECKLEY | WV |
| 2669 | | | SWITZER | WV |
| 2670 | | | PRINCETON | WV |
| 2671 | | | CRAIGSVILLE | WV |
| 2672 | | | BELLE | WV |
| 2673 | | | WILSIE | WV |
| 2674 | | | BOLT | WV |
| 2675 | | | COAL CITY | WV |
| 2676 | | | CHARLESTON | WV |
| 2677 | | | CANNELTON | WV |
| 2678 | | | FRAZIERS BOTTOM | WV |
| 2679 | | | VERNER | WV |
| 2680 | | | CABIN CREEK | WV |
| 2681 | | | TURTLE CREEK | WV |
| 2682 | | | WILLIAMSON | WV |
| 2683 | | | CROSS LANES | WV |
| 2684 | | | ST ALBANS | WV |
| 2685 | | | SCARBRO | WV |
| 2686 | | | GLENDALE | AZ |
| 2687 | | | GLENDALE | AZ |
| 2688 | | | DIANA | WV |
| 2689 | | | NETTIE | WV |
| 2690 | | | ST ALBANS | WV |
| 2691 | | | PRINCETON | WV |
| 2692 | | | DUNBAR | WV |
| 2693 | | | TAD | WV |
| 2694 | | | MANNINGTON | WV |
| 2695 | | | CHARLESTON | WV |
| 2696 | | | CEREDO | WV |
| 2697 | | | FRAZIERS BOTTOM | WV |
| 2698 | | | CLARKSBURG | WV |
| 2699 | | | RANGER | WV |
| 2700 | | | NEW MARTINSVILLE | WV |
| 2701 | | | MATHENY | WV |
| 2702 | | | ALUM CREEK | WV |
| 2703 | | | PENNSBORO | WV |
| 2704 | | | POINT PLEASANT | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

06/07/2007 03:41 PM  
PROJECT: Premarin Ohio Proposed Settlement   -   Database: proh  
Page 60 of 79  
Report Criteria:   Includes   Excludes XTPP OR XLAT  
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 2705 | | | CHARLESTON | WV |
| 2706 | | | DAVISVILLE | WV |
| 2707 | | | WINFIELD | WV |
| 2708 | | | CEDAR GROVE | WV |
| 2709 | | | MILLWOOD | WV |
| 2710 | | | RAINELLE | WV |
| 2711 | | | GALLIPOLIS FERRY | WV |
| 2712 | | | HUNTINGTON | WV |
| 2713 | | | BLUEFIELD | WV |
| 2714 | | | WEIRTON | WV |
| 2715 | | | LYBURN | WV |
| 2716 | | | JANE LEW | WV |
| 2717 | | | BOB WHITE | WV |
| 2718 | | | LORADO | WV |
| 2719 | | | FANROCK | WV |
| 2720 | | | HARTS | WV |
| 2721 | | | GLEN FORK | WV |
| 2722 | | | CHARLESTON | WV |
| 2723 | | | NITRO | WV |
| 2724 | | | PARKERSBURG | WV |
| 2725 | | | COAL CITY | WV |
| 2726 | | | PRINCETON | WV |
| 2727 | | | CABIN CREEK | WV |
| 2728 | | | HUNTINGTON | WV |
| 2729 | | | BLUEFIELD | WV |
| 2730 | | | NITRO | WV |
| 2731 | | | WYATT | WV |
| 2732 | | | SCOTT DEPOT | WV |
| 2733 | | | ETHEL | WV |
| 2734 | | | GILBERT | WV |
| 2735 | | | HURRICANE | WV |
| 2736 | | | CLARKSBURG | WV |
| 2737 | | | BECKLEY | WV |
| 2738 | | | POINT PLEASANT | WV |
| 2739 | | | CANNELTON | WV |
| 2740 | | | MASON | WV |
| 2741 | | | ELKVIEW | WV |
| 2742 | | | SOUTH CHARLESTON | WV |
| 2743 | | | HUNTINGTON | WV |
| 2744 | | | WEIRTON | WV |
| 2745 | | | CHARLESTON | WV |
| 2746 | | | BEECH BOTTOM | WV |
| 2747 | | | CHAPMANVILLE | WV |
| 2748 | | | BELLE | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.