# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement   -   Database: proh

Report Criteria:  Includes  Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 61 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 2749 | | | WHITMAN | WV |
| 2750 | | | BECKLEY | WV |
| 2751 | | | CHAPMANVILLE | WV |
| 2752 | | | FAIRMONT | WV |
| 2753 | | | BUCKHANNON | WV |
| 2754 | | | WEIRTON | WV |
| 2755 | | | HUNTINGTON | WV |
| 2756 | | | PARKERSBURG | WV |
| 2757 | | | MASON | WV |
| 2758 | | | FAIRMONT | WV |
| 2759 | | | HUNTINGTON | WV |
| 2760 | | | OAK HILL | WV |
| 2761 | | | COWEN | WV |
| 2762 | | | TERRA ALTA | WV |
| 2763 | | | HUNTINGTON | WV |
| 2764 | | | FAYETTEVILLE | WV |
| 2765 | | | BECKLEY | WV |
| 2766 | | | CYCLONE | WV |
| 2767 | | | HUNTINGTON | WV |
| 2768 | | | LAVALETTE | WV |
| 2769 | | | BUFFALO | WV |
| 2770 | | | DRY BRANCH | WV |
| 2771 | | | HUNTINGTON | WV |
| 2772 | | | BUCKHANNON | WV |
| 2773 | | | BECKLEY | WV |
| 2774 | | | CHARLESTON | WV |
| 2775 | | | NITRO | WV |
| 2776 | | | WEIRTON | WV |
| 2777 | | | ELKVIEW | WV |
| 2778 | | | CHARLESTON | WV |
| 2779 | | | MADISON | WV |
| 2780 | | | SCARBRO | WV |
| 2781 | | | JEFFREY | WV |
| 2782 | | | HURRICANE | WV |
| 2783 | | | ST ALBANS | WV |
| 2784 | | | SOD | WV |
| 2785 | | | STONEWOOD | WV |
| 2786 | | | DANVILLE | WV |
| 2787 | | | BARBOURSVILLE | WV |
| 2788 | | | INDORE | WV |
| 2789 | | | TAD | WV |
| 2790 | | | PARSONS | WV |
| 2791 | | | TALLMANSVILLE | WV |
| 2792 | | | AMIGO | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh
Report Criteria:   Includes  Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 62 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 2793 | | | HUNTINGTON | WV |
| 2794 | | | PEYTONA | WV |
| 2795 | | | BIG SANDY | WV |
| 2796 | | | HUGHESTON | WV |
| 2797 | | | PINEVILLE | WV |
| 2798 | | | CHARMCO | WV |
| 2799 | | | COLCORD | WV |
| 2800 | | | SUMMERSVILLE | WV |
| 2801 | | | NEW HAVEN | WV |
| 2802 | | | POCA | WV |
| 2803 | | | PRINCETON | WV |
| 2804 | | | CRAIGSVILLE | WV |
| 2805 | | | POINT PLEASANT | WV |
| 2806 | | | NEWTON | WV |
| 2807 | | | SOUTH CHARLESTON | WV |
| 2808 | | | PECKS MILL | WV |
| 2809 | | | HUNTINGTON | WV |
| 2810 | | | ST ALBANS | WV |
| 2811 | | | CULLODEN | WV |
| 2812 | | | PARKERSBURG | WV |
| 2813 | | | CHAPMANVILLE | WV |
| 2814 | | | GILBERT | WV |
| 2815 | | | SOUTH CHARLESTON | WV |
| 2816 | | | RANGER | WV |
| 2817 | | | MADISON | WV |
| 2818 | | | CLARKSBURG | WV |
| 2819 | | | CHARLESTON | WV |
| 2820 | | | WEST HAMLIN | WV |
| 2821 | | | SURVEYOR | WV |
| 2822 | | | SOUTH CHARLESTON | WV |
| 2823 | | | PRINCETON | WV |
| 2824 | | | MONTERVILLE | WV |
| 2825 | | | LYBURN | WV |
| 2826 | | | GALLIPOLIS FERRY | WV |
| 2827 | | | PINEVILLE | WV |
| 2828 | | | MONTGOMERY | WV |
| 2829 | | | CHARLESTON | WV |
| 2830 | | | BECKLEY | WV |
| 2831 | | | TALLMANSVILLE | WV |
| 2832 | | | LIBERTY | WV |
| 2833 | | | MOUNT NEBO | WV |
| 2834 | | | BLUEFIELD | WV |
| 2835 | | | SISSONVILLE | WV |
| 2836 | | | MATOAKA | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

06/07/2007 03:41 PM

PROJECT: Premarin Ohio Proposed Settlement  -  Database: proh

Page 63 of 79

Report Criteria: Includes  Excludes XTPP OR XLAT

Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 2837 | | | OAK HILL | WV |
| 2838 | | | ST ALBANS | WV |
| 2839 | | | OCEANA | WV |
| 2840 | | | GRAFTON | WV |
| 2841 | | | ELIZABETH | WV |
| 2842 | | | SMITHFIELD | WV |
| 2843 | | | PARKERSBURG | WV |
| 2844 | | | RIPLEY | WV |
| 2845 | | | RAVENSWOOD | WV |
| 2846 | | | CHARLESTON | WV |
| 2847 | | | CHAPMANVILLE | WV |
| 2848 | | | OMAR | WV |
| 2849 | | | SOUTH CHARLESTON | WV |
| 2850 | | | WHEELING | WV |
| 2851 | | | OCEANA | WV |
| 2852 | | | CHARLESTON | WV |
| 2853 | | | OCEANA | WV |
| 2854 | | | FRAZIERS BOTTOM | WV |
| 2855 | | | OTTAWA | WV |
| 2856 | | | CHAPMANVILLE | WV |
| 2857 | | | SOPHIA | WV |
| 2858 | | | WELCH | WV |
| 2859 | | | HURRICANE | WV |
| 2860 | | | HARTS | WV |
| 2861 | | | ELKVIEW | WV |
| 2862 | | | HUNTINGTON | WV |
| 2863 | | | DEEPWATER | WV |
| 2864 | | | BRANCHLAND | WV |
| 2865 | | | HUNTINGTON | WV |
| 2866 | | | PROCIOUS | WV |
| 2867 | | | CHATTAROY | WV |
| 2868 | | | HUNTINGTON | WV |
| 2869 | | | BRANCHLAND | WV |
| 2870 | | | MECHANICSVILLE | VA |
| 2871 | | | BECKLEY | WV |
| 2872 | | | NORTH PORT | FL |
| 2873 | | | MAN | WV |
| 2874 | | | MOUNDSVILLE | WV |
| 2875 | | | CHARLESTON | WV |
| 2876 | | | CLENDENIN | WV |
| 2877 | | | CHARLESTON | WV |
| 2878 | | | KENNA | WV |
| 2879 | | | CRAIGSVILLE | WV |
| 2880 | | | BRIDGEPORT | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh
Report Criteria:   Includes  Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 64 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 2881 | | | HUNTINGTON | WV |
| 2882 | | | DANVILLE | WV |
| 2883 | | | CHARLESTON | WV |
| 2884 | | | MAMMOTH | WV |
| 2885 | | | CROSS LANES | WV |
| 2886 | | | POCA | WV |
| 2887 | | | LESTER | WV |
| 2888 | | | LEON | WV |
| 2889 | | | HUNTINGTON | WV |
| 2890 | | | BECKLEY | WV |
| 2891 | | | SKELTON | WV |
| 2892 | | | CHARLESTON | WV |
| 2893 | | | LANARK | WV |
| 2894 | | | MARMET | WV |
| 2895 | | | BLUEFIELD | WV |
| 2896 | | | WEBSTER SPRINGS | WV |
| 2897 | | | BECKLEY | WV |
| 2898 | | | RIPLEY | WV |
| 2899 | | | SOUTH CHARLESTON | WV |
| 2900 | | | UPPER GLADE | WV |
| 2901 | | | CHARLESTON | WV |
| 2902 | | | POCA | WV |
| 2903 | | | CULLODEN | WV |
| 2904 | | | MILTON | WV |
| 2905 | | | HAMLIN | WV |
| 2906 | | | HUNTINGTON | WV |
| 2907 | | | NITRO | WV |
| 2908 | | | VARNEY | WV |
| 2909 | | | ONA | WV |
| 2910 | | | WILLIAMSON | WV |
| 2911 | | | CLENDENIN | WV |
| 2912 | | | MONTCALM | WV |
| 2913 | | | MADISON | WV |
| 2914 | | | MADISON | WV |
| 2915 | | | BUCKHANNON | WV |
| 2916 | | | WORTHINGTON | WV |
| 2917 | | | HUNTINGTON | WV |
| 2918 | | | CHARLESTON | WV |
| 2919 | | | FOSTER | WV |
| 2920 | | | CHARLESTON | WV |
| 2921 | | | DELBARTON | WV |
| 2922 | | | MORGANTOWN | WV |
| 2923 | | | ST ALBANS | WV |
| 2924 | | | PROCIOUS | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh

Report Criteria:  Includes  Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 65 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 2925 | | | JANE LEW | WV |
| 2926 | | | HUNTINGTON | WV |
| 2927 | | | CHARLESTON | WV |
| 2928 | | | LEWISBURG | WV |
| 2929 | | | LOGAN | WV |
| 2930 | | | BECKLEY | WV |
| 2931 | | | NAOMA | WV |
| 2932 | | | CHARLESTON | WV |
| 2933 | | | SCOTT DEPOT | WV |
| 2934 | | | CHARLESTON | WV |
| 2935 | | | HOLDEN | WV |
| 2936 | | | CRAIGSVILLE | WV |
| 2937 | | | PRICHARD | WV |
| 2938 | | | BARBOURSVILLE | WV |
| 2939 | | | HUNTINGTON | WV |
| 2940 | | | LAVALETTE | WV |
| 2941 | | | WASHINGTON | WV |
| 2942 | | | CHARLESTON | WV |
| 2943 | | | GLASGOW | WV |
| 2944 | | | KENOVA | WV |
| 2945 | | | CHARLESTON | WV |
| 2946 | | | BURNSVILLE | WV |
| 2947 | | | HUNTINGTON | WV |
| 2948 | | | INDORE | WV |
| 2949 | | | VIENNA | WV |
| 2950 | | | BUCKHANNON | WV |
| 2951 | | | MILL CREEK | WV |
| 2952 | | | MADISON | WV |
| 2953 | | | KENNA | WV |
| 2954 | | | HUNTINGTON | WV |
| 2955 | | | CHARLESTON | WV |
| 2956 | | | HURRICANE | WV |
| 2957 | | | WEST HAMLIN | WV |
| 2958 | | | ESKDALE | WV |
| 2959 | | | PRICHARD | WV |
| 2960 | | | POINT PLEASANT | WV |
| 2961 | | | THORPE | WV |
| 2962 | | | DELBARTON | WV |
| 2963 | | | PRICHARD | WV |
| 2964 | | | SUTTON | WV |
| 2965 | | | ASHFORD | WV |
| 2966 | | | SALT ROCK | WV |
| 2967 | | | CHARLESTON | WV |
| 2968 | | | CULLODEN | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement  -  Database: proh
Report Criteria:  Includes  Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 66 of 79
Report ID : PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 2969 | | | COMFORT | WV |
| 2970 | | | CRAIGSVILLE | WV |
| 2971 | | | GRIFFITHSVILLE | WV |
| 2972 | | | PIKEVILLE | KY |
| 2973 | | | OAK HILL | WV |
| 2974 | | | SISSONVILLE | WV |
| 2975 | | | PEYTONA | WV |
| 2976 | | | WILLIAMSON | WV |
| 2977 | | | ACCOVILLE | WV |
| 2978 | | | POCA | WV |
| 2979 | | | FAIRMONT | WV |
| 2980 | | | SO CHARLESTON | WV |
| 2981 | | | CRUM | WV |
| 2982 | | | WAYNE | WV |
| 2983 | | | PARKERSBURG | WV |
| 2984 | | | DAVISVILLE | WV |
| 2985 | | | WARRIOR MINE | WV |
| 2986 | | | WEST HAMLIN | WV |
| 2987 | | | COWEN | WV |
| 2988 | | | EDGARTON | WV |
| 2989 | | | CHARLESTON | WV |
| 2990 | | | BRANCHLAND | WV |
| 2991 | | | BOOMER | WV |
| 2992 | | | OAK HILL | WV |
| 2993 | | | WEST HAMLIN | WV |
| 2994 | | | APPLE GROVE | WV |
| 2995 | | | SETH | WV |
| 2996 | | | REDHOUSE | WV |
| 2997 | | | APPLE GROVE | WV |
| 2998 | | | MARMET | WV |
| 2999 | | | PARKERSBURG | WV |
| 3000 | | | MILTON | WV |
| 3001 | | | CRAWLEY | WV |
| 3002 | | | CHARLESTON | WV |
| 3003 | | | LESAGE | WV |
| 3004 | | | CHAPMANVILLE | WV |
| 3005 | | | FLEMINGTON | WV |
| 3006 | | | CRAIGSVILLE | WV |
| 3007 | | | COAL MOUNTAIN | WV |
| 3008 | | | ST ALBANS | WV |
| 3009 | | | BECKLEY | WV |
| 3010 | | | DANVILLE | WV |
| 3011 | | | SIMON | WV |
| 3012 | | | WAYNE | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT:  Premarin Ohio Proposed Settlement  -  Database:  proh

Report Criteria:  Includes  Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 67 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 3013 | | | CAMDEN | WV |
| 3014 | | | STOLLINGS | WV |
| 3015 | | | WEIRTON | WV |
| 3016 | | | FAIRMONT | WV |
| 3017 | | | FAIRMONT | WV |
| 3018 | | | FAIRMONT | WV |
| 3019 | | | SUTTON | WV |
| 3020 | | | NAPIER | WV |
| 3021 | | | BRANCHLAND | WV |
| 3022 | | | JACKSONVILLE | NC |
| 3023 | | | ANSTEAD | WV |
| 3024 | | | CHARLESTON | WV |
| 3025 | | | FENWICK | WV |
| 3026 | | | HUNTINGTON | WV |
| 3027 | | | WEST HAMLIN | WV |
| 3028 | | | DUNBAR | WV |
| 3029 | | | BENWOOD | WV |
| 3030 | | | RAVENSWOOD | WV |
| 3031 | | | FRANKFORD | WV |
| 3032 | | | RIDGEVIEW | WV |
| 3033 | | | WEIRTON | WV |
| 3034 | | | LONDON | WV |
| 3035 | | | BEAVER | WV |
| 3036 | | | POINT PLEASANT | WV |
| 3037 | | | PINEY VIEW | WV |
| 3038 | | | BRIDGEPORT | WV |
| 3039 | | | RAINELLE | WV |
| 3040 | | | PRINCETON | WV |
| 3041 | | | CORDOVA | TN |
| 3042 | | | EAST LYNN | WV |
| 3043 | | | CHARLESTON | WV |
| 3044 | | | LAVALETTE | WV |
| 3045 | | | NITRO | WV |
| 3046 | | | MATEWAN | WV |
| 3047 | | | GILBERT | WV |
| 3048 | | | HUNTINGTON | WV |
| 3049 | | | HENLAWSON | WV |
| 3050 | | | WELLSBURG | WV |
| 3051 | | | BRENTON | WV |
| 3052 | | | GILBERT | WV |
| 3053 | | | WEBSTER SPRINGS | WV |
| 3054 | | | OAK HILL | WV |
| 3055 | | | WEIRTON | WV |
| 3056 | | | CHARLESTON | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement - Database: proh
Report Criteria: Includes Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 68 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 3057 | | | CEREDO | WV |
| 3058 | | | GALLIPOLIS FERRY | WV |
| 3059 | | | ROCKPORT | WV |
| 3060 | | | SUMMERSVILLE | WV |
| 3061 | | | POINT PLEASANT | WV |
| 3062 | | | CRAIGSVILLE | WV |
| 3063 | | | GLEN DANIEL | WV |
| 3064 | | | HURRICANE | WV |
| 3065 | | | MILTON | WV |
| 3066 | | | NEW HAVEN | WV |
| 3067 | | | CHARLESTON | WV |
| 3068 | | | HURRICANE | WV |
| 3069 | | | CROSS LANES | WV |
| 3070 | | | POCA | WV |
| 3071 | | | ST ALBANS | WV |
| 3072 | | | JACKSON | MI |
| 3073 | | | ELLAMORE | WV |
| 3074 | | | BUCKHANNON | WV |
| 3075 | | | LESAGE | WV |
| 3076 | | | WHARNCLIFFE | WV |
| 3077 | | | SANDYVILLE | WV |
| 3078 | | | DINGESS | WV |
| 3079 | | | HUNTINGTON | WV |
| 3080 | | | WEIRTON | WV |
| 3081 | | | BECKLEY | WV |
| 3082 | | | WELLSBURG | WV |
| 3083 | | | FAIRMONT | WV |
| 3084 | | | BARBOURSVILLE | WV |
| 3085 | | | LETART | WV |
| 3086 | | | SUMMERSVILLE | WV |
| 3087 | | | CRUM | WV |
| 3088 | | | LESAGE | WV |
| 3089 | | | BLUEFIELD | WV |
| 3090 | | | RAGLAND | WV |
| 3091 | | | CLENDENIN | WV |
| 3092 | | | HOLDEN | WV |
| 3093 | | | BUCKHANNON | WV |
| 3094 | | | NETTIE | WV |
| 3095 | | | POCA | WV |
| 3096 | | | SOUTH CHARLESTON | WV |
| 3097 | | | COWEN | WV |
| 3098 | | | RAINELLE | WV |
| 3099 | | | HAMLIN | WV |
| 3100 | | | SISSONVILLE | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement - Database: proh
Report Criteria: Includes Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 69 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 3101 | | | RAND | WV |
| 3102 | | | BLANCHESTER | OH |
| 3103 | | | MILLWOOD | WV |
| 3104 | | | KENNA | WV |
| 3105 | | | KENNA | WV |
| 3106 | | | MAN | WV |
| 3107 | | | CHARLESTON | WV |
| 3108 | | | MAYBERRY | WV |
| 3109 | | | SUMMERSVILLE | WV |
| 3110 | | | GLOUCESTER POINT | VA |
| 3111 | | | LOGAN | WV |
| 3112 | | | WHARTON | WV |
| 3113 | | | CHARLESTON | WV |
| 3114 | | | HURRICANE | WV |
| 3115 | | | GORDON | WV |
| 3116 | | | INWOOD | WV |
| 3117 | | | CHARLESTON | WV |
| 3118 | | | GIVEN | WV |
| 3119 | | | FRAZIERS BOTTOM | WV |
| 3120 | | | HUNTINGTON | WV |
| 3121 | | | CHARLESTON | WV |
| 3122 | | | NITRO | WV |
| 3123 | | | CLENDENIN | WV |
| 3124 | | | NUTTER FORT | WV |
| 3125 | | | SUMMERSVILLE | WV |
| 3126 | | | POWELLTON | WV |
| 3127 | | | SISSONVILLE | WV |
| 3128 | | | PARKERSBURG | WV |
| 3129 | | | CHAPMANVILLE | WV |
| 3130 | | | ST ALBANS | WV |
| 3131 | | | NEW MATAMORAS | OH |
| 3132 | | | CLARKSBURG | WV |
| 3133 | | | CLARKSBURG | WV |
| 3134 | | | MCMECHEN | WV |
| 3135 | | | MOUNT NEBO | WV |
| 3136 | | | BECKLEY | WV |
| 3137 | | | FIVE FORKS | WV |
| 3138 | | | HENDERSON | WV |
| 3139 | | | SOD | WV |
| 3140 | | | HUNTINGTON | WV |
| 3141 | | | POINT PLEASANT | WV |
| 3142 | | | ST ALBANS | WV |
| 3143 | | | FOSTER | WV |
| 3144 | | | HEWETT | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement - Database: proh
Report Criteria: Includes Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 70 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 3145 | | | COALTON | WV |
| 3146 | | | FOLLANSBEE | WV |
| 3147 | | | HARTS | WV |
| 3148 | | | BLUEFIELD | WV |
| 3149 | | | HARTS | WV |
| 3150 | | | BICKMORE | WV |
| 3151 | | | ELKVIEW | WV |
| 3152 | | | CHARLESTON | WV |
| 3153 | | | PARKERSBURG | WV |
| 3154 | | | RICHWOOD | WV |
| 3155 | | | HERNDON | WV |
| 3156 | | | DELBARTON | WV |
| 3157 | | | PARKERSBURG | WV |
| 3158 | | | KENNA | WV |
| 3159 | | | WESTON | WV |
| 3160 | | | PECKS MILL | WV |
| 3161 | | | ALKOL | WV |
| 3162 | | | CHARLESTON | WV |
| 3163 | | | COTTAGEVILLE | WV |
| 3164 | | | CLAY | WV |
| 3165 | | | KERMIT | WV |
| 3166 | | | KENNA | WV |
| 3167 | | | WINFIELD | WV |
| 3168 | | | LESAGE | WV |
| 3169 | | | SCOTT DEPOT | WV |
| 3170 | | | SISSONVILLE | WV |
| 3171 | | | KENOVA | WV |
| 3172 | | | RHODELL | WV |
| 3173 | | | IAEGER | WV |
| 3174 | | | SETH | WV |
| 3175 | | | ST ALBANS | WV |
| 3176 | | | ST ALBANS | WV |
| 3177 | | | BARBOURSVILLE | WV |
| 3178 | | | PETERSTOWN | WV |
| 3179 | | | LOGAN | WV |
| 3180 | | | DELBARTON | WV |
| 3181 | | | WESTON | WV |
| 3182 | | | ELEANOR | WV |
| 3183 | | | RAVENSWOOD | WV |
| 3184 | | | RAGLAND | WV |
| 3185 | | | DELBARTON | WV |
| 3186 | | | WEST HAMLIN | WV |
| 3187 | | | LETART | WV |
| 3188 | | | BELLE | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement  -  Database: proh

Report Criteria:  Includes  Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 71 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 3189 | | | MADISON | WV |
| 3190 | | | RICHWOOD | WV |
| 3191 | | | RIPLEY | WV |
| 3192 | | | HUNTINGTON | WV |
| 3193 | | | WESTON | WV |
| 3194 | | | SUTTON | WV |
| 3195 | | | NEW CUMBERLAND | WV |
| 3196 | | | ST ALBANS | WV |
| 3197 | | | ALUM CREEK | WV |
| 3198 | | | BARBOURSVILLE | WV |
| 3199 | | | ELKINS | WV |
| 3200 | | | EAST LYNN | WV |
| 3201 | | | CHAPMANVILLE | WV |
| 3202 | | | CLAY | WV |
| 3203 | | | WEIRTON | WV |
| 3204 | | | CROSS JUNCTION | VA |
| 3205 | | | RACINE | WV |
| 3206 | | | GASSAWAY | WV |
| 3207 | | | NEW HAVEN | WV |
| 3208 | | | MOUNT NEBO | WV |
| 3209 | | | ELKVIEW | WV |
| 3210 | | | CLARKSBURG | WV |
| 3211 | | | MOUNT GAY | WV |
| 3212 | | | KENOVA | WV |
| 3213 | | | CLENDENIN | WV |
| 3214 | | | MEADOR | WV |
| 3215 | | | FAYETTEVILLE | WV |
| 3216 | | | MONTGOMERY | WV |
| 3217 | | | PLINY | WV |
| 3218 | | | LESAGE | WV |
| 3219 | | | BARBOURSVILLE | WV |
| 3220 | | | CHARLESTON | WV |
| 3221 | | | MAN | WV |
| 3222 | | | DRY BRANCH | WV |
| 3223 | | | CULLODEN | WV |
| 3224 | | | UNEEDA | WV |
| 3225 | | | COAL CITY | WV |
| 3226 | | | LYNCO | WV |
| 3227 | | | DANVILLE | WV |
| 3228 | | | MALLORY | WV |
| 3229 | | | HUNTINGTON | WV |
| 3230 | | | CHESAPEAKE | WV |
| 3231 | | | ELKVIEW | WV |
| 3232 | | | LETART | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement  -  Database: proh

Report Criteria:  Includes Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 72 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 3233 | | | SANDYVILLE | WV |
| 3234 | | | CABIN CREEK | WV |
| 3235 | | | SALT ROCK | WV |
| 3236 | | | SETH | WV |
| 3237 | | | BELLE | WV |
| 3238 | | | LESAGE | WV |
| 3239 | | | TORNADO | WV |
| 3240 | | | CHARLESTON | WV |
| 3241 | | | SPENCER | WV |
| 3242 | | | SCOTT DEPOT | WV |
| 3243 | | | HARTS | WV |
| 3244 | | | WILLIAMSON | WV |
| 3245 | | | NORTH MATEWAN | WV |
| 3246 | | | CLAY | WV |
| 3247 | | | CRUM | WV |
| 3248 | | | CLARKSBURG | WV |
| 3249 | | | CHARLESTON | WV |
| 3250 | | | BRIDGEPORT | WV |
| 3251 | | | CHARLESTON | WV |
| 3252 | | | WEST COLUMBIA | WV |
| 3253 | | | PRESTONSBURG | KY |
| 3254 | | | MONTGOMERY | WV |
| 3255 | | | FLEMINGTON | WV |
| 3256 | | | BECKLEY | WV |
| 3257 | | | PRINCETON | WV |
| 3258 | | | BUCKHANNON | WV |
| 3259 | | | SOD | WV |
| 3260 | | | ELKVIEW | WV |
| 3261 | | | MASON | WV |
| 3262 | | | BUCKEYE | WV |
| 3263 | | | CLENDENIN | WV |
| 3264 | | | PENNSBORO | WV |
| 3265 | | | CHARLESTON | WV |
| 3266 | | | HARMAN | WV |
| 3267 | | | WEIRTON | WV |
| 3268 | | | MOUNDSVILLE | WV |
| 3269 | | | FRAMETOWN | WV |
| 3270 | | | CHARLESTON | WV |
| 3271 | | | MEADOWBROOK | WV |
| 3272 | | | SARAH ANN | WV |
| 3273 | | | WEIRTON | WV |
| 3274 | | | NORMANTOWN | WV |
| 3275 | | | CABIN CREEK | WV |
| 3276 | | | GLEN FERRIS | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

| | | | | |
|---|---|---|---|---|
| Timely Consumer Exclusions | | | | 06/07/2007 03:41 PM |
| PROJECT: Premarin Ohio Proposed Settlement - Database: proh | | | | Page 73 of 79 |
| Report Criteria: Includes Excludes XTPP OR XLAT | | | | Report ID :PRJ14A003 |

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 3277 | | | WELLSBURG | WV |
| 3278 | | | ARNETT | WV |
| 3279 | | | FOLLANSBEE | WV |
| 3280 | | | JESSE | WV |
| 3281 | | | NEW MARTINSVILLE | WV |
| 3282 | | | SALEM | WV |
| 3283 | | | NITRO | WV |
| 3284 | | | WESTON | WV |
| 3285 | | | MATOAKA | WV |
| 3286 | | | COMFORT | WV |
| 3287 | | | MCGRAWS | WV |
| 3288 | | | HUNTINGTON | WV |
| 3289 | | | HUNTINGTON | WV |
| 3290 | | | SHOALS | WV |
| 3291 | | | PARKERSBURG | WV |
| 3292 | | | MACARTHUR | WV |
| 3293 | | | ST ALBANS | WV |
| 3294 | | | CHARLESTON | WV |
| 3295 | | | ST ALBANS | WV |
| 3296 | | | SOUTH CHARLESTON | WV |
| 3297 | | | PRITCHARD | WV |
| 3298 | | | CHARLESTON | WV |
| 3299 | | | MILTON | WV |
| 3300 | | | WAYNE | WV |
| 3301 | | | FAIRMONT | WV |
| 3302 | | | SISSONVILLE | WV |
| 3303 | | | BELLE | WV |
| 3304 | | | FORT GAY | WV |
| 3305 | | | ANSTEAD | WV |
| 3306 | | | RAYSAL | WV |
| 3307 | | | SOUTH CHARLESTON | WV |
| 3308 | | | JODIE | WV |
| 3309 | | | DUNBAR | WV |
| 3310 | | | WEBSTER SPRINGS | WV |
| 3311 | | | SOUTH CHARLESTON | WV |
| 3312 | | | SOUTH CHARLESTON | WV |
| 3313 | | | HURRICANE | WV |
| 3314 | | | NEWBURG | WV |
| 3315 | | | FAYETTEVILLE | WV |
| 3316 | | | PENNSBORO | WV |
| 3317 | | | RAINELLE | WV |
| 3318 | | | CHARLESTON | WV |
| 3319 | | | MOUNT GAY | WV |
| 3320 | | | SAN BERNARDINO | CA |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement - Database: proh
Report Criteria: Includes Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 74 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 3321 | | | WEBSTER SPRINGS | WV |
| 3322 | | | PRINCETON | WV |
| 3323 | | | HOMETOWN | WV |
| 3324 | | | MASON | WV |
| 3325 | | | GASSAWAY | WV |
| 3326 | | | WEIRTON | WV |
| 3327 | | | TUNNELTON | WV |
| 3328 | | | HUNTINGTON | WV |
| 3329 | | | JUNIOR | WV |
| 3330 | | | SPELTER | WV |
| 3331 | | | SETH | WV |
| 3332 | | | CHARLTON HEIGHTS | WV |
| 3333 | | | DANVILLE | WV |
| 3334 | | | HURRICANE | WV |
| 3335 | | | NITRO | WV |
| 3336 | | | SISSONVILLE | WV |
| 3337 | | | CHARLESTON | WV |
| 3338 | | | BECKLEY | WV |
| 3339 | | | BARRACKVILLE | WV |
| 3340 | | | PRINCETON | WV |
| 3341 | | | ELKVIEW | WV |
| 3342 | | | FLAT TOP | WV |
| 3343 | | | KERMIT | WV |
| 3344 | | | | |
| 3345 | | | GLEN FERRIS | WV |
| 3346 | | | CHARLESTON | WV |
| 3347 | | | SCARBRO | WV |
| 3348 | | | GLEN DANIEL | WV |
| 3349 | | | ST ALBANS | WV |
| 3350 | | | PINE GROVE | WV |
| 3351 | | | SALT ROCK | WV |
| 3352 | | | CHARLESTON | WV |
| 3353 | | | RAVENCLIFF | WV |
| 3354 | | | GILBERT | WV |
| 3355 | | | MAN | WV |
| 3356 | | | ROWLESBURG | WV |
| 3357 | | | LESTER | WV |
| 3358 | | | PRINCETON | WV |
| 3359 | | | WHARNCLIFFE | WV |
| 3360 | | | LERONA | WV |
| 3361 | | | SCOTT DEPOT | WV |
| 3362 | | | CHARLESTON | WV |
| 3363 | | | PAGE | WV |
| 3364 | | | WILLIAMSON | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement  -  Database: proh
Report Criteria:  Includes  Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 75 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 3365 | | | CHAPMANVILLE | WV |
| 3366 | | | BRIDGEPORT | WV |
| 3367 | | | ELKVIEW | WV |
| 3368 | | | LETART | WV |
| 3369 | | | AMMA | WV |
| 3370 | | | HUNTINGTON | WV |
| 3371 | | | CHARLESTON | WV |
| 3372 | | | ACCOVILLE | WV |
| 3373 | | | FAIRMONT | WV |
| 3374 | | | PRINCETON | WV |
| 3375 | | | CRAIGSVILLE | WV |
| 3376 | | | DANVILLE | WV |
| 3377 | | | WINFIELD | WV |
| 3378 | | | POWELLTON | WV |
| 3379 | | | GLEN JEAN | WV |
| 3380 | | | GALLOWAY | WV |
| 3381 | | | COTTAGEVILLE | WV |
| 3382 | | | CULLODEN | WV |
| 3383 | | | ROCK CAVE | WV |
| 3384 | | | WEIRTON | WV |
| 3385 | | | CLARKSBURG | WV |
| 3386 | | | OAK HILL | WV |
| 3387 | | | COWEN | WV |
| 3388 | | | CRAB ORCHARD | WV |
| 3389 | | | SOUTH CHARLESTON | WV |
| 3390 | | | HUNTINGTON | WV |
| 3391 | | | HUNTINGTON | WV |
| 3392 | | | HARTS | WV |
| 3393 | | | MOUNT ALTO | WV |
| 3394 | | | MOUNT ALTO | WV |
| 3395 | | | HUNTINGTON | WV |
| 3396 | | | PARKERSBURG | WV |
| 3397 | | | HAMLIN | WV |
| 3398 | | | AVONDALE | WV |
| 3399 | | | DAVIS | WV |
| 3400 | | | HARTS | WV |
| 3401 | | | WORTHINGTON | WV |
| 3402 | | | SISSONVILLE | WV |
| 3403 | | | BLOOMINGROSE | WV |
| 3404 | | | CHARLESTON | WV |
| 3405 | | | FAIRMONT | WV |
| 3406 | | | BRANCHLAND | WV |
| 3407 | | | BECKLEY | WV |
| 3408 | | | WEIRTON | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

...

**Timely Consumer Exclusions**  
PROJECT: Premarin Ohio Proposed Settlement - Database: proh  
Report Criteria: Includes Excludes XTPP OR XLAT

06/07/2007 03:41 PM  
Page 76 of 79  
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 3409 | | | BLUEFIELD | WV |
| 3410 | | | OAK HILL | WV |
| 3411 | | | HUNTINGTON | WV |
| 3412 | | | SOPHIA | WV |
| 3413 | | | OMAR | WV |
| 3414 | | | ST MARYS | WV |
| 3415 | | | CHARLESTON | WV |
| 3416 | | | FOSTER | WV |
| 3417 | | | COWEN | WV |
| 3418 | | | LETART | WV |
| 3419 | | | ANNANDALE | VA |
| 3420 | | | IAEGER | WV |
| 3421 | | | CRAB ORCHARD | WV |
| 3422 | | | CHESTER | WV |
| 3423 | | | SISSONVILLE | WV |
| 3424 | | | GALLIPOLIS FERRY | WV |
| 3425 | | | SISSONVILLE | WV |
| 3426 | | | SUMMERSVILLE | WV |
| 3427 | | | CLARKSBURG | WV |
| 3428 | | | RAVENSWOOD | WV |
| 3429 | | | CHARLESTON | WV |
| 3430 | | | WAYNE | WV |
| 3431 | | | HARTS | WV |
| 3432 | | | CEDAR GROVE | WV |
| 3433 | | | COWEN | WV |
| 3434 | | | BICKMORE | WV |
| 3435 | | | CROSS LANES | WV |
| 3436 | | | HAMLIN | WV |
| 3437 | | | SELBYVILLE | WV |
| 3438 | | | OAK HILL | WV |
| 3439 | | | WEST HAMLIN | WV |
| 3440 | | | WILLIAMSON | WV |
| 3441 | | | GAULEY BRIDGE | WV |
| 3442 | | | GRAFTON | WV |
| 3443 | | | MASON | WV |
| 3444 | | | HUNTINGTON | WV |
| 3445 | | | CHARLESTON | WV |
| 3446 | | | EVANS | WV |
| 3447 | | | COWEN | WV |
| 3448 | | | SETH | WV |
| 3449 | | | POCA | WV |
| 3450 | | | SETH | WV |
| 3451 | | | WILKINSON | WV |
| 3452 | | | LOGAN | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

06/07/2007 03:41 PM

PROJECT: Premarin Ohio Proposed Settlement - Database: proh

Page 77 of 79

Report Criteria: Includes Excludes XTPP OR XLAT

Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 3453 | | | WALTON | WV |
| 3454 | | | ELKVIEW | WV |
| 3455 | | | RAVENSWOOD | WV |
| 3456 | | | PRINCETON | WV |
| 3457 | | | WEIRTON | WV |
| 3458 | | | BLACKSHEAR | GA |
| 3459 | | | RAVENSWOOD | WV |
| 3460 | | | CHARLESTON | WV |
| 3461 | | | UNION | WV |
| 3462 | | | KERMIT | WV |
| 3463 | | | POINT PLEASANT | WV |
| 3464 | | | HUNTINGTON | WV |
| 3465 | | | CLARKSBURG | WV |
| 3466 | | | FLEMINGTON | WV |
| 3467 | | | CLARKSBURG | WV |
| 3468 | | | SCARBRO | WV |
| 3469 | | | ST ALBANS | WV |
| 3470 | | | HANOVER | WV |
| 3471 | | | ETHEL | WV |
| 3472 | | | VICTOR | WV |
| 3473 | | | BRANCHLAND | WV |
| 3474 | | | AVONDALE | WV |
| 3475 | | | CAMP CREEK | WV |
| 3476 | | | BELINGTON | WV |
| 3477 | | | MONTGOMERY | WV |
| 3478 | | | RIPLEY | WV |
| 3479 | | | FORT GAY | WV |
| 3480 | | | MASON TOWN | WV |
| 3481 | | | SUMMERSVILLE | WV |
| 3482 | | | CULLODEN | WV |
| 3483 | | | WEIRTON | WV |
| 3484 | | | VAN | WV |
| 3485 | | | RIPLEY | WV |
| 3486 | | | MINERAL WELLS | WV |
| 3487 | | | ELKVIEW | WV |
| 3488 | | | PARSONS | WV |
| 3489 | | | DUNBAR | WV |
| 3490 | | | DELBARTON | WV |
| 3491 | | | BLUEFIELD | WV |
| 3492 | | | GILBERT | WV |
| 3493 | | | SUMMERSVILLE | WV |
| 3494 | | | MABEN | WV |
| 3495 | | | SANDYVILLE | WV |
| 3496 | | | MADISON | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement - Database: proh

Report Criteria: Includes Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 78 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 3497 | | | PADEN CITY | WV |
| 3498 | | | PRINCEWICK | WV |
| 3499 | | | PRINCETON | WV |
| 3500 | | | PINCH | WV |
| 3501 | | | SOUTH CHARLESTON | WV |
| 3502 | | | CRUM | WV |
| 3503 | | | CLENDENIN | WV |
| 3504 | | | NETTIE | WV |
| 3505 | | | LESAGE | WV |
| 3506 | | | FAYETTEVILLE | WV |
| 3507 | | | LOOKOUT | WV |
| 3508 | | | CHARLESTON | WV |
| 3509 | | | CHARLESTON | WV |
| 3510 | | | BEVERLY | WV |
| 3511 | | | BRANCHLAND | WV |
| 3512 | | | FAYETTEVILLE | WV |
| 3513 | | | HAMBLETON | WV |
| 3514 | | | WINFIELD | WV |
| 3515 | | | NELLIS | WV |
| 3516 | | | OAK HILL | WV |
| 3517 | | | CEDAR GROVE | WV |
| 3518 | | | GRAFTON | WV |
| 3519 | | | CHARLESTON | WV |
| 3520 | | | TUNNELTON | WV |
| 3521 | | | CRAWFORD | WV |
| 3522 | | | ELIZABETH | WV |
| 3523 | | | THORNTON | WV |
| 3524 | | | CHAPMANVILLE | WV |
| 3525 | | | PARKERSBURG | WV |
| 3526 | | | RED JACKET | WV |
| 3527 | | | JUMPING BRANCH | WV |
| 3528 | | | CHARLESTON | WV |
| 3529 | | | WEIRTON | WV |
| 3530 | | | PRINCETON | WV |
| 3531 | | | FORT GAY | WV |
| 3532 | | | CLARKSBURG | WV |
| 3533 | | | CRAB ORCHARD | WV |
| 3534 | | | BECKLEY | WV |
| 3535 | | | BECKLEY | WV |
| 3536 | | | HUNTINGTON | WV |
| 3537 | | | PRINCETON | WV |
| 3538 | | | DANIELS | WV |
| 3539 | | | BOOMER | WV |
| 3540 | | | CABIN CREEK | WV |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Timely Consumer Exclusions

PROJECT: Premarin Ohio Proposed Settlement - Database: proh
Report Criteria: Includes Excludes XTPP OR XLAT

06/07/2007 03:41 PM
Page 79 of 79
Report ID :PRJ14A003

| EXCL ID | PILLS | FULL NAME | CITY | ST |
|---|---|---|---|---|
| 3541 | | | BUCKHANNON | WV |
| 3542 | | | SAINT MARYS | WV |
| 3543 | | | CRAIGSVILLE | WV |
| 3544 | | | FAIRMONT | WV |
| 3545 | | | FAIRDALE | WV |
| 3546 | | | PRINCETON | WV |
| 3547 | | | HUNTINGTON | WV |
| 3548 | | | HUNTINGTON | WV |
| 3549 | | | CLENDENIN | WV |
| 3550 | | | CHARLESTON | WV |
| 3551 | | | THACKER | WV |
| 3552 | | | OAK HILL | WV |
| 3553 | | | MOUNT LOOKOUT | WV |
| 3554 | | | PRICHARD | WV |
| 3555 | | | BRANCHLAND | WV |

TOTAL PILLS: 11,670

TOTAL NUMBER OF EXCLUSIONS: 3447

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.