UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |
|---|---|
| MARJORIE FERRELL, et al., ) | Civil Action No. C-1-01-447 |
| ) | |
| Plaintiffs, ) | Judge Sandra S. Beckwith |
| ) | Magistrate Judge Timothy S. Hogan |
| v. ) | |
| ) | |
| WYETH-AYERST LABORATORIES, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' MOTION FOR DISBURSEMENT OF FUNDS**

Plaintiffs, by their counsel, hereby move for entry of an Order granting their Motion for Disbursement of Funds. Plaintiffs' counsel has conferred with Defendants' counsel, who do not oppose this motion. In support, thereof, Plaintiffs state as follows:

1. By Order of June 19, 2007, this Court granted final to the parties' settlement and entered its Final Judgment and Order of Dismissal [Doc. No. 187]. As thirty (30) days have elapsed and no appeals have been taken, the settlement is now final under the terms of the Settlement Agreement approved by the Court. *See* Settlement Agreement [Doc. No. 177, #7] ¶ 1(*l*).

2. By order of January 18, 2007, the Court appointed Complete Claim Solutions, Inc. ("CCS") as the Notice Administrator with responsibilities for: (a) establishing a post office box and toll-free phone number (to be included in the Notices to the Class) for purposes of communication with Class members; (b) disseminating notice to the Class; (c) establishing a website for purposes of posting the Notice, Settlement Agreement and related documents; and (d)

accepting and maintaining documents sent from Class members, including exclusion requests. Preliminary Approval Order [Doc. No. 179] ¶ 6.

3. The final invoice for CCS's fees and expenses is attached as Exhibit A. The amount of fees invoiced exceeded the initial estimate, primarily because of an unexpectedly high volume of telephone inquires from Class members. The final invoice, which totals $79,417.41, reflects substantial reduction in the fees actually incurred.[1] Plaintiffs' counsel believe that the invoice reflects fees and expenses that were reasonably and necessarily incurred by CCS in fulfilling its obligations as Notice Administrator. Plaintiffs and their counsel respectfully request that the Court approve payment of the CCS invoice from the settlement fund.

4. The Court has also approved a *cy pres* distribution to: (1) the National Women's Health Resource Center (www.healthywomen.org ); and (2) the Society for Women's Health Research (http://www.womenshealthresearch.org). *See* Settlement Agreement [Doc. No. 177, #7] ¶ 8; Final Judgment and Order of Dismissal [Doc. No. 187] ¶ 6. Following the payment of the CCS invoice, the remaining funds will allow for payment of approximately $209,498.53 to each organization. In accordance with the terms of the Settlement Agreement approved by the Court, Plaintiffs and their counsel respectfully request that the Court approve this *cy pres* distribution.

WHEREFORE, Plaintiffs and their counsel respectfully requests that this Court grant their Motion and enter the Proposed Distribution Order, attached hereto.

---

[1] At the preliminary approval stage, CCS estimated that its fees would be approximately $35,000.00  *See* Cafferty Decl. [Doc. No. 177, Jan. 5, 2007], Ex. D.  In the invoice attached as Exhibit A, CCS's fees total $68,008.03, which is $33,008.03 over the estimate.  CCS initially invoiced $102,818.61 in fees, but has agreed to a reduction of $34,810.58 in the amount charged.

Dated: July 31, 2007                                        Respectfully submitted,

                                                    By:    /s/Patrick E. Cafferty
                                                           One of Plaintiffs' Counsel

| | |
|---|---|
| Janet G. Abaray | Joseph E. Conley, Jr. |
| BURG SIMPSON ELDREDGE, | BUECHEL & CONLEY |
| HERSH JARDINE PC | 25 Crestview Hills Mall Road |
| 312 Walnut Street, Suite 2090 | Suite 104 |
| Cincinnati, Ohio 45202 | Crestview Hills, Kty.  41017 |
| Tel: (513) 852-5600 | Tel: (859) 578-6600 |

*Co-Liaison Counsel for Plaintiffs*

| | |
|---|---|
| Kenneth A. Wexler | Marc H. Edelson |
| Jennifer F. Connolly | HOFFMAN & EDELSON |
| WEXLER TORISEVA | 45 West Court Street |
|   WALLACE LLP | Doylestown, Pennsylvania 18901 |
| One North LaSalle, Suite 2000 | (215) 230-8043 |
| Chicago, Illinois 60602 | |
| (312) 346-2222 | |
| | |
| Stacey L. Mills | Patrick E. Cafferty |
| Lori A. Johnson | CAFFERTY FAUCHER LLP |
| HEINS MILLS & OLSON, P.C. | 101 N. Main Street, Suite 450 |
| 3550 IDS Center, 80 South Eighth Street | Ann Arbor, MI 48104 |
| Minneapolis, MN 55402 | (734) 769-2144 |
| (612) 338-4605 | |

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| MARJORIE FERRELL, et al., | ) | Civil Action No. C-1-01-447 |
|  | ) |  |
| Plaintiffs, | ) | Judge Sandra S. Beckwith |
|  | ) | Magistrate Judge Timothy S. Hogan |
| v. | ) |  |
|  | ) |  |
| WYETH-AYERST LABORATORIES, INC., et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**CERTIFICATE OF SERVICE**

I, Patrick E. Cafferty, hereby certify that a copy of the foregoing *Plaintiffs' Motion for Distribution of Funds* was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by the operation of the Court's Electronic Filing System.

Dated: July 31, 2007

By:   /s/Patrick E. Cafferty
CAFFERTY FAUCHER LLP
Patrick E. Cafferty
101 N. Main Street Suite 450
Ann Arbor, Michigan 48104
Tel: 734-769-2144
Fax: 734-769-2144
pcafferty@caffertyfaucher.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARJORIE FERRELL, et al., | ) | Civil Action No. C-1-01-447 |
| Plaintiffs, | ) | Judge Sandra S. Beckwith |
| | ) | Magistrate Judge Timothy S. Hogan |
| v. | ) | |
| WYETH-AYERST LABORATORIES, INC., et al., | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER OF DISTRIBUTION**

Upon consideration of Plaintiffs' Motion for Disbursement of Funds, it is hereby ORDERED that the MOTION is GRANTED in accordance with the Final Judgment and Order of Dismissal [Doc. No. 187]. In furtherance hereof, distribution of the proceeds of the settlement fund shall be as follows:

1. Complete Claim Solutions, Inc., the Court appointed Notice Administrator, shall be paid $79,417.41; and

2. The funds remaining following payment of court awarded fees and expenses shall be divided into substantially equal parts and paid in substantially equal amounts to: (a) the National Women's Health Resource Center; and (b) the Society for Women's Health Research.

SO ORDERED this ____ day of _____, 2007.

_____
SANDRA S. BECKWITH, CHIEF JUDGE
UNITED STATES DISTRICT COURT