# EXHIBIT A



**Complete Claim Solutions, LLC**
*Class Action, Antitrust and Consumer Claims Administration*

5210 Hood Rd, Palm Beach Gardens, FL 33418
561.651.7777 • Fax: 561.651.7788

535 Broadhollow Road, Suite B1, Melville, NY 11747
631.439.0065 • Fax: 631.439.0072

www.CompleteClaimSolutions.com

Tax I.D. No.: 16-1754743

Invoice No. **Premarin Ohio 0002**
Ref: **8103/27-8098 Revised**

July 27, 2007

Patrick Cafferty, Esq.
Cafferty Faucher LLP
101 North Main Street
Suite 450
Ann Arbor, Michigan 48104

<u>**Invoice for Premarin Ohio Litigation**</u>
<u>**For Professional Fees and Expenses from Inception through July 20, 2007**</u>

*Professional Fees:*
Set-up; coordination of Printing & Mailing of Notice Packets; processing Undeliverables and Forwards; remailing; Call Center set up; answering and returning Hotline calls; Website Development and maintenance; Project Management; processing exclusions. (Attachment A)
            ***Total Professional Fees:***   $68,008.03

*Expenses:*

| | |
|---|---:|
| Print and Mail Notices (Attachment B) | $1,855.39 |
| Call Center/Telecommunications | 7,558.87 |
| Postage/Federal Express | 15,562.96 |
|  *Less previous billed Postage on Invoice 0001* | *(14,739.00)* |
| Shredding/Storage | 665.56 |
| Photocopies/Faxing/Printing | 85.60 |
| Website Hosting | <u>420.00</u> |

            ***Total Expenses:***   <u>$11,409.38</u>

      **Total Premarin Ohio Invoice 0002:**   <u>**$79,417.41**</u>

---

Wiring Instructions:
Bank Name: Bank of America
Account Name: Complete Claim Solutions, LLC
    5210 Hood Road
    Palm Beach Gardens, FL 33418
Account Number: 488000402291
ABA: 026009593

```
                                        Inv#     278098
                                        Date     Jul 27, 2007
                                        Client Number 8103
```

Re:   Premarin Ohio - Expenses                              810390

For Professional Services Rendered:

```
TIMEKEEPER                      RATE          HOURS          FEES
```

Expense Detail:

| Reference | Date | Description | Amount |
|---|---|---|---|
| | | Call Center/Telecommunications | |
| | 01/31/07 | CCS Telephone Line Charge Telecommunications | 1.20 |
| | 01/31/07 | CCS Telephone Line Charge Long Distance 17.7 Minutes | 2.12 |
| | 03/31/07 | CCS Telephone Line Charge Long Distance 162.35 Minutes | 19.48 |
| | 03/31/07 | AT&T One Net | 0.53 |
| | 04/30/07 | CCS Telephone Line Charge Long Distance 38386 Minutes | 4,606.32 |
| 57519 | 05/17/07 | Interactive Advantage Call Details | 26.19 |
| 57587 | 05/24/07 | Interactive Advantage Call Details | 11.93 |
| | 05/31/07 | CCS Telephone Line Charge IVR 27.45 Minutes | 5.49 |
| | 05/31/07 | CCS Telephone Line Charge Long Distance 6065.1 Minutes | 727.81 |
| | 06/30/07 | CCS Telephone Line Charge IVR Calls: 1185 x $0.60 | 711.00 |
| | 06/30/07 | CCS Telephone Line Charge IVR Calls: 1178 x $0.40 | 471.20 |
| | 06/30/07 | CCS Telephone Line Charge IVR Calls; 404 x .60 | 242.40 |
| | 06/30/07 | CCS Telephone Line Charge IVR Calls; 403 x .40 | 161.20 |
| | 06/30/07 | CCS Telephone Line Charge IVR 1893.85 Minutes | 378.77 |
| | 06/30/07 | CCS Telephone Line Charge IVR Calls; 268 x .40 | 107.20 |

```
                                    Inv#      278098
                                    Date      Jul 27, 2007
                                    Client Number 8103

         06/30/07  CCS Telephone Line Charge Long            85.15
                   Distance 709.55 Minutes
58983    07/13/07  Interactive Advantage Call Details         0.88
                                          Subtotal       7,558.87

      Postage/Federal Express
54380    01/31/07  Federal Express                           14.71
55727    03/20/07  Federal Express                           13.16
55936    03/29/07  Federal Express                           56.14
         03/30/07  Internal Mail                             20.91
         03/31/07  Postmaster Postage                     1,246.83
         03/31/07  Postmaster Postage                    12,486.02
         04/30/07  Internal Mail                          1,652.43
         05/31/07  Internal Mail                             72.76
                                          Subtotal      15,562.96

      Shredding/Storage
55426    03/12/07  Shred-it                                   7.28
55935    03/29/07  Record Keepers Plus, Inc.                  0.06
56922    04/26/07  Record Keepers Plus, Inc.                658.16
56950    04/26/07  Record Keepers Plus, Inc.                  0.06
                                          Subtotal         665.56

      Photocopies/Faxing/Printing
         01/31/07  Photocopies/Faxing/Printing                1.50
         02/28/07  Photocopies/Faxing/Printing                3.00
         03/30/07  Photocopies/Faxing/Printing                7.00
         04/30/07  Photocopies/Faxing/Printing               19.05
         04/30/07  Photocopies/Faxing/Printing                0.60
         04/30/07  Photocopies/Faxing/Printing               20.00
         05/31/07  Photocopies/Faxing/Printing                3.40
         05/31/07  Photocopies/Faxing/Printing               19.05
         06/30/07  Photocopies/Faxing/Printing               12.00
                                          Subtotal          85.60

      Website Hosting
56539    04/11/07  Pixel Marsala                            360.00
59140    07/19/07  Pixel Marsala                             60.00
                                          Subtotal         420.00


Total Expenses                                          24,292.99
                                                     ----------------

Total This Matter                                       24,292.99
                                                     ----------------
```

TPP Professional Fees
Invoice No. Premarin Ohio 0002
For Professional Fees and Expenses from Inception through June 20, 2007

| | Amount |
|---|---|
| Premarin Ohio 00:Setup | $9,197.00 |
| Premarin Ohio 01:Dissemination | 2,580.00 |
| Premarin Ohio 03:Claim Form Processing | 1,675.00 |
| Premarin Ohio 04:Financial | 1,298.75 |
| Premarin Ohio 06:Project Management | 8,093.75 |
| Premarin Ohio 07:Systems | 965.00 |
| Premarin Ohio 08:Administrative | 697.50 |
| Premarin Ohio 10:Scanning | 255.00 |
| Premarin Ohio 11:Hotline | 41,102.78 |
| Premarin Ohio 20:Quality Assurance | 308.75 |
| Premarin Ohio 21:Undeliverables | 1,834.50 |
| | **$68,008.03** |

Attachment A

```
                            Inv#         278098
                            Date         Jul 27, 2007
                            Client Number 8103
```

(Premarin OH) Majorie Ferrell, et al v. Wyeth-Ayerst Labs
Miller Faucher & Cafferty LLP
101 North Main Street, Suite 450
Ann Arbor, MI 48104


Re:    Premarin Ohio - Setup                                      810300

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Aimee Honse | AH | 55.00 | 1.25 | 68.75 |
| Charlene Young | CY | 95.00 | 26.00 | 2,470.00 |
| Deborah McComb | DM | 125.00 | 8.00 | 1,000.00 |
| Dennis Johnson | DHJ | 95.00 | 0.60 | 57.00 |
| Eric LaChance | EL | 95.00 | 5.50 | 522.50 |
| Jack Amann | JA | 95.00 | 5.50 | 522.50 |
| Joanne Gibson | JG | 55.00 | 1.00 | 55.00 |
| Nate Johnson | NKJ | 95.00 | 1.00 | 95.00 |
| Reynaldo Tellez | RT | 45.00 | 5.50 | 247.50 |
| Rick Sartory | RS | 95.00 | 0.25 | 23.75 |
| Sandra Feriancek | SJF | 95.00 | 12.25 | 1,163.75 |
| Thomas Glenn | TG | 225.00 | 3.25 | 731.25 |
| Virginia Ponzini | VP | 70.00 | 32.00 | 2,240.00 |

Total Fees:                                                        9,197.00



Total Services                                                     9,197.00



Total Expenses                                                          .00
                                                            ----------------

Total This Matter                                                  9,197.00
                                                            ----------------

```
                              Inv#     278098
                              Date     Jul 27, 2007
                              Client Number 8103
```

Re:   Premarin Ohio - Dissemination                                810301

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Aimee Honse | AH | 55.00 | 4.00 | 220.00 |
| Antoine Williams | AW | 45.00 | 4.25 | 191.25 |
| David Shepard | DS | 45.00 | 12.50 | 562.50 |
| Jessica Frazier | JF | 60.00 | 0.75 | 45.00 |
| Joanne Gibson | JG | 55.00 | 2.50 | 137.50 |
| John Gibson | JG | 75.00 | 2.50 | 187.50 |
| Lee Malkin | LM | 75.00 | 11.50 | 862.50 |
| Louis Addazio | LA | 195.00 | 1.00 | 195.00 |
| Melani Wyse | MW | 55.00 | 2.00 | 110.00 |
| Tonyai Williams | TW | 55.00 | 1.25 | 68.75 |

Total Fees:                                                       2,580.00


Total Services                                                    2,580.00


Total Expenses                                                         .00
                                                             ----------------

Total This Matter                                                 2,580.00
                                                             ----------------

```
                                              Inv#    278098
                                              Date    Jul 27, 2007
                                              Client Number 8103
```

Re:   Premarin Ohio - Claim Form Processing                    810303

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Antoine Williams | AW | 45.00 | 3.50 | 157.50 |
| CCS CCS-Processor | CP | 45.00 | 6.50 | 292.50 |
| Joanne Gibson | JG | 55.00 | 0.50 | 27.50 |
| John Gibson | JG | 75.00 | 9.10 | 682.50 |
| Lee Malkin | LM | 75.00 | 6.50 | 487.50 |
| William Kenausis | WK | 55.00 | 0.50 | 27.50 |

Total Fees:                                                    1,675.00


Total Services                                                 1,675.00



Total Expenses                                                      .00
                                                    ----------------

Total This Matter                                              1,675.00
                                                    ----------------

```
                                        Inv#      278098
                                        Date      Jul 27, 2007
                                        Client Number 8103
```

Re:   Premarin Ohio - Financial                              810304

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Camille Mayo | CM | 55.00 | 2.50 | 137.50 |
| Deborah McComb | DM | 125.00 | 0.75 | 93.75 |
| Elizabeth Nelson-Cook | EN | 125.00 | 1.00 | 125.00 |
| Maureen Miles | MM | 70.00 | 0.50 | 35.00 |
| Sylvia Nettles | SN | 55.00 | 16.50 | 907.50 |

Total Fees:                                              1,298.75


Total Services                                           1,298.75



Total Expenses                                                .00
                                                   ----------------

Total This Matter                                        1,298.75
                                                   ----------------

```
                                    Inv#    278098
                                    Date    Jul 27, 2007
                                    Client Number 8103
```

Re:   Premarin Ohio - Project Management                      810306

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Charlene Young | CY | 95.00 | 1.00 | 95.00 |
| Dennis Johnson | DHJ | 95.00 | 0.50 | 47.50 |
| Dominique Carlson | DC | 95.00 | 1.00 | 95.00 |
| Douglas Darsow | DD | 75.00 | 0.25 | 18.75 |
| Eric LaChance | EL | 95.00 | 14.50 | 1,377.50 |
| Lee Malkin | LM | 75.00 | 77.75 | 5,831.25 |
| Sandra Feriancek | SJF | 95.00 | 0.50 | 47.50 |
| Thomas Glenn | TG | 225.00 | 2.00 | 450.00 |
| Tonette Fiaschi | TF | 75.00 | 1.75 | 131.25 |

Total Fees:                                                 8,093.75


Total Services                                              8,093.75


Total Expenses                                                   .00
                                                      ----------------

Total This Matter                                           8,093.75
                                                      ----------------

```
                                            Inv#      278098
                                            Date      Jul 27, 2007
                                            Client Number 8103
```

Re:   Premarin Ohio - Systems                                810307

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Aimee Honse | AH | 55.00 | 1.75 | 96.25 |
| Eric LaChance | EL | 95.00 | 0.25 | 23.75 |
| Katherine Livesay | KC | 80.00 | 0.25 | 20.00 |
| Melani Wyse | MW | 55.00 | 0.75 | 41.25 |
| Ralph Gangale | GR | 65.00 | 3.50 | 227.50 |
| Roso Suarez | RS | 85.00 | 4.75 | 403.75 |
| Steven Eichenberg | SE | 175.00 | 0.50 | 87.50 |
| Suzy Moore | SM | 65.00 | 1.00 | 65.00 |

Total Fees:                                                 965.00


Total Services                                              965.00



Total Expenses                                                 .00
                                                    ----------------

Total This Matter                                           965.00
                                                    ----------------

```
                                        Inv#      278098
                                        Date      Jul 27, 2007
                                        Client Number 8103
```

Re:   Premarin Ohio - Administrative                         810308

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Antoine Williams | AW | 45.00 | 3.50 | 157.50 |
| Brad Amann | BA | 70.00 | 2.50 | 175.00 |
| Polly Howard | PH | 45.00 | 5.00 | 225.00 |
| Virginia Ponzini | VP | 70.00 | 2.00 | 140.00 |

Total Fees:                                                  697.50


Total Services                                               697.50


Total Expenses                                                  .00
                                                     ----------------

Total This Matter                                            697.50
                                                     ----------------

```
                                              Inv#      278098
                                              Date      Jul 27, 2007
                                              Client Number 8103
```

Re:   Premarin Ohio - Scanning                                    810310

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| CCS CCS-Processor | CP | 45.00 | 0.50 | 22.50 |
| Gema Campbell | GC | 50.00 | 3.75 | 187.50 |
| Reynaldo Tellez | RT | 45.00 | 1.00 | 45.00 |

Total Fees:                                                        255.00


Total Services                                                     255.00



Total Expenses                                                        .00
                                                         ----------------

Total This Matter                                                  255.00
                                                         ----------------

```
                                        Inv#     278098
                                        Date     Jul 27, 2007
                                        Client Number 8103
```

Re:   Premarin Ohio - Hotline                                              810311

For Professional Services Rendered:

| TIMEKEEPER | | | RATE | HOURS | FEES |
|---|---|---|---|---|---|
| CSR | 140 | 140 | 40.00 | 306.63 | 12,265.20 |
| Processor | 144 | 144 | 43.00 | 5.06 | 217.58 |
| Cindy Gilmore | | CG | 75.00 | 6.70 | 502.50 |
| Daniel Coggeshall | | DC | 70.00 | 66.75 | 4,672.50 |
| David Shepard | | DS | 45.00 | 114.50 | 5,152.50 |
| Dominique Carlson | | DC | 95.00 | 33.25 | 3,158.75 |
| Eric LaChance | | EL | 95.00 | 0.25 | 23.75 |
| Jeff Bram | | JB | 75.00 | 27.75 | 2,081.25 |
| Jessica Frazier | | JF | 60.00 | 1.00 | 60.00 |
| Julie Blascziek | | JB | 95.00 | 1.25 | 118.75 |
| Lee Malkin | | LM | 75.00 | 100.00 | 7,500.00 |
| Louise Roberts | | LR | 75.00 | 15.75 | 1,181.25 |
| Mahalet Zeleke | | MZ | 75.00 | 1.50 | 112.50 |
| Rosalba Ossa | | RO | 55.00 | 22.00 | 1,210.00 |
| Tonyai Williams | | TW | 55.00 | 51.75 | 2,846.25 |

Total Fees:                                                   41,102.78


Total Services                                                41,102.78


Total Expenses                                                      .00
                                                     ----------------

Total This Matter                                             41,102.78
                                                     ----------------

```
                                         Inv#     278098
                                         Date     Jul 27, 2007
                                         Client Number 8103
```

Re:   Premarin Ohio - Quality Assurance                    810320

For Professional Services Rendered:

```
   TIMEKEEPER                    RATE        HOURS          FEES
   Eric Miller          EM      95.00         3.25        308.75
```

**Total Fees:**                                            308.75



**Total Services**                                         308.75



**Total Expenses**                                            .00
                                                     ----------------

**Total This Matter**                                      308.75
                                                     ----------------

```
                                        Inv#     278098
                                        Date     Jul 27, 2007
                                        Client Number 8103
```

Re:   Premarin Ohio - Undeliverables                          810321

For Professional Services Rendered:

| TIMEKEEPER |    | RATE  | HOURS | FEES   |
|------------|----|-------|-------|--------|
| Aimee Honse | AH | 55.00 | 1.00 | 55.00 |
| Daniel Coggeshall | DC | 70.00 | 0.25 | 17.50 |
| David Shepard | DS | 45.00 | 8.00 | 360.00 |
| Gema Campbell | GC | 50.00 | 6.50 | 325.00 |
| Jessica Frazier | JF | 60.00 | 2.75 | 165.00 |
| John Gibson | JG | 75.00 | 2.25 | 168.75 |
| Lee Malkin | LM | 75.00 | 4.00 | 300.00 |
| Melani Wyse | MW | 55.00 | 0.65 | 35.75 |
| Polly Howard | PH | 45.00 | 8.00 | 360.00 |
| Rick Sartory | RS | 95.00 | 0.50 | 47.50 |

Total Fees:                                              1,834.50


Total Services                                           1,834.50


Total Expenses                                                .00
                                                    ----------------

Total This Matter                                        1,834.50
                                                    ----------------

<u>**Print and Mail**</u>
Invoice No. Premarin Ohio 0002
For Professional Fees and Expenses from Inception through June 20, 2007

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 04/26/07 | Print 2,500, 6 page, 8.5" x 11" self-mailers, 50# white offset, 1/1 black, 1 perforation fold to 5.5" x 8.5", apply 2 tabs. | 2,500 | $1,855.39 |
| | **Total** | | **$1,855.39** |

Attachment B