UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Marjorie Ferrell, et al.,
    Plaintiffs

v.                                    Case No. 1:01-cv-447

Wyeth-Ayerst Laboratories,
Inc., et al.,
    Defendants

**ORDER**

      The above captioned case was closed on June 19, 2007. Therefore, **IT IS ORDERED** that all **SEALED DOCUMENT(S)** (Docs. 57, 63, 64 & 68) be returned to the custody of the filing party.


August 1, 2007                            s/Sandra S. Beckwith
Date                                       Sandra S. Beckwith, Chief Judge
                                            United States District Court