UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Marjorie Ferrell, et al.,
    Plaintiffs

v.                                  Case No. 1:01-cv-447

Wyeth-Ayerst Laboratories, Inc., et al.,
    Defendants

**ORDER**

      The above captioned case was settled on June 19, 2007. Therefore, **IT IS ORDERED** that all **SEALED DOCUMENT(S)** (Doc. 166) be returned to the custody of the filing party.

August 2, 2007                    s/Sandra S. Beckwith
Date                              Sandra S. Beckwith, Chief Judge
                                    United States District Court