UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |
|---|---|
| MARJORIE FERRELL, et al., | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| WYETH-AYERST LABORATORIES, | ) |
| INC., et al., | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

Civil Action No. C-1-01-447

Judge Sandra S. Beckwith
Magistrate Judge Timothy S. Hogan

## [PROPOSED] ORDER OF DISTRIBUTION

Upon consideration of Plaintiffs' Motion for Disbursement of Funds, it is hereby

ORDERED that the MOTION is GRANTED in accordance with the Final Judgment and Order

of Dismissal [Doc. No. 187]. In furtherance hereof, distribution of the proceeds of the settlement

fund shall be as follows:

1.     Complete Claim Solutions, Inc., the Court appointed Notice Administrator, shall

be paid $79,417.41; and

2.     The funds remaining following payment of court awarded fees and expenses shall

be divided into substantially equal parts and paid in substantially equal amounts

to: (a) the National Women's Health Resource Center; and (b) the Society for

Women's Health Research.

SO ORDERED this _____ day of _____, 2007.

_____
SANDRA S. BECKWITH, CHIEF JUDGE
UNITED STATES DISTRICT COURT